# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MOHAMED SAAD,                     :
                                 :
              Plaintiff,          :
                                 :        CIVIL CASE NO. 3:19-CV-00135
v.                               :
                                 :
ASML US, LLC                     :
                                 :
                                 :
                                 :
              Defendant.          :

## DECLARATION OF CHRIS REED

I, Chris Reed, declare as follows:

1.      I am over 18 years of age and have personal knowledge of the matters stated herein.

2.      I have worked for ASML US, LLC ("ASML") since July 1999, and am currently an Engineering Manager in Wilton, Connecticut.

3.      I hired, fired, and directly supervised Plaintiff Mohamed Saad throughout his entire employment with ASML.  As such, I am familiar with Mr. Saad's job performance, the terms and conditions of his employment, and many of his allegations in this lawsuit.

4.      I am authorized to make this Declaration on behalf of ASML in Support of the company's Motion for Summary Judgment.

5.      ASML is an innovation leader in the semiconductor industry.

6.      At ASML we design and manufacture lithography machines, which are used by companies like Intel and Samsung to produce microchips for smartphones and other devices.

7.      ASML has plants throughout the United States, including the one I work at in Wilton, Connecticut.

8.      Attached hereto as **Exhibit 1** (ASML-SAAD.000001-3) is a true and correct copy of Mr. Saad's resume, which he submitted to ASML as a job applicant in or around 2015.  I considered Exhibit 1 resume in making the decision to hire Mr. Saad at ASML.

9.      According to his resume, Mr. Saad has a bachelor's degree and a master's degree in mechanical engineering.

10.      Attached hereto as **Exhibit 2** (ASML-SAAD.000037-43) is a true and correct copy of Mr. Saad's 2016 performance evaluation, which ASML calls a "PPM".  I prepared Mr. Saad's 2016 PPM, and the mid-year and final appraisal comments in that document are mine.

11.      At the end of 2016 I rated Mr. Saad's 2016 job performance "partially meets expectations".  Mr. Saad recognized there were areas in which he was struggling, and he committed to work to improve his performance in 2017.

12.      Because Mr. Saad's job performance in 2016 was rated "partially meets expectations," he was automatically required to be placed on a Performance Improvement Plan ("PIP").  Put another way, the fact that Mr. Saad would be required to successfully complete a PIP in 2017 to keep his job was predetermined as of the time his performance score was assigned at the end of 2016.

13.      Attached hereto as **Exhibit 3** (ASML-SAAD.000026-28) is a true and correct copy of Mr. Saad's May 25, 2017 PIP, which I prepared in the Spring of 2017.

14.      To ensure Mr. Saad had more than enough time to demonstrate improvement, I only counted weekdays in calculating the 60-day PIP deadline, which expired on or about August 15, 2017.

15.      Throughout the PIP, I met with Mr. Saad every week one-to-one to evaluate his progress, identify action items to help him improve, and to record feedback and task status in a working version of the PIP that we updated each week together.

    a.      A true and correct copy of our one-to-one meeting agendas, dated June 2, 2017, is attached hereto as **Exhibit 4** (ASML-SAAD.001325).

b.     A true and correct copy of one of our working PIPs for the same week is attached hereto as **Exhibit 5** (ASML-SAAD.000725-727).

c.     True and correct copies of substantially all of our working PIPs throughout the 60-day PIP period are attached hereto as **Exhibit 6** (ASML-SAAD.000725-842).  My comments are typically prefaced with the prefix "CREE"; Mr. Saad's prefix was "MSAC."

16.     Throughout Mr. Saad's employment, but particularly during his PIP, I met regularly with Mr. Saad's Team Lead (Matthew Urmaza) and Architect David Taub (with whom Mr. Saad worked closely) to elicit feedback on Mr. Saad's job performance and his workload.

17.     The fiber connection plate ("FCP") that Mr. Saad was charged with designing required a relatively simple design, and as an experienced design engineer, Mr. Saad should have been able to create a timely design for the FCP that was flawless by the time it reached the production floor.

18.     When Mr. Saad was underperforming in early 2016, I initially gave him the benefit of the doubt and coached him throughout the year to help him improve his work quality. But as 2016 wore on, Mr. Saad's consistently poor design quality, lack of attention to detail, lack of urgency (and resulting missed deadlines), and numerous errors that had to be caught by his coworkers became too problematic for ASML.

19.     On or about August 15, 2017, the day Mr. Saad's PIP expired, I opened up Mr. Saad's 3D CAD model to view his design (which at that late date should have been error-free), and immediately discovered errors, including a critical mechanical interference, which made the design un-manufacturable and unusable.

20.     The errors in Mr. Saad's design were so significant that the objective would not have mounted to the fixture – which was the entire purpose of the design.

21.     Because Mr. Saad's design still had numerous critical errors, despite my coaching and extra time ASML had given Mr. Saad by clearing his plate, I concluded that Saad had failed

to meet the "attention to detail" prong of his PIP – just like he failed to meet the "being present" and "meeting commitments" prongs as well.

22.     On or about August 15, 2017, I made the decision to terminate Saad's employment for performance reasons; specifically because he failed to meet the requirements of his PIP.

23.     Attached hereto as **Exhibit 7** (ASML-SAAD.000286) is a true and correct copy of an email I sent to my boss Ken Bogursky, and HR representatives Cynthia Houston and Jennine Labriola, to discuss the logistics of Mr. Saad's termination.  I scheduled our meeting for August 22, 2017, which was the first convenient time for all participants.

24.     I met with Ken Bogursky, Cynthia Houston and Jennine Labriola on August 22, 2017, and it was decided that Ms. Houston and I would communicate the termination to Saad when he returned to work on August 24, 2017.

25.     On August 24, 2017, Ms. Houston and I informed Saad that he was being discharged for failing to meet the goals of his PIP.

26.     Attached hereto as **Exhibit 8** (ASML-SAAD.000180) is a true and correct copy of two emails sent to me by Matthew Urmaza on July 19, 2017 and August 10, 2017 informing me that he had observed Mr. Saad sleeping on the job.

27.     Attached hereto as **Exhibit 9** (ASML-SAAD.000284) is a true and correct copy of a message sent by me to David Taub and Matthew Urmaza on July 7, 2017 regarding Mr. Saad.

28.     Attached hereto as **Exhibit 10** (ASML-SAAD.000605-606) is a true and correct copy of an email chain between Matthew Urmaza and Mr. Saad completing on June 16, 2017. Although the email does not reflect as much, Mr. Urmaza blind copied me on this email in the ordinary course of business to keep me updated on Mr. Saad's job performance.

29.     Attached hereto as **Exhibit 11** (ASML-SAAD.000163-172) is a true and correct copy of an email chain forwarded to me by Matthew Urmaza on August 1, 2017 regarding Mr. Saad.

30.     Attached hereto as **Exhibit 12** (ASML-SAAD.000181-188) is a true and correct copy of an email chain forwarded to me by David Taub on August 15, 2017 regarding Mr. Saad.

31.     Attached hereto as **Exhibit 13** (ASML-SAAD.000285) is a true and correct copy of a message sent by me to David Taub and Matthew Urmaza on July 26, 2017 regarding Mr. Saad.

32.     I am aware of only one instance in 2017 where Mr. Saad requested time off work to care for his wife.  In that instance, Mr. Saad took August 21 to 24, 2017 off work.  When he returned to work on August 24, 2017, he informed me that his wife had been in the hospital.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

By:_____

Chris Reed

Signed this _26_ day of February, 2020.

5

# EXHIBIT 1



Contact: Mike Turner
781-270-7020
mturner@gcrtemps.com

# MOHAMED E. SAAD, Ph.D.

434 Melissa Circle
Romeoville, IL, 60445
Phone: (805) 930-5150
Email: mohamedsaade@gmail.com
**Green Card Holder**

## OBJECTIVE

Seeking a challenging position in the fields of precision engineering with a progressive organization where I can use my skills to contribute towards organizational growth while learning in a dynamic and challenging environment.

STRENGTH
Strong knowledge and experience in the design, manufacturing, assembly and reliability testing of mechanical and Opto-Mechanical systems.

## COMPUTER SKILLS

CAD Packages: AutoCAD® , Soildworks® ,ProE®, and Unigraphics®.
Programming: MATLAB®
CMM Software: PcDmis® GeoPack® and MCosomos®
Image Processing: IMAQ Vision Builder 6®
Interfacing tool: LabView®
Statistical QC: Minitab® and SPSS®

## WORK EXPERIENCE

**I – Metrology Engineer at Mitutoyo America Corp., Aurora, IL. (March 2015 – Current)**
- Developing measuring methods for commercial products and standards using Coordinate Measuring Machines (CMMs) and vision systems.

**II - Mechanical Design Engineer at KLA-Tencor, Milpitas, CA. (March 2013- March 2015)**
- Working in the Surfscan division as a mechanical design engineer.
- I designed and assembled a key subsystem in the new generation of a wafer inspection machine. My work includes an extensive use of the Solidworks® and ProE®.
- The design includes dynamic and static analysis, Computational Fluid Dynamic (CFD) analysis, and Finite Element Analysis (FEA). Also I shared in the FMEA and reliability studies.
- I work as a team member following KLA-Tencor Product Life Cycle standards.

**III- Teaching and Research Assistant, Department of Mechanical Engineering and Engineering Science, UNCC, Charlotte, NC, USA  (Sept. 2007 – Jan 2013)**
- I worked on three projects under the supervision of Prof. Robert J. Hocken, The first project was about the determination of the Coefficient of Thermal Expansion of Ball Bars that can be used in the CMM calibration. The second project was about image stitching of WLI images taken on a large diameter semi-sphere. The third project (my PhD dissertation topic) was about building a maskless plasmonic nanolithography machine.
- Also, I worked for an academic year with Prof. Jay Raja, during which I made a preliminary data base that can be used to facilitate surface texture assessment of engineering surfaces.

ASML-SAAD.000001



Contact: Mike Turner
781-270-7020
mturner@gcrtemps.com

**IV-Summer internship in Ford Motor Company – Livonia- Michigan (May – August 2008)**
- I was working on three different metrological projects related to surface roughness and flatness measurement of motor parts. Also, I was validating a software used for roughness measurement.

**V-Teaching Assistant, Faculty of Engineering, Alexandria University, Alexandria, Egypt (Sept. 2000 – Aug. 2007)**
I have taught the following courses:
- Computer Aided Inspection (CAI)
- CAD\CAM.
- Dimensional Metrology.
- Geometrical Metrology.
- Three Dimensional Metrology.
- Laser Based Measuring Systems.
- Co-ordinate Measuring Metrology (CMM).
- Statistical Process Control (SPC).
- Statistical Quality Control (SQC).
- Quality Assurance (QA).
- Quality Engineering (QE).
- Total Quality Management (TQM).
- Design of Mechanical Elements.
- Machining Processes.
- Metal Forming Processes.
- Failure Analysis.
- Statistical Analysis and Design of Experiments.
- Operations Research.
- Engineering Economy.
- Production and Operations Management.

I participated in supervising graduation projects concerning dimensional and geometrical metrology, quality improvement, and total quality management. My role was to help students in carrying out the experiments of the practical part of their projects.
I have taught courses to engineers and technicians in the industrial field under the supervision of American University in Cairo (AUC) and Arab Academy for Science and Technology and Maritime Transport (AAST) These courses include "Fits and Tolerances" for technicians in Alexandria Iron and Steel Company, "Statistics" for engineers in Alexandria Iron and Steel Company, "Quality Engineering" for engineers in Petroleum Maritime Service Co.(PMS),"ISO 9000-2000 Series" for managers in the Egyptian Imports and Exports Monitoring Organization.

## EDUCATION
**PhD, Mechanical Engineering**
University of North Carolina at Charlotte (UNCC), Charlotte, NC, USA (May 2013)
**M.Sc., Mechanical Engineering**
Alexandria University, Alexandria, Egypt (Feb. 2007)
**B.Sc., Mechanical Engineering**
Alexandria University, Alexandria, Egypt (June 2000)

**PhD dissertation topic: Plasmonic Nanolithography Machine.**
My PhD research project was about building a state of the art Plasmonic Nano-Lithography Machine (PLM). Working under the supervision of Prof. Robert J. Hocken, and working as a team member, I was responsible for the precision design and analysis of the machine parts. Also, I was involved in the machining, assembly and system integration phases.
The project was funded by NSF and was a result of the cooperation between the Center for Precision Metrology (CPM) at UNC Charlotte and the Center for Scalable and Integrated NanoManufacturing (SINAM).

**M.Sc. thesis topic: Surface Texture Identification Using Optical Methods.**

ASML-SAAD.000002



Contact: Mike Turner
781-270-7020
mturner@gcrtemps.com

I have developed a binary Morphological Image Processing (MIP) approach to assess the roughness of engineering surfaces. This approach was analyzed mathematically and examined experimentally on real (shaped) specimens and ideal roughness forms (sinusoidal, circular, inverted circular, and triangular) and the results were found to be valuable. I had determined mathematical models to predict some of the surface roughness assessment parameters based on certain morphological statistics of the image and the incidence angle of light. Also, I used the results obtained experimentally to reconstruct a part of the roughness profile of the inspected surfaces. Also, my M.Sc. preparatory studies included Artificial Neural Networks (ANN) but did not contribute to the final thesis.

## LEADERSHIP SKILLS

- President of the American Society for Precision Engineering Student Chapter at UNC Charlotte (ASPE-UNCC) (http://aspe.uncc.edu/) (Academic years 2010-2011 and 2011-2012).
- Secretary of Technology at Graduate & Professional Student Government of UNC-Charlotte (GPSG) (http://gpsg.uncc.edu/). (Academic year 2010-2011).
- Vice president of the Graduate & Professional Student Government of UNC-Charlotte (GPSG) and the chair of the 12th Annual Graduate Research Fair at UNC Charlotte (http://gpsg.uncc.edu/). (Academic year 2011-2012).
- Web mastering websites of the ASPE-UNCC and GPSG. (Academic years 2010-2011 and 2011-2012).

## PROFESSIONAL MEMBERSHIPS

- American Society for Precision Engineering (ASPE)
- American Society of Mechanical Engineers (ASME)
- Semiconductor Equipment and Materials International (SEMI)

ASML-SAAD.000003

# EXHIBIT 2

Performance Management

| Personal Details | |
|---|---|
| Name | Saad, E Mohamed |
| Position | 25008898 |

| Document Details | |
|---|---|
| Appraisal Name | PPM_2016 |
| Appraiser Name | Reed, Christopher |
| Appraisal Status | Completed |
| Start Date | 01-01-2016 |
| End Date | 12-31-2016 |

This document facilitates the performance management cycle consisting of Target Setting, Mid-Year Review and End-Year Review.

In each phase a dialogue between employee and manager is essential. To have a quality dialogue about performance and development, the employee and manager need to prepare both this PPM form and the DAP form.
You can find more information about the PPM process, FAQ and training materials on the ASML PPM Intranet page.

KEY AREAS OF RESPONSIBILITY

In this section, the key areas of responsibility within the current position of the employee need to be described. This gives you opportunity to describe the fundamentals of the position and can help to define and specify your personal targets.

Key areas of responsibility

| Key areas of responsibility | Design of opto-mechanical components |
|---|---|

RESULTS AREA (WHAT):
INDIVIDUAL TARGETS

This section shows all the individual targets for the employee. Targets should be SMART (Specific, Measurable, Achievable, Relevant and Time-bound). New targets can be added by clicking on "Add new target".

The total amount of targets for an employee (both individual and team targets) needs to be two targets minimum and six targets maximum. Target priority needs to be defined by adding a percentage to all targets (both individual and team targets), the sum of which needs to be 100%.

During the Mid-Year and End-Year review, employees and managers are requested to give input about the progress and achievements per target.

| | Priority Indicator | Final Appraisal |
|---|---|---|
| Smash Mkx design engineer | 60 % | Below expectations |

Initial employee input

Confirmed target

- 1st Quarter
o Finishing the FCP PDR and A4 Specs sheet
2nd Quarter
o EDS Under Change Control
o Finishing the FCP CDR and blue prints during the second quarter (milestone is R2 closed)
o Finishing the top cover CDR and blue prints during the second quarter (milestone is R2 closed).Top cover work will also include working with the Dynamics Team to have the proper grommets needed for it to act as a seismic damper.
o Finishing the fiber cables guiding during the second quarter (milestone is R2 closed)

ASML-SAAD.000037

| | Priority Indicator | Final Appraisal |
|---|---|---|

- 3rd Quarter
o Building the FCP and top cover FuMo during the third quarter
o Redesign and update all TPD's mentioned above based on lessons learned (getting ready for the Proto phase)

agreed.

**Mid-year review**
**(employee) ALWAYS**
**VISIBLE TO MANAGER**
- 1st Quarter target achived (Finished the FCP PDR and A4 Specs sheet)
-2nd Quarters achievd:
o EDS is under Change Control
o Finished the FCP CDR and blue prints during the second quarter (milestone is R2 closed)
o The FCP TPDs are currently in the PIM review
o The top cover and fiber guides desgins have been asigned to Thach and Rukang
- I give myself a rating :"meets the targets"
- There was many unexpected challenges due to the involvement of many crossfunctional teams

**Mid-year review**
**(manager) ALWAYS**
**VISIBLE TO EMPLOYEE**
Mohamed has worked hard on a difficult area of the Smash mkx OM, the FCP. The team as a whole struggled to meets its
design commitments. From the experience mohamed should work on improving time managment skills as a lesson
learned. Meeting expectations.

**Employee self-**
**evaluation**
- In the third and fourth quarters of 2016 I learned and applied as much as possible of ASML ways of working to design the
FUMO version of the FCP.
- I made the tasks assigned to me and met the deadlines for each task
- I improved my communication methods by adopting better strategies such as " stopping by cube" questions and having
more frequent meetings with my teammates.
- I believe I delivered the majority of the assigned tasks before the due dates as long as the task was clearly defined.
- I think I met the expectation of this target.

**Final appraisal**

Through the year the design struggles on the FCP continued. The initial concepting was painful and progress was gating
the whole Orion project. This was escalated beyond the PL and required intervention by management. Mohamed was
given the benefit of the doubt during this time as noted in the MYR. Since mid year it is apparent issues with the FCP
continue. Initial TPD quality in EC was poor and required additional effort by the team to review, re-review and correct; the
FCP design as realized has numerous issues (some in AIR). The nature of some of the issues revolve around poor
attention to detail and poor DFM. Different sized screws, misaligned holes. The result is that a redesign is needed to fix
the problems. The design document D100036085 FCP EDs is not under change control, status is listed as out for review
(17Q1), it required extra pre-reviews by the team to get to this state and progress to UCC had to be halted due to design
issues and the redesign that is needed.

The net result for perfromance the FCP for the year is below expectations.

| skills improvement/new hire | 10 % | Meets expectations |
|---|---|---|

Initial employee input

**Confirmed target**

- Finishing the mandatory and high priority training classes during the first quarter (Reference: new hire check sheet)
- Attending important classes during the second and third quarters such as PAS scanner system intro, PAS stepper
system info, NX assemblies, reticle handling and awareness, intro to design simulation and IP/EC training.

agreed.

**Mid-year review**
**(employee) ALWAYS**
**VISIBLE TO MANAGER**

ASML-SAAD.000038

Performance Management

| | Priority Indicator | Final Appraisal |
|---|---|---|

- I didnot meet these targets becuase of the time constraint. The FCP design went through many delays due to the need to satisfy many crossfunctional teams, which reduced the time avaible for training.
- I give myself a rate of "below the target".

**Mid-year review (manager) ALWAYS VISIBLE TO EMPLOYEE**       Mohamed has completed the manditory trainings meeting expectations

**Employee self-evaluation**
- I attended many training classes and workshops as much as the GD&T, Inside Optics, Introduction to Adhesive, NXE training, The TC-Intro to TC part 2.
- I will attend the FEA and Tribology class in the fourth quarter
- I think I achieved this target

**Final appraisal**       per MYR, meeting expectations.

Motivation of satisfaction level

RESULT AREA
(WHAT):CASCADED TEAM
TARGETS

This section shows the cascaded team targets. These targets are applicable for the employee and are defined by the manager.

During the Mid-Year and End-Year review, employees and managers are requested to give input about the progress and achievements per target.

| | Priority Indicator | Final Appraisal |
|---|---|---|
| Quality as an Optical Modules Mdev engineer | 15 % | Below expectations |

**Description**
Driven by corporate target 2C: Improve completeness of all industrialization deliverables and reduce the amount of rework in design
Give required timely attention to industrialization aspects (SCRAMS) of designs. Demonstrate and document industrialization aspects in all phases of the PGP process. Tie industrialization aspects to requirements and proactively create any missing requirements.Work with the cross sector team to gain agreement on meeting industrialization requirements.
All designs reaching R2 are fully industrialized.

**Mid-year review (employee) ALWAYS VISIBLE TO MANAGER**
- I give myself a rate of "meets the targets", - There was some delays becuase i was unfamiliar with ASML documentation system, - I believe i can do way better in the coming quarters,

**Mid-year review (manager) ALWAYS VISIBLE TO EMPLOYEE**
The FCP work required alot of SCRAMS attention which has found its way into the design, meeting expectations.

**Employee self-evaluation**
- I payed more attention to the SCRAMS and currently most of the FCP sub-assemblies are in R2.
- The NXT-FCP will be fully in R2 at 1703
- I think I met this target

**Final appraisal**
The low resulting quality of the FCP is a result of not meeting the manufacturabilty part of SCRAMS. Issues with monoparts, the assembly and its use in the twinscan are too numerous (8 AIR issues). Below expectations.

https://ehr.euhreka.com/sap/public/bc/ur/YEOPGL101709/index.html?sap-client=947&ses...    12/8/2017

ASML-SAAD.000039

|  | Motivation of satisfaction level | |
|---|---|---|
|  | Priority Indicator | Final Appraisal |
| Opto-mechanical Focus | 15 % | Below expectations |

**Description**

Strive for excellence in developing opto-mechanical designs. Ensure designs are peer reviewed and are complete with necessary tolerance, lifetime, and functional analysis and budgets in a timely manner. Employ the fundamentals of precision mechanics and kinematics. Create analysis tools as required to predict performance against design requirements. Demonstrate awareness of design contributions to top system level performance and budgets. Validate designs via analysis and/or Fumos as required. Participate and share in gro up discussions to elevate the Mdev Optical Modules group. Design for X (DFx) (cost, manufacturability, serviceability, reliability).Document designs fully in TPD and in SEG documents. Engage appropriate competency groups to ensure quality.

**Mid-year review
(employee) ALWAYS
VISIBLE TO MANAGER**
- I give myself a rate of "meets the targets",
- I learned many lessons in the first two quarters about ASML "way of working" and team work strategy,
- I think I can do much better as I got more familiar with ASML avaible resources,

**Mid-year review
(manager) ALWAYS
VISIBLE TO EMPLOYEE**
Mohamed is still learning the optomechanics and asml ways of working. Expect a group presentation in Q3 early Q4 and full understanding of asml ways of working by end of year, meeting expectations.

**Employee self-
evaluation**
- I reviewed my designs with my teammates and cooperated with them to apply suggestions in a timely manner.
- The FCP FUMO has been assembled and observations have been recorded for design improvement.
- I followed ASML documentation methods
- I think I met this target.

**Final appraisal**

In line with the other targets, high quality was not achieved, timeliness and documentation had issues, a presentation to the group on Mohamed's ASML work did not happen. Performance can not be considered meeting, below expectations.

**ASML VALUES AREA (HOW):**

This section shows the ASML Values that need to be demonstrated by the employees in their position, with other words "how we work at ASML".
The ASML Values in the areas of People, Product and Process are the basis for an integrated assessment on demonstrated behaviours of the employee (for more information about the ASML Values go to the ASML Competency Framework).
During target setting employees and managers can clarify how the values are applicable in the specific role of the employee and provide guidance. This section is not mandatory.
During the Mid-Year and End-Year review, employees and managers are requested to give input about the progress on demonstrated behavior (HOW).

People - I take charge and cooperate
Teamwork:
I communicate effectively and cooperate in a constructive and empathetic manner with all stakeholders

Leadership:
I align my self and others and take charge (incl. personal and professional leadership)

Product - I commit to win
Goal Orientation:
I achieve agreed goals in an effective and efficient way

ASML-SAAD.000040

Ownership:
I take ownership and show responsibility

Process - I do continuously improve
Improvement Focus:
I do analyze processes and situations and generate improvement ideas in a complex working environment

Quality Focus:
I do structure & prioritize my work and deliver high quality

### ASML Values

Indicate during target setting how the ASML values are applicable in the specific role of the employee. This section is not mandatory.The performance on the HOW can be indicated by assessing the demonstrated behavior of the employee in the areas of People, Product and Process throughout the year.During the end-year review the manager will enter the final score in the "OVERALL PPM SCORE" section.

Initial employee Input

Confirmed Guidance on
"HOW"
Mohamed will have good opportunities to demonstrate the ASML values in 2016 in his role of mechanical design engineer on Smash Mkx.

Mid-year review
(employee) ALWAYS
VISIBLE TO MANAGER
- The first two quarters were a good oppertunity for me to learn the ASML way of working and procedures,
- I think I have many things to add to the system and I will continue seeking improvement (on the personnel and team level).

Mid-year review
(manager) ALWAYS
VISIBLE TO EMPLOYEE
Mohamed's customers believe he has the technical abilities to contribute to the team but he needs improvment in the How in specific areas. Noted was sense of urgency and energy, and flexibility in adopting the asml ways of working in a team environment. Below expectations.

Employee self-
evaluation
- After the mid-year review, I worked on my weakness and improved my sense of urgency and showed higher energy level to my colleagues.
- I payed more attention and contributed in discussion in all meetings I attended whenever I had a question or proposal
- I cooperated with my colleagues and tried to help whoever need help
- I improved my communication skills and opened more channels to be more involved in the project.
- I think in the third and fourth quarters I met this target.

Final appraisal

Mohamed continues to have issues with sense of urgency and energy even after discussions on the topic. Being present physically and mentally are required for adequate performance. Mohamed's issues in demonstrating ASML values as documented in the MYR have resulted in below expectations on his What targets for 2016. meeting expectations

### OVERALL PPM SCORE

This section shows the overall PPM score of an employee. The manager needs to define the overall ratings on the Result area (WHAT) based on the individual ratings per target. The rating for the ASML Values area (HOW) is based on the integral assessment of the demonstrated behaviour related to the ASML Values. The overall PPM score will be displayed in the 9-box grid.

https://ehr.euhreka.com/sap/public/bc/ur/YEOPGL101709/index.html?sap-client=947&ses...    12/8/2017

ASML-SAAD.000041

Performance Management

The colors in the 9-box grid are related to the merit increase categories. For more information please go to the ASML PPM intranet page.



PROMOTION INPUT

The promotion input indicates if the employee will be eligible for a salary-grade promotion. You can give input to explain your motivation.

This section of the PPM form is only visible to the manager, it is not visible to the employee.

Please note the information of promotion input will be made available to the employee on request.

Promotion Input

**Promotion proposal**     No

**Promotion Input**     *

OVERALL COMMENTS

This section shows the overall comments of the employee and the manager about the current performance year.

During the employee acknowledgement step in the PPM process, the employee needs to indicate the level of satisfaction with the PPM process and a motivation of the level of satisfaction. The employee defines this based on the complete process (Target Setting, DAP, MYR and EYR) as well as the quality, the frequency and timing of the dialogues with the manager.

By pressing the "Acknowledged and complete process" button the employee states the PPM form has been shared and discussed. Sign off does not necessarily mean that the employee agrees with the outcome.

ASML-SAAD.000042

**Overall Comments**

INPUT PROVIDED IN THE "OVERALL COMMENTS" SECTION IS VISIBLE TO EMPLOYEE AND MANAGER.

**Employee Comments**

- I think I learned a good portion of ASML ways of working, and still alot to learn and implement,
- I tried to be as effective and efficient as possible and i think learning more about ASML ways of working and attending more training classes will significantly improve my outcome.

**Manager Comments**

2016 can not be considered a success for Mohamed. The year started rocky which can be partly attributed to the team development of the FCP. A concept was arrived upon, but the resulting quality can be attributed to the execution of the concept and as executor, responsibility of this result rests with Mohamed's performance. Fixing the how issues will go along way towards a successful 2017.

**Employee's satisfaction    Neutral**
**with PPM process**
**Motivation of**
**satisfaction level**
I appreciate the efforts made in making this review. On the other hand there are some remarks that I have been blamed for which belong to other individuals. For example, the design has been made based on well documented design requirements and documented design review meeting minutes but later on some people add more requirements and add AIR issues to explain them!. I do not think designer should be accountable for whatever he has been asked to create and should not be blamed when someone ask for more later. Thanks.

PART APPRAISAL INPUT

The Part Appraisal input will be requested by the manager. The Part Appraiser has the opportunity to look at the targets of an employee and give an overall input in the text box "Part Appraisal" below.

This section of the PPM form is only visible to the manager, it is not visible to the employee.

Please note the information of part appraisal will be made available to the employee on request.

Appraisal Input

CALIBRATION NOTES

This section gives the manager the opportunity to make notes that are related to calibration. The function of this section is to give the manager a digital notebook option, therefore it will only be visible to the manager. The notes will not be visible to the employee. Make sure this section is minimized before printing by using the "minus"-button, otherwise it will be printed.

Calibration notes

**Calibration notes**

**Next step: DAP**

To have a quality dialogue about the performance and the development of the employee, the employee and the manager need to prepare both the PPM and DAP in each of the phases. Please take the next step and update the DAP form.

ASML-SAAD.000043

# EXHIBIT 3

**ASML**

## Memo

| | | | | |
|---|---|---|---|---|
| To | **Mohamed Saad** | For Info | **Cynthia Houston, HR Manager** | Office Wilton |
| From | **Chris Reed,**<br>**Group Leader**<br>**WT DE US ME Optical Modules** | | | |
| Phone | | | | |
| Date | **5/25/2017** | | | |
| Reference | | | | |
| Subject | Performance Improvement Plan – Mohamed Saad | | | |
| Classification | Confidential | | | |

The purpose of this memo is to formally notify you of the need for you to improve your performance. The following is a summary of our primary areas of concern, and an action plan or objectives that you will be required to perform against.

ASML is formally notifying you of this required improvement and is placing you on a Performance Improvement Plan for the next 60 days. As your manager I will be closely monitoring your performance progress.

This Performance Improvement Plan will address the following issues:

1. Attention to Detail
2. Being Present
3. Meeting Commitments

**Objective:**

**Meet performance expectations of a Job Grade 7 Design Engineer 2.**

Issue(s):

1. **Attention to Detail:** Documented in your 2016 review are several instances where lack of attention to detail has resulted in poor initial quality of work. Poor initial quality of work has a significant impact to the project team working on the NXT Orion Optical Module. It results in extra reviews, false starts, rework, slow progress and missing commitments. Examples:
    a. The EDS document for the FCP (Fiber Connection Plate assy) was expected to be UCC (under change control) by year end 2016. Your self-assessment for the end of year review states that you accomplished this goal. Upon discussions with your stake holders and checking the document status in TCE, UCC was not achieved. Furthermore, initial reviews resulted in too many deviations that the UCC effort was suspended by the project (in 2017) pending a redesign.
    b. The design of the FCP was produced in 2016, upon assembly and first use, eight AIR issues (ASML issue resolution) IDs were assigned. This is excessive for a new design. Several issues documented are in regards to part interferences, wrong

ASML-SAAD.000026

threads on holes, sharp edges on parts, and incorrect depth of threads. These are design details a JG7 Design Engineer 2 is expected to deliver without issue.

c. Technical Product Documentation (TPD), drawings, of the FCP had poor initial quality. Particularly in EC 213588 where it was noted that the drawings should never have made it to the engineering change process.  This EC alone contains in 51 EC comments, far more than expected. This resulted in more time spent reviewing by team members than normally required and EC closure taking an excessive amount of time (oct '16→mar '17).

2. **Being Present:** Fulfilling the expectations of JG7 Design Engineer 2 requires being present at ASML and being engaged in the work.

   a. According to ASML's attendance policy (#300) : *ASML defines excessive absenteeism or tardiness for a standard 40 hour work week as four (4) or more days of unscheduled absence or more than eight (8) days tardy in any rolling thirteen (13) week period.* In your first year of employment at ASML, during 2016, you have exhausted sick and vacation time off benefits due to excessive absences. This inhibits your ability to perform at the expected level and contributes to slow project progress and missed commitments.

   b. As documented in your performance review for 2016, several team members and stakeholders have noticed a lack of energy and focus.  Displaying a lack of energy is distracting and unprofessional during team meetings and presentations. Also noted, is a lack of a sense of urgency and the energy needed to meet commitments expected of a JG7 Design Engineer 2.

3. **Meeting commitments:**  Ultimately the issues noted above have resulted in missed commitments. Committing and hitting deliverable due dates is essential for proper execution of a project plan for the Orion OM. Missed commitments and slow progress has been noted on many deliverables. Meeting commitments is required of a JG7 Design Engineer 2 assigned to the FCP. Getting the design CDR ready required management intervention to plan.  Ultimately the work had to be divided among other team members to finish per plan. The FCP EDS document missed the year end 2016 UCC deadline. TPD releases (ECs) have missed planned dates. Meeting commitments is expected to be done independently, not requiring excessive oversight by the team leaders or management intervention.

**Resolution:**

In order to improve your performance, you are being placed on a written improvement plan.  For the next 60 days, your work will be closely monitored by your leadership team. You must demonstrate immediate improvement in the following areas:

   a. Your deliverables must be properly planned, delivered on time, and at a good quality level so rework is not needed

   b. You must demonstrate ownership of your deliverables such that commitments are met with the adequate energy and sense of urgency need to complete them

   c. You need to regularly communicate progress as well as roadblocks and suggested resolutions before situations become crises

Please provide to me, in writing, how you will contribute to successfully managing the above mentioned items, no later than one (1) week from our discussion today.  In addition, please schedule a weekly meeting in order for us to ensure we are in alignment. Progress will be measured and tracked during this meeting.

ASML-SAAD.000027

Page 2 of 2
Mohamed Saad

The management team wants you to be successful at ASML, however if your performance in the areas outlined above do not improve significantly and measurably, and the actions noted are not completed during the review period, you may be subject to further disciplinary action up to and including termination. It should also be noted that this plan is not a guarantee of employment nor does it in any way alter the at-will nature of the employment relationship between you and ASML.

Improvement on this performance plan must occur immediately and be sustained. If any portion of this improvement plan is violated at any time, disciplinary action to include termination from the company may occur. A decrease in performance after successfully completing the improvement plan may result in being dismissed from ASML without the issuance of another warning or improvement plan.

**As always, the Open Door Policy is available for you to discuss any concerns.**

I have read and understand the qualification and performance improvement requirements. Your signature acknowledges this discussion. It does not indicate agreement or disagreement with this plan

Mohamed Saad
_____     5-25-2017
Employee Signature                  Date

_____     5-25-2017
Manager Signature                   Date

3/3

ASML-SAAD.000028

# EXHIBIT 4

**Christopher Reed </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7ABA8D850EFB4EBA98E8C9F808BCE15E-REEDC>**
Weekly 1:1 meeting
Fri, 02 Jun 2017 13:04:13 -0700
To: Mohamed Saad <mohamed.saad@asml.com>

# Weekly 1:1 meeting

Friday, June 02, 2017
3:52 PM

| Subject | **Weekly 1:1 meeting** |
|---|---|
| Date and Location | Friday, June 02, 2017 3:30 PM - 4:00 PM, Chris's office |
| Attendees | Mohamed Saad; Christopher Reed; |
| Message | Weekly 1:1 meeting |

\sb280

**\sb280Notes**

\sb280

\sb280Reviewed tasks plans for Spot Mirror, Objective shaker and OM shaker fixtures, and G2M DFMEA items
· Final ownership of meeting deliverables rests with you, the plan although reviewed is owned by you. Meeting the major milestones/deliverables is the agreement with TL/arch
· Suggest adding provisions in weekly task plan to be able to see day to day details and mini-milestones
    o Perhaps adopt CRee TL tasks format for tracking
· Each week come to the PIP meeting with tasks sheet updated and statused

 \sb280 Email CRee task materials reviewed today

\sb280

\sb280Expects to take 3 days of vacation in june...first one is on 6/9 Friday.
· Vacation balance checked by MSAC as ok to cover the 3 days
· Note vacation impacts to previously committed milestones

Created with Microsoft OneNote 2010
One place for all your notes and information

ASML-SAAD001325

# EXHIBIT 5

**From:** **Christopher Reed**
/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
/CN=RECIPIENTS/CN=7ABA8D850EFB4EBA98E8C9F808BCE15E-REEDC
📎
**Subject:** msac actions 060217.doc
**Date:** June 2, 2017 at 2:51 PM
**To:** Mohamed Saad  mohamed.saad@asml.com



msac actions
060217.doc

ASML-SAAD000725

 **ASML**                                                    **MOM**

| | | | | | |
|---|---|---|---|---|---|
| **Office: Wilton** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Meeting date | : | 2-Jun-17(1424) | Date | : | 9-Jun-2014 |
| Minutes by | : | <name here> | Ref. | : | tl meeting minutes template.doc |

| | | | | | |
|---|---|---|---|---|---|
| Present<br>(* = absent) | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; | For info | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; |

| | | |
|---|---|---|
| **Subject** | **:** | **<set subject in document properties>** |

Classification : Confidential

| Red=past due | Orange=due this week | Green=complete | Gray=on hold |
|---|---|---|---|

**Agenda/Notes:**

- <agenda  here as required>
- <help text>
  - To get started
    - Fill in header as indicated
    - Fill in footer as indicated
    - Set subject in document properties, add button to ribbon "view document properties" to access
    - Edit macro "save next" for next meeting, default is a Monday meeting:
      - nextmeet = (yearnum * 100) + weeknum + 1.1 '.1=monday, .2=Tuesday...
  - To enter tasks
    - Add as many task tables as needed (copy and paste)
    - Insert row(s) per task(s)
    - Fill in No./action/owner/plan as required
    - Delete rows to purge old tasks as required
  - To save this week's
    - Run macro "save next"
      - "Meeting date" field is updated
      - File name is created from subject and date
  - To status
    - Run macro "find due"
      - Dates are compared to "Meeting date" field
      - Old dates get shaded RED
      - Current dates get shaded ORANGE
      - Future dates are not shaded
    - Completed tasks are manually shaded GREEN
    - On hold tasks are manually shaded GRAY
  - To distribute automatically
    - Run macro "email send"
    - To email to header distribution list, edit macro "email send":
      - as an attachment
        - uncomment "Call SendDocumentAsAttachment"
        - comment out "Call SendDocumentAsLink"
      - as a link to a shared network folder
        - NOT SHAREPOINT
        - comment out "Call SendDocumentAsAttachment"
        - uncomment  "Call SendDocumentAsLink"
    - An email is created in outlook, edit as needed and send

————1/2

CONFIDENTIAL

 **ASML**

**MОМ**

**Office: wilton**

Meeting date  :  --
Ref  :

**Subject**  :

**Classification : Confidential**

# Actions

|  | No. | Record decisions agreed | Action by | Plan |
|---|---|---|---|---|
| ☑ | **1** | **Performance Actions** | | |
| | 1.01 | • 1722: working on EC#234234, expected to be in review 1722.4<br>　○ EC review slips one day due to TCE being down, in review 1722.5<br>　○ 1723.4: EC closed as expected<br>　○ In order to expedite EC will call EC intake meeting by 1724.1 | | 1723.4 |
| | 1.02 | • | | |
| | | • | | |
| | | | | |

| Next meeting | Date | Place | Chairman | Duration |
|---|---|---|---|---|
| recurring @ <time> | 1425.1 | <room here> | <name here> | 1hr |

CONFIDENTIAL

ASML-SAAD000727

# EXHIBIT 6

**From:** **Christopher Reed**
/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
/CN=RECIPIENTS/CN=7ABA8D850EFB4EBA98E8C9F808BCE15E-REEDC

**Subject:** msac actions 060217.doc
**Date:** June 2, 2017 at 2:51 PM
**To:** Mohamed Saad  mohamed.saad@asml.com



msac actions
060217.doc

ASML-SAAD000725



**Office: Wilton**

MOM

| | | | | | |
|---|---|---|---|---|---|
| Meeting date | : | 2-Jun-17(1424) | Date | : | 9-Jun-2014 |
| Minutes by | : | <name here> | Ref. | : | tl meeting minutes template.doc |

| | | | | | |
|---|---|---|---|---|---|
| Present<br>(* = absent) | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; | For info | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; |

---

**Subject    :    <set subject in document properties>**

Classification : Confidential

| Red=past due | Orange=due this week | Green=complete | Gray=on hold |
|---|---|---|---|

**Agenda/Notes:**

- <agenda  here as required>
- <help text>
  - To get started
    - Fill in header as indicated
    - Fill in footer as indicated
    - Set subject in document properties, add button to ribbon "view document properties" to access
    - Edit macro "save next" for next meeting, default is a Monday meeting:
      - nextmeet = (yearnum * 100) + weeknum + 1.1 '.1=monday, .2=Tuesday...
  - To enter tasks
    - Add as many task tables as needed (copy and paste)
    - Insert row(s) per task(s)
    - Fill in No./action/owner/plan as required
    - Delete rows to purge old tasks as required
  - To save this week's
    - Run macro "save next"
      - "Meeting date" field is updated
      - File name is created from subject and date
  - To status
    - Run macro "find due"
      - Dates are compared to "Meeting date" field
      - Old dates get shaded RED
      - Current dates get shaded ORANGE
      - Future dates are not shaded
    - Completed tasks are manually shaded GREEN
    - On hold tasks are manually shaded GRAY
  - To distribute automatically
    - Run macro "email send"
    - To email to header distribution list, edit macro "email send":
      - as an attachment
        - uncomment "Call SendDocumentAsAttachment"
        - comment out "Call SendDocumentAsLink"
      - as a link to a shared network folder
        - NOT SHAREPOINT
        - comment out "Call SendDocumentAsAttachment"
        - uncomment  "Call SendDocumentAsLink"
    - An email is created in outlook, edit as needed and send

———1/2

CONFIDENTIAL



**Office: wilton**

Meeting date  :  --
Ref           :

**Subject**       :

**Classification : Confidential**

# Actions

|   | No. | Record decisions agreed | Action by | Plan |
|---|-----|-------------------------|-----------|------|
| ☑ | **1** | **Performance Actions** | | |
|   | 1.01 | • 1722: working on EC#234234, expected to be in review 1722.4<br>    o EC review slips one day due to TCE being down, in review 1722.5<br>    o 1723.4: EC closed as expected<br>    o In order to expedite EC will call EC intake meeting by 1724.1 | | 1723.4 |
|   | 1.02 | • | | |
|   |   | • | | |
|   |   | | | |

| Next meeting | Date | Place | Chairman | Duration |
|---|---|---|---|---|
| recurring @ <time> | 1425.1 | <room here> | <name here> | 1hr |

CONFIDENTIAL

ASML-SAAD000727

**From:** **Christopher Reed**
/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
/CN=RECIPIENTS/CN=7ABA8D850EFB4EBA98E8C9F808BCE15E-REEDC
**Subject:** msac actions 060217.doc
**Date:** June 2, 2017 at 2:51 PM
**To:** Mohamed Saad  mohamed.saad@asml.com



msac actions
060217.doc

ASML-SAAD000728

 **ASML**                                                                    **MOM**

**Office: Wilton**

| | | | | | |
|---|---|---|---|---|---|
| Meeting date | : | 2-Jun-17(1424) | Date | : | 9-Jun-2014 |
| Minutes by | : | <name here> | Ref. | : | tl meeting minutes template.doc |

| | | | | | | |
|---|---|---|---|---|---|---|
| Present (* = absent) | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; | For info | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; |

**Subject    :    <set subject in document properties>**

Classification : Confidential

| Red=past due | Orange=due this week | Green=complete | Gray=on hold |
|---|---|---|---|

**Agenda/Notes:**
- <agenda  here as required>
- <help text>
  - To get started
    - Fill in header as indicated
    - Fill in footer as indicated
    - Set subject in document properties, add button to ribbon "view document properties" to access
    - Edit macro "save next" for next meeting, default is a Monday meeting:
      - nextmeet = (yearnum * 100) + weeknum + 1.1 '.1=monday, .2=Tuesday...
  - To enter tasks
    - Add as many task tables as needed (copy and paste)
    - Insert row(s) per task(s)
    - Fill in No./action/owner/plan as required
    - Delete rows to purge old tasks as required
  - To save this week's
    - Run macro "save next"
      - "Meeting date" field is updated
      - File name is created from subject and date
  - To status
    - Run macro "find due"
      - Dates are compared to "Meeting date" field
      - Old dates get shaded RED
      - Current dates get shaded ORANGE
      - Future dates are not shaded
    - Completed tasks are manually shaded GREEN
    - On hold tasks are manually shaded GRAY
  - To distribute automatically
    - Run macro "email send"
    - To email to header distribution list, edit macro "email send":
      - as an attachment
        - uncomment "Call SendDocumentAsAttachment"
        - comment out "Call SendDocumentAsLink"
      - as a link to a shared network folder
        - NOT SHAREPOINT
        - comment out "Call SendDocumentAsAttachment"
        - uncomment  "Call SendDocumentAsLink"
    - An email is created in outlook, edit as needed and send

———1/2

 **ASML**                                    **MOM**

**Office: wilton**

Meeting date      :   --
Ref               :

**Subject**        :

**Classification : Confidential**

# Actions

|   | No. | Record decisions agreed | Action by | Plan |
|---|-----|-------------------------|-----------|------|
| ☑ | **1** | **Performance Actions** | | |
| | 1.01 | • 1722: working on EC#234234, expected to be in review 1722.4<br> o EC review slips one day due to TCE being down, in review 1722.5<br> o 1723.4: EC closed as expected<br> o In order to expedite EC will call EC intake meeting by 1724.1 | | 1723.4 |
| | 1.02 | • | | |
| | | • | | |
| | | | | |

| Next meeting | Date | Place | Chairman | Duration |
|--------------|------|-------|----------|----------|
| recurring @ <time> | 1425.1 | <room here> | <name here> | 1hr |

CONFIDENTIAL                                    ASML-SAAD000730

**From:** **Christopher Reed**
/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
/CN=RECIPIENTS/CN=7ABA8D850EFB4EBA98E8C9F808BCE15E-REEDC
**Subject:** MSAC actions 06_07_17.doc
**Date:** June 7, 2017 at 4:30 PM
**To:** Mohamed Saad  mohamed.saad@asml.com



MSAC actions
06_07_17.doc

ASML-SAAD000731

 **ASML**

**MOM**

| Office: Wilton | | | | | |
|---|---|---|---|---|---|
| Meeting date | : | 2-Jun-17(1424) | Date | : | 9-Jun-2014 |
| Minutes by | : | <name here> | Ref. | : | tl meeting minutes template.doc |
| Present<br>(* = absent) | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; | For info | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; |

| Subject | : | <set subject in document properties> |
|---|---|---|

Classification : Confidential

| Red=past due | Orange=due this week | Green=complete | Gray=on hold |
|---|---|---|---|

**Agenda/Notes:**
- <agenda  here as required>
- <help text>
  - To get started
    - Fill in header as indicated
    - Fill in footer as indicated
    - Set subject in document properties, add button to ribbon "view document properties" to access
    - Edit macro "save next" for next meeting, default is a Monday meeting:
      - nextmeet = (yearnum * 100) + weeknum + 1.1 '.1=monday, .2=Tuesday...
  - To enter tasks
    - Add as many task tables as needed (copy and paste)
    - Insert row(s) per task(s)
    - Fill in No./action/owner/plan as required
    - Delete rows to purge old tasks as required
  - To save this week's
    - Run macro "save next"
      - "Meeting date" field is updated
      - File name is created from subject and date
  - To status
    - Run macro "find due"
      - Dates are compared to "Meeting date" field
      - Old dates get shaded RED
      - Current dates get shaded ORANGE
      - Future dates are not shaded
    - Completed tasks are manually shaded GREEN
    - On hold tasks are manually shaded GRAY
  - To distribute automatically
    - Run macro "email send"
    - To email to header distribution list, edit macro "email send":
      - as an attachment
        - uncomment "Call SendDocumentAsAttachment"
        - comment out "Call SendDocumentAsLink"
      - as a link to a shared network folder
        - NOT SHAREPOINT
        - comment out "Call SendDocumentAsAttachment"
        - uncomment  "Call SendDocumentAsLink"
    - An email is created in outlook, edit as needed and send

CONFIDENTIAL

ASML-SAAD000732



Office: wilton



Meeting date   :  --
Ref          :

**Subject**     :

**Classification : Confidential**

# Actions

| | No. | Record decisions agreed | Action by | Plan |
|---|---|---|---|---|
| ☑ | **1** | **Performance Actions** | | |
| | 1.01 | • 1721.2: EC#217262 put in review | | 1724.2 |
| | | • 1722.5: working on EC#217262, expected to be in PIM review 1723.4 | | |
| | |   o Resolved all remarks up to 1723.3 | | |
| | |   o 1723.2: Taeyoung added remark on behalf of Jonathan Glick because he is in training until 6/12 | | |
| | |   o As of 1723.2, only Matt left to add his remarks | | |
| | |   o I made draft TAS for the wedged spacer (4022.656.91452), the TAS id is D100043246, Per Steve, Robert Douglas will finish the process. | | |
| | | CREE 1723.3: per plan EC closed by 1724.2, fixed remarks | | |
| | | • Ec contains a lot of comments, need to apply lessons to next EC | | |
| | |   o TPD pre-review meeting mandatory with EC signoff list persons who are TPD stakeholders | | |
| | |     ▪ Confirm with Matt this aligns with Orion WoW | | |
| | |   o Ensure you do enough pre-reviews of the TPD head of time to prevent clerical comments | | |
| | |   o Prevent people from reviewing flawed tpd generated by NX/TCE in EC | | |

CONFIDENTIAL

ASML-SAAD000733

 

**Office: wilton**

Meeting date : --
Ref :

**Subject** :

**Classification : Confidential**

| | No. | Record decisions agreed | Action by | Plan |
|---|---|---|---|---|
| | 1.02 | • 1723.3: Design of Orion Objective Shaker Fixture | | Objective : 1729.3 |
| | |     ○ 1723.1: Created a desing concept based on the MK3 shaker fixture desing ( 4022.644.67261). W122648 shows the Mk3 shock test setup | | |
| | |     ○ 1723.2: Created a draft TPS (D100043257) based on Mk3 shaker fixture TPS (TPS D100009182).The draft was  sent to Taub, Swindale, and Ashwin for review | | Orion: 1731.1 |
| | |     ○ 1723.2: Created a draft EPS (D100043254) based on the Orion objective EDS and discussions with Swindale and Monkman, sent to Taub, Swindale, and Ashwin for review | | |
| | |     ○ Created an assyembly to show the concept (4022.666.75601) and had meeting with Taub and got his comments | | |
| | |     ○ Created an improved model based on Taub comments, sent to Swindale, Ashwin, and Monkman to get their feedback, got Ashwin's and Monkman  feedback. | | |
| | |     ○ Created improved models based on Ashwin and Monkman comments, will have meeting at 1723.4 with Swindale, Ashwin, and Monkman to get their feedback | | |
| | |     ○ 1723.3: no feedback yet about the EPS and the TPS from Ashwin, Swindale and Dave. | | |
| | | ==CREE 1723.3: suggest splitting this task into two since these are parallel but separate physical deliverables== | | |
| | |     ○ ==Break out the mini-milestones and status against that rather than day to day log of work== | | |
| | |     ○ ==Be sure that initial quality is high on deliverables to prevent excessive review comments by team, may require stakeholder management and your own pre-reviews== | | |
| | |     ○ ==Dates shown are R2 EC closed for fixtures, on-track== | | |

_____3/4

CONFIDENTIAL

ASML-SAAD000734



**Office: wilton**

Meeting date : --
Ref :

**Subject** :

**Classification : Confidential**

| | No. | Record decisions agreed | Action by | Plan |
|---|---|---|---|---|
| | 1.03 | • 1722.3: Supporting the architect (G2M DFMEA)<br>    ○ 1722.3: had a meeting with Dave to priorities the G2M failure modes<br>    ○ Discussion with Taub and Darling to collect information related to the G2M DFMEA, Kyle sent analysis doc and FUMO CDR doc for review.<br>• 1723.3: Reviwing the document provided by Darling.<br>==CREE 1723.3: task is nebulous…needs more definition. Similar comment to above, create mini-milestones to status against and determine due dates== | | Summer-izing updates until 1750.5 |
| | | | | |

| Next meeting | Date | Place | Chairman | Duration |
|---|---|---|---|---|
| recurring @ <time> | 1425.1 | <room here> | <name here> | 1hr |

CONFIDENTIAL

ASML-SAAD000735

**From:** **Christopher Reed**
/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
/CN=RECIPIENTS/CN=7ABA8D850EFB4EBA98E8C9F808BCE15E-REEDC

**Subject:** msac actions 061617.doc
**Date:** June 16, 2017 at 2:00 PM
**To:** Mohamed Saad  mohamed.saad@asml.com



msac actions
061617.doc

ASML-SAAD000736



**Office: Wilton** <span style="float:right">**MOM**</span>

| | | | | | |
|---|---|---|---|---|---|
| Meeting date | : | 2-Jun-17(1424) | Date | : | 9-Jun-2014 |
| Minutes by | : | <name here> | Ref. | : | tl meeting minutes template.doc |

| | | | | | |
|---|---|---|---|---|---|
| Present (* = absent) | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; | For info | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; |

**Subject** : <set subject in document properties>

<div style="text-align:right">Classification : Confidential</div>

| Red=past due | Orange=due this week | Green=complete | Gray=on hold |
|---|---|---|---|

**Agenda/Notes:**

- <agenda  here as required>
- <help text>
  - To get started
    - Fill in header as indicated
    - Fill in footer as indicated
    - Set subject in document properties, add button to ribbon "view document properties" to access
    - Edit macro "save next" for next meeting, default is a Monday meeting:
      - nextmeet = (yearnum * 100) + weeknum + 1.1 '.1=monday, .2=Tuesday...
  - To enter tasks
    - Add as many task tables as needed (copy and paste)
    - Insert row(s) per task(s)
    - Fill in No./action/owner/plan as required
    - Delete rows to purge old tasks as required
  - To save this week's
    - Run macro "save next"
      - "Meeting date" field is updated
      - File name is created from subject and date
  - To status
    - Run macro "find due"
      - Dates are compared to "Meeting date" field
      - Old dates get shaded RED
      - Current dates get shaded ORANGE
      - Future dates are not shaded
    - Completed tasks are manually shaded GREEN
    - On hold tasks are manually shaded GRAY
  - To distribute automatically
    - Run macro "email send"
    - To email to header distribution list, edit macro "email send":
      - as an attachment
        - uncomment "Call SendDocumentAsAttachment"
        - comment out "Call SendDocumentAsLink"
      - as a link to a shared network folder
        - NOT SHAREPOINT
        - comment out "Call SendDocumentAsAttachment"
        - uncomment  "Call SendDocumentAsLink"
    - An email is created in outlook, edit as needed and send

CONFIDENTIAL

ASML-SAAD000737

 

**Office: wilton**

Meeting date    :   --
Ref             :

**Subject       :**

Classification : Confidential

# Actions

| | No. | Record decisions agreed | Action by | Plan |
|---|---|---|---|---|
| ☑ | **1** | **Performance Actions** | | |

| | No. | Performance action | Plan |
|---|---|---|---|
| | 1.01 | **Spot mirror EC#217262:**<br><br>• EC#217262 put in  review 1721.2<br><br>• 1722.5: working on EC#217262, expected to be in PIM revie<br><br>• As of 1723.4:<br>   ○ Resolved all remarks up to 1723.3<br>   ○ 1723.2: Taeyoung added remark on behalf of Jonathan Glick because he is in training until 6/12<br>   ○ As of 1723.2, only Matt left to add his remarks<br>   ○ I made draft TAS for the wedged spacer (4022.656.91452), the TAS id is D100043246, Per Steve, Robert Douglas will finish the process.<br><br>CREE 1723.3: per plan EC closed by 1724.2, fixed remarks<br>  • Ec contains a lot of comments, need to apply lessons to next EC<br>   ○ TPD pre-review meeting mandatory with EC signoff list persons who are TPD stakeholders<br>     ■ Confirm with Matt this aligns with Orion WoW<br>   ○ Ensure you do enough pre-reviews of the TPD head of time to prevent clerical comments<br>   ○ Prevent people from reviewing flawed tpd generated by NX/TCE in EC<br>CREE 1724.5: new EC close date is 1725.3. 1 day vacation 1723.5. had in person TPD review(s) which generated more comments. Comments all addressed.   Deleted extra text. Discussed plan date change is not entirely due to review inefficiencies as discussed prior. | 1724.2<br>New date:<br>1725.1 in PIM<br>Estimated to be closed 1725.3 |
| | 1.02 | **Design of Orion Objective Shaker Fixture**<br><br>• Concept development:<br>   ○ Started 1622.4, estimated to be closed by 1625.5<br>   ○ I Created a desing concept based on the MK3 shaker fixture | Started 1722.4<br>Estimated to be closed 1736.1 |

CONFIDENTIAL

ASML-SAAD000738





Office: wilton

Meeting date  :  --
Ref           :

**Subject**       :

Classification : Confidential

| | | desing ( 4022.644.67261). W122648 shows the Mk3 shock test setup at 1723.1 <br> ○ Created an assyembly to show the concept (4022.666.75601) and had meeting with Taub and got his comments <br> • Create TPS <br> ○ I Created a draft TPS (D100043257) based on Mk3 shaker fixture TPS (TPS D100009182).The draft was  sent to Taub, Swindale, and Ashwin for review at 1723.2 <br> • Create EPS <br> ○ Created a draft EPS (D100043254) based on the Orion objective EDS and discussions with Swindale and Monkman, sent to Taub, Swindale, and Ashwin for review 1723.2 <br> • Create models <br> ○ Created an improved model based on Taub comments, sent to Swindale, Ashwin, and Monkman to get their feedback, got Ashwin's and Monkman  feedback. <br> ○ Created improved models based on Ashwin and Monkman comments, will have meeting at 1723.4 with Swindale, Ashwin, and Monkman to get their feedback <br> ○ As of 1723.3: no feedback yet about the EPS and the TPS from Ashwin, Swindale and Dave. <br> ○ Had a meeting with Ashwin who proposed some changes to the TPS 1724.1 <br> ==CREE 1723.3: suggest splitting this task into two since these are parallel but separate physical deliverables== <br> ○ ==Break out the mini-milestones and status against that rather than day to day log of work== <br> ○ ==Be sure that initial quality is high on deliverables to prevent excessive review comments by team, may require stakeholder management and your own pre-reviews== <br> ○ ==Dates shown are R2 EC closed for fixtures, on-track== <br> • Per Matt request at 1724.1, do not work on the shaker fixture design or anything else until the EC-217262 work is done. <br> ==CREE: 1724.5: get new date from Matt based on hold, is 1736.1 accurate?== | |
| | 1.03 | Design of Orion OM Shaker Fixture | Estimated to start 1728.1 Estimated to be closed |

—— 3/4

ASML-SAAD000739

 

**Office: wilton**

Meeting date : --
Ref :

**Subject :**

**Classification : Confidential**

| | | | |
|---|---|---|---|
| | | • Concept Development<br>• Create models<br>• Create EPS<br>• Review EPS<br>• CREATE TPDs<br>• Review TPDs<br>• EC review<br><mark>CREE 1724.5: ensure need date is ok with TL and agreed (1734.1)</mark> | 1734.1 |
| | 1.04 | • 1722.3: Supporting the architect (G2M DFMEA)<br>  • 1722.3: had a meeting with Dave to priorities the G2M failure modes<br>  • Discussion with Taub and Darling to collect information related to the G2M DFMEA, Kyle sent analysis doc and FUMO CDR doc for review.<br>• 1723.3: Reviwing the document provided by Darling.<br><mark>CREE 1723.3: task is nebulous…needs more definition. Similar comment to above, create mini-milestones to status against and determine due dates</mark><br>• Per Matt request at 1724.1, do not work on the shaker fixture design or anything else until the EC-217262 work is done.<br><mark>CREE 1724.5: even if on hold, due dates need to be assigned and mapped out now that EC appears to be nearing completion</mark> | Summer-izing updates until 1750.5 |

| Next meeting | Date | Place | Chairman | Duration |
|---|---|---|---|---|
| recurring @ <time> | 1425.1 | <room here> | <name here> | 1hr |

———4/4

CONFIDENTIAL

ASML-SAAD000740

**From:** **Christopher Reed**
/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
/CN=RECIPIENTS/CN=7ABA8D850EFB4EBA98E8C9F808BCE15E-REEDC
**Subject:** msac actions 061617.doc
**Date:** June 16, 2017 at 2:00 PM
**To:** Mohamed Saad  mohamed.saad@asml.com



msac actions
061617.doc

ASML-SAAD000741

 **ASML**

**MOM**

**Office: Wilton**

| | | | | | |
|---|---|---|---|---|---|
| Meeting date | : | 2-Jun-17(1424) | Date | : | 9-Jun-2014 |
| Minutes by | : | <name here> | Ref. | : | tl meeting minutes template.doc |

| | | | | | | |
|---|---|---|---|---|---|---|
| Present<br>(* = absent) | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; | For info | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; |

**Subject   :   <set subject in document properties>**

Classification : Confidential

| Red=past due | Orange=due this week | Green=complete | Gray=on hold |
|---|---|---|---|

**Agenda/Notes:**
- <agenda  here as required>
- <help text>
  - To get started
    - Fill in header as indicated
    - Fill in footer as indicated
    - Set subject in document properties, add button to ribbon "view document properties" to access
    - Edit macro "save next" for next meeting, default is a Monday meeting:
      - nextmeet = (yearnum * 100) + weeknum + 1.1 '.1=monday, .2=Tuesday...
  - To enter tasks
    - Add as many task tables as needed (copy and paste)
    - Insert row(s) per task(s)
    - Fill in No./action/owner/plan as required
    - Delete rows to purge old tasks as required
  - To save this week's
    - Run macro "save next"
      - "Meeting date" field is updated
      - File name is created from subject and date
  - To status
    - Run macro "find due"
      - Dates are compared to "Meeting date" field
      - Old dates get shaded RED
      - Current dates get shaded ORANGE
      - Future dates are not shaded
    - Completed tasks are manually shaded GREEN
    - On hold tasks are manually shaded GRAY
  - To distribute automatically
    - Run macro "email send"
    - To email to header distribution list, edit macro "email send":
      - as an attachment
        - uncomment "Call SendDocumentAsAttachment"
        - comment out "Call SendDocumentAsLink"
      - as a link to a shared network folder
        - NOT SHAREPOINT
        - comment out "Call SendDocumentAsAttachment"
        - uncomment  "Call SendDocumentAsLink"
    - An email is created in outlook, edit as needed and send

CONFIDENTIAL

ASML-SAAD000742

 

**Office: wilton**

Meeting date : --
Ref :

**Subject** :

**Classification : Confidential**

# Actions

|  | No. | Record decisions agreed | Action by | Plan |
|---|---|---|---|---|
| ☐ | **1** | **Performance Actions** | | |

| | No. | Performance action | Plan |
|---|---|---|---|
| | 1.01 | **Spot mirror EC#217262:**<br><br>• EC#217262 put in review 1721.2<br>• 1722.5: working on EC#217262, expected to be in PIM revie<br>• As of 1723.4:<br>    o Resolved all remarks up to 1723.3<br>    o 1723.2: Taeyoung added remark on behalf of Jonathan Glick because he is in training until 6/12<br>    o As of 1723.2, only Matt left to add his remarks<br>    o I made draft TAS for the wedged spacer (4022.656.91452), the TAS id is D100043246, Per Steve, Robert Douglas will finish the process.<br>CREE 1723.3: per plan EC closed by 1724.2, fixed remarks<br>• Ec contains a lot of comments, need to apply lessons to next EC<br>    o TPD pre-review meeting mandatory with EC signoff list persons who are TPD stakeholders<br>        ▪ Confirm with Matt this aligns with Orion WoW<br>    o Ensure you do enough pre-reviews of the TPD head of time to prevent clerical comments<br>    o Prevent people from reviewing flawed tpd generated by NX/TCE in EC<br>CREE 1724.5: new EC close date is 1725.3. 1 day vacation 1723.5. had in person TPD review(s) which generated more comments. Comments all addressed. Deleted extra text. Discussed plan date change is not entirely due to review inefficiencies as discussed prior. | 1724.2<br>New date:<br>1725.1 in PIM<br>Estimated to be closed 1725.3 |
| | 1.02 | **Design of Orion Objective Shaker Fixture**<br><br>• Concept development:<br>    o Started 1622.4, estimated to be closed by 1625.5<br>    o I Created a desing concept based on the MK3 shaker fixture | Started 1722.4<br>Estimated to be closed 1736.1 |

CONFIDENTIAL

ASML-SAAD000743





**Office: wilton**

Meeting date : --
Ref :

| Subject | : |
|---|---|

**Classification : Confidential**

|  |  |  |  |
|---|---|---|---|
|  |  | desing ( 4022.644.67261). W122648 shows the Mk3 shock test setup at 1723.1<br>   o Created an assyembly to show the concept (4022.666.75601) and had meeting with Taub and got his comments<br>• Create TPS<br>   o I Created a draft TPS (D100043257) based on Mk3 shaker fixture TPS (TPS D100009182).The draft was  sent to Taub, Swindale, and Ashwin for review at 1723.2<br>• Create EPS<br>   o Created a draft EPS (D100043254) based on the Orion objective EDS and discussions with Swindale and Monkman, sent to Taub, Swindale, and Ashwin for review 1723.2<br>• Create models<br>   o Created an improved model based on Taub comments, sent to Swindale, Ashwin, and Monkman to get their feedback, got Ashwin's and Monkman  feedback.<br>   o Created improved models based on Ashwin and Monkman comments, will have meeting at 1723.4 with Swindale, Ashwin, and Monkman to get their feedback<br>   o As of 1723.3: no feedback yet about the EPS and the TPS from Ashwin, Swindale and Dave.<br>   o Had a meeting with Ashwin who proposed some changes to the TPS 1724.1<br>==CREE 1723.3: suggest splitting this task into two since these are parallel but separate physical deliverables==<br>   o ==Break out the mini-milestones and status against that rather than day to day log of work==<br>   o ==Be sure that initial quality is high on deliverables to prevent excessive review comments by team, may require stakeholder management and your own pre-reviews==<br>   o ==Dates shown are R2 EC closed for fixtures, on-track==<br>• Per Matt request at 1724.1, do not work on the shaker fixture design or anything else until the EC-217262 work is done.<br>==CREE: 1724.5: get new date from Matt based on hold, is 1736.1 accurate?== |  |
|  | 1.03 | Design of Orion OM Shaker Fixture | Estimated to start 1728.1<br>Estimated to be closed |

CONFIDENTIAL

ASML-SAAD000744



**Office: wilton**



Meeting date     :   --
Ref              :

**Subject        :**

**Classification : Confidential**

| | | | |
|---|---|---|---|
| | | • Concept Development<br>• Create models<br>• Create EPS<br>• Review EPS<br>• CREATE TPDs<br>• Review TPDs<br>• EC review<br><mark>CREE 1724.5: ensure need date is ok with TL and agreed (1734.1)</mark> | 1734.1 |
| | 1.04 | • 1722.3: Supporting the architect (G2M DFMEA)<br>  • 1722.3: had a meeting with Dave to priorities the G2M failure modes<br>  • Discussion with Taub and Darling to collect information related to the G2M DFMEA, Kyle sent analysis doc and FUMO CDR doc for review.<br>• 1723.3: Reviwing the document provided by Darling.<br><mark>CREE 1723.3: task is nebulous…needs more definition. Similar comment to above, create mini-milestones to status against and determine due dates</mark><br>• Per Matt request at 1724.1, do not work on the shaker fixture design or anything else until the EC-217262 work is done.<br><mark>CREE 1724.5: even if on hold, due dates need to be assigned and mapped out now that EC appears to be nearing completion</mark> | Summer-izing updates until 1750.5 |

| Next meeting | Date | Place | Chairman | Duration |
|---|---|---|---|---|
| recurring @ <time> | 1425.1 | <room here> | <name here> | 1hr |

_____4/4

CONFIDENTIAL

ASML-SAAD000745

**From:** **Christopher Reed**
/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
/CN=RECIPIENTS/CN=7ABA8D850EFB4EBA98E8C9F808BCE15E-REEDC
📎
**Subject:** msac actions 063017a.doc
**Date:** June 30, 2017 at 3:51 PM
**To:** Mohamed Saad  mohamed.saad@asml.com



msac actions
063017a.doc

ASML-SAAD000746



**Office: Wilton**

| | | | | | |
|---|---|---|---|---|---|
| Meeting date | : | 2-Jun-17(1424) | Date | : | 9-Jun-2014 |
| Minutes by | : | <name here> | Ref. | : | tl meeting minutes template.doc |

| | | | | | |
|---|---|---|---|---|---|
| Present<br>(* = absent) | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; | For info | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; |

| Subject | : | <set subject in document properties> |
|---|---|---|

Classification : Confidential

| Red=past due | Orange=due this week | Green=complete | Gray=on hold |
|---|---|---|---|

**Agenda/Notes:**

- <agenda  here as required>
- <help text>
  - To get started
    - Fill in header as indicated
    - Fill in footer as indicated
    - Set subject in document properties, add button to ribbon "view document properties" to access
    - Edit macro "save next" for next meeting, default is a Monday meeting:
      - nextmeet = (yearnum * 100) + weeknum + 1.1 '.1=monday, .2=Tuesday...
  - To enter tasks
    - Add as many task tables as needed (copy and paste)
    - Insert row(s) per task(s)
    - Fill in No./action/owner/plan as required
    - Delete rows to purge old tasks as required
  - To save this week's
    - Run macro "save next"
      - "Meeting date" field is updated
      - File name is created from subject and date
  - To status
    - Run macro "find due"
      - Dates are compared to "Meeting date" field
      - Old dates get shaded RED
      - Current dates get shaded ORANGE
      - Future dates are not shaded
    - Completed tasks are manually shaded GREEN
    - On hold tasks are manually shaded GRAY
  - To distribute automatically
    - Run macro "email send"
    - To email to header distribution list, edit macro "email send":
      - as an attachment
        - uncomment "Call SendDocumentAsAttachment"
        - comment out "Call SendDocumentAsLink"
      - as a link to a shared network folder
        - NOT SHAREPOINT
        - comment out "Call SendDocumentAsAttachment"
        - uncomment  "Call SendDocumentAsLink"
    - An email is created in outlook, edit as needed and send

CONFIDENTIAL

ASML-SAAD000747



**Office: wilton**



Meeting date    :   --
Ref             :

**Subject       :**

Classification : Confidential

# Actions

| | No. | Record decisions agreed | Action by | Plan |
|---|---|---|---|---|
| ☐ | **1** | **Performance Actions** | | |

| | No. | Performance action | Plan |
|---|---|---|---|
| | 1.01 | **Spot mirror EC#217262:** <br><br> • EC#217262 put in review 1721.2 <br><br> • 1722.5: working on EC#217262, expected to be in PIM revie <br><br> • As of 1723.4: <br>    o Resolved all remarks up to 1723.3 <br>    o 1723.2: Taeyoung added remark on behalf of Jonathan Glick because he is in training until 6/12 <br>    o As of 1723.2, only Matt left to add his remarks <br>    o I made draft TAS for the wedged spacer (4022.656.91452), the TAS id is D100043246, Per Steve, Robert Douglas will finish the process. <br><br> CREE 1723.3: per plan EC closed by 1724.2, fixed remarks <br> • Ec contains a lot of comments, need to apply lessons to next EC <br>    o TPD pre-review meeting mandatory with EC signoff list persons who are TPD stakeholders <br>      ▪ Confirm with Matt this aligns with Orion WoW <br>    o Ensure you do enough pre-reviews of the TPD head of time to prevent clerical comments <br>    o Prevent people from reviewing flawed tpd generated by NX/TCE in EC <br><br> CREE 1724.5: new EC close date is 1725.3. 1 day vacation 1723.5. had in person TPD review(s) which generated more comments. Comments all addressed.  Deleted extra text. Discussed plan date change is not entirely due to review inefficiencies as discussed prior. <br><br><br> • EC-217262 is in "sign off" since 1725.5 , Waiting for last sign off from Enock as of 1726.5 <br> • After EC-217262 closed, will start another EC to cover any issue that has not been addressed yet (dumping ground). <br> CREE 1726.5: EC past signoff, some delay due to PIM slowness in | 1724.2 <br> New date: <br> 1725.1 in PIM <br> Estimated to be closed 1725.3 |

CONFIDENTIAL

ASML-SAAD000748



**Office: wilton**



Meeting date      :   --
Ref                      :

**Subject**        :

**Classification : Confidential**

| | | | |
|---|---|---|---|
| | | <span style="background-color:yellow">signing→lesson learned, when a 10second task is undone by someone after 4-5days, proactively act with a sense of urgency to get the signoff completed. Task closed, to be followed with another EC.</span> | |
| | 1.02 | **Design of Orion Objective Shaker Fixture**<br><br>• Concept development:<br> ○ Started 1622.4, estimated to be closed by 1625.5<br> ○ I Created a desing concept based on the MK3 shaker fixture desing ( 4022.644.67261). W122648 shows the Mk3 shock test setup at 1723.1<br> ○ Created an assyembly to show the concept (4022.666.75601) and had meeting with Taub and got his comments<br>• Create TPS<br> ○ I Created a draft TPS (D100043257) based on Mk3 shaker fixture TPS (TPS D100009182).The draft was  sent to Taub, Swindale, and Ashwin for review at 1723.2<br>• Create EPS<br> ○ Created a draft EPS (D100043254) based on the Orion objective EDS and discussions with Swindale and Monkman, sent to Taub, Swindale, and Ashwin for review 1723.2<br>• Create models<br> ○ Created an improved model based on Taub comments, sent to Swindale, Ashwin, and Monkman to get their feedback, got Ashwin's and Monkman  feedback.<br> ○ Created improved models based on Ashwin and Monkman comments, will have meeting at 1723.4 with Swindale, Ashwin, and Monkman to get their feedback<br> ○ As of 1723.3: no feedback yet about the EPS and the TPS from Ashwin, Swindale and Dave.<br> ○ Had a meeting with Ashwin who proposed some changes to the TPS 1724.1<br><span style="background-color:yellow">CREE 1723.3: suggest splitting this task into two since these are parallel but separate physical deliverables</span><br><span style="background-color:yellow"> ○ Break out the mini-milestones and status against that rather than day to day log of work</span><br><span style="background-color:yellow"> ○ Be sure that initial quality is high on deliverables to prevent</span> | Started 1722.4<br>Estimated to be closed 1736.1<br><span style="background-color:#00FF00">-Delayed:</span><br><span style="background-color:#00FF00">The EPS may start Wk 1731</span> |

CONFIDENTIAL





**Office: wilton**

Meeting date     :   --
Ref              :

**Subject        :**

**Classification : Confidential**

| | | | |
|---|---|---|---|
| | | <mark>excessive review comments by team, may require stakeholder management and your own pre-reviews</mark><br><mark>○  Dates shown are R2 EC closed for fixtures, on-track</mark><br>•  Per Matt request at 1724.1, do not work on the shaker fixture design or anything else until the EC-217262 work is done.<br><mark>CREE: 1724.5: get new date from Matt based on hold, is 1736.1 accurate?</mark><br>•  Has to wait to Wk 1731 to start the EPS because Ashwin has to finish the TPS first.<br><mark>CREE 1726.5: proceeding with making concept fixture in 4022.666.75601. suggest making part manufacturable by eliminating deep objective pocket and moving the material to a plastic cover. Discussed all the engineering which needs to be completed before the design is done and for a job of this small scope how can you proactively solve the project problems by engineering solutions in parallel.</mark> | |
| | 1.03 | **Design of Orion OM Shaker Fixture**<br>•  Create EPS<br><mark>CREE 1724.5: ensure need date is ok with TL and agreed (1734.1)</mark><br>•  Has to wait to Wk 1735 to start the EPS because Ashwin has to finish the TPS first.<br><mark>CREE 1726.5: preliminary concepts being worked, general task on hold</mark> | Estimated to start 1728.1<br>Estimated to be closed 1734.1<br>-Delayed:<br><mark style="background:#90ee90">The EPS may start at Wk1735</mark> |
| | 1.04 | **Supporting the architect (G2M DFMEA)**<br>•  1722.3: had a meeting with Dave to priorities the G2M failure modes<br>•  Discussion with Taub and Darling to collect information related to the G2M DFMEA, Kyle sent analysis doc and FUMO CDR doc for review.<br>•  1723.3: Reviwing the document provided by Darling.<br><mark>CREE 1723.3: task is nebulous…needs more definition. Similar comment to above, create mini-milestones to status against and determine due dates</mark><br>•  Per Matt request at 1724.1, do not work on the shaker fixture design or anything else until the EC-217262 work is done.<br><mark>CREE 1724.5: even if on hold, due dates need to be assigned and mapped out now that EC appears to be nearing completion</mark><br><mark>CREE 1726.5: still on hold, scheduled to meet with kyle and dave 1727.3</mark> | Summer-izing updates until 1750.5 |

———4/5

CONFIDENTIAL

ASML-SAAD000750



**Office: wilton**

**MOM**

Meeting date   :  --
Ref   :

**Subject**   :

**Classification : Confidential**

| Next meeting | Date | Place | Chairman | Duration |
|---|---|---|---|---|
| recurring @ <time> | 1425.1 | <room here> | <name here> | 1hr |

CONFIDENTIAL

ASML-SAAD000751

**From:** **Christopher Reed**
/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
/CN=RECIPIENTS/CN=7ABA8D850EFB4EBA98E8C9F808BCE15E-REEDC

**Subject:** msac actions 063017a.doc
**Date:** June 30, 2017 at 3:51 PM
**To:** Mohamed Saad  mohamed.saad@asml.com



msac actions
063017a.doc

 **ASML**                    **MOM**

**Office: Wilton**

| | | | | | |
|---|---|---|---|---|---|
| Meeting date | : | 2-Jun-17(1424) | Date | : | 9-Jun-2014 |
| Minutes by | : | <name here> | Ref. | : | tl meeting minutes template.doc |

| | | | | | |
|---|---|---|---|---|---|
| Present (* = absent) | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; | For info | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; |

**Subject    :    <set subject in document properties>**

Classification : Confidential

| Red=past due | Orange=due this week | Green=complete | Gray=on hold |
|---|---|---|---|

**Agenda/Notes:**
- <agenda  here as required>
- <help text>
  - To get started
    - Fill in header as indicated
    - Fill in footer as indicated
    - Set subject in document properties, add button to ribbon "view document properties" to access
    - Edit macro "save next" for next meeting, default is a Monday meeting:
      - nextmeet = (yearnum * 100) + weeknum + 1.1 '.1=monday, .2=Tuesday...
  - To enter tasks
    - Add as many task tables as needed (copy and paste)
    - Insert row(s) per task(s)
    - Fill in No./action/owner/plan as required
    - Delete rows to purge old tasks as required
  - To save this week's
    - Run macro "save next"
      - "Meeting date" field is updated
      - File name is created from subject and date
  - To status
    - Run macro "find due"
      - Dates are compared to "Meeting date" field
      - Old dates get shaded RED
      - Current dates get shaded ORANGE
      - Future dates are not shaded
    - Completed tasks are manually shaded GREEN
    - On hold tasks are manually shaded GRAY
  - To distribute automatically
    - Run macro "email send"
    - To email to header distribution list, edit macro "email send":
      - as an attachment
        - uncomment "Call SendDocumentAsAttachment"
        - comment out "Call SendDocumentAsLink"
      - as a link to a shared network folder
        - NOT SHAREPOINT
        - comment out "Call SendDocumentAsAttachment"
        - uncomment  "Call SendDocumentAsLink"
      - An email is created in outlook, edit as needed and send

――――1/5

 **ASML**

**Office: wilton**



Meeting date   :   --
Ref   :

**Subject   :**

Classification : Confidential

# Actions

| | No. | Record decisions agreed | Action by | Plan |
|---|---|---|---|---|
| ☐ | **1** | **Performance Actions** | | |

| | No. | Performance action | Plan |
|---|---|---|---|
| | 1.01 | **Spot mirror EC#217262:**<br><br>• EC#217262 put in review 1721.2<br>• 1722.5: working on EC#217262, expected to be in PIM revie<br>• As of 1723.4:<br>    o Resolved all remarks up to 1723.3<br>    o 1723.2: Taeyoung added remark on behalf of Jonathan Glick because he is in training until 6/12<br>    o As of 1723.2, only Matt left to add his remarks<br>    o I made draft TAS for the wedged spacer (4022.656.91452), the TAS id is D100043246, Per Steve, Robert Douglas will finish the process.<br><br>==CREE 1723.3: per plan EC closed by 1724.2, fixed remarks==<br>    • ==Ec contains a lot of comments, need to apply lessons to next EC==<br>        o ==TPD pre-review meeting mandatory with EC signoff list persons who are TPD stakeholders==<br>            ▪ ==Confirm with Matt this aligns with Orion WoW==<br>        o ==Ensure you do enough pre-reviews of the TPD head of time to prevent clerical comments==<br>        o ==Prevent people from reviewing flawed tpd generated by NX/TCE in EC==<br>==CREE 1724.5: new EC close date is 1725.3. 1 day vacation 1723.5. had in person TPD review(s) which generated more comments. Comments all addressed.   Deleted extra text. Discussed plan date change is not entirely due to review inefficiencies as discussed prior.==<br><br>• EC-217262 is in "sign off" since  1725.5 , Waiting for last sign off from Enock as of 1726.5<br>• After EC-217262 closed, will start another EC to cover any issue that has not been addressed yet (dumping ground).<br>==CREE 1726.5: EC past signoff, some delay due to PIM slowness in== | 1724.2<br>New date:<br>1725.1 in PIM<br>Estimated to be closed 1725.3 |

CONFIDENTIAL

ASML-SAAD000754



**Office: wilton**



Meeting date   :  --
Ref           :

**Subject**     :

**Classification : Confidential**

| | | | |
|---|---|---|---|
| | | signing→lesson learned, when a 10second task is undone by someone after 4-5days, proactively act with a sense of urgency to get the signoff completed. Task closed, to be followed with another EC. | |
| | 1.02 | **Design of Orion Objective Shaker Fixture**<br><br>• Concept development:<br>   o Started 1622.4, estimated to be closed by 1625.5<br>   o I Created a desing concept based on the MK3 shaker fixture desing ( 4022.644.67261). W122648 shows the Mk3 shock test setup at 1723.1<br>   o Created an assyembly to show the concept (4022.666.75601) and had meeting with Taub and got his comments<br>• Create TPS<br>   o I Created a draft TPS (D100043257) based on Mk3 shaker fixture TPS (TPS D100009182).The draft was  sent to Taub, Swindale, and Ashwin for review at 1723.2<br>• Create EPS<br>   o Created a draft EPS (D100043254) based on the Orion objective EDS and discussions with Swindale and Monkman, sent to Taub, Swindale, and Ashwin for review 1723.2<br>• Create models<br>   o Created an improved model based on Taub comments, sent to Swindale, Ashwin, and Monkman to get their feedback, got Ashwin's and Monkman  feedback.<br>   o Created improved models based on Ashwin and Monkman comments, will have meeting at 1723.4 with Swindale, Ashwin, and Monkman to get their feedback<br>   o As of 1723.3: no feedback yet about the EPS and the TPS from Ashwin, Swindale and Dave.<br>   o Had a meeting with Ashwin who proposed some changes to the TPS 1724.1<br>CREE 1723.3: suggest splitting this task into two since these are parallel but separate physical deliverables<br>   o Break out the mini-milestones and status against that rather than day to day log of work<br>   o Be sure that initial quality is high on deliverables to prevent | Started 1722.4 Estimated to be closed 1736.1<br>-Delayed:<br>The EPS may start Wk 1731 |

CONFIDENTIAL

ASML-SAAD000755



**Office: wilton**



Meeting date   :   --
Ref           :

**Subject**     :

**Classification : Confidential**

| | | | |
|---|---|---|---|
| | | excessive review comments by team, may require stakeholder management and your own pre-reviews<br><br>o Dates shown are R2 EC closed for fixtures, on-track<br><br>• Per Matt request at 1724.1, do not work on the shaker fixture design or anything else until the EC-217262 work is done.<br><br>CREE: 1724.5: get new date from Matt based on hold, is 1736.1 accurate?<br><br>• Has to wait to Wk 1731 to start the EPS because Ashwin has to finish the TPS first.<br><br>CREE 1726.5: proceeding with making concept fixture in 4022.666.75601. suggest making part manufacturable by eliminating deep objective pocket and moving the material to a plastic cover. Discussed all the engineering which needs to be completed before the design is done and for a job of this small scope how can you proactively solve the project problems by engineering solutions in parallel. | |
| | 1.03 | **Design of Orion OM Shaker Fixture**<br><br>• Create EPS<br><br>CREE 1724.5: ensure need date is ok with TL and agreed (1734.1)<br><br>• Has to wait to Wk 1735 to start the EPS because Ashwin has to finish the TPS first.<br><br>CREE 1726.5: preliminary concepts being worked, general task on hold | Estimated to start 1728.1<br>Estimated to be closed 1734.1<br>-Delayed:<br>The EPS may start at Wk1735 |
| | 1.04 | **Supporting the architect (G2M DFMEA)**<br><br>• 1722.3: had a meeting with Dave to priorities the G2M failure modes<br><br>• Discussion with Taub and Darling to collect information related to the G2M DFMEA, Kyle sent analysis doc and FUMO CDR doc for review.<br><br>• 1723.3: Reviwing the document provided by Darling.<br><br>CREE 1723.3: task is nebulous…needs more definition. Similar comment to above, create mini-milestones to status against and determine due dates<br><br>• Per Matt request at 1724.1, do not work on the shaker fixture design or anything else until the EC-217262 work is done.<br><br>CREE 1724.5: even if on hold, due dates need to be assigned and mapped out now that EC appears to be nearing completion<br>CREE 1726.5: still on hold, scheduled to meet with kyle and dave 1727.3 | Summer-izing updates until 1750.5 |

CONFIDENTIAL

ASML-SAAD000756



**Office: wilton**

Meeting date : --
Ref :

**Subject**  **:**

**Classification : Confidential**

| Next meeting | Date | Place | Chairman | Duration |
|---|---|---|---|---|
| recurring @ <time> | 1425.1 | <room here> | <name here> | 1hr |

5/5

CONFIDENTIAL

ASML-SAAD000757

**From:** **Christopher Reed**
/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
/CN=RECIPIENTS/CN=7ABA8D850EFB4EBA98E8C9F808BCE15E-REEDC

**Subject:** msac actions 071017_Wk1728a.doc
**Date:** July 10, 2017 at 4:19 PM
**To:** Mohamed Saad  mohamed.saad@asml.com



msac actions
071017...8a.doc

ASML-SAAD000758



**MOM**

**Office: Wilton**

| | | | | | |
|---|---|---|---|---|---|
| Meeting date | : | 2-Jun-17(1424) | Date | : | 9-Jun-2014 |
| Minutes by | : | <name here> | Ref. | : | tl meeting minutes template.doc |

| | | | | | |
|---|---|---|---|---|---|
| Present (* = absent) | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; | For info | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; |

---

**Subject      :    <set subject in document properties>**

Classification : Confidential

| Red=past due | Orange=due this week | Green=complete | Gray=on hold |
|---|---|---|---|

**Agenda/Notes:**

- <agenda  here as required>
- <help text>
  - To get started
    - Fill in header as indicated
    - Fill in footer as indicated
    - Set subject in document properties, add button to ribbon "view document properties" to access
    - Edit macro "save next" for next meeting, default is a Monday meeting:
      - nextmeet = (yearnum * 100) + weeknum + 1.1 '.1=monday, .2=Tuesday...
  - To enter tasks
    - Add as many task tables as needed (copy and paste)
    - Insert row(s) per task(s)
    - Fill in No./action/owner/plan as required
    - Delete rows to purge old tasks as required
  - To save this week's
    - Run macro "save next"
      - "Meeting date" field is updated
      - File name is created from subject and date
  - To status
    - Run macro "find due"
      - Dates are compared to "Meeting date" field
      - Old dates get shaded RED
      - Current dates get shaded ORANGE
      - Future dates are not shaded
    - Completed tasks are manually shaded GREEN
    - On hold tasks are manually shaded GRAY
  - To distribute automatically
    - Run macro "email send"
    - To email to header distribution list, edit macro "email send":
      - as an attachment
        - uncomment "Call SendDocumentAsAttachment"
        - comment out "Call SendDocumentAsLink"
      - as a link to a shared network folder
        - NOT SHAREPOINT
        - comment out "Call SendDocumentAsAttachment"
        - uncomment  "Call SendDocumentAsLink"
    - An email is created in outlook, edit as needed and send

CONFIDENTIAL

ASML-SAAD000759

 **Office: wilton** 

Meeting date : --
Ref :

**Subject :**

<div align="right">

Classification : Confidential

</div>

# Actions

| | No. | Record decisions agreed | Action by | Plan |
|---|---|---|---|---|
| ☐ | 1 | **Performance Actions** | | |

| | No. | Performance action | Plan |
|---|---|---|---|
| | 1.01 | **Spot mirror EC#217262:** | 1724.2 |
| | | | New date: |
| | | • EC#217262 put in review 1721.2 | 1725.1 in PIM |
| | | • 1722.5: working on EC#217262, expected to be in PIM revie | Estimated to be closed |
| | | • As of 1723.4: | 1725.3 |
| | |  ○ Resolved all remarks up to 1723.3 | CREE 1728.1: closed |
| | |  ○ 1723.2: Taeyoung added remark on behalf of Jonathan Glick because he is in training until 6/12 | |
| | |  ○ As of 1723.2, only Matt left to add his remarks | |
| | |  ○ I made draft TAS for the wedged spacer (4022.656.91452), the TAS id is D100043246, Per Steve, Robert Douglas will finish the process. | |
| | | CREE 1723.3: per plan EC closed by 1724.2, fixed remarks | |
| | | • Ec contains a lot of comments, need to apply lessons to next EC | |
| | |  ○ TPD pre-review meeting mandatory with EC signoff list persons who are TPD stakeholders | |
| | |   ■ Confirm with Matt this aligns with Orion WoW | |
| | |  ○ Ensure you do enough pre-reviews of the TPD head of time to prevent clerical comments | |
| | |  ○ Prevent people from reviewing flawed tpd generated by NX/TCE in EC | |
| | | CREE 1724.5: new EC close date is 1725.3. 1 day vacation 1723.5. had in person TPD review(s) which generated more comments. Comments all addressed.   Deleted extra text. Discussed plan date change is not entirely due to review inefficiencies as discussed prior. | |
| | | • EC-217262 is in "sign off" since  1725.5 , Waiting for last sign off from Enock as of 1726.5 | |
| | | • After EC-217262 closed, will start another EC to cover any issue that has not been addressed yet (dumping ground). | |
| | | CREE 1726.5: EC past signoff, some delay due to PIM slowness in | |

CONFIDENTIAL

ASML-SAAD000760





**Office: wilton**

Meeting date    :   --
Ref             :

**Subject        :**

**Classification : Confidential**

| | | | |
|---|---|---|---|
| | | signing  lesson learned, when a 10second task is undone by someone after 4-5days, proactively act with a sense of urgency to get the signoff completed. Task closed, to be followed with another EC. CREE 1728.1: repasted prior week action and marked as closed | |
| | 1.02 | **Design of Orion Objective Shaker Fixture**<br>• Concept development:<br>  ○ Started 1622.4, estimated to be closed by 1625.5<br>  ○ I Created a desing concept based on the MK3 shaker fixture desing ( 4022.644.67261). W122648 shows the Mk3 shock test setup at 1723.1<br>  ○ Created an assyembly to show the concept (4022.666.75601) and had meeting with Taub and got his comments<br>• Create TPS<br>  ○ I Created a draft TPS (D100043257) based on Mk3 shaker fixture TPS (TPS D100009182).The draft was  sent to Taub, Swindale, and Ashwin for review at 1723.2<br>• Create EPS<br>  ○ Created a draft EPS (D100043254) based on the Orion objective EDS and discussions with Swindale and Monkman, sent to Taub, Swindale, and Ashwin for review 1723.2<br>• Create models<br>  ○ Created an improved model based on Taub comments, sent to Swindale, Ashwin, and Monkman to get their feedback, got Ashwin's and Monkman  feedback.<br>  ○ Created improved models based on Ashwin and Monkman comments, will have meeting at 1723.4 with Swindale, Ashwin, and Monkman to get their feedback<br>  ○ As of 1723.3: no feedback yet about the EPS and the TPS from Ashwin, Swindale and Dave.<br>  ○ Had a meeting with Ashwin who proposed some changes to the TPS 1724.1<br>CREE 1723.3: suggest splitting this task into two since these are parallel but separate physical deliverables<br>  ○ Break out the mini-milestones and status against that rather than day to day log of work | Started 1722.4<br>Estimated to be closed 1736.1<br>-Delayed:<br>The EPS may start Wk 1731<br><br>CREE  1728.1:  see  notes below  for  delivery  dates ending in TPD 1730.5 |

—— 3/5





**Office: wilton**

Meeting date    :    --
Ref                     :

**Subject        :**

**Classification : Confidential**

| | | | |
|---|---|---|---|
| | | o  Be sure that initial quality is high on deliverables to prevent excessive review comments by team, may require stakeholder management and your own pre-reviews<br><br>o  Dates shown are R2 EC closed for fixtures, on-track<br><br>• Per Matt request at 1724.1, do not work on the shaker fixture design or anything else until the EC-217262 work is done.<br><br>CREE: 1724.5: get new date from Matt based on hold, is 1736.1 accurate?<br><br>• Has to wait to Wk 1731 to start the EPS because Ashwin has to finish the TPS first.<br><br>CREE 1726.5: proceeding with making concept fixture in 4022.666.75601. suggest making part manufacturable by eliminating deep objective pocket and moving the material to a plastic cover. Discussed all the engineering which needs to be completed before the design is done and for a job of this small scope how can you proactively solve the project problems by engineering solutions in parallel.<br>• Working on EPS per Matt's request starting wk27.3 , currently in review (document ID is : <u>D100043976-03</u>). Scheduled to be UCC at wk28.3<br>• 2 concepts has been created so far, 4022.666.75601 and 4022.666.78611<br>• Concepts wil be reviewed with Taub and Ashwin by wk28.5, design review will be wk30.1, TPDs to be created wk30.3, and to be send to SCE for quote by wk30.5<br><br>CREE 1728.1: repasted prior week notes. Discussed:<br><br>• This is the only current priority. Directed to not wait for the TPS, work in parallel<br><br>• Planning outlined above is agreed to as feasible<br><br>• What success looks like at each milestone and relavence to PIP items to work on | |
| | 1.03 | **Design of Orion OM Shaker Fixture**<br><br>• Create EPS<br><br>CREE 1724.5: ensure need date is ok with TL and agreed (1734.1)<br><br>• Has to wait to Wk 1735 to start the EPS because Ashwin has to finish the TPS first.<br><br>CREE 1726.5: preliminary concepts being worked, general task on hold<br><br>• Per Matt, the OM EPS will be created 31.1<br><br>CREE 1728.1: repasted prior week | Estimated to start 1728.1<br>Estimated to be closed 1734.1<br>-Delayed:<br>The EPS may start at Wk1735 |

CONFIDENTIAL

ASML-SAAD000762

 

**Office: wilton**

Meeting date : --
Ref :

**Subject :**

**Classification : Confidential**

| | 1.04 | Supporting the architect (G2M DFMEA) | Summer-izing updates until 1750.5 |
|---|---|---|---|
| | | • 1722.3: had a meeting with Dave to priorities the G2M failure modes<br><br>• Discussion with Taub and Darling to collect information related to the G2M DFMEA, Kyle sent analysis doc and FUMO CDR doc for review.<br><br>• 1723.3: Reviwing the document provided by Darling.<br><br><mark>CREE 1723.3: task is nebulous…needs more definition. Similar comment to above, create mini-milestones to status against and determine due dates</mark><br><br>• Per Matt request at 1724.1, do not work on the shaker fixture design or anything else until the EC-217262 work is done.<br><mark>CREE 1724.5: even if on hold, due dates need to be assigned and mapped out now that EC appears to be nearing completion</mark><br><mark>CREE 1726.5: still on hold, scheduled to meet with kyle and dave 1727.3</mark><br>• Will have meeting with Dave wk28.5 to discuss the schedule.<br><mark>CREE 1728.1: repasted prior meeting notes</mark> | |

| Next meeting | Date | Place | Chairman | Duration |
|---|---|---|---|---|
| recurring @ <time> | 1425.1 | <room here> | <name here> | 1hr |

———5/5

**From:** **Christopher Reed**
/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
/CN=RECIPIENTS/CN=7ABA8D850EFB4EBA98E8C9F808BCE15E-REEDC

**Subject:** msac actions 071017_Wk1728a.doc
**Date:** July 10, 2017 at 4:19 PM
**To:** Mohamed Saad  mohamed.saad@asml.com



msac actions
071017...8a.doc

ASML-SAAD000764



**ASML**                                                                    **MOM**

| **Office: Wilton** | | | | |
|---|---|---|---|---|

| Meeting date | : | 2-Jun-17(1424) | Date | : | 9-Jun-2014 |
|---|---|---|---|---|---|
| Minutes by | : | <name here> | Ref. | : | tl meeting minutes template.doc |

| Present (* = absent) | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; | For info | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; |
|---|---|---|---|---|---|---|---|

| Subject | : | <set subject in document properties> |
|---|---|---|

Classification : Confidential

| Red=past due | Orange=due this week | Green=complete | Gray=on hold |
|---|---|---|---|

**Agenda/Notes:**

- <agenda  here as required>
- <help text>
  - To get started
    - Fill in header as indicated
    - Fill in footer as indicated
    - Set subject in document properties, add button to ribbon "view document properties" to access
    - Edit macro "save next" for next meeting, default is a Monday meeting:
      - nextmeet = (yearnum * 100) + weeknum + 1.1 '.1=monday, .2=Tuesday...
  - To enter tasks
    - Add as many task tables as needed (copy and paste)
    - Insert row(s) per task(s)
    - Fill in No./action/owner/plan as required
    - Delete rows to purge old tasks as required
  - To save this week's
    - Run macro "save next"
      - "Meeting date" field is updated
      - File name is created from subject and date
  - To status
    - Run macro "find due"
      - Dates are compared to "Meeting date" field
      - Old dates get shaded RED
      - Current dates get shaded ORANGE
      - Future dates are not shaded
    - Completed tasks are manually shaded GREEN
    - On hold tasks are manually shaded GRAY
  - To distribute automatically
    - Run macro "email send"
    - To email to header distribution list, edit macro "email send":
      - as an attachment
        - uncomment "Call SendDocumentAsAttachment"
        - comment out "Call SendDocumentAsLink"
      - as a link to a shared network folder
        - NOT SHAREPOINT
        - comment out "Call SendDocumentAsAttachment"
        - uncomment  "Call SendDocumentAsLink"
    - An email is created in outlook, edit as needed and send

CONFIDENTIAL                                                    ASML-SAAD000765

 **ASML**



**Office: wilton**

Meeting date  :  --
Ref  :

**Subject  :**

**Classification : Confidential**

# Actions

| | No. | Record decisions agreed | Action by | Plan |
|---|---|---|---|---|
| ☐ | **1** | **Performance Actions** | | |

| | No. | Performance action | Plan |
|---|---|---|---|
| | 1.01 | **Spot mirror EC#217262:**<br><br>• EC#217262 put in review 1721.2<br>• 1722.5: working on EC#217262, expected to be in PIM revie<br>• As of 1723.4:<br>   ○ Resolved all remarks up to 1723.3<br>   ○ 1723.2: Taeyoung added remark on behalf of Jonathan Glick because he is in training until 6/12<br>   ○ As of 1723.2, only Matt left to add his remarks<br>   ○ I made draft TAS for the wedged spacer (4022.656.91452), the TAS id is D100043246, Per Steve, Robert Douglas will finish the process.<br><br>==CREE 1723.3: per plan EC closed by 1724.2==, fixed remarks<br>  • ==Ec contains a lot of comments, need to apply lessons to next EC==<br>   ○ ==TPD pre-review meeting mandatory with EC signoff list persons who are TPD stakeholders==<br>     ■ ==Confirm with Matt this aligns with Orion WoW==<br>   ○ ==Ensure you do enough pre-reviews of the TPD head of time to prevent clerical comments==<br>   ○ ==Prevent people from reviewing flawed tpd generated by NX/TCE in EC==<br><br>==CREE 1724.5: new EC close date is 1725.3. 1 day vacation 1723.5. had in person TPD review(s) which generated more comments. Comments all addressed.   Deleted extra text. Discussed plan date change is not entirely due to review inefficiencies as discussed prior.==<br><br>• EC-217262 is in "sign off" since 1725.5 , Waiting for last sign off from Enock as of 1726.5<br>• After EC-217262 closed, will start another EC to cover any issue that has not been addressed yet (dumping ground).<br>==CREE 1726.5: EC past signoff, some delay due to PIM slowness in== | 1724.2<br>New date:<br>1725.1 in PIM<br>Estimated to be closed 1725.3<br>==CREE 1728.1: closed== |

CONFIDENTIAL

ASML-SAAD000766



**Office: wilton**



Meeting date   :   --
Ref   :

**Subject**   :

**Classification : Confidential**

| | | | |
|---|---|---|---|
| | | <mark>signing  lesson learned, when a 10second task is undone by someone after 4-5days, proactively act with a sense of urgency to get the signoff completed. Task closed, to be followed with another EC.</mark><br><br><mark>CREE 1728.1: repasted prior week action and marked as closed</mark> | |
| | 1.02 | **Design of Orion Objective Shaker Fixture**<br><br>• Concept development:<br>   o Started 1622.4, estimated to be closed by 1625.5<br>   o I Created a desing concept based on the MK3 shaker fixture desing ( 4022.644.67261). W122648 shows the Mk3 shock test setup at 1723.1<br>   o Created an assyembly to show the concept (4022.666.75601) and had meeting with Taub and got his comments<br>• Create TPS<br>   o I Created a draft TPS (D100043257) based on Mk3 shaker fixture TPS (TPS D100009182).The draft was  sent to Taub, Swindale, and Ashwin for review at 1723.2<br>• Create EPS<br>   o Created a draft EPS (D100043254) based on the Orion objective EDS and discussions with Swindale and Monkman, sent to Taub, Swindale, and Ashwin for review 1723.2<br>• Create models<br>   o Created an improved model based on Taub comments, sent to Swindale, Ashwin, and Monkman to get their feedback, got Ashwin's and Monkman  feedback.<br>   o Created improved models based on Ashwin and Monkman comments, will have meeting at 1723.4 with Swindale, Ashwin, and Monkman to get their feedback<br>   o As of 1723.3: no feedback yet about the EPS and the TPS from Ashwin, Swindale and Dave.<br>   o Had a meeting with Ashwin who proposed some changes to the TPS 1724.1<br><mark>CREE 1723.3: suggest splitting this task into two since these are parallel but separate physical deliverables</mark><br>   <mark>o Break out the mini-milestones and status against that rather than day to day log of work</mark> | Started 1722.4<br>Estimated to be closed 1736.1<br><mark style="background-color:#00FF00">-Delayed:</mark><br><mark style="background-color:#00FF00">The EPS may start Wk 1731</mark><br><br><mark>CREE 1728.1: see notes below for delivery dates ending in TPD 1730.5</mark> |

CONFIDENTIAL



**Office: wilton**



Meeting date    :   --
Ref             :

| **Subject** | : |

**Classification : Confidential**

|  |  |  |  |
|---|---|---|---|
|  |  | o Be sure that initial quality is high on deliverables to prevent excessive review comments by team, may require stakeholder management and your own pre-reviews |  |
|  |  | o Dates shown are R2 EC closed for fixtures, on-track |  |
|  |  | • Per Matt request at 1724.1, do not work on the shaker fixture design or anything else until the EC-217262 work is done. |  |
|  |  | CREE: 1724.5: get new date from Matt based on hold, is 1736.1 accurate? |  |
|  |  | • Has to wait to Wk 1731 to start the EPS because Ashwin has to finish the TPS first. |  |
|  |  | CREE 1726.5: proceeding with making concept fixture in 4022.666.75601. suggest making part manufacturable by eliminating deep objective pocket and moving the material to a plastic cover. Discussed all the engineering which needs to be completed before the design is done and for a job of this small scope how can you proactively solve the project problems by engineering solutions in parallel. |  |
|  |  | • Working on EPS per Matt's request starting wk27.3 , currently in review (document ID is : <u>D100043976-03</u>). Scheduled to be UCC at wk28.3 |  |
|  |  | • 2 concepts has been created so far, 4022.666.75601 and 4022.666.78611 |  |
|  |  | • Concepts wil be reviewed with Taub and Ashwin by wk28.5, design review will be wk30.1, TPDs to be created wk30.3, and to be send to SCE for quote by wk30.5 |  |
|  |  | CREE 1728.1: repasted prior week notes. Discussed: |  |
|  |  | • This is the only current priority. Directed to not wait for the TPS, work in parallel |  |
|  |  | • Planning outlined above is agreed to as feasible |  |
|  |  | • What success looks like at each milestone and relavence to PIP items to work on |  |
| | 1.03 | ### Design of Orion OM Shaker Fixture | Estimated to start 1728.1 Estimated to be closed 1734.1 -Delayed: The EPS may start at Wk1735 |
|  |  | • Create EPS |  |
|  |  | CREE 1724.5: ensure need date is ok with TL and agreed (1734.1) |  |
|  |  | • Has to wait to Wk 1735 to start the EPS because Ashwin has to finish the TPS first. |  |
|  |  | CREE 1726.5: preliminary concepts being worked, general task on hold |  |
|  |  | • Per Matt, the OM EPS will be created 31.1 |  |
|  |  | CREE 1728.1: repasted prior week |  |

CONFIDENTIAL

ASML-SAAD000768

 

**Office: wilton**

Meeting date : --
Ref :

**Subject :**

Classification : Confidential

| | 1.04 | **Supporting the architect (G2M DFMEA)** <br>• 1722.3: had a meeting with Dave to priorities the G2M failure modes <br>• Discussion with Taub and Darling to collect information related to the G2M DFMEA, Kyle sent analysis doc and FUMO CDR doc for review. <br>• 1723.3: Reviwing the document provided by Darling. <br>==CREE 1723.3: task is nebulous…needs more definition. Similar comment to above, create mini-milestones to status against and determine due dates== <br>• Per Matt request at 1724.1, do not work on the shaker fixture design or anything else until the EC-217262 work is done. <br>==CREE 1724.5: even if on hold, due dates need to be assigned and mapped out now that EC appears to be nearing completion== <br>==CREE 1726.5: still on hold, scheduled to meet with kyle and dave 1727.3== <br>• Will have meeting with Dave wk28.5 to discuss the schedule. <br>==CREE 1728.1: repasted prior meeting notes== | Summer-izing updates until 1750.5 |

| Next meeting | Date | Place | Chairman | Duration |
|---|---|---|---|---|
| recurring @ &lt;time&gt; | 1425.1 | &lt;room here&gt; | &lt;name here&gt; | 1hr |

CONFIDENTIAL

ASML-SAAD000769

**From:** **Mohamed Saad** mohamed.saad@asml.com  📎
**Subject:** RE: msac actions 071017_Wk1728a.doc
**Date:** July 18, 2017 at 7:44 AM
**To:** Christopher Reed chris.reed@asml.com

Hi Chris,
Attached the updated tracking file,
Thanks,
Mohamed

**From:** Christopher Reed
**Sent:** Monday, July 10, 2017 5:20 PM
**To:** Mohamed Saad
**Subject:** msac actions 071017_Wk1728a.doc



msac actions
071817...29.doc

ASML-SAAD000770



**ASML**                                                    **MOM**

| Office: Wilton | | | | | | |
|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Meeting date | : | 2-Jun-17(1424) | | Date | : | 9-Jun-2014 |
| Minutes by | : | <name here> | | Ref. | : | tl meeting minutes template.doc |

| | | | | | | |
|---|---|---|---|---|---|---|
| Present<br>(* = absent) | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; | For info | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; |

| Subject | : | <set subject in document properties> |
|---|---|---|

Classification : Confidential

| Red=past due | Orange=due this week | Green=complete | Gray=on hold |
|---|---|---|---|

**Agenda/Notes:**
- <agenda  here as required>
- <help text>
  - To get started
    - Fill in header as indicated
    - Fill in footer as indicated
    - Set subject in document properties, add button to ribbon "view document properties" to access
    - Edit macro "save next" for next meeting, default is a Monday meeting:
      - nextmeet = (yearnum * 100) + weeknum + 1.1 '.1=monday, .2=Tuesday...
  - To enter tasks
    - Add as many task tables as needed (copy and paste)
    - Insert row(s) per task(s)
    - Fill in No./action/owner/plan as required
    - Delete rows to purge old tasks as required
  - To save this week's
    - Run macro "save next"
      - "Meeting date" field is updated
      - File name is created from subject and date
  - To status
    - Run macro "find due"
      - Dates are compared to "Meeting date" field
      - Old dates get shaded RED
      - Current dates get shaded ORANGE
      - Future dates are not shaded
    - Completed tasks are manually shaded GREEN
    - On hold tasks are manually shaded GRAY
  - To distribute automatically
    - Run macro "email send"
    - To email to header distribution list, edit macro "email send":
      - as an attachment
        - uncomment "Call SendDocumentAsAttachment"
        - comment out "Call SendDocumentAsLink"
      - as a link to a shared network folder
        - NOT SHAREPOINT
        - comment out "Call SendDocumentAsAttachment"
        - uncomment  "Call SendDocumentAsLink"
    - An email is created in outlook, edit as needed and send

CONFIDENTIAL                    ASML-SAAD000771



**Office: wilton**



Meeting date    :   --
Ref             :

**Subject        :**

**Classification : Confidential**

# Actions

| | No. | Record decisions agreed | Action by | Plan |
|---|---|---|---|---|
| ☐ | **1** | **Performance Actions** | | |

| | No. | Performance action | Plan |
|---|---|---|---|
| | 1.01 | **Spot mirror EC#217262:**<br><br>• EC#217262 put in  review 1721.2<br>• 1722.5: working on EC#217262, expected to be in PIM revie<br>• As of 1723.4:<br>    ○ Resolved all remarks up to 1723.3<br>    ○ 1723.2: Taeyoung added remark on behalf of Jonathan Glick because he is in training until 6/12<br>    ○ As of 1723.2, only Matt left to add his remarks<br>    ○ I made draft TAS for the wedged spacer (4022.656.91452), the TAS id is D100043246, Per Steve, Robert Douglas will finish the process.<br>==CREE 1723.3: per plan EC closed by 1724.2==, fixed remarks<br>  • ==Ec contains a lot of comments, need to apply lessons to next EC==<br>    ○ ==TPD pre-review meeting mandatory with EC signoff list persons who are TPD stakeholders==<br>        ■ ==Confirm with Matt this aligns with Orion WoW==<br>    ○ ==Ensure you do enough pre-reviews of the TPD head of time to prevent clerical comments==<br>    ○ ==Prevent people from reviewing flawed tpd generated by NX/TCE in EC==<br>==CREE 1724.5: new EC close date is 1725.3. 1 day vacation 1723.5. had in person TPD review(s) which generated more comments. Comments all addressed.   Deleted extra text. Discussed plan date change is not entirely due to review inefficiencies as discussed prior.==<br><br>• EC-217262 is in "sign off" since  1725.5 , Waiting for last sign off from Enock as of 1726.5<br>• After EC-217262 closed, will start another EC to cover any issue that has not been addressed yet (dumping ground).<br>==CREE 1726.5: EC past signoff, some delay due to PIM slowness in== | 1724.2<br>New date:<br>1725.1 in PIM<br>Estimated to be closed 1725.3<br>==CREE 1728.1: closed== |

CONFIDENTIAL

ASML-SAAD000772

 

**Office: wilton**

Meeting date : --
Ref :

**Subject :**

Classification : Confidential

| | | | |
|---|---|---|---|
| | | signing  lesson learned, when a 10second task is undone by someone after 4-5days, proactively act with a sense of urgency to get the signoff completed. Task closed, to be followed with another EC.<br>CREE 1728.1: repasted prior week action and marked as closed | |
| | 1.02 | **Design of Orion Objective Shaker Fixture**<br>• Concept development:<br> o Started 1622.4, estimated to be closed by 1625.5<br> o I Created a desing concept based on the MK3 shaker fixture desing ( 4022.644.67261). W122648 shows the Mk3 shock test setup at 1723.1<br> o Created an assyembly to show the concept (4022.666.75601) and had meeting with Taub and got his comments<br>• Create TPS<br> o I Created a draft TPS (D100043257) based on Mk3 shaker fixture TPS (TPS D100009182).The draft was  sent to Taub, Swindale, and Ashwin for review at 1723.2<br>• Create EPS<br> o Created a draft EPS (D100043254) based on the Orion objective EDS and discussions with Swindale and Monkman, sent to Taub, Swindale, and Ashwin for review 1723.2<br>• Create models<br> o Created an improved model based on Taub comments, sent to Swindale, Ashwin, and Monkman to get their feedback, got Ashwin's and Monkman  feedback.<br> o Created improved models based on Ashwin and Monkman comments, will have meeting at 1723.4 with Swindale, Ashwin, and Monkman to get their feedback<br> o As of 1723.3: no feedback yet about the EPS and the TPS from Ashwin, Swindale and Dave.<br> o Had a meeting with Ashwin who proposed some changes to the TPS 1724.1<br>CREE 1723.3: suggest splitting this task into two since these are parallel but separate physical deliverables<br> o Break out the mini-milestones and status against that rather than day to day log of work | Started 1722.4<br>Estimated to be closed 1736.1<br>-Delayed:<br>The EPS may start Wk 1731<br>CREE 1728.1: see notes below for delivery dates ending in TPD 1730.5 |

CONFIDENTIAL           ASML-SAAD000773





**Office: wilton**

Meeting date    :   --
Ref                    :

**Subject         :**

**Classification : Confidential**

- o   Be sure that initial quality is high on deliverables to prevent excessive review comments by team, may require stakeholder management and your own pre-reviews
- o   Dates shown are R2 EC closed for fixtures, on-track
- Per Matt request at 1724.1, do not work on the shaker fixture design or anything else until the EC-217262 work is done.

CREE: 1724.5: get new date from Matt based on hold, is 1736.1 accurate?

- Has to wait to Wk 1731 to start the EPS because Ashwin has to finish the TPS first.

CREE 1726.5: proceeding with making concept fixture in 4022.666.75601. suggest making part manufacturable by eliminating deep objective pocket and moving the material to a plastic cover. Discussed all the engineering which needs to be completed before the design is done and for a job of this small scope how can you proactively solve the project problems by engineering solutions in parallel.

- Working on EPS per Matt's request starting wk27.3 , currently in review (document ID is : D100043976-03). Scheduled to be UCC at wk28.3
- 2 concepts has been created so far, 4022.666.75601 and 4022.666.78611
- Concepts wil be reviewed with Taub and Ashwin by wk28.5, design review will be wk30.1, TPDs to be created wk30.3, and to be send to SCE for quote by wk30.5

CREE 1728.1: repasted prior week notes. Discussed:

- This is the only current priority. Directed to not wait for the TPS, work in parallel
- Planning outlined above is agreed to as feasible
- What success looks like at each milestone and relavence to PIP items to work on

- EPS draft has been created and reviewed with Taub and Ashwin and Monkman, collecting more data to send it for final review before submitting for UCC

- Concept has been reviwed with Ashwin, Taub, and VH TMF team, improving accordingly.

- 

_____4/6

CONFIDENTIAL

ASML-SAAD000774



Office: wilton 

Meeting date        :   --
Ref                 :

**Subject         :**

**Classification : Confidential**

| | 1.03 | **Design of Orion OM Shaker Fixture** | Estimated to start 1728.1 Estimated to be closed 1734.1 -Delayed: |
|---|---|---|---|
| | | • Create EPS | |
| | | CREE 1724.5: ensure need date is ok with TL and agreed (1734.1) | The EPS may start at Wk1735 |
| | | • Has to wait to Wk 1735 to start the EPS because Ashwin has to finish the TPS first. | |
| | | CREE 1726.5: preliminary concepts being worked, general task on hold | |
| | | • Per Matt, the OM EPS will be created 31.1 | |
| | | CREE 1728.1: repasted prior week | |
| | 1.04 | **Supporting the architect (G2M DFMEA)** | Summer-izing updates until 1750.5 |
| | | • 1722.3: had a meeting with Dave to priorities the G2M failure modes | |
| | | • Discussion with Taub and Darling to collect information related to the G2M DFMEA, Kyle sent analysis doc and FUMO CDR doc for review. | |
| | | • 1723.3: Reviewing the document provided by Darling. | |
| | | CREE 1723.3: task is nebulous…needs more definition. Similar comment to above, create mini-milestones to status against and determine due dates | |
| | | • Per Matt request at 1724.1, do not work on the shaker fixture design or anything else until the EC-217262 work is done. | |
| | | CREE 1724.5: even if on hold, due dates need to be assigned and mapped out now that EC appears to be nearing completion | |
| | | CREE 1726.5: still on hold, scheduled to meet with kyle and dave 1727.3 | |
| | | • Will have meeting with Dave wk28.5 to discuss the schedule. | |
| | | CREE 1728.1: repasted prior meeting notes | |

| Next meeting | Date | Place | Chairman | Duration |
|---|---|---|---|---|
| recurring @ <time> | 1425.1 | <room here> | <name here> | 1hr |

CONFIDENTIAL

ASML-SAAD000775



**Office: wilton**

Meeting date      :   --
Ref               :

**Subject**       :

**Classification : Confidential**

ASML-SAAD000776

**From:** **Christopher Reed**
/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
/CN=RECIPIENTS/CN=7ABA8D850EFB4EBA98E8C9F808BCE15E-REEDC

**Subject:** msac actions 071817_Wk1729a.doc
**Date:** July 18, 2017 at 8:58 AM
**To:** Mohamed Saad  mohamed.saad@asml.com



msac actions
071817…9a.doc

ASML-SAAD000777



**MOM**

**Office: Wilton**

| | | | | | |
|---|---|---|---|---|---|
| Meeting date | : | 2-Jun-17(1424) | Date | : | 9-Jun-2014 |
| Minutes by | : | <name here> | Ref. | : | tl meeting minutes template.doc |

| | | | | | |
|---|---|---|---|---|---|
| Present<br>(* = absent) | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; | For info | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; |

| Subject | : | <set subject in document properties> |
|---|---|---|

Classification : Confidential

| Red=past due | Orange=due this week | Green=complete | Gray=on hold |
|---|---|---|---|

**Agenda/Notes:**

- <agenda  here as required>
- <help text>
    - To get started
        - Fill in header as indicated
        - Fill in footer as indicated
        - Set subject in document properties, add button to ribbon "view document properties" to access
        - Edit macro "save next" for next meeting, default is a Monday meeting:
            - nextmeet = (yearnum * 100) + weeknum + 1.1 '.1=monday, .2=Tuesday...
    - To enter tasks
        - Add as many task tables as needed (copy and paste)
        - Insert row(s) per task(s)
        - Fill in No./action/owner/plan as required
        - Delete rows to purge old tasks as required
    - To save this week's
        - Run macro "save next"
            - "Meeting date" field is updated
            - File name is created from subject and date
    - To status
        - Run macro "find due"
            - Dates are compared to "Meeting date" field
            - Old dates get shaded RED
            - Current dates get shaded ORANGE
            - Future dates are not shaded
        - Completed tasks are manually shaded GREEN

CONFIDENTIAL





**Office: wilton**

Meeting date : --
Ref :

**Subject :**

**Classification : Confidential**

- o   On hold tasks are manually shaded GRAY
- o   To distribute automatically
  - o   Run macro "email send"
  - o   To email to header distribution list, edit macro "email send":
    - • as an attachment
      - o   uncomment "Call SendDocumentAsAttachment"
      - o   comment out "Call SendDocumentAsLink"
    - • as a link to a shared network folder
      - o   NOT SHAREPOINT
      - o   comment out "Call SendDocumentAsAttachment"
      - o   uncomment  "Call SendDocumentAsLink"
  - o   An email is created in outlook, edit as needed and send

# Actions

| | No. | Record decisions agreed | Action by | Plan |
|---|---|---|---|---|
| ☐ | **1** | **Performance Actions** | | |

| | No. | Performance action | Plan |
|---|---|---|---|
| | 1.01 | **Spot mirror EC#217262:**<br>• EC#217262 put in  review 1721.2<br>• 1722.5: working on EC#217262, expected to be in PIM revie<br>• As of 1723.4:<br>   o   Resolved all remarks up to 1723.3<br>   o   1723.2: Taeyoung added remark on behalf of Jonathan Glick because he is in training until 6/12<br>   o   As of 1723.2, only Matt left to add his remarks<br>   o   I made draft TAS for the wedged spacer (4022.656.91452), the TAS id is D100043246, Per Steve, Robert Douglas will finish the process.<br>CREE 1723.3: per plan EC closed by 1724.2, fixed remarks<br>   • Ec contains a lot of comments, need to apply lessons to next EC<br>     o   TPD pre-review meeting mandatory with EC signoff list persons who are TPD stakeholders | 1724.2<br>New date:<br>1725.1 in PIM<br>Estimated to be closed 1725.3<br>CREE 1728.1: closed |

CONFIDENTIAL

ASML-SAAD000779





Office: wilton

Meeting date : --
Ref :

**Subject** :

Classification : Confidential

| | | | |
|---|---|---|---|
| | | ▪ Confirm with Matt this aligns with Orion WoW<br><br>o Ensure you do enough pre-reviews of the TPD head of time to prevent clerical comments<br><br>o Prevent people from reviewing flawed tpd generated by NX/TCE in EC<br><br>CREE 1724.5: new EC close date is 1725.3. 1 day vacation 1723.5. had in person TPD review(s) which generated more comments. Comments all addressed.   Deleted extra text. Discussed plan date change is not entirely due to review inefficiencies as discussed prior.<br><br>• EC-217262 is in "sign off" since  1725.5 , Waiting for last sign off from Enock as of 1726.5<br>• After EC-217262 closed, will start another EC to cover any issue that has not been addressed yet (dumping ground).<br><br>CREE 1726.5: EC past signoff, some delay due to PIM slowness in signing  lesson learned, when a 10second task is undone by someone after 4-5days, proactively act with a sense of urgency to get the signoff completed. Task closed, to be followed with another EC.<br>CREE 1728.1: repasted prior week action and marked as closed | |
| | 1.02 | **Design of Orion Objective Shaker Fixture**<br><br>• Concept development:<br>   o Started 1622.4, estimated to be closed by 1625.5<br>   o I Created a desing concept based on the MK3 shaker fixture desing ( 4022.644.67261). W122648 shows the Mk3 shock test setup at 1723.1<br>   o Created an assyembly to show the concept (4022.666.75601) and had meeting with Taub and got his comments<br>• Create TPS<br>   o I Created a draft TPS (D100043257) based on Mk3 shaker fixture TPS (TPS D100009182).The draft was  sent to Taub, Swindale, and Ashwin for review at 1723.2<br>• Create EPS<br>   o Created a draft EPS (D100043254) based on the Orion objective EDS and discussions with Swindale and Monkman, sent to Taub, Swindale, and Ashwin for review 1723.2<br>• Create models<br>   o Created an improved model based on Taub comments, sent to Swindale, Ashwin, and Monkman to get their feedback, got Ashwin's and Monkman  feedback.<br>   o Created improved models based on Ashwin and Monkman comments, will have meeting at 1723.4 with Swindale, Ashwin, | Started 1722.4<br><br>Estimated to be closed 1736.1<br><br>-Delayed:<br>The EPS may start Wk 1731<br><br>CREE 1728.1: see notes below for delivery dates ending in TPD 1730.5 |

CONFIDENTIAL

ASML-SAAD000780

 

**Office: wilton**

Meeting date        :   --
Ref                 :

**Subject        :**

**Classification : Confidential**

and Monkman to get their feedback

- o As of 1723.3: no feedback yet about the EPS and the TPS from Ashwin, Swindale and Dave.
- o Had a meeting with Ashwin who proposed some changes to the TPS 1724.1

CREE 1723.3: suggest splitting this task into two since these are parallel but separate physical deliverables

- o Break out the mini-milestones and status against that rather than day to day log of work
- o Be sure that initial quality is high on deliverables to prevent excessive review comments by team, may require stakeholder management and your own pre-reviews
- o Dates shown are R2 EC closed for fixtures, on-track

- Per Matt request at 1724.1, do not work on the shaker fixture design or anything else until the EC-217262 work is done.

CREE: 1724.5: get new date from Matt based on hold, is 1736.1 accurate?

- Has to wait to Wk 1731 to start the EPS because Ashwin has to finish the TPS first.

CREE 1726.5: proceeding with making concept fixture in 4022.666.75601. suggest making part manufacturable by eliminating deep objective pocket and moving the material to a plastic cover. Discussed all the engineering which needs to be completed before the design is done and for a job of this small scope how can you proactively solve the project problems by engineering solutions in parallel.

- Working on EPS per Matt's request starting wk27.3 , currently in review (document ID is : D100043976-03). Scheduled to be UCC at wk28.3

- 2 concepts has been created so far, 4022.666.75601 and 4022.666.78611

- Concepts wil be reviewed with Taub and Ashwin by wk28.5, design review will be wk30.1, TPDs to be created wk30.3, and to be send to SCE for quote by wk30.5

CREE 1728.1: repasted prior week notes. Discussed:

- This is the only current priority. Directed to not wait for the TPS, work in parallel
- Planning outlined above is agreed to as feasible
- What success looks like at each milestone and relevance to PIP items to work on

- EPS draft has been created and reviewed with Taub and Ashwin and Monkman, collecting more data to send it for final review before submitting for UCC

_____4/6

CONFIDENTIAL

 

Office: wilton

Meeting date  :  --
Ref           :

**Subject       :**

**Classification : Confidential**

|  |  |  |  |
|---|---|---|---|
|  |  | • Concept has been reviwed with Ashwin, Taub, and VH TMF team, improving accordingly.<br><br>==CREE 1729.2: forward minutes of meeting as sent to stakeholders==<br>o ==Next milestone is design review expected Monday wk1730.1==<br>o ==Discussed engineering scope and ownership, now is the time to make sure each requirement is met==<br>▪ ==Including design best practices==<br>▪ ==Includes models of TPD quality== |  |
|  | 1.03 | ## Design of Orion OM Shaker Fixture<br><br>• Create EPS<br>==CREE 1724.5: ensure need date is ok with TL and agreed (1734.1)==<br>• Has to wait to Wk 1735 to start the EPS because Ashwin has to finish the TPS first.<br>==CREE 1726.5: preliminary concepts being worked, general task on hold==<br>• Per Matt, the OM EPS will be created 31.1<br>==CREE 1728.1: repasted prior week==<br>==CREE 1729.2: still on hold== | Estimated to start 1728.1<br>Estimated to be closed 1734.1<br>-Delayed:<br>(green)The EPS may start at Wk1735(/green) |
|  | 1.04 | ## Supporting the architect (G2M DFMEA)<br><br>• 1722.3: had a meeting with Dave to priorities the G2M failure modes<br>• Discussion with Taub and Darling to collect information related to the G2M DFMEA, Kyle sent analysis doc and FUMO CDR doc for review.<br>• 1723.3: Reviwing the document provided by Darling.<br>==CREE 1723.3: task is nebulous…needs more definition. Similar comment to above, create mini-milestones to status against and determine due dates==<br>• Per Matt request at 1724.1, do not work on the shaker fixture design or anything else until the EC-217262 work is done.<br>==CREE 1724.5: even if on hold, due dates need to be assigned and mapped out now that EC appears to be nearing completion==<br>==CREE 1726.5: still on hold, scheduled to meet with kyle and dave 1727.3==<br>• Will have meeting with Dave wk28.5 to discuss the schedule.<br>==CREE 1728.1: repasted prior meeting notes==<br>==CREE 1729.2: still on hold== | Summer-izing updates until 1750.5 |

CONFIDENTIAL

ASML-SAAD000782



**Office: wilton**

Meeting date   :   --
Ref   :

# Subject   :

**Classification : Confidential**

| Next meeting | Date | Place | Chairman | Duration |
|---|---|---|---|---|
| recurring @ <time> | 1425.1 | <room here> | <name here> | 1hr |

CONFIDENTIAL

ASML-SAAD000783

**From:** **Christopher Reed**
/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
/CN=RECIPIENTS/CN=7ABA8D850EFB4EBA98E8C9F808BCE15E-REEDC

**Subject:** msac actions 071817_Wk1729a.doc
**Date:** July 18, 2017 at 8:58 AM
**To:** Mohamed Saad  mohamed.saad@asml.com



msac actions
071817...9a.doc

ASML-SAAD000784

 **ASML**   **MOM**

**Office: Wilton**

| | | | | | |
|---|---|---|---|---|---|
| Meeting date | : | 2-Jun-17(1424) | Date | : | 9-Jun-2014 |
| Minutes by | : | <name here> | Ref. | : | tl meeting minutes template.doc |

| | | | | | |
|---|---|---|---|---|---|
| Present | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; | For info | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; |
| (* = absent) | | | | | |

**Subject    :    <set subject in document properties>**

Classification : Confidential

| Red=past due | Orange=due this week | Green=complete | Gray=on hold |
|---|---|---|---|

**Agenda/Notes:**

- <agenda  here as required>
- <help text>
    - To get started
        - Fill in header as indicated
        - Fill in footer as indicated
        - Set subject in document properties, add button to ribbon "view document properties" to access
        - Edit macro "save next" for next meeting, default is a Monday meeting:
            - nextmeet = (yearnum * 100) + weeknum + 1.1 '.1=monday, .2=Tuesday...
    - To enter tasks
        - Add as many task tables as needed (copy and paste)
        - Insert row(s) per task(s)
        - Fill in No./action/owner/plan as required
        - Delete rows to purge old tasks as required
    - To save this week's
        - Run macro "save next"
            - "Meeting date" field is updated
            - File name is created from subject and date
    - To status
        - Run macro "find due"
            - Dates are compared to "Meeting date" field
            - Old dates get shaded RED
            - Current dates get shaded ORANGE
            - Future dates are not shaded
        - Completed tasks are manually shaded GREEN

CONFIDENTIAL



**Office: wilton**



Meeting date     :   --
Ref              :

**Subject**      :

**Classification : Confidential**

- o   On hold tasks are manually shaded GRAY
- o   To distribute automatically
    - o   Run macro "email send"
    - o   To email to header distribution list, edit macro "email send":
        - • as an attachment
            - o   uncomment "Call SendDocumentAsAttachment"
            - o   comment out "Call SendDocumentAsLink"
        - • as a link to a shared network folder
            - o   NOT SHAREPOINT
            - o   comment out "Call SendDocumentAsAttachment"
            - o   uncomment  "Call SendDocumentAsLink"
    - o   An email is created in outlook, edit as needed and send

# Actions

|  | No. | Record decisions agreed | Action by | Plan |
|---|---|---|---|---|
| ☐ | **1** | **Performance Actions** | | |

|  | No. | Performance action | Plan |
|---|---|---|---|
|  | 1.01 | **Spot mirror EC#217262:**<br>• EC#217262 put in  review 1721.2<br>• 1722.5: working on EC#217262, expected to be in PIM revie<br>• As of 1723.4:<br>   o   Resolved all remarks up to 1723.3<br>   o   1723.2: Taeyoung added remark on behalf of Jonathan Glick because he is in training until 6/12<br>   o   As of 1723.2, only Matt left to add his remarks<br>   o   I made draft TAS for the wedged spacer (4022.656.91452), the TAS id is D100043246, Per Steve, Robert Douglas will finish the process.<br>CREE 1723.3: per plan EC closed by 1724.2, fixed remarks<br>• Ec contains a lot of comments, need to apply lessons to next EC<br>   o   TPD pre-review meeting mandatory with EC signoff list persons who are TPD stakeholders | 1724.2<br>New date:<br>1725.1 in PIM<br>Estimated to be closed 1725.3<br>CREE 1728.1: closed |

—— 2/6

 **ASML**

**Office: wilton** 

Meeting date    :    --
Ref    :

**Subject    :**

**Classification : Confidential**

| | | | |
|---|---|---|---|
| | | ▪ **Confirm with Matt this aligns with Orion WoW** | |
| | | o **Ensure you do enough pre-reviews of the TPD head of time to prevent clerical comments** | |
| | | o Prevent people from reviewing flawed tpd generated by **NX/TCE in EC** | |
| | | **CREE 1724.5: new EC close date is 1725.3. 1 day vacation 1723.5. had in person TPD review(s) which generated more comments. Comments all addressed.   Deleted extra text. Discussed plan date change is not entirely due to review inefficiencies as discussed prior.** | |
| | | • EC-217262 is in "sign off" since  1725.5 , Waiting for last sign off from Enock as of 1726.5 | |
| | | • After EC-217262 closed, will start another EC to cover any issue that has not been addressed yet (dumping ground). | |
| | | **CREE 1726.5: EC past signoff, some delay due to PIM slowness in signing  lesson learned, when a 10second task is undone by someone after 4-5days, proactively act with a sense of urgency to get the signoff completed. Task closed, to be followed with another EC.** | |
| | | **CREE 1728.1: repasted prior week action and marked as closed** | |
| | 1.02 | **Design of Orion Objective Shaker Fixture** | Started 1722.4 |
| | | • Concept development: | Estimated to be closed 1736.1 |
| | |    o Started 1622.4, estimated to be closed by 1625.5 | -Delayed: |
| | |    o I Created a desing concept based on the MK3 shaker fixture desing ( 4022.644.67261). W122648 shows the Mk3 shock test setup at 1723.1 | The EPS may start Wk 1731 |
| | |    o Created an assyembly to show the concept (4022.666.75601) and had meeting with Taub and got his comments | CREE 1728.1: see notes below for delivery dates ending in TPD 1730.5 |
| | | • Create TPS | |
| | |    o I Created a draft TPS (D100043257) based on Mk3 shaker fixture TPS (TPS D100009182).The draft was  sent to Taub, Swindale, and Ashwin for review at 1723.2 | |
| | | • Create EPS | |
| | |    o Created a draft EPS (D100043254) based on the Orion objective EDS and discussions with Swindale and Monkman, sent to Taub, Swindale, and Ashwin for review 1723.2 | |
| | | • Create models | |
| | |    o Created an improved model based on Taub comments, sent to Swindale, Ashwin, and Monkman to get their feedback, got Ashwin's and Monkman  feedback. | |
| | |    o Created improved models based on Ashwin and Monkman comments, will have meeting at 1723.4 with Swindale, Ashwin, | |

CONFIDENTIAL



**Office: wilton**



Meeting date　　:　--
Ref　　　　　　　:

**Subject**　　　:

**Classification : Confidential**

and Monkman to get their feedback

- o As of 1723.3: no feedback yet about the EPS and the TPS from Ashwin, Swindale and Dave.
- o Had a meeting with Ashwin who proposed some changes to the TPS 1724.1

CREE 1723.3: suggest splitting this task into two since these are parallel but separate physical deliverables

- o Break out the mini-milestones and status against that rather than day to day log of work
- o Be sure that initial quality is high on deliverables to prevent excessive review comments by team, may require stakeholder management and your own pre-reviews
- o Dates shown are R2 EC closed for fixtures, on-track

- Per Matt request at 1724.1, do not work on the shaker fixture design or anything else until the EC-217262 work is done.

CREE: 1724.5: get new date from Matt based on hold, is 1736.1 accurate?

- Has to wait to Wk 1731 to start the EPS because Ashwin has to finish the TPS first.

CREE 1726.5: proceeding with making concept fixture in 4022.666.75601. suggest making part manufacturable by eliminating deep objective pocket and moving the material to a plastic cover. Discussed all the engineering which needs to be completed before the design is done and for a job of this small scope how can you proactively solve the project problems by engineering solutions in parallel.

- Working on EPS per Matt's request starting wk27.3 , currently in review (document ID is : D100043976-03). Scheduled to be UCC at wk28.3
- 2 concepts has been created so far, 4022.666.75601 and 4022.666.78611
- Concepts wil be reviewed with Taub and Ashwin by wk28.5, design review will be wk30.1, TPDs to be created wk30.3, and to be send to SCE for quote by wk30.5

CREE 1728.1: repasted prior week notes. Discussed:

- This is the only current priority. Directed to not wait for the TPS, work in parallel
- Planning outlined above is agreed to as feasible
- What success looks like at each milestone and relavence to PIP items to work on

- EPS draft has been created and reviewed with Taub and Ashwin and Monkman, collecting more data to send it for final review before submitting for UCC

————4/6

 **ASML**

Office: wilton



Meeting date  :  --
Ref           :

**Subject**         :

Classification : Confidential

| | | | |
|---|---|---|---|
| | | • Concept has been reviwed with Ashwin, Taub, and VH TMF team, improving accordingly.<br><br>CREE 1729.2: forward minutes of meeting as sent to stakeholders<br><br>   o  Next milestone is design review expected Monday wk1730.1<br><br>   o  Discussed engineering scope and ownership, now is the time to make sure each requirement is met<br><br>        ■ Including design best practices<br><br>        ■ Includes models of TPD quality | |
| | 1.03 | **Design of Orion OM Shaker Fixture**<br><br>• Create EPS<br><br>CREE 1724.5: ensure need date is ok with TL and agreed (1734.1)<br><br>• Has to wait to Wk 1735 to start the EPS because Ashwin has to finish the TPS first.<br><br>CREE 1726.5: preliminary concepts being worked, general task on hold<br><br>• Per Matt, the OM EPS will be created 31.1<br><br>CREE 1728.1: repasted prior week<br><br>CREE 1729.2: still on hold | Estimated to start 1728.1<br><br>Estimated to be closed 1734.1<br><br>-Delayed:<br><br>The EPS may start at Wk1735 |
| | 1.04 | **Supporting the architect (G2M DFMEA)**<br><br>    • 1722.3: had a meeting with Dave to priorities the G2M failure modes<br><br>    • Discussion with Taub and Darling to collect information related to the G2M DFMEA, Kyle sent analysis doc and FUMO CDR doc for review.<br><br>• 1723.3: Reviwing the document provided by Darling.<br><br>CREE 1723.3: task is nebulous…needs more definition. Similar comment to above, create mini-milestones to status against and determine due dates<br><br>    • Per Matt request at 1724.1, do not work on the shaker fixture design or anything else until the EC-217262 work is done.<br><br>CREE 1724.5: even if on hold, due dates need to be assigned and mapped out now that EC appears to be nearing completion<br><br>CREE 1726.5: still on hold, scheduled to meet with kyle and dave 1727.3<br><br>• Will have meeting with Dave wk28.5 to discuss the schedule.<br><br>CREE 1728.1: repasted prior meeting notes<br><br>CREE 1729.2: still on hold | Summer-izing updates until 1750.5 |

CONFIDENTIAL

ASML-SAAD000789



**Office: wilton**

Meeting date   :   --
Ref            :

## Subject         :

Classification : Confidential

| Next meeting | Date | Place | Chairman | Duration |
|---|---|---|---|---|
| recurring @ <time> | 1425.1 | <room here> | <name here> | 1hr |

CONFIDENTIAL

ASML-SAAD000790

**From:** **Christopher Reed**
/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
/CN=RECIPIENTS/CN=7ABA8D850EFB4EBA98E8C9F808BCE15E-REEDC

**Subject:** msac actions 072117_Wk1729ba.doc
**Date:** July 21, 2017 at 5:17 PM
**To:** Mohamed Saad  mohamed.saad@asml.com

msac actions
072117_...ba.doc

ASML-SAAD000791



**Office: Wilton**

| | | | | | |
|---|---|---|---|---|---|
| Meeting date | : | 2-Jun-17(1424) | Date | : | 9-Jun-2014 |
| Minutes by | : | <name here> | Ref. | : | tl meeting minutes template.doc |

| | | | | | |
|---|---|---|---|---|---|
| Present<br>(* = absent) | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; | For info | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; |

Subject        :    <set subject in document properties>

Classification : Confidential

| Red=past due | Orange=due this week | Green=complete | Gray=on hold |
|---|---|---|---|

**Agenda/Notes:**

- <agenda  here as required>
- <help text>
  - To get started
    - Fill in header as indicated
    - Fill in footer as indicated
    - Set subject in document properties, add button to ribbon "view document properties" to access
    - Edit macro "save next" for next meeting, default is a Monday meeting:
      - nextmeet = (yearnum * 100) + weeknum + 1.1 '.1=monday, .2=Tuesday...
  - To enter tasks
    - Add as many task tables as needed (copy and paste)
    - Insert row(s) per task(s)
    - Fill in No./action/owner/plan as required
    - Delete rows to purge old tasks as required
  - To save this week's
    - Run macro "save next"
      - "Meeting date" field is updated
      - File name is created from subject and date
  - To status
    - Run macro "find due"
      - Dates are compared to "Meeting date" field
      - Old dates get shaded RED
      - Current dates get shaded ORANGE
      - Future dates are not shaded
    - Completed tasks are manually shaded GREEN

CONFIDENTIAL



**Office: wilton**



Meeting date        :    --
Ref                        :

**Subject              :**

**Classification : Confidential**

> o   On hold tasks are manually shaded GRAY
> o   To distribute automatically
>> o   Run macro "email send"
>> o   To email to header distribution list, edit macro "email send":
>>> • as an attachment
>>>> o   uncomment "Call SendDocumentAsAttachment"
>>>> o   comment out "Call SendDocumentAsLink"
>>> • as a link to a shared network folder
>>>> o   NOT SHAREPOINT
>>>> o   comment out "Call SendDocumentAsAttachment"
>>>> o   uncomment  "Call SendDocumentAsLink"
>> o   An email is created in outlook, edit as needed and send

# Actions

|   | No. | Record decisions agreed | Action by | Plan |
|---|-----|-------------------------|-----------|------|
| ☐ | **1** | **Performance Actions** | | |

|   | No. | Performance action | Plan |
|---|-----|--------------------|------|
|   | 1.01 | **Spot mirror EC#217262:**<br>• EC#217262 put in  review 1721.2<br>• 1722.5: working on EC#217262, expected to be in PIM revie<br>• As of 1723.4:<br>   o   Resolved all remarks up to 1723.3<br>   o   1723.2: Taeyoung added remark on behalf of Jonathan Glick because he is in training until 6/12<br>   o   As of 1723.2, only Matt left to add his remarks<br>   o   I made draft TAS for the wedged spacer (4022.656.91452), the TAS id is D100043246, Per Steve, Robert Douglas will finish the process.<br>CREE 1723.3: per plan EC closed by 1724.2, fixed remarks<br>• Ec contains a lot of comments, need to apply lessons to next EC<br>   o   TPD pre-review meeting mandatory with EC signoff list persons who are TPD stakeholders | 1724.2<br>New date:<br>1725.1 in PIM<br>Estimated to be closed 1725.3<br>CREE 1728.1: closed |

CONFIDENTIAL

ASML-SAAD000793





Office: wilton

Meeting date  :  --
Ref  :

**Subject  :**

Classification : Confidential

|  |  |  |  |
|---|---|---|---|
|  |  | <mark>▪ Confirm with Matt this aligns with Orion WoW</mark><br><br><mark>o Ensure you do enough pre-reviews of the TPD head of time to prevent clerical comments</mark><br><br>o <mark>Prevent people from reviewing flawed tpd generated by NX/TCE in EC</mark><br><br><mark>CREE 1724.5: new EC close date is 1725.3. 1 day vacation 1723.5. had in person TPD review(s) which generated more comments. Comments all addressed.   Deleted extra text. Discussed plan date change is not entirely due to review inefficiencies as discussed prior.</mark><br><br>• EC-217262 is in "sign off" since  1725.5 , Waiting for last sign off from Enock as of 1726.5<br><br>• After EC-217262 closed, will start another EC to cover any issue that has not been addressed yet (dumping ground).<br><br><mark>CREE 1726.5: EC past signoff, some delay due to PIM slowness in signing  lesson learned, when a 10second task is undone by someone after 4-5days, proactively act with a sense of urgency to get the signoff completed. Task closed, to be followed with another EC.</mark><br><br><mark>CREE 1728.1: repasted prior week action and marked as closed</mark> |  |
| | 1.02 | **Design of Orion Objective Shaker Fixture**<br><br>• Concept development:<br>  o Started 1622.4, estimated to be closed by 1625.5<br>  o I Created a desing concept based on the MK3 shaker fixture desing ( 4022.644.67261). W122648 shows the Mk3 shock test setup at 1723.1<br>  o Created an assyembly to show the concept (4022.666.75601) and had meeting with Taub and got his comments<br>• Create TPS<br>  o I Created a draft TPS (D100043257) based on Mk3 shaker fixture TPS (TPS D100009182).The draft was  sent to Taub, Swindale, and Ashwin for review at 1723.2<br>• Create EPS<br>  o Created a draft EPS (D100043254) based on the Orion objective EDS and discussions with Swindale and Monkman, sent to Taub, Swindale, and Ashwin for review 1723.2<br>• Create models<br>  o Created an improved model based on Taub comments, sent to Swindale, Ashwin, and Monkman to get their feedback, got Ashwin's and Monkman  feedback.<br>  o Created improved models based on Ashwin and Monkman comments, will have meeting at 1723.4 with Swindale, Ashwin, | Started 1722.4<br><br>Estimated to be closed 1736.1<br><br><mark style="background:#00e676">-Delayed:</mark><br><mark style="background:#00e676">The EPS may start Wk 1731</mark><br><br><mark>CREE 1728.1: see notes below for delivery dates ending in TPD 1730.5</mark> |

CONFIDENTIAL

ASML-SAAD000794



**Office: wilton**



Meeting date : --
Ref :

**Subject :**

**Classification : Confidential**

> and Monkman to get their feedback
>> o As of 1723.3: no feedback yet about the EPS and the TPS from Ashwin, Swindale and Dave.
>> o Had a meeting with Ashwin who proposed some changes to the TPS 1724.1

> ==CREE 1723.3: suggest splitting this task into two since these are parallel but separate physical deliverables==
>> o ==Break out the mini-milestones and status against that rather than day to day log of work==
>> o ==Be sure that initial quality is high on deliverables to prevent excessive review comments by team, may require stakeholder management and your own pre-reviews==
>> o ==Dates shown are R2 EC closed for fixtures, on-track==

> • Per Matt request at 1724.1, do not work on the shaker fixture design or anything else until the EC-217262 work is done.

> ==CREE: 1724.5: get new date from Matt based on hold, is 1736.1 accurate?==

> • Has to wait to Wk 1731 to start the EPS because Ashwin has to finish the TPS first.

> ==CREE 1726.5: proceeding with making concept fixture in 4022.666.75601. suggest making part manufacturable by eliminating deep objective pocket and moving the material to a plastic cover. Discussed all the engineering which needs to be completed before the design is done and for a job of this small scope how can you proactively solve the project problems by engineering solutions in parallel.==

> • Working on EPS per Matt's request starting wk27.3 , currently in review (document ID is : <u>D100043976-03</u>). Scheduled to be UCC at wk28.3

> • 2 concepts has been created so far, 4022.666.75601 and 4022.666.78611

> • Concepts wil be reviewed with Taub and Ashwin by wk28.5, design review will be wk30.1, TPDs to be created wk30.3, and to be send to SCE for quote by wk30.5

> ==CREE 1728.1: repasted prior week notes. Discussed:==
>> • ==This is the only current priority. Directed to not wait for the TPS, work in parallel==
>> • ==Planning outlined above is agreed to as feasible==
>> • ==What success looks like at each milestone and relavence to PIP items to work on==

> • EPS draft has been created and reviewed with Taub and Ashwin and Monkman, collecting more data to send it for final review before submitting for UCC

CONFIDENTIAL

ASML-SAAD000795

 

**Office: wilton**

Meeting date  :  --
Ref           :

**Subject**      :

Classification : Confidential

| | | | |
|---|---|---|---|
| | | • Concept has been reviwed with Ashwin, Taub, and VH TMF team, improving accordingly. | |
| | | ==CREE 1729.2: forward minutes of meeting as sent to stakeholders== | |
| | |    ○ ==Next milestone is design review expected Monday wk1730.1== | |
| | |    ○ ==Discussed engineering scope and ownership, now is the time to make sure each requirement is met== | |
| | |       ■ ==Including design best practices== | |
| | |       ■ ==Includes models of TPD quality== | |
| | | • Design review scheduled 1730.2 | |
| | | ==CREE 1729.5: had design review slide meeting 29.4== | |
| | |   • ==agreed with tl to move design review to Tuesday 30.2== | |
| | |     • ==pre-review comments to be closed and re-reviewed by arch== | |
| | | • ==Discussed requirements, the need to meet them as published in EPS== | |
| | 1.03 | **Design of Orion OM Shaker Fixture** <br> • Create EPS <br> ==CREE 1724.5: ensure need date is ok with TL and agreed (1734.1)== <br> • Has to wait to Wk 1735 to start the EPS because Ashwin has to finish the TPS first. <br> ==CREE 1726.5: preliminary concepts being worked, general task on hold== <br> • Per Matt, the OM EPS will be created 31.1 <br> ==CREE 1728.1: repasted prior week== <br> ==CREE 1729.2: still on hold== | Estimated to start 1728.1 <br> Estimated to be closed 1734.1 <br> -Delayed: <br> ==(green)The EPS may start at Wk1735(green)== |
| | 1.04 | **Supporting the architect (G2M DFMEA)** <br>   • 1722.3: had a meeting with Dave to priorities the G2M failure modes <br>   • Discussion with Taub and Darling to collect information related to the G2M DFMEA, Kyle sent analysis doc and FUMO CDR doc for review. <br>   • 1723.3: Reviwing the document provided by Darling. <br> ==CREE 1723.3: task is nebulous…needs more definition. Similar comment to above, create mini-milestones to status against and determine due dates== <br>   • Per Matt request at 1724.1, do not work on the shaker fixture design or anything else until the EC-217262 work is done. <br> ==CREE 1724.5: even if on hold, due dates need to be assigned and mapped== | Summer-izing updates until 1750.5 |

5/6



**Office: wilton**



Meeting date    :   --
Ref          :

**Subject      :**

**Classification : Confidential**

| | | | |
|---|---|---|---|
| | | <mark>out now that EC appears to be nearing completion</mark><br><mark>CREE 1726.5: still on hold, scheduled to meet with kyle and dave 1727.3</mark><br>    •   Will have meeting with Dave wk28.5 to discuss the schedule.<br><mark>CREE 1728.1: repasted prior meeting notes</mark><br><mark>CREE 1729.2: still on hold</mark> | |

| Next meeting | Date | Place | Chairman | Duration |
|---|---|---|---|---|
| recurring @ <time> | 1425.1 | <room here> | <name here> | 1hr |

CONFIDENTIAL

ASML-SAAD000797

**From:** **Christopher Reed**
/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
/CN=RECIPIENTS/CN=7ABA8D850EFB4EBA98E8C9F808BCE15E-REEDC

**Subject:** msac actions 072117_Wk1729ba.doc
**Date:** July 21, 2017 at 5:17 PM
**To:** Mohamed Saad  mohamed.saad@asml.com



msac actions
072117_...ba.doc

ASML-SAAD000798



**Office: Wilton**

**MOM**

| | | | | | |
|---|---|---|---|---|---|
| Meeting date | : | 2-Jun-17(1424) | Date | : | 9-Jun-2014 |
| Minutes by | : | <name here> | Ref. | : | tl meeting minutes template.doc |

| | | | | | |
|---|---|---|---|---|---|
| Present (* = absent) | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; | For info | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; |

Subject     :    <set subject in document properties>

Classification : Confidential

| Red=past due | Orange=due this week | Green=complete | Gray=on hold |
|---|---|---|---|

**Agenda/Notes:**

- <agenda  here as required>
- <help text>
  - To get started
    - Fill in header as indicated
    - Fill in footer as indicated
    - Set subject in document properties, add button to ribbon "view document properties" to access
    - Edit macro "save next" for next meeting, default is a Monday meeting:
      - nextmeet = (yearnum * 100) + weeknum + 1.1 '.1=monday, .2=Tuesday...
  - To enter tasks
    - Add as many task tables as needed (copy and paste)
    - Insert row(s) per task(s)
    - Fill in No./action/owner/plan as required
    - Delete rows to purge old tasks as required
  - To save this week's
    - Run macro "save next"
      - "Meeting date" field is updated
      - File name is created from subject and date
  - To status
    - Run macro "find due"
      - Dates are compared to "Meeting date" field
      - Old dates get shaded RED
      - Current dates get shaded ORANGE
      - Future dates are not shaded
    - Completed tasks are manually shaded GREEN

CONFIDENTIAL

ASML-SAAD000799

 

**Office: wilton**

Meeting date    :   --
Ref             :

**Subject       :**

**Classification : Confidential**

- o    On hold tasks are manually shaded GRAY
- o   To distribute automatically
  - o   Run macro "email send"
  - o   To email to header distribution list, edit macro "email send":
    - • as an attachment
      - o   uncomment "Call SendDocumentAsAttachment"
      - o   comment out "Call SendDocumentAsLink"
    - • as a link to a shared network folder
      - o   NOT SHAREPOINT
      - o   comment out "Call SendDocumentAsAttachment"
      - o   uncomment  "Call SendDocumentAsLink"
  - o   An email is created in outlook, edit as needed and send

# Actions

|  | No. | Record decisions agreed | Action by | Plan |
|---|---|---|---|---|
| ☑ | **1** | **Performance Actions** | | |

|  | No. | Performance action | Plan |
|---|---|---|---|
| | 1.01 | **Spot mirror EC#217262:**<br>• EC#217262 put in  review 1721.2<br>• 1722.5: working on EC#217262, expected to be in PIM revie<br>• As of 1723.4:<br>  o   Resolved all remarks up to 1723.3<br>  o   1723.2: Taeyoung added remark on behalf of Jonathan Glick because he is in training until 6/12<br>  o   As of 1723.2, only Matt left to add his remarks<br>  o   I made draft TAS for the wedged spacer (4022.656.91452), the TAS id is D100043246, Per Steve, Robert Douglas will finish the process.<br>  CREE 1723.3: per plan EC closed by 1724.2, fixed remarks<br>  • Ec contains a lot of comments, need to apply lessons to next EC<br>    o   TPD pre-review meeting mandatory with EC signoff list persons who are TPD stakeholders | 1724.2<br>New date:<br>1725.1 in PIM<br>Estimated to be closed 1725.3<br>CREE 1728.1: closed |

CONFIDENTIAL                                         ASML-SAAD000800





**Office: wilton**

Meeting date   :  --
Ref         :

**Subject**   :

**Classification : Confidential**

| | | | |
|---|---|---|---|
| | | ▪   Confirm with Matt this aligns with Orion WoW<br><br>o   Ensure you do enough pre-reviews of the TPD head of time to prevent clerical comments<br><br>o   Prevent people from reviewing flawed tpd generated by NX/TCE in EC<br><br>CREE 1724.5: new EC close date is 1725.3. 1 day vacation 1723.5. had in person TPD review(s) which generated more comments. Comments all addressed.   Deleted extra text. Discussed plan date change is not entirely due to review inefficiencies as discussed prior.<br><br>•   EC-217262 is in "sign off" since  1725.5 , Waiting for last sign off from Enock as of 1726.5<br><br>•   After EC-217262 closed, will start another EC to cover any issue that has not been addressed yet (dumping ground).<br><br>CREE 1726.5: EC past signoff, some delay due to PIM slowness in signing  lesson learned, when a 10second task is undone by someone after 4-5days, proactively act with a sense of urgency to get the signoff completed. Task closed, to be followed with another EC.<br><br>CREE 1728.1: repasted prior week action and marked as closed | |
| | 1.02 | **Design of Orion Objective Shaker Fixture**<br><br>•   Concept development:<br>    o   Started 1622.4, estimated to be closed by 1625.5<br>    o   I Created a desing concept based on the MK3 shaker fixture desing ( 4022.644.67261). W122648 shows the Mk3 shock test setup at 1723.1<br>    o   Created an assyembly to show the concept (4022.666.75601) and had meeting with Taub and got his comments<br><br>•   Create TPS<br>    o   I Created a draft TPS (D100043257) based on Mk3 shaker fixture TPS (TPS D100009182).The draft was  sent to Taub, Swindale, and Ashwin for review at 1723.2<br><br>•   Create EPS<br>    o   Created a draft EPS (D100043254) based on the Orion objective EDS and discussions with Swindale and Monkman, sent to Taub, Swindale, and Ashwin for review 1723.2<br><br>•   Create models<br>    o   Created an improved model based on Taub comments, sent to Swindale, Ashwin, and Monkman to get their feedback, got Ashwin's and Monkman  feedback.<br>    o   Created improved models based on Ashwin and Monkman comments, will have meeting at 1723.4 with Swindale, Ashwin, | Started 1722.4<br><br>Estimated to be closed 1736.1<br><br>-Delayed:<br><br>The EPS may start Wk 1731<br><br>CREE 1728.1: see notes below for delivery dates ending in TPD 1730.5 |

CONFIDENTIAL

ASML-SAAD000801

 **ASML** 

**Office: wilton**

Meeting date    :  --
Ref            :

**Subject**       :

**Classification : Confidential**

|  |  |  |  |
|---|---|---|---|
|  |  | and Monkman to get their feedback <br> ○ As of 1723.3: no feedback yet about the EPS and the TPS from Ashwin, Swindale and Dave. <br> ○ Had a meeting with Ashwin who proposed some changes to the TPS 1724.1 <br><br> ==CREE 1723.3: suggest splitting this task into two since these are parallel but separate physical deliverables== <br><br> ○ ==Break out the mini-milestones and status against that rather than day to day log of work== <br><br> ○ ==Be sure that initial quality is high on deliverables to prevent excessive review comments by team, may require stakeholder management and your own pre-reviews== <br><br> ○ ==Dates shown are R2 EC closed for fixtures, on-track== <br><br> • Per Matt request at 1724.1, do not work on the shaker fixture design or anything else until the EC-217262 work is done. <br><br> ==CREE: 1724.5: get new date from Matt based on hold, is 1736.1 accurate?== <br><br> • Has to wait to Wk 1731 to start the EPS because Ashwin has to finish the TPS first. <br><br> ==CREE 1726.5: proceeding with making concept fixture in 4022.666.75601. suggest making part manufacturable by eliminating deep objective pocket and moving the material to a plastic cover. Discussed all the engineering which needs to be completed before the design is done and for a job of this small scope how can you proactively solve the project problems by engineering solutions in parallel.== <br><br> • Working on EPS per Matt's request starting wk27.3 , currently in review (document ID is : <u>D100043976-03</u>). Scheduled to be UCC at wk28.3 <br><br> • 2 concepts has been created so far, 4022.666.75601 and 4022.666.78611 <br><br> • Concepts wil be reviewed with Taub and Ashwin by wk28.5, design review will be wk30.1, TPDs to be created wk30.3, and to be send to SCE for quote by wk30.5 <br><br> ==CREE 1728.1: repasted prior week notes. Discussed:== <br><br> • ==This is the only current priority. Directed to not wait for the TPS, work in parallel== <br><br> • ==Planning outlined above is agreed to as feasible== <br><br> • ==What success looks like at each milestone and relavence to PIP items to work on== <br><br> • EPS draft has been created and reviewed with Taub and Ashwin and Monkman, collecting more data to send it for final review before submitting for UCC |  |

CONFIDENTIAL

ASML-SAAD000802



**Office: wilton**



Meeting date    :    --
Ref    :

**Subject**      :

**Classification : Confidential**

| | | | |
|---|---|---|---|
| | | • Concept has been reviwed with Ashwin, Taub, and VH TMF team, improving accordingly.<br><br>==CREE 1729.2: forward minutes of meeting as sent to stakeholders==<br>  o   ==Next milestone is design review expected Monday wk1730.1==<br>  o   ==Discussed engineering scope and ownership, now is the time to make sure each requirement is met==<br>    ▪   ==Including design best practices==<br>    ▪   ==Includes models of TPD quality==<br>• Design review scheduled 1730.2<br>==CREE 1729.5: had design review slide meeting 29.4==<br>  ▪   ==agreed with tl to move design review to Tuesday 30.2==<br>    ▪   ==pre-review comments to be closed and re-reviewed by arch==<br>• ==Discussed requirements, the need to meet them as published in EPS== | |
| | 1.03 | **Design of Orion OM Shaker Fixture**<br>• Create EPS<br>==CREE 1724.5: ensure need date is ok with TL and agreed (1734.1)==<br>• Has to wait to Wk 1735 to start the EPS because Ashwin has to finish the TPS first.<br>==CREE 1726.5: preliminary concepts being worked, general task on hold==<br>• Per Matt, the OM EPS will be created 31.1<br>==CREE 1728.1: repasted prior week==<br>==CREE 1729.2: still on hold== | Estimated to start 1728.1<br>Estimated to be closed 1734.1<br>-Delayed:<br><mark style="background:lime">The EPS may start at Wk1735</mark> |
| | 1.04 | **Supporting the architect (G2M DFMEA)**<br>• 1722.3: had a meeting with Dave to priorities the G2M failure modes<br>• Discussion with Taub and Darling to collect information related to the G2M DFMEA, Kyle sent analysis doc and FUMO CDR doc for review.<br>• 1723.3: Reviwing the document provided by Darling.<br>==CREE 1723.3: task is nebulous…needs more definition. Similar comment to above, create mini-milestones to status against and determine due dates==<br>• Per Matt request at 1724.1, do not work on the shaker fixture design or anything else until the EC-217262 work is done.<br>==CREE 1724.5: even if on hold, due dates need to be assigned and mapped== | Summer-izing updates until 1750.5 |

5/6



**Office: wilton**



Meeting date    :    --
Ref             :

**Subject        :**

**Classification : Confidential**

|  |  | <mark>out now that EC appears to be nearing completion</mark> |  |
|---|---|---|---|
|  |  | <mark>CREE 1726.5: still on hold, scheduled to meet with kyle and dave 1727.3</mark> |  |
|  |  | • Will have meeting with Dave wk28.5 to discuss the schedule. |  |
|  |  | <mark>CREE 1728.1: repasted prior meeting notes</mark> |  |
|  |  | <mark>CREE 1729.2: still on hold</mark> |  |

| **Next meeting** | **Date** | **Place** | **Chairman** | **Duration** |
|---|---|---|---|---|
| recurring @ <time> | 1425.1 | <room here> | <name here> | 1hr |

CONFIDENTIAL

ASML-SAAD000804

**From:** **Christopher Reed**
/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
/CN=RECIPIENTS/CN=7ABA8D850EFB4EBA98E8C9F808BCE15E-REEDC

**Subject:** msac actions 073117_Wk1731a.doc
**Date:** July 31, 2017 at 1:28 PM
**To:** Mohamed Saad mohamed.saad@asml.com



msac actions
073117_...1a.doc

 **ASML**

**Office: Wilton**

**MOM**

| | | | | | |
|---|---|---|---|---|---|
| Meeting date | : | 2-Jun-17(1424) | Date | : | 9-Jun-2014 |
| Minutes by | : | <name here> | Ref. | : | tl meeting minutes template.doc |

| | | | | | |
|---|---|---|---|---|---|
| Present | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; | For info | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; |
| (* = absent) | | | | | |

**Subject** : <set subject in document properties>

Classification : Confidential

| Red=past due | Orange=due this week | Green=complete | Gray=on hold |
|---|---|---|---|

**Agenda/Notes:**

- <agenda  here as required>
- <help text>
  - To get started
    - Fill in header as indicated
    - Fill in footer as indicated
    - Set subject in document properties, add button to ribbon "view document properties" to access
    - Edit macro "save next" for next meeting, default is a Monday meeting:
      - nextmeet = (yearnum * 100) + weeknum + 1.1 '.1=monday, .2=Tuesday...
  - To enter tasks
    - Add as many task tables as needed (copy and paste)
    - Insert row(s) per task(s)
    - Fill in No./action/owner/plan as required
    - Delete rows to purge old tasks as required
  - To save this week's
    - Run macro "save next"
      - "Meeting date" field is updated
      - File name is created from subject and date
  - To status
    - Run macro "find due"
      - Dates are compared to "Meeting date" field
      - Old dates get shaded RED
      - Current dates get shaded ORANGE
      - Future dates are not shaded
    - Completed tasks are manually shaded GREEN

CONFIDENTIAL





**Office: wilton**

Meeting date : --
Ref :

**Subject :**

**Classification : Confidential**

- o   On hold tasks are manually shaded GRAY
- o   To distribute automatically
  - o   Run macro "email send"
  - o   To email to header distribution list, edit macro "email send":
    - • as an attachment
      - o   uncomment "Call SendDocumentAsAttachment"
      - o   comment out "Call SendDocumentAsLink"
    - • as a link to a shared network folder
      - o   NOT SHAREPOINT
      - o   comment out "Call SendDocumentAsAttachment"
      - o   uncomment  "Call SendDocumentAsLink"
  - o   An email is created in outlook, edit as needed and send

# Actions

| | No. | Record decisions agreed | Action by | Plan |
|---|---|---|---|---|
| ☐ | **1** | **Performance Actions** | | |

| | No. | Performance action | Plan |
|---|---|---|---|
| | 1.01 | **Spot mirror EC#217262:**<br>• EC#217262 put in  review 1721.2<br>• 1722.5: working on EC#217262, expected to be in PIM revie<br>• As of 1723.4:<br>  o   Resolved all remarks up to 1723.3<br>  o   1723.2: Taeyoung added remark on behalf of Jonathan Glick because he is in training until 6/12<br>  o   As of 1723.2, only Matt left to add his remarks<br>  o   I made draft TAS for the wedged spacer (4022.656.91452), the TAS id is D100043246, Per Steve, Robert Douglas will finish the process.<br>==CREE 1723.3: per plan EC closed by 1724.2==, fixed remarks<br>  • ==Ec contains a lot of comments, need to apply lessons to next EC==<br>    o   ==TPD pre-review meeting mandatory with EC signoff list persons who are TPD stakeholders== | 1724.2<br>New date:<br>1725.1 in PIM<br>Estimated to be closed 1725.3<br>==CREE 1728.1: closed== |

CONFIDENTIAL



**Office: wilton**



Meeting date : --
Ref :

**Subject :**

**Classification : Confidential**

| | | | |
|---|---|---|---|
| | | ▪ Confirm with Matt this aligns with Orion WoW<br><br>o Ensure you do enough pre-reviews of the TPD head of time to prevent clerical comments<br><br>o Prevent people from reviewing flawed tpd generated by NX/TCE in EC<br><br>CREE 1724.5: new EC close date is 1725.3. 1 day vacation 1723.5. had in person TPD review(s) which generated more comments. Comments all addressed.  Deleted extra text. Discussed plan date change is not entirely due to review inefficiencies as discussed prior.<br><br>• EC-217262 is in "sign off" since  1725.5 , Waiting for last sign off from Enock as of 1726.5<br><br>• After EC-217262 closed, will start another EC to cover any issue that has not been addressed yet (dumping ground).<br><br>CREE 1726.5: EC past signoff, some delay due to PIM slowness in signing  lesson learned, when a 10second task is undone by someone after 4-5days, proactively act with a sense of urgency to get the signoff completed. Task closed, to be followed with another EC.<br><br>CREE 1728.1: repasted prior week action and marked as closed | |
| | 1.02 | **Design of Orion Objective Shaker Fixture**<br><br>• Concept development:<br><br>o Started 1622.4, estimated to be closed by 1625.5<br><br>o I Created a desing concept based on the MK3 shaker fixture desing ( 4022.644.67261). W122648 shows the Mk3 shock test setup at 1723.1<br><br>o Created an assyembly to show the concept (4022.666.75601) and had meeting with Taub and got his comments<br><br>• Create TPS<br><br>o I Created a draft TPS (D100043257) based on Mk3 shaker fixture TPS (TPS D100009182).The draft was  sent to Taub, Swindale, and Ashwin for review at 1723.2<br><br>• Create EPS<br><br>o Created a draft EPS (D100043254) based on the Orion objective EDS and discussions with Swindale and Monkman, sent to Taub, Swindale, and Ashwin for review 1723.2<br><br>• Create models<br><br>o Created an improved model based on Taub comments, sent to Swindale, Ashwin, and Monkman to get their feedback, got Ashwin's and Monkman  feedback.<br><br>o Created improved models based on Ashwin and Monkman comments, will have meeting at 1723.4 with Swindale, Ashwin, | Started 1722.4<br><br>Estimated to be closed 1736.1<br><br>-Delayed:<br><br>The EPS may start Wk 1731<br><br>CREE 1728.1: see notes below for delivery dates ending in TPD 1730.5 |

CONFIDENTIAL

ASML-SAAD000808

 **ASML**



**Office: wilton**

Meeting date   :  --
Ref   :

**Subject**    **:**

**Classification : Confidential**

and Monkman to get their feedback

- o As of 1723.3: no feedback yet about the EPS and the TPS from Ashwin, Swindale and Dave.
- o Had a meeting with Ashwin who proposed some changes to the TPS 1724.1

<mark>CREE 1723.3: suggest splitting this task into two since these are parallel but separate physical deliverables</mark>

- o <mark>Break out the mini-milestones and status against that rather than day to day log of work</mark>
- o <mark>Be sure that initial quality is high on deliverables to prevent excessive review comments by team, may require stakeholder management and your own pre-reviews</mark>
- o <mark>Dates shown are R2 EC closed for fixtures, on-track</mark>

- Per Matt request at 1724.1, do not work on the shaker fixture design or anything else until the EC-217262 work is done.

<mark>CREE: 1724.5: get new date from Matt based on hold, is 1736.1 accurate?</mark>

- Has to wait to Wk 1731 to start the EPS because Ashwin has to finish the TPS first.

<mark>CREE 1726.5: proceeding with making concept fixture in 4022.666.75601. suggest making part manufacturable by eliminating deep objective pocket and moving the material to a plastic cover. Discussed all the engineering which needs to be completed before the design is done and for a job of this small scope how can you proactively solve the project problems by engineering solutions in parallel.</mark>

- Working on EPS per Matt's request starting wk27.3 , currently in review (document ID is : <u>D100043976-03</u>). Scheduled to be UCC at wk28.3
- 2 concepts has been created so far, 4022.666.75601 and 4022.666.78611
- Concepts wil be reviewed with Taub and Ashwin by wk28.5, design review will be wk30.1, TPDs to be created wk30.3, and to be send to SCE for quote by wk30.5

<mark>CREE 1728.1: repasted prior week notes. Discussed:</mark>

- <mark>This is the only current priority. Directed to not wait for the TPS, work in parallel</mark>
- <mark>Planning outlined above is agreed to as feasible</mark>
- <mark>What success looks like at each milestone and relavence to PIP items to work on</mark>

- EPS draft has been created and reviewed with Taub and Ashwin and Monkman, collecting more data to send it for final review before submitting for UCC

———4/6

 

Office: wilton

Meeting date   :   --
Ref            :

**Subject**      :

Classification : Confidential

| | | | |
|---|---|---|---|
| | | • Concept has been reviwed with Ashwin, Taub, and VH TMF team, improving accordingly. <br> CREE 1729.2: forward minutes of meeting as sent to stakeholders <br>    o Next milestone is design review expected Monday wk1730.1 <br>    o Discussed engineering scope and ownership, now is the time to make sure each requirement is met <br>       ▪ Including design best practices <br>       ▪ Includes models of TPD quality <br> • Design review scheduled 1730.2 <br> • EPS sent for UCC sign-off 1730.5 <br> • Working on TPD-110s, will be reviewed 1731.1 <br> CREE 1731.1: completed design review <br>    • Tpd in progress, expect to be ready for tpd review 1731.2 <br>    • Next milestone is send tpd for quoting 1731.3 <br>    • After tpd is on order, start on OM shaker fixture | |
| | 1.03 | **Design of Orion OM Shaker Fixture** <br> • Create EPS <br> CREE 1724.5: ensure need date is ok with TL and agreed (1734.1) <br> • Has to wait to Wk 1735 to start the EPS because Ashwin has to finish the TPS first. <br> CREE 1726.5: preliminary concepts being worked, general task on hold <br> • Per Matt, the OM EPS will be created 31.1 <br> CREE 1728.1: repasted prior week <br> CREE 1729.2: still on hold <br> CREE 1731.1: expect to restart on 1731.3, get a new plan with dates before starting | Estimated to start 1728.1 <br> Estimated to be closed 1734.1 <br> -Delayed: <br> The EPS may start at Wk1735 |
| | 1.04 | **Supporting the architect (G2M DFMEA)** <br> • 1722.3: had a meeting with Dave to priorities the G2M failure modes <br> • Discussion with Taub and Darling to collect information related to the G2M DFMEA, Kyle sent analysis doc and FUMO CDR doc for review. <br> • 1723.3: Reviwing the document provided by Darling. <br> CREE 1723.3: task is nebulous…needs more definition. Similar comment to above, create mini-milestones to status against and determine due dates | Summer-izing updates until 1750.5 |

CONFIDENTIAL

ASML-SAAD000810



**Office: wilton**



Meeting date    :   --
Ref             :

**Subject        :**

**Classification : Confidential**

|  |  | <ul><li>Per Matt request at 1724.1, do not work on the shaker fixture design or anything else until the EC-217262 work is done.</li></ul><br>==CREE 1724.5: even if on hold, due dates need to be assigned and mapped out now that EC appears to be nearing completion==<br>==CREE 1726.5: still on hold, scheduled to meet with kyle and dave 1727.3==<br><ul><li>Will have meeting with Dave wk28.5 to discuss the schedule.</li></ul><br>==CREE 1728.1: repasted prior meeting notes==<br>==CREE 1729.2: still on hold==<br>==CREE 1731.1: still on hold, no new work== |  |

| Next meeting | Date | Place | Chairman | Duration |
|---|---|---|---|---|
| recurring @ <time> | 1425.1 | <room here> | <name here> | 1hr |

CONFIDENTIAL

ASML-SAAD000811

**From:** **Christopher Reed**
/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
/CN=RECIPIENTS/CN=7ABA8D850EFB4EBA98E8C9F808BCE15E-REEDC

**Subject:** msac actions 073117_Wk1731a.doc
**Date:** July 31, 2017 at 1:28 PM
**To:** Mohamed Saad  mohamed.saad@asml.com

msac actions
073117_...1a.doc

ASML-SAAD000812



**Office: Wilton**

MOM

| | | | | | |
|---|---|---|---|---|---|
| Meeting date | : | 2-Jun-17(1424) | Date | : | 9-Jun-2014 |
| Minutes by | : | <name here> | Ref. | : | tl meeting minutes template.doc |

| | | | | | |
|---|---|---|---|---|---|
| Present | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; | For info | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; |
| (* = absent) | | | | | |

**Subject** : <set subject in document properties>

Classification : Confidential

| Red=past due | Orange=due this week | Green=complete | Gray=on hold |
|---|---|---|---|

**Agenda/Notes:**

- <agenda  here as required>
- <help text>
  - To get started
    - Fill in header as indicated
    - Fill in footer as indicated
    - Set subject in document properties, add button to ribbon "view document properties" to access
    - Edit macro "save next" for next meeting, default is a Monday meeting:
      - nextmeet = (yearnum * 100) + weeknum + 1.1 '.1=monday, .2=Tuesday...
  - To enter tasks
    - Add as many task tables as needed (copy and paste)
    - Insert row(s) per task(s)
    - Fill in No./action/owner/plan as required
    - Delete rows to purge old tasks as required
  - To save this week's
    - Run macro "save next"
      - "Meeting date" field is updated
      - File name is created from subject and date
  - To status
    - Run macro "find due"
      - Dates are compared to "Meeting date" field
      - Old dates get shaded RED
      - Current dates get shaded ORANGE
      - Future dates are not shaded
    - Completed tasks are manually shaded GREEN

1/6

ASML-SAAD000813





**Office: wilton**

Meeting date : --
Ref :

**Subject** :

**Classification : Confidential**

- o  On hold tasks are manually shaded GRAY
- o  To distribute automatically
  - o  Run macro "email send"
  - o  To email to header distribution list, edit macro "email send":
    - as an attachment
      - o  uncomment "Call SendDocumentAsAttachment"
      - o  comment out "Call SendDocumentAsLink"
    - as a link to a shared network folder
      - o  NOT SHAREPOINT
      - o  comment out "Call SendDocumentAsAttachment"
      - o  uncomment  "Call SendDocumentAsLink"
  - o  An email is created in outlook, edit as needed and send

# Actions

|   | No. | Record decisions agreed | Action by | Plan |
|---|-----|-------------------------|-----------|------|
| ☑ | **1** | **Performance Actions** | | |

|   | No. | Performance action | Plan |
|---|-----|--------------------|------|
|   | 1.01 | **Spot mirror EC#217262:**<br>• EC#217262 put in  review 1721.2<br>• 1722.5: working on EC#217262, expected to be in PIM revie<br>• As of 1723.4:<br>  o  Resolved all remarks up to 1723.3<br>  o  1723.2: Taeyoung added remark on behalf of Jonathan Glick because he is in training until 6/12<br>  o  As of 1723.2, only Matt left to add his remarks<br>  o  I made draft TAS for the wedged spacer (4022.656.91452), the TAS id is D100043246, Per Steve, Robert Douglas will finish the process.<br>CREE 1723.3: per plan EC closed by 1724.2, fixed remarks<br>• Ec contains a lot of comments, need to apply lessons to next EC<br>  o  TPD pre-review meeting mandatory with EC signoff list persons who are TPD stakeholders | 1724.2<br>New date:<br>1725.1 in PIM<br>Estimated to be closed 1725.3<br>CREE 1728.1: closed |

CONFIDENTIAL

ASML-SAAD000814





Office: wilton

Meeting date    :   --
Ref             :

## Subject        :

Classification : Confidential

|  |  |  |  |
|---|---|---|---|
|  |  | ▪ Confirm with Matt this aligns with Orion WoW<br><br>o Ensure you do enough pre-reviews of the TPD head of time to prevent clerical comments<br><br>o Prevent people from reviewing flawed tpd generated by NX/TCE in EC<br><br>CREE 1724.5: new EC close date is 1725.3. 1 day vacation 1723.5. had in person TPD review(s) which generated more comments. Comments all addressed.   Deleted extra text. Discussed plan date change is not entirely due to review inefficiencies as discussed prior.<br><br>• EC-217262 is in "sign off" since  1725.5 , Waiting for last sign off from Enock as of 1726.5<br><br>• After EC-217262 closed, will start another EC to cover any issue that has not been addressed yet (dumping ground).<br><br>CREE 1726.5: EC past signoff, some delay due to PIM slowness in signing  lesson learned, when a 10second task is undone by someone after 4-5days, proactively act with a sense of urgency to get the signoff completed. Task closed, to be followed with another EC.<br><br>CREE 1728.1: repasted prior week action and marked as closed |  |
| | 1.02 | **Design of Orion Objective Shaker Fixture**<br><br>• Concept development:<br><br>   o Started 1622.4, estimated to be closed by 1625.5<br><br>   o I Created a desing concept based on the MK3 shaker fixture desing ( 4022.644.67261). W122648 shows the Mk3 shock test setup at 1723.1<br><br>   o Created an assyembly to show the concept (4022.666.75601) and had meeting with Taub and got his comments<br><br>• Create TPS<br><br>   o I Created a draft TPS (D100043257) based on Mk3 shaker fixture TPS (TPS D100009182).The draft was  sent to Taub, Swindale, and Ashwin for review at 1723.2<br><br>• Create EPS<br><br>   o Created a draft EPS (D100043254) based on the Orion objective EDS and discussions with Swindale and Monkman, sent to Taub, Swindale, and Ashwin for review 1723.2<br><br>• Create models<br><br>   o Created an improved model based on Taub comments, sent to Swindale, Ashwin, and Monkman to get their feedback, got Ashwin's and Monkman  feedback.<br><br>   o Created improved models based on Ashwin and Monkman comments, will have meeting at 1723.4 with Swindale, Ashwin, | Started 1722.4<br><br>Estimated to be closed 1736.1<br><br>-Delayed:<br><br>The EPS may start Wk 1731<br><br>CREE 1728.1: see notes below for delivery dates ending in TPD 1730.5 |

CONFIDENTIAL

ASML-SAAD000815

 

**Office: wilton**

Meeting date : --
Ref :

**Subject :**

**Classification : Confidential**

and Monkman to get their feedback

○ As of 1723.3: no feedback yet about the EPS and the TPS from Ashwin, Swindale and Dave.

○ Had a meeting with Ashwin who proposed some changes to the TPS 1724.1

==CREE 1723.3: suggest splitting this task into two since these are parallel but separate physical deliverables==

○ ==Break out the mini-milestones and status against that rather than day to day log of work==

○ ==Be sure that initial quality is high on deliverables to prevent excessive review comments by team, may require stakeholder management and your own pre-reviews==

○ ==Dates shown are R2 EC closed for fixtures, on-track==

• Per Matt request at 1724.1, do not work on the shaker fixture design or anything else until the EC-217262 work is done.

==CREE: 1724.5: get new date from Matt based on hold, is 1736.1 accurate?==

• Has to wait to Wk 1731 to start the EPS because Ashwin has to finish the TPS first.

==CREE 1726.5: proceeding with making concept fixture in 4022.666.75601. suggest making part manufacturable by eliminating deep objective pocket and moving the material to a plastic cover. Discussed all the engineering which needs to be completed before the design is done and for a job of this small scope how can you proactively solve the project problems by engineering solutions in parallel.==

• Working on EPS per Matt's request starting wk27.3 , currently in review (document ID is : D100043976-03). Scheduled to be UCC at wk28.3

• 2 concepts has been created so far, 4022.666.75601 and 4022.666.78611

• Concepts wil be reviewed with Taub and Ashwin by wk28.5, design review will be wk30.1, TPDs to be created wk30.3, and to be send to SCE for quote by wk30.5

==CREE 1728.1: repasted prior week notes. Discussed:==

• ==This is the only current priority. Directed to not wait for the TPS, work in parallel==

• ==Planning outlined above is agreed to as feasible==

• ==What success looks like at each milestone and relavence to PIP items to work on==

• EPS draft has been created and reviewed with Taub and Ashwin and Monkman, collecting more data to send it for final review before submitting for UCC

———4/6

ASML-SAAD000816



**Office: wilton**



Meeting date    :  --
Ref             :

**Subject        :**

**Classification : Confidential**

| | | | |
|---|---|---|---|
| | | • Concept has been reviwed with Ashwin, Taub, and VH TMF team, improving accordingly.<br><br>==CREE 1729.2: forward minutes of meeting as sent to stakeholders==<br><br>   o ==Next milestone is design review expected Monday wk1730.1==<br><br>   o ==Discussed engineering scope and ownership, now is the time to make sure each requirement is met==<br><br>       ■ ==Including design best practices==<br><br>       ■ ==Includes models of TPD quality==<br><br>• Design review scheduled 1730.2<br><br>• EPS sent for UCC sign-off 1730.5<br><br>• Working on TPD-110s, will be reviewed 1731.1<br><br>==CREE 1731.1: completed design review==<br><br>• ==Tpd in progress, expect to be ready for tpd review 1731.2==<br><br>• ==Next milestone is send tpd for quoting 1731.3==<br><br>• ==After tpd is on order, start on OM shaker fixture== | |
| | 1.03 | **Design of Orion OM Shaker Fixture**<br><br>• Create EPS<br><br>==CREE 1724.5: ensure need date is ok with TL and agreed (1734.1)==<br><br>• Has to wait to Wk 1735 to start the EPS because Ashwin has to finish the TPS first.<br><br>==CREE 1726.5: preliminary concepts being worked, general task on hold==<br><br>• Per Matt, the OM EPS will be created 31.1<br><br>==CREE 1728.1: repasted prior week==<br><br>==CREE 1729.2: still on hold==<br><br>==CREE 1731.1: expect to restart on 1731.3, get a new plan with dates before starting== | Estimated to start 1728.1<br>Estimated to be closed 1734.1<br>-Delayed:<br><span style="background:lime">The EPS may start at Wk1735</span> |
| | 1.04 | **Supporting the architect (G2M DFMEA)**<br><br>• 1722.3: had a meeting with Dave to priorities the G2M failure modes<br><br>• Discussion with Taub and Darling to collect information related to the G2M DFMEA, Kyle sent analysis doc and FUMO CDR doc for review.<br><br>• 1723.3: Reviwing the document provided by Darling.<br><br>==CREE 1723.3: task is nebulous…needs more definition. Similar comment to above, create mini-milestones to status against and determine due dates== | Summer-izing updates until 1750.5 |

CONFIDENTIAL

ASML-SAAD000817



**Office: wilton**



Meeting date      :  --
Ref               :

**Subject          :**

**Classification : Confidential**

|  |  | <ul><li>Per Matt request at 1724.1, do not work on the shaker fixture design or anything else until the EC-217262 work is done.</li></ul> <mark>CREE 1724.5: even if on hold, due dates need to be assigned and mapped out now that EC appears to be nearing completion</mark> <mark>CREE 1726.5: still on hold, scheduled to meet with kyle and dave 1727.3</mark> <ul><li>Will have meeting with Dave wk28.5 to discuss the schedule.</li></ul> <mark>CREE 1728.1: repasted prior meeting notes</mark> <mark>CREE 1729.2: still on hold</mark> <mark>CREE 1731.1: still on hold, no new work</mark> |  |

| **Next meeting** | **Date** | **Place** | **Chairman** | **Duration** |
|---|---|---|---|---|
| recurring @ <time> | 1425.1 | <room here> | <name here> | 1hr |

CONFIDENTIAL

ASML-SAAD000818

**From:** **Christopher Reed**
/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
/CN=RECIPIENTS/CN=7ABA8D850EFB4EBA98E8C9F808BCE15E-REEDC

**Subject:** msac actions 080417_Wk1731c.doc
**Date:** August 4, 2017 at 3:36 PM
**To:** Mohamed Saad  mohamed.saad@asml.com

msac actions
080417...1c.doc

ASML-SAAD000819

 **ASML**                                                                 **MOM**

**Office: Wilton**

| | | | | | |
|---|---|---|---|---|---|
| Meeting date | : | 2-Jun-17(1424) | Date | : | 9-Jun-2014 |
| Minutes by | : | <name here> | Ref. | : | tl meeting minutes template.doc |

| | | | | | |
|---|---|---|---|---|---|
| Present<br>(* = absent) | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; | For info | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; |

**Subject**       :     <set subject in document properties>

Classification : Confidential

| Red=past due | Orange=due this week | Green=complete | Gray=on hold |
|---|---|---|---|

**Agenda/Notes:**

- <agenda  here as required>
- <help text>
    - To get started
        - Fill in header as indicated
        - Fill in footer as indicated
        - Set subject in document properties, add button to ribbon "view document properties" to access
        - Edit macro "save next" for next meeting, default is a Monday meeting:
            - nextmeet = (yearnum * 100) + weeknum + 1.1 '.1=monday, .2=Tuesday...
    - To enter tasks
        - Add as many task tables as needed (copy and paste)
        - Insert row(s) per task(s)
        - Fill in No./action/owner/plan as required
        - Delete rows to purge old tasks as required
    - To save this week's
        - Run macro "save next"
            - "Meeting date" field is updated
            - File name is created from subject and date
    - To status
        - Run macro "find due"
            - Dates are compared to "Meeting date" field
            - Old dates get shaded RED
            - Current dates get shaded ORANGE
            - Future dates are not shaded
        - Completed tasks are manually shaded GREEN

 

**Office: wilton**

Meeting date   :   --
Ref            :

**Subject       :**

**Classification : Confidential**

- o   On hold tasks are manually shaded GRAY
- o   To distribute automatically
  - o   Run macro "email send"
  - o   To email to header distribution list, edit macro "email send":
    - • as an attachment
      - o   uncomment "Call SendDocumentAsAttachment"
      - o   comment out "Call SendDocumentAsLink"
    - • as a link to a shared network folder
      - o   NOT SHAREPOINT
      - o   comment out "Call SendDocumentAsAttachment"
      - o   uncomment  "Call SendDocumentAsLink"
  - o   An email is created in outlook, edit as needed and send

# Actions

|  | No. | Record decisions agreed | Action by | Plan |
|---|---|---|---|---|
| ☑ | **1** | **Performance Actions** | | |

|  | No. | Performance action | Plan |
|---|---|---|---|
| | 1.01 | **Spot mirror EC#217262:**<br>• EC#217262 put in  review 1721.2<br>• 1722.5: working on EC#217262, expected to be in PIM revie<br>• As of 1723.4:<br>   o Resolved all remarks up to 1723.3<br>   o 1723.2: Taeyoung added remark on behalf of Jonathan Glick because he is in training until 6/12<br>   o As of 1723.2, only Matt left to add his remarks<br>   o I made draft TAS for the wedged spacer (4022.656.91452), the TAS id is D100043246, Per Steve, Robert Douglas will finish the process.<br><mark>CREE 1723.3: per plan EC closed by 1724.2</mark>, fixed remarks<br>   • <mark>Ec contains a lot of comments, need to apply lessons to next EC</mark><br>     o <mark>TPD pre-review meeting mandatory with EC signoff list persons who are TPD stakeholders</mark> | 1724.2<br>New date:<br>1725.1 in PIM<br>Estimated to be closed 1725.3<br><mark>CREE 1728.1: closed</mark><br><mark>CREE 1731.4: open</mark> |

_____2/7

CONFIDENTIAL



Office: wilton



Meeting date : --
Ref :

**Subject** :

Classification : Confidential

| | | | |
|---|---|---|---|
| | | <ul><li>Confirm with Matt this aligns with Orion WoW</li></ul>○ Ensure you do enough pre-reviews of the TPD head of time to prevent clerical comments<br>○ Prevent people from reviewing flawed tpd generated by NX/TCE in EC<br><br>CREE 1724.5: new EC close date is 1725.3. 1 day vacation 1723.5. had in person TPD review(s) which generated more comments. Comments all addressed.   Deleted extra text. Discussed plan date change is not entirely due to review inefficiencies as discussed prior.<br><br><ul><li>EC-217262 is in "sign off" since  1725.5 , Waiting for last sign off from Enock as of 1726.5</li><li>After EC-217262 closed, will start another EC to cover any issue that has not been addressed yet (dumping ground).</li></ul>CREE 1726.5: EC past signoff, some delay due to PIM slowness in signing  lesson learned, when a 10second task is undone by someone after 4-5days, proactively act with a sense of urgency to get the signoff completed. Task closed, to be followed with another EC.<br><br>CREE 1728.1: repasted prior week action and marked as closed<br><ul><li>Finished the SM G2M procedure review (wedge to SM)</li></ul>CREE 1731.5: sent irf comments for review, ½ day spent | |
| | 1.02 | **Design of Orion Objective Shaker Fixture**<br><ul><li>Concept development:</li></ul>○ Started 1622.4, estimated to be closed by 1625.5<br>○ I Created a desing concept based on the MK3 shaker fixture desing ( 4022.644.67261). W122648 shows the Mk3 shock test setup at 1723.1<br>○ Created an assyembly to show the concept (4022.666.75601) and had meeting with Taub and got his comments<br><ul><li>Create TPS</li></ul>○ I Created a draft TPS (D100043257) based on Mk3 shaker fixture TPS (TPS D100009182).The draft was  sent to Taub, Swindale, and Ashwin for review at 1723.2<br><ul><li>Create EPS</li></ul>○ Created a draft EPS (D100043254) based on the Orion objective EDS and discussions with Swindale and Monkman, sent to Taub, Swindale, and Ashwin for review 1723.2<br><ul><li>Create models</li></ul>○ Created an improved model based on Taub comments, sent to | Started 1722.4<br><br>Estimated to be closed 1736.1<br><br>-Delayed:<br>The EPS may start Wk 1731<br><br>CREE 1728.1: see  notes below  for  delivery  dates ending in TPD 1730.5 |

CONFIDENTIAL

ASML-SAAD000822



**Office: wilton**



Meeting date  :  --
Ref  :

**Subject**    :

**Classification : Confidential**

    Swindale, Ashwin, and Monkman to get their feedback, got Ashwin's and Monkman feedback.

- o  Created improved models based on Ashwin and Monkman comments, will have meeting at 1723.4 with Swindale, Ashwin, and Monkman to get their feedback

- o  As of 1723.3: no feedback yet about the EPS and the TPS from Ashwin, Swindale and Dave.

- o  Had a meeting with Ashwin who proposed some changes to the TPS 1724.1

==CREE 1723.3: suggest splitting this task into two since these are parallel but separate physical deliverables==

- o  ==Break out the mini-milestones and status against that rather than day to day log of work==

- o  ==Be sure that initial quality is high on deliverables to prevent excessive review comments by team, may require stakeholder management and your own pre-reviews==

- o  ==Dates shown are R2 EC closed for fixtures, on-track==

- •  Per Matt request at 1724.1, do not work on the shaker fixture design or anything else until the EC-217262 work is done.

==CREE: 1724.5: get new date from Matt based on hold, is 1736.1 accurate?==

- •  Has to wait to Wk 1731 to start the EPS because Ashwin has to finish the TPS first.

==CREE 1726.5: proceeding with making concept fixture in 4022.666.75601. suggest making part manufacturable by eliminating deep objective pocket and moving the material to a plastic cover. Discussed all the engineering which needs to be completed before the design is done and for a job of this small scope how can you proactively solve the project problems by engineering solutions in parallel.==

- •  Working on EPS per Matt's request starting wk27.3 , currently in review (document ID is : <u>D100043976-03</u>). Scheduled to be UCC at wk28.3

- •  2 concepts has been created so far, 4022.666.75601 and 4022.666.78611

- •  Concepts wil be reviewed with Taub and Ashwin by wk28.5, design review will be wk30.1, TPDs to be created wk30.3, and to be send to SCE for quote by wk30.5

==CREE 1728.1: repasted prior week notes. Discussed:==

- •  ==This is the only current priority. Directed to not wait for the TPS, work in parallel==

- •  ==Planning outlined above is agreed to as feasible==

- •  ==What success looks like at each milestone and relavence to==

CONFIDENTIAL

ASML-SAAD000823



**Office: wilton**



Meeting date : --
Ref :

| Subject | : |
|---|---|

**Classification : Confidential**

<table>
<tr><td></td><td></td><td>

==PIP items to work on==

- EPS draft has been created and reviewed with Taub and Ashwin and Monkman, collecting more data to send it for final review before submitting for UCC
- Concept has been reviwed with Ashwin, Taub, and VH TMF team, improving accordingly.

  ==CREE 1729.2: forward minutes of meeting as sent to stakeholders==

  ○ ==Next milestone is design review expected Monday wk1730.1==

  ○ ==Discussed engineering scope and ownership, now is the time to make sure each requirement is met==

   ▪ ==Including design best practices==

   ▪ ==Includes models of TPD quality==

- Design review scheduled 1730.2
- EPS sent for UCC sign-off 1730.5
- Working on TPD-110s, will be reviewed 1731.1

==CREE 1731.1: completed design review==

- ==Tpd in progress, expect to be ready for tpd review 1731.2==
- ==Next milestone is send tpd for quoting 1731.3==
- ==After tpd is on order, start on OM shaker fixture==
- TPDs sent for quoting 1731.4
- Plan for the orion fixture in review by TL

CREE 1731.5: tpd review on 1731.2, quite a few comments

 • Still need to demonstrate bringing tpd to completion with minimal comments…

  ○ Missed some attention to detail

  ○ Some tolerances too tight due to misapplied requirements

  ○ Some modeling issues

 • Tpd comments updated prior to quote version

  ○ Follow on meeting with dtau planned for additional comments

 • Next step is ordering, expect lead time 4weeks

</td><td></td></tr>
<tr><td></td><td>1.03</td><td>

### Design of Orion OM Shaker Fixture

- Create EPS

==CREE 1724.5: ensure need date is ok with TL and agreed (1734.1)==

</td><td>

Estimated to start 1728.1

Estimated to be closed 1734.1

5/7
</td></tr>
</table>

ASML-SAAD000824

 **ASML**

**Office: wilton**



Meeting date   :  --
Ref        :

**Subject**    :

**Classification : Confidential**

| | | | |
|---|---|---|---|
| | | • Has to wait to Wk 1735 to start the EPS because Ashwin has to finish the TPS first.<br><br>==CREE 1726.5: preliminary concepts being worked, general task on hold==<br><br>• Per Matt, the OM EPS will be created 31.1<br><br>==CREE 1728.1: repasted prior week==<br><br>==CREE 1729.2: still on hold==<br><br>==CREE 1731.1: expect to restart on 1731.3, get a new plan with dates before starting==<br><br>==CREE 1731.5: starting work on monday== | -Delayed:<br><br>The EPS may start at Wk1735 |
| | 1.04 | **Supporting the architect (G2M DFMEA)**<br><br>• 1722.3: had a meeting with Dave to priorities the G2M failure modes<br><br>• Discussion with Taub and Darling to collect information related to the G2M DFMEA, Kyle sent analysis doc and FUMO CDR doc for review.<br><br>• 1723.3: Riviewing the document provided by Darling.<br><br>==CREE 1723.3: task is nebulous…needs more definition. Similar comment to above, create mini-milestones to status against and determine due dates==<br><br>• Per Matt request at 1724.1, do not work on the shaker fixture design or anything else until the EC-217262 work is done.<br><br>==CREE 1724.5: even if on hold, due dates need to be assigned and mapped out now that EC appears to be nearing completion==<br><br>==CREE 1726.5: still on hold, scheduled to meet with kyle and dave 1727.3==<br><br>• Will have meeting with Dave wk28.5 to discuss the schedule.<br><br>==CREE 1728.1: repasted prior meeting notes==<br><br>==CREE 1729.2: still on hold==<br><br>==CREE 1731.1: still on hold, no new work== | Summer-izing updates until 1750.5 |

_____6/7

CONFIDENTIAL

ASML-SAAD000825



**Office: wilton**

Meeting date : --
Ref :

**Subject :**

**Classification : Confidential**

| Next meeting | Date | Place | Chairman | Duration |
|---|---|---|---|---|
| recurring @ \<time\> | 1425.1 | \<room here\> | \<name here\> | 1hr |

CONFIDENTIAL

ASML-SAAD000826

**From:** **Christopher Reed**
/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
/CN=RECIPIENTS/CN=7ABA8D850EFB4EBA98E8C9F808BCE15E-REEDC

**Subject:** msac actions 080417_Wk1731c.doc
**Date:** August 4, 2017 at 3:36 PM
**To:** Mohamed Saad  mohamed.saad@asml.com

---

msac actions
080417...1c.doc

ASML-SAAD000827



**Office: Wilton**

MOM

| | | | | | |
|---|---|---|---|---|---|
| Meeting date | : | 2-Jun-17(1424) | Date | : | 9-Jun-2014 |
| Minutes by | : | <name here> | Ref. | : | tl meeting minutes template.doc |

| | | | | | |
|---|---|---|---|---|---|
| Present<br>(* = absent) | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; | For info | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; |

Subject    :    <set subject in document properties>

Classification : Confidential

| Red=past due | Orange=due this week | Green=complete | Gray=on hold |
|---|---|---|---|

**Agenda/Notes:**

- <agenda  here as required>
- <help text>
    - To get started
        - Fill in header as indicated
        - Fill in footer as indicated
        - Set subject in document properties, add button to ribbon "view document properties" to access
        - Edit macro "save next" for next meeting, default is a Monday meeting:
            - nextmeet = (yearnum * 100) + weeknum + 1.1 '.1=monday, .2=Tuesday...
    - To enter tasks
        - Add as many task tables as needed (copy and paste)
        - Insert row(s) per task(s)
        - Fill in No./action/owner/plan as required
        - Delete rows to purge old tasks as required
    - To save this week's
        - Run macro "save next"
            - "Meeting date" field is updated
            - File name is created from subject and date
    - To status
        - Run macro "find due"
            - Dates are compared to "Meeting date" field
            - Old dates get shaded RED
            - Current dates get shaded ORANGE
            - Future dates are not shaded
        - Completed tasks are manually shaded GREEN

ASML-SAAD000828

 

**Office: wilton**

Meeting date  :  --
Ref  :

**Subject**  :

**Classification : Confidential**

- o   On hold tasks are manually shaded GRAY
- o   To distribute automatically
  - o   Run macro "email send"
  - o   To email to header distribution list, edit macro "email send":
    - •   as an attachment
      - o   uncomment "Call SendDocumentAsAttachment"
      - o   comment out "Call SendDocumentAsLink"
    - •   as a link to a shared network folder
      - o   NOT SHAREPOINT
      - o   comment out "Call SendDocumentAsAttachment"
      - o   uncomment  "Call SendDocumentAsLink"
  - o   An email is created in outlook, edit as needed and send

# Actions

|   | No. | Record decisions agreed | Action by | Plan |
|---|-----|-------------------------|-----------|------|
| ☐ | **1** | **Performance Actions** |  |  |

|   | No. | Performance action | Plan |
|---|-----|--------------------|------|
|   | 1.01 | **Spot mirror EC#217262:**<br><br>• EC#217262 put in  review 1721.2<br>• 1722.5: working on EC#217262, expected to be in PIM revie<br>• As of 1723.4:<br>  o   Resolved all remarks up to 1723.3<br>  o   1723.2: Taeyoung added remark on behalf of Jonathan Glick because he is in training until 6/12<br>  o   As of 1723.2, only Matt left to add his remarks<br>  o   I made draft TAS for the wedged spacer (4022.656.91452), the TAS id is D100043246, Per Steve, Robert Douglas will finish the process.<br>CREE 1723.3: per plan EC closed by 1724.2, fixed remarks<br>• Ec contains a lot of comments, need to apply lessons to next EC<br>  o   TPD pre-review meeting mandatory with EC signoff list persons who are TPD stakeholders | 1724.2<br>New date:<br>1725.1 in PIM<br>Estimated to be closed 1725.3<br>CREE 1728.1: closed<br>CREE 1731.4: open |

CONFIDENTIAL

ASML-SAAD000829



**Office: wilton**



Meeting date : --
Ref :

**Subject :**

Classification : Confidential

| | | | |
|---|---|---|---|
| | | ▪ Confirm with Matt this aligns with Orion WoW | |
| | | ○ Ensure you do enough pre-reviews of the TPD head of time to prevent clerical comments | |
| | | ○ Prevent people from reviewing flawed tpd generated by NX/TCE in EC | |
| | | CREE 1724.5: new EC close date is 1725.3. 1 day vacation 1723.5. had in person TPD review(s) which generated more comments. Comments all addressed. Deleted extra text. Discussed plan date change is not entirely due to review inefficiencies as discussed prior. | |
| | | • EC-217262 is in "sign off" since 1725.5 , Waiting for last sign off from Enock as of 1726.5 | |
| | | • After EC-217262 closed, will start another EC to cover any issue that has not been addressed yet (dumping ground). | |
| | | CREE 1726.5: EC past signoff, some delay due to PIM slowness in signing lesson learned, when a 10second task is undone by someone after 4-5days, proactively act with a sense of urgency to get the signoff completed. Task closed, to be followed with another EC. | |
| | | CREE 1728.1: repasted prior week action and marked as closed | |
| | | • Finished the SM G2M procedure review (wedge to SM) | |
| | | CREE 1731.5: sent irf comments for review, ½ day spent | |
| | 1.02 | **Design of Orion Objective Shaker Fixture**<br><br>• Concept development:<br> ○ Started 1622.4, estimated to be closed by 1625.5<br> ○ I Created a desing concept based on the MK3 shaker fixture desing ( 4022.644.67261). W122648 shows the Mk3 shock test setup at 1723.1<br> ○ Created an assyembly to show the concept (4022.666.75601) and had meeting with Taub and got his comments<br>• Create TPS<br> ○ I Created a draft TPS (D100043257) based on Mk3 shaker fixture TPS (TPS D100009182).The draft was sent to Taub, Swindale, and Ashwin for review at 1723.2<br>• Create EPS<br> ○ Created a draft EPS (D100043254) based on the Orion objective EDS and discussions with Swindale and Monkman, sent to Taub, Swindale, and Ashwin for review 1723.2<br>• Create models<br> ○ Created an improved model based on Taub comments, sent to | Started 1722.4<br><br>Estimated to be closed 1736.1<br><br>-Delayed:<br>The EPS may start Wk 1731<br><br>CREE 1728.1: see notes below for delivery dates ending in TPD 1730.5 |

CONFIDENTIAL

ASML-SAAD000830



**Office: wilton**



Meeting date   :   --
Ref   :

**Subject**       :

**Classification : Confidential**

---

Swindale, Ashwin, and Monkman to get their feedback, got Ashwin's and Monkman feedback.

- o Created improved models based on Ashwin and Monkman comments, will have meeting at 1723.4 with Swindale, Ashwin, and Monkman to get their feedback
- o As of 1723.3: no feedback yet about the EPS and the TPS from Ashwin, Swindale and Dave.
- o Had a meeting with Ashwin who proposed some changes to the TPS 1724.1

<mark>CREE 1723.3: suggest splitting this task into two since these are parallel but separate physical deliverables</mark>

- <mark>o</mark> <mark>Break out the mini-milestones and status against that rather than day to day log of work</mark>
- <mark>o</mark> <mark>Be sure that initial quality is high on deliverables to prevent excessive review comments by team, may require stakeholder management and your own pre-reviews</mark>
- <mark>o</mark> <mark>Dates shown are R2 EC closed for fixtures, on-track</mark>

- • Per Matt request at 1724.1, do not work on the shaker fixture design or anything else until the EC-217262 work is done.

<mark>CREE: 1724.5: get new date from Matt based on hold, is 1736.1 accurate?</mark>

- • Has to wait to Wk 1731 to start the EPS because Ashwin has to finish the TPS first.

<mark>CREE 1726.5: proceeding with making concept fixture in 4022.666.75601. suggest making part manufacturable by eliminating deep objective pocket and moving the material to a plastic cover. Discussed all the engineering which needs to be completed before the design is done and for a job of this small scope how can you proactively solve the project problems by engineering solutions in parallel.</mark>

- • Working on EPS per Matt's request starting wk27.3 , currently in review (document ID is : <u>D100043976-03</u>). Scheduled to be UCC at wk28.3
- • 2 concepts has been created so far, 4022.666.75601 and 4022.666.78611
- • Concepts wil be reviewed with Taub and Ashwin by wk28.5, design review will be wk30.1, TPDs to be created wk30.3, and to be send to SCE for quote by wk30.5

<mark>CREE 1728.1: repasted prior week notes. Discussed:</mark>

- <mark>•</mark> <mark>This is the only current priority. Directed to not wait for the TPS, work in parallel</mark>
- <mark>•</mark> <mark>Planning outlined above is agreed to as feasible</mark>
- • <mark>What success looks like at each milestone and relevance to</mark>

CONFIDENTIAL

ASML-SAAD000831

 **ASML**

**Office: wilton**



Meeting date : --
Ref :

**Subject :**

**Classification : Confidential**

| | | <mark>PIP items to work on</mark> | |
|---|---|---|---|
| | | • EPS draft has been created and reviewed with Taub and Ashwin and Monkman, collecting more data to send it for final review before submitting for UCC | |
| | | • Concept has been reviwed with Ashwin, Taub, and VH TMF team, improving accordingly. | |
| | | <mark>CREE 1729.2: forward minutes of meeting as sent to stakeholders</mark> | |
| | |     <mark>o Next milestone is design review expected Monday wk1730.1</mark> | |
| | |     <mark>o Discussed engineering scope and ownership, now is the time to make sure each requirement is met</mark> | |
| | |         <mark>▪ Including design best practices</mark> | |
| | |         <mark>▪ Includes models of TPD quality</mark> | |
| | | • Design review scheduled 1730.2 | |
| | | • EPS sent for UCC sign-off 1730.5 | |
| | | • Working on TPD-110s, will be reviewed 1731.1 | |
| | | <mark>CREE 1731.1: completed design review</mark> | |
| | |   <mark>• Tpd in progress, expect to be ready for tpd review 1731.2</mark> | |
| | |   <mark>• Next milestone is send tpd for quoting 1731.3</mark> | |
| | | <mark>• After tpd is on order, start on OM shaker fixture</mark> | |
| | | • TPDs sent for quoting 1731.4 | |
| | | • Plan for the orion fixture in review by TL | |
| | | CREE 1731.5: tpd review on 1731.2, quite a few comments | |
| | |   • Still need to demonstrate bringing tpd to completion with minimal comments… | |
| | |     o Missed some attention to detail | |
| | |     o Some tolerances too tight due to misapplied requirements | |
| | |     o Some modeling issues | |
| | |   • Tpd comments updated prior to quote version | |
| | |     o Follow on meeting with dtau planned for additional comments | |
| | |   • Next step is ordering, expect lead time 4weeks | |
| | 1.03 | **Design of Orion OM Shaker Fixture**<br><br>• Create EPS<br><br><mark>CREE 1724.5: ensure need date is ok with TL and agreed (1734.1)</mark> | Estimated to start 1728.1<br><br>Estimated to be closed 1734.1 |

5/7

ASML-SAAD000832

 **ASML**

Office: wilton



Meeting date : --
Ref :

**Subject :**

Classification : Confidential

| | | | |
|---|---|---|---|
| | | • Has to wait to Wk 1735 to start the EPS because Ashwin has to finish the TPS first.<br><br>CREE 1726.5: preliminary concepts being worked, general task on hold<br><br>• Per Matt, the OM EPS will be created 31.1<br><br>CREE 1728.1: repasted prior week<br><br>CREE 1729.2: still on hold<br><br>CREE 1731.1: expect to restart on 1731.3, get a new plan with dates before starting<br><br>CREE 1731.5: starting work on monday | -Delayed:<br><br>The EPS may start at Wk1735 |
| | 1.04 | **Supporting the architect (G2M DFMEA)**<br><br>• 1722.3: had a meeting with Dave to priorities the G2M failure modes<br><br>• Discussion with Taub and Darling to collect information related to the G2M DFMEA, Kyle sent analysis doc and FUMO CDR doc for review.<br><br>• 1723.3: Reviwing the document provided by Darling.<br><br>CREE 1723.3: task is nebulous…needs more definition. Similar comment to above, create mini-milestones to status against and determine due dates<br><br>• Per Matt request at 1724.1, do not work on the shaker fixture design or anything else until the EC-217262 work is done.<br><br>CREE 1724.5: even if on hold, due dates need to be assigned and mapped out now that EC appears to be nearing completion<br><br>CREE 1726.5: still on hold, scheduled to meet with kyle and dave 1727.3<br><br>• Will have meeting with Dave wk28.5 to discuss the schedule.<br><br>CREE 1728.1: repasted prior meeting notes<br><br>CREE 1729.2: still on hold<br><br>CREE 1731.1: still on hold, no new work | Summer-izing updates until 1750.5 |

CONFIDENTIAL

ASML-SAAD000833



**Office: wilton**

Meeting date : --
Ref :

**Subject** :

**Classification : Confidential**

| Next meeting | Date | Place | Chairman | Duration |
|---|---|---|---|---|
| recurring @ <time> | 1425.1 | <room here> | <name here> | 1hr |

CONFIDENTIAL

**From:** **Christopher Reed**
/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
/CN=RECIPIENTS/CN=7ABA8D850EFB4EBA98E8C9F808BCE15E-REEDC

**Subject:** msac actions 08_11_17_Wk1732a.doc
**Date:** August 17, 2017 at 12:48 PM
**To:** Mohamed Saad mohamed.saad@asml.com



msac actions
08_11_1...2a.doc

ASML-SAAD000835

 **ASML**                                    **MOM**

**Office: Wilton**

| | | | | | |
|---|---|---|---|---|---|
| Meeting date | : | 2-Jun-17(1424) | Date | : | 9-Jun-2014 |
| Minutes by | : | <name here> | Ref. | : | tl meeting minutes template.doc |

| | | | | |
|---|---|---|---|---|
| Present<br>(* = absent) | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; | |
| | | | For info | : | <outlook name here followed by semi colon>; | <4 letter asml name here followed by semi colon>; |

For info : <outlook name here followed by semi colon>; <4 letter asml name here followed by semi colon>;

**Subject** : <set subject in document properties>

Classification : Confidential

| Red=past due | Orange=due this week | Green=complete | Gray=on hold |
|---|---|---|---|

**Agenda/Notes:**

- <agenda  here as required>
- <help text>
  - To get started
    - Fill in header as indicated
    - Fill in footer as indicated
    - Set subject in document properties, add button to ribbon "view document properties" to access
    - Edit macro "save next" for next meeting, default is a Monday meeting:
      - nextmeet = (yearnum * 100) + weeknum + 1.1 '.1=monday, .2=Tuesday...
  - To enter tasks
    - Add as many task tables as needed (copy and paste)
    - Insert row(s) per task(s)
    - Fill in No./action/owner/plan as required
    - Delete rows to purge old tasks as required
  - To save this week's
    - Run macro "save next"
      - "Meeting date" field is updated
      - File name is created from subject and date
  - To status
    - Run macro "find due"
      - Dates are compared to "Meeting date" field
      - Old dates get shaded RED
      - Current dates get shaded ORANGE
      - Future dates are not shaded
    - Completed tasks are manually shaded GREEN

 **ASML**

**Office: wilton**



Meeting date : --
Ref :

**Subject** :

**Classification : Confidential**

        o   On hold tasks are manually shaded GRAY
- o   To distribute automatically
  - o   Run macro "email send"
  - o   To email to header distribution list, edit macro "email send":
    - • as an attachment
      - o   uncomment "Call SendDocumentAsAttachment"
      - o   comment out "Call SendDocumentAsLink"
    - • as a link to a shared network folder
      - o   NOT SHAREPOINT
      - o   comment out "Call SendDocumentAsAttachment"
      - o   uncomment  "Call SendDocumentAsLink"
  - o   An email is created in outlook, edit as needed and send

# Actions

| | No. | Record decisions agreed | Action by | Plan |
|---|---|---|---|---|
| ☑ | **1** | **Performance Actions** | | |

| | No. | Performance action | Plan |
|---|---|---|---|
| | 1.01 | **Spot mirror EC#217262:**<br>• EC#217262 put in  review 1721.2<br>• 1722.5: working on EC#217262, expected to be in PIM revie<br>• As of 1723.4:<br>   o   Resolved all remarks up to 1723.3<br>   o   1723.2: Taeyoung added remark on behalf of Jonathan Glick because he is in training until 6/12<br>   o   As of 1723.2, only Matt left to add his remarks<br>   o   I made draft TAS for the wedged spacer (4022.656.91452), the TAS id is D100043246, Per Steve, Robert Douglas will finish the process.<br>==CREE 1723.3: per plan EC closed by 1724.2==, fixed remarks<br>  • ==Ec contains a lot of comments, need to apply lessons to next EC==<br>    o ==TPD pre-review meeting mandatory with EC signoff list persons who are TPD stakeholders== | 1724.2<br>New date:<br>1725.1 in PIM<br>Estimated to be closed 1725.3<br>==CREE 1728.1: closed==<br>==CREE 1731.4: open== |

—— 2/7

ASML-SAAD000837



**Office: wilton**



Meeting date        :   --
Ref                        :

**Subject            :**

<div style="text-align: right;">

**Classification : Confidential**

</div>

|  |  |  |  |
|---|---|---|---|
|  |  | ▪  Confirm with Matt this aligns with Orion WoW<br><br>o  Ensure you do enough pre-reviews of the TPD head of time to prevent clerical comments<br><br>o  Prevent people from reviewing flawed tpd generated by NX/TCE in EC<br><br>CREE 1724.5: new EC close date is 1725.3. 1 day vacation 1723.5. had in person TPD review(s) which generated more comments. Comments all addressed.   Deleted extra text. Discussed plan date change is not entirely due to review inefficiencies as discussed prior.<br><br>•  EC-217262 is in "sign off" since  1725.5 , Waiting for last sign off from Enock as of 1726.5<br><br>•  After EC-217262 closed, will start another EC to cover any issue that has not been addressed yet (dumping ground).<br><br>CREE 1726.5: EC past signoff, some delay due to PIM slowness in signing  lesson learned, when a 10second task is undone by someone after 4-5days, proactively act with a sense of urgency to get the signoff completed. Task closed, to be followed with another EC.<br><br>CREE 1728.1: repasted prior week action and marked as closed<br><br>•  Finished the SM G2M procedure review (wedge to SM)<br><br>CREE 1731.5: sent irf comments for review, ½ day spent<br><br>CREE 1733.2: no actions<br><br>CREE 1733.4: spot mirror wedge spacer needs to go LD2, 2nd priority, ec intake planned 1735.1 |  |
|  | 1.02 | **Design of Orion Objective Shaker Fixture**<br><br>•  Concept development:<br><br>o  Started 1622.4, estimated to be closed by 1625.5<br><br>o  I Created a desing concept based on the MK3 shaker fixture desing ( 4022.644.67261). W122648 shows the Mk3 shock test setup at 1723.1<br><br>o  Created an assyembly to show the concept (4022.666.75601) and had meeting with Taub and got his comments<br><br>•  Create TPS<br><br>o  I Created a draft TPS (D100043257) based on Mk3 shaker fixture TPS (TPS D100009182).The draft was  sent to Taub, Swindale, and Ashwin for review at 1723.2<br><br>•  Create EPS<br><br>o  Created a draft EPS (D100043254) based on the Orion objective EDS and discussions with Swindale and Monkman, | Started 1722.4<br><br>Estimated to be closed 1736.1<br><br>-Delayed:<br><br>The EPS may start Wk 1731<br><br>CREE 1728.1: see notes below for delivery dates ending in TPD 1730.5 |

CONFIDENTIAL

ASML-SAAD000838

 **ASML**

Office: wilton



Meeting date : --
Ref :

**Subject :**

Classification : Confidential

sent to Taub, Swindale, and Ashwin for review 1723.2

- Create models

  o Created an improved model based on Taub comments, sent to Swindale, Ashwin, and Monkman to get their feedback, got Ashwin's and Monkman feedback.

  o Created improved models based on Ashwin and Monkman comments, will have meeting at 1723.4 with Swindale, Ashwin, and Monkman to get their feedback

  o As of 1723.3: no feedback yet about the EPS and the TPS from Ashwin, Swindale and Dave.

  o Had a meeting with Ashwin who proposed some changes to the TPS 1724.1

CREE 1723.3: suggest splitting this task into two since these are parallel but separate physical deliverables

  o Break out the mini-milestones and status against that rather than day to day log of work

  o Be sure that initial quality is high on deliverables to prevent excessive review comments by team, may require stakeholder management and your own pre-reviews

  o Dates shown are R2 EC closed for fixtures, on-track

- Per Matt request at 1724.1, do not work on the shaker fixture design or anything else until the EC-217262 work is done.

CREE: 1724.5: get new date from Matt based on hold, is 1736.1 accurate?

- Has to wait to Wk 1731 to start the EPS because Ashwin has to finish the TPS first.

CREE 1726.5: proceeding with making concept fixture in 4022.666.75601. suggest making part manufacturable by eliminating deep objective pocket and moving the material to a plastic cover. Discussed all the engineering which needs to be completed before the design is done and for a job of this small scope how can you proactively solve the project problems by engineering solutions in parallel.

- Working on EPS per Matt's request starting wk27.3 , currently in review (document ID is : D100043976-03). Scheduled to be UCC at wk28.3

- 2 concepts has been created so far, 4022.666.75601 and 4022.666.78611

- Concepts wil be reviewed with Taub and Ashwin by wk28.5, design review will be wk30.1, TPDs to be created wk30.3, and to be send to SCE for quote by wk30.5

CREE 1728.1: repasted prior week notes. Discussed:

  - This is the only current priority. Directed to not wait for the

CONFIDENTIAL

ASML-SAAD000839



**Office: wilton**



Meeting date        :   --
Ref                       :

**Subject           :**

**Classification : Confidential**

> TPS, work in parallel
>
> - Planning outlined above is agreed to as feasible
> - What success looks like at each milestone and relavence to PIP items to work on

- EPS draft has been created and reviewed with Taub and Ashwin and Monkman, collecting more data to send it for final review before submitting for UCC
- Concept has been reviwed with Ashwin, Taub, and VH TMF team, improving accordingly.

> CREE 1729.2: forward minutes of meeting as sent to stakeholders
> - Next milestone is design review expected Monday wk1730.1
> - Discussed engineering scope and ownership, now is the time to make sure each requirement is met
>   - Including design best practices
>   - Includes models of TPD quality

- Design review scheduled 1730.2
- EPS sent for UCC sign-off 1730.5
- Working on TPD-110s, will be reviewed 1731.1

CREE 1731.1: completed design review
- Tpd in progress, expect to be ready for tpd review 1731.2
- Next milestone is send tpd for quoting 1731.3
- After tpd is on order, start on OM shaker fixture
- TPDs sent for quoting 1731.4
- Plan for the orion fixture in review by TL

CREE 1731.5: tpd review on 1731.2, quite a few comments
> - Still need to demonstrate bringing tpd to completion with minimal comments…
>   - Missed some attention to detail
>   - Some tolerances too tight due to misapplied requirements
>   - Some modeling issues
> - Tpd comments updated prior to quote version
>   - Follow on meeting with dtau planned for additional comments
> - Next step is ordering, expect lead time 4weeks

_____5/7

CONFIDENTIAL

 **ASML**

**Office: wilton**



Meeting date   :   --
Ref            :

**Subject**      :

**Classification : Confidential**

| | | | |
|---|---|---|---|
| | | CREE 1733.4: interference discovered between objective shim bolts and fixture, working to fix <br> • Also some symmetry issues, depth of the handling pockets, chamfer missing one edge | |
| | 1.03 | **Design of Orion OM Shaker Fixture** <br> • Create EPS <br> CREE 1724.5: ensure need date is ok with TL and agreed (1734.1) <br> • Has to wait to Wk 1735 to start the EPS because Ashwin has to finish the TPS first. <br> CREE 1726.5: preliminary concepts being worked, general task on hold <br> • Per Matt, the OM EPS will be created 31.1 <br> CREE 1728.1: repasted prior week <br> CREE 1729.2: still on hold <br> CREE 1731.1: expect to restart on 1731.3, get a new plan with dates before starting <br> CREE 1731.5: starting work on Monday <br> - Reviwed the shipping equipment EPS (D100025685) and the under-review objective TPS (D100044109) <br> - Created ORION fixture EPS (D100044769) – draft <br> - Had an EPS preliminary review (to define contents) with architects and got their comments 1732.3 , expected to be out for official review 1733.2 <br> CREE 1733.4: EPS doc out for review, expect prelimnary concept review 1734.2 <br> • 12nc: 4022.666.83031 <br> • Per plan, cdr 1735.5, tpd rfq 1736.5 | Estimated to start 1728.1 <br> Estimated to be closed 1734.1 <br> -Delayed: <br> The EPS may start at Wk1735 |
| | 1.04 | **Supporting the architect (G2M DFMEA)** <br> • 1722.3: had a meeting with Dave to priorities the G2M failure modes <br> • Discussion with Taub and Darling to collect information related to the G2M DFMEA, Kyle sent analysis doc and FUMO CDR doc for review. <br> • 1723.3: Reviwing the document provided by Darling. <br> CREE 1723.3: task is nebulous…needs more definition. Similar comment to above, create mini-milestones to status against and determine due dates <br> • Per Matt request at 1724.1, do not work on the shaker fixture design or anything else until the EC-217262 work is done. | Summer-izing updates until 1750.5 |

6/7

ASML-SAAD000841

 **Office: wilton** 

Meeting date : --
Ref :

**Subject** :

**Classification : Confidential**

| | | | |
|---|---|---|---|
| | | CREE 1724.5: even if on hold, due dates need to be assigned and mapped out now that EC appears to be nearing completion | |
| | | CREE 1726.5: still on hold, scheduled to meet with kyle and dave 1727.3 | |
| | | • Will have meeting with Dave wk28.5 to discuss the schedule. | |
| | | CREE 1728.1: repasted prior meeting notes | |
| | | CREE 1729.2: still on hold | |
| | | CREE 1731.1: still on hold, no new work | |
| | | CREE 1733.4: still on hold | |

| Next meeting | Date | Place | Chairman | Duration |
|---|---|---|---|---|
| recurring @ <time> | 1425.1 | <room here> | <name here> | 1hr |

CONFIDENTIAL

ASML-SAAD000842

# EXHIBIT 7

-----Original Appointment-----
**From:** Christopher Reed
**Sent:** Tuesday, August 15, 2017 9:45 AM
**To:** Christopher Reed; Cynthia Houston; Jennine Labriola; Ken Bogursky
**Subject:** performance discussion - new time
**When:** Tuesday, August 22, 2017 10:00 AM-10:30 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** ken's


I had to move this up due to a Louis meeting conflict…

Mohamed Saad's PIP ends Friday week 1733.

Since our last discussion his work quality has not met expectations. Let's discuss the next steps.

Chris
-- The information contained in this communication and any attachments is confidential and may be privileged, and is for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. Unless explicitly stated otherwise in the body of this communication or the attachment thereto (if any), the information is provided on an AS-IS basis without any express or implied warranties or liabilities. To the extent you are relying on this information, you are doing so at your own risk. If you are not the intended recipient, please notify the sender immediately by replying to this message and destroy all copies of this message and any attachments. Neither the sender nor the company/group of companies he or she represents shall be liable for the proper and complete transmission of the information contained in this communication, or for any delay in its receipt.

ASML-SAAD.000286

# EXHIBIT 8



From: **Matthew Urmaza** matt.urmaza@asml.com
Subject: RE: Performance
Date: August 10, 2017 at 11:26 AM
To: Christopher Reed chris.reed@asml.com

Chris; fyi. At 2:23PM today, Mohamed was snoring again. I walked over to his cube, but he woke up before I can poke him. Thanks.

**From:** Christopher Reed
**Sent:** Wednesday, July 19, 2017 3:53 PM
**To:** Matthew Urmaza
**Subject:** RE: Performance

Ok thanks

**From:** Matthew Urmaza
**Sent:** Wednesday, July 19, 2017 3:03 PM
**To:** Christopher Reed
**Subject:** Performance

Chris; During a meeting in my cube this afternoon, I heard Mohamed Saad snoring. Therefore, I walked over to his cube and woke him up. I did not say anything when he woke up. This occurred at 2:40PM today. This Performance update is based on your request.

Thanks.

# EXHIBIT 9

## task status

Friday, July 07, 2017      10:42 AM

| Subject | **task status** |
|---|---|
| Date and Location | Friday, July 07, 2017 10:00 AM - 11:00 AM, chris' |
| Attendees | Christopher Reed; David Taub; Matthew Urmaza; |
| Message | I would like to discuss the task status of Mohamed. This may not take the whole hour. |

**Notes**

Clear plate for the next 3 weeks in order to have him focus on objective shaker tester
Make very detailed, day to day plan in order to justify milestones
Expect shaker table fixture to have TPD in next 3 weeks...EPS and design review
Expectations should be for a JG7 design engineer
- Proactive
- Able to bring solutions
- Sense of urgency to meet/maintain plan
- High first time quality

ASML-SAAD.000284

# EXHIBIT 10

**From:** **Matthew Urmaza**

/o=ExchangeLabs/ou=Exchange Administrative Group /cn=Recipients/cn=77f2e4291b794e62892ee9c7214a0eb3-urmazam

**Subject:** RE: OM (EC-217262 Spot Mirror MAKEs to R2)

**Date:** June 16, 2017 at 11:22 AM

**To:** Mohamed Saad mohamed.saad@asml.com

Mohamed; I updated the dumping ground and removed 217262 from the EC column.  I also attached files in these topics for future references.



**From:** Matthew Urmaza
**Sent:** Friday, June 16, 2017 9:05 AM
**To:** Mohamed Saad
**Subject:** RE: OM (EC-217262 Spot Mirror MAKEs to R2)

Mohamed;  If you confirmed it, why do I still see the following issues below?

- For "Blank quantity incorrect.  Please see attached email from Ed Horton and Erica Rottenkolber.", I don't see any changes being done to correct this.
  - i.



  - ii.



There is no indication in ZECN that it has any of these relevant 12NCs: 4022.656.9147/1, 4022.656.9149/1, 4022.656.9150/1, 4022.656.9151/1

- For "Clear Aperture change.  Top surface of Spot Mirror does not have the same size CA as other surfaces in the optical chain. (is 22mm, should be 20mm). need ODev review and approval to change.", I don't see this being corrected either.   4022.656.9148/1 is not in ZECN.
  - i.





Because we need to get this EC out, I want to make the above changes now in another EC.  Let's discuss on why you confirmed it, but the necessary changes did not seem to be applied.

---

**From:** Mohamed Saad
**Sent:** Thursday, June 15, 2017 3:54 PM
**To:** Matthew Urmaza
**Subject:** RE: OM (EC-217262 Spot Mirror MAKEs to R2)

Matt,
All these issues shown in your email has been fixed,
Thanks,
Mohamed

---

**From:** Matthew Urmaza
**Sent:** Thursday, June 15, 2017 3:49 PM
**To:** Mohamed Saad
**Subject:** OM (EC-217262 Spot Mirror MAKEs to R2)

Mohamed;  Concerning the Dumping Ground actions for the Spot Mirror for EC-217262, please confirm that they are all fixed.  Thanks.

---

**Change Information**

| | | 12NC Name | 12NC† | Change Description | EC #✓ | AIR # | Notes |
|---|---|---|---|---|---|---|---|
| ☐ | 🖉 | AL X SM ASSY | 4022.651.66051 | MAKE update | 217262 | | 4022.629.00947 SPRING DISC VAC 8X4,2X0,4 |
| | | | | | | | 4022.629.00856 SCREW HXS L VAC SST EP-K M3X10 |
| | | | | | | | The above 12NCs needs to be added in 4022.651.66051 |
| | | AL X SM PRISM SPACER MOUNT | 4022.656.91421 | MAKE update | 217262 | | >Position #'s needs to be fixed in the SAP BoM. They are all zeroes. |
| | | | | | | | >Also, change name to have ASSY in the end. |
| | 🖉 | AL X SM SPOT MIRROR MNT PLATE | 4022.656.91431 | BUY update | 217262 | | >Change 12NC engraving to that of mono part instead of assy |
| | | | | | | | >Requested by Mike Parisi and Tim Laughlin on 23JUN2016.  Engraving has 4022.656.91591.  Reference RDN # 208059 |

# EXHIBIT 11

**From:** **Matthew Urmaza** matt.urmaza@asml.com
**Subject:** FW: Orion Objective Shaker Fixture TPD-110s
**Date:** August 1, 2017 at 1:23 PM
**To:** David Taub david.taub@asml.com
**Cc:** Christopher Reed chris.reed@asml.com



fyi

**From:** Matthew Urmaza
**Sent:** Tuesday, August 01, 2017 4:22 PM
**To:** Mohamed Saad
**Subject:** RE: Orion Objective Shaker Fixture TPD-110s

Mohamed;  As discussed, there are still machining issues I'm seeing (see example below).
Please review the model again before Dave and I continue the review process.  Thanks.



**From:** Mohamed Saad

CONFIDENTIAL

**Sent:** Tuesday, August 01, 2017 1:11 PM
**To:** Matthew Urmaza
**Cc:** David Taub; Christopher Reed; Eric Monkman; Ashwin Franklin
**Subject:** RE: Orion Objective Shaker Fixture TPD-110s

Matt,

1. The nark has been added as shown:



2. Blends shown:



3. Features order updated



CONFIDENTIAL

ASML-SAAD.000164

4. Hard features removed:



Thank you,
Mohamed

---

**From:** Matthew Urmaza
**Sent:** Tuesday, August 01, 2017 12:29 PM
**To:** Mohamed Saad
**Cc:** David Taub; Christopher Reed; Eric Monkman; Ashwin Franklin
**Subject:** RE: Orion Objective Shaker Fixture TPD-110s

Mohamed;  From the meeting this morning, please see the comments below.  Thanks.



CONFIDENTIAL

ASML-SAAD.000165





Radius needed (4x) because endmill will be used to make the rectangular feature.



Funny feature can be removed by fixing creation order

CONFIDENTIAL

ASML-SAAD.000166





Difficult features to make.  Breaking edges should be suff



Difficult features to make.  Breaking edges should be sufficient

CONFIDENTIAL



-----Original Appointment-----
**From:** Mohamed Saad
**Sent:** Monday, July 31, 2017 1:54 PM
**To:** Mohamed Saad; David Taub; Matthew Urmaza; Christopher Reed; Eric Monkman; Ashwin Franklin
**Subject:** Orion Objective Shaker Fixture TPD-110s
**When:** Tuesday, August 01, 2017 11:00 AM-11:30 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** CR WIL 914

Hi,
This meeting is to review the objective shaker fixture TPD-110s,
Note: the room 914 is available until 11:30, I will find another room for time after that.
Thanks,
Mohamed



CONFIDENTIAL



CONFIDENTIAL





**Engrave a line on block to correspond to objective fiducials**

**Remove this engra**



CONFIDENTIAL

ASML-SAAD.000170



Radius needed (4x) because endmill will be used to make the rectangular feature.



Funny feature can be removed by fixing creation order

CONFIDENTIAL

ASML-SAAD.000171



CONFIDENTIAL

ASML-SAAD.000172

# EXHIBIT 12



**From:** **David Taub** david.taub@asml.com
**Subject:** FW: Objective Shaker Fixture - interface for the objective
**Date:** August 15, 2017 at 1:23 PM
**To:** Christopher Reed chris.reed@asml.com
**Cc:** Matthew Urmaza matt.urmaza@asml.com

Chris

FYI

Talked to Mohamed and sent him this follow up

---

**From:** David Taub
**Sent:** Tuesday, August 15, 2017 4:01 PM
**To:** Mohamed Saad
**Cc:** Matthew Urmaza
**Subject:** RE: Objective Shaker Fixture - interface for the objective

Hi Mohamed

As mentioned in Matts office, some additional issues to resolve. Make sure all updates are properly and appropriately updated in TPD.
Many are related to uniformity of the model; ie dog-bones, dimensioning, chamfers, ball end blends, etc
· Chamfer of the last edge on the block
· Start of the O-ring groove – preferred plunge.
· O-ring groove tolerances – what is the source of the specifications?
· Uniformity of dog-bones; specifically fix that one of them (on face with inscriptions) is lower than the others
· Check for holes that may break through other features, with tolerances applied, and make them deterministic

Notes on modeling practice:
Use of datum's: Adding base datum's at the beginning of the modeling can help make the modelling rational and less susceptible to undesired changes (as we discussed). It gives a common reference for dimensions (as appropriate).
Some hole dimensions seem to come from random features (see below) and will be associated with them. Does not appear to me to represent design intent so would be better dimensioned from a datum or stable feature (this applies to more than holes).
Any questions lets discuss.
Pictures showing some examples:



<span style="color:red">CONFIDENTIAL</span>

ASML-SAAD.000181



CONFIDENTIAL

ASML-SAAD.000182



From e-mail (Aug 1st):

From e-mail (Aug 1st):
Is this appropriate material number 4022.666?
What is feature extrude 74?
Extrude 88: should that be on critical surface?  How is it made?
Text 91: Should be buy level 12NC
Are all features in model tree used?
Not all outside corners chamfered.
Edge blend 93 = 1mm therefore 2mm dia mill? Others?
Is intent that some H pockets milled with ball end and some not? Why?
Why location and sizes of H pocket features not more uniform (15mm, 20mm, 27mm, 30mm)?
Why bottom pocket Extrude 38? Was it in dynamics? Should not pick up from bottom and upside down.
Consider round pads (instead of square) because can be cleaned easier, don't catch, more symmetric and no significant cost.

---

**From:** Mohamed Saad
**Sent:** Tuesday, August 15, 2017 10:02 AM
**To:** David Taub
**Cc:** Matthew Urmaza
**Subject:** RE: Objective Shaker Fixture - interface for the objective

Fixed, thank you Dave, good catch. Somehow the angle shifted 5 degrees with the last update!, now everything is centered again,
I will send Mike the updated models and TPD-110 right away,
Thanks,
Mohamed



CONFIDENTIAL



**From:** David Taub
**Sent:** Tuesday, August 15, 2017 9:36 AM
**To:** Mohamed Saad
**Cc:** Matthew Urmaza
**Subject:** Objective Shaker Fixture - interface for the objective

Hi Mohamed

An issue with the interface for the objective on the Objective Shaker Fixture was observed (details below). It looks like the objective would not be able to be mounted to the fixture. Please check the entire fixture and all interfaces and clearances and resolve any issues. Assuming the drawing reflects the same issues, they must be resolved before it is ordered (may need to coordinate with Mike Parisi). OK for quote, but probably need to bump the LD before ordering to make sure that the parts received are made to the latest version.



CONFIDENTIAL





CONFIDENTIAL

ASML-SAAD.000185



CONFIDENTIAL

ASML-SAAD.000186



CONFIDENTIAL

ASML-SAAD.000187



CONFIDENTIAL

ASML-SAAD.000188

# EXHIBIT 13

## couple of topics

Wednesday, July 26, 2017          9:33 AM

| Subject | **couple of topics** |
|---|---|
| Date and Location | Wednesday, July 26, 2017 9:30 AM - 10:00 AM, chris' |
| Attendees | Christopher Reed; Matthew Urmaza; David Taub; |
| Message | Performance topics, task management and wow… |

**Notes**

MSAC performance:

Design review conducted 1730.2 on objective shaker bracket
- Appear to go ok, some open issues: missing requirements on some slides
- Cad file for design:
- Team effort in generating slides
  - Basics missing from initial slides (cross sections…)
  - Took 3-4 reviews by sr. architect
  - Defensive when missing technical work, stubborn
- Appeared to put in a lot of effort to meet goal
- Next step is making TPD, expect testing to begin in 6 weeks

# EXHIBIT B

```
 1              UNITED STATES DISTRICT COURT

 2                 DISTRICT OF CONNECTICUT

 3

 4   _ _ _ _ _ _ _ _ _ _ _ _ _
                               |
 5   MOHAMED SAAD,             |
             Plaintiff,        |
 6                             | Case No.:
                               | 3:19cv00135(JCH)
 7             vs.             |
      |
 8                             |
     ASML US, LLC,             | December 17, 2019
 9             Defendant.      |
     _ _ _ _ _ _ _ _ _ _ _ _ _|
10

11

12            DEPOSITION OF CHRIS REED

13

14       Taken before Hilary O. Winslow, CCR 361,
         a Notary Public within and for the State
15       of Connecticut, pursuant to Notice and
         the Federal Rules of Civil Procedure, at
16       Sabatini and Associates, LLC, One Market
         Square, Newington, Connecticut, on
17       December 17, 2019, commencing at 10:08
         a.m.
18

19

20

21

22

23        Falzarano Court Reporters, LLC
                  4 Somerset Lane
24        Simsbury, Connecticut  06070
           www.falzaranocourtreporters.com
25
```

```
1    APPEARANCES:

2    For the Plaintiff:

3         SABATINI AND ASSOCIATES, LLC
          One Market Square
4         Newington, Connecticut 06111
          860.667.0839
5         jsabatini@sabatinilaw.com
          By:  JAMES V. SABATINI, ESQ.

6

7    For the Defendant:

8         BURNSBARTON PLC
          2201 E. Camelback Road, Suite 360
9         Phoenix, Arizona  85016
          602.753.4500
10        ben@burnsbarton.com
          BY:  BENJAMIN J. NAYLOR, ESQ.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

25

```
 1  BY MR. SABATINI
 2       Q.    Yeah.  As the hiring manager, what
 3  authority did you have with regards to the hiring
 4  process?
 5       A.    The decision to hire him.
 6       Q.    So the final decision to hire was in
 7  your power?
 8       A.    Yes.
 9       Q.    In other words, you didn't have to go up
10  the chain of command to get approval of what you
11  wanted him to do in terms of who to hire?
12                 MR. NAYLOR:  Object to the form.
13                 THE WITNESS:  I mean, there are
14            policies in place, hiring procedures
15            that are driven by HR, and there could
16            be superseding factors.  So....
17  BY MR. SABATINI
18       Q.    Did you have to go, for example, to Ken
19  and tell Ken, I want to hire this person.  Do you
20  approve?
21       A.    Yes, I did talk to him about that.
22       Q.    Okay.  So Ken was a part of the hiring
23  process?
24       A.    Yeah.  Yes.  He interviewed him, yes.
25       Q.    If you decided you wanted to hire a
```

```
 1   particular person, you would have to run it by Ken

 2   and make sure he was on board?

 3        A.   Correct.

 4        Q.   All right.  Anyone else other than Ken

 5   that you had to run by who you wanted to hire

 6   before the company actually hired the person?

 7        A.   Well, I received input from all the

 8   interviewees -- interviewers.

 9        Q.   Sure.  But I'm talking about getting

10   approval to actually hire the person.  Other than

11   Ken, anyone else?

12        A.   No.

13        Q.   All right.

14        A.   Not that I remember.

15        Q.   So you wanted to hire Mr. Saad.

16   Correct?

17        A.   Correct.

18        Q.   Why?

19        A.   Well, his resume, first of all, it says

20   he has a Ph.D. in mechanical engineering.

21        Q.   Do you have any reason to believe that

22   that's not accurate?

23        A.   No.  And the Ph.D.'s from a very good,

24   well-known school for precision mechanics, which

25   is what we do.
```

```
 1       Q.    What school was that?

 2       A.    I think it was the University of North

 3  Carolina, I believe.

 4       Q.    All right.

 5       A.    And his prior work experience listed two

 6  companies that are in precision mechanics, so he

 7  appeared to be qualified.

 8       Q.    Did you inquire of any of his former

 9  employers to verify he worked there?

10       A.    I did not.

11       Q.    Did Mr. Saad give a name as a reference?

12       A.    I asked him for a reference for a

13  professor that he worked with in the University of

14  North Carolina, I believe.

15       Q.    Was he able to give you that name?

16       A.    Yes.

17       Q.    Did you reach out to that professor?

18       A.    Yes.

19       Q.    Were you able to make contact with that

20  professor?

21       A.    Yes.

22       Q.    What do you remember of that

23  conversation?

24       A.    Not much.

25       Q.    The little that you remember, what do
```

```
 1        A.    That would have been the Orion project.
 2        Q.    And what in particular within the Orion
 3   project was delayed?
 4        A.    Without the project plan in front of me
 5   and digging back, I can't recall specifics.
 6        Q.    Can you recall one specific in terms
 7   of --
 8        A.    No.
 9        Q.    -- a project delay within the Orion
10   project?
11        A.    Well, certainly, Mr. Saad's work, so
12   that would have been the objective test fixture.
13   It was flawed.  And shortly before his performance
14   improvement plan was ending, I checked his work,
15   double-checked it, and there was a critical flaw
16   in it, which had to be repaired.  If we hadn't
17   caught that flaw and got the design manufactured,
18   it would have been useless when we got it.  It
19   wouldn't have worked.  And so if we hadn't caught
20   the flaw, we would have wasted time and money
21   realizing late of the flaw that he put into the
22   design.  The fact that that flaw and others were
23   caught ahead of time meant that we could -- we had
24   to spend extra time and effort to repair and fix
25   his design.  So, yeah, he was causing project
```

```
 1   delays for the most of his employment actually.
 2       Q.   So subsequent to Mr. Saad's employment
 3   ending, did the backfilling cause a project delay?
 4               MR. NAYLOR:  Object to the form.
 5               THE WITNESS:  Can you restate that?
 6   BY MR. SABATINI
 7       Q.   Yeah.  You told me earlier that the
 8   backfilling caused stress, anxiety, and project
 9   delay.  So we already went over the stress and the
10   anxiety.  Now I want to know what projects were
11   delayed in that backfilling subsequent to
12   Mr. Saad's employment ending.
13       A.   After he left?
14       Q.   Yeah.
15       A.   What projects were delayed, the Orion
16   project and Mr. Saad's work most certainly or his
17   prior work.
18       Q.   I think you mentioned that Mr. Saad was
19   working on something called the objective test
20   switcher?
21       A.   Objective test fixture.
22       Q.   Fixture?
23       A.   Yeah.  F-I-X-T-U-R-E.
24       Q.   What is the objective test fixture?
25       A.   It's a very simple mechanical design.
```

```
 1              discovered one the week before.  Yeah.
 2   BY MR. SABATINI
 3       Q.   All right.  So there were multiple
 4   flaws.  Correct?
 5       A.   Numerous.
 6       Q.   Numerous.  Numerous flaws with regards
 7   to the objective test fixture that Mr. Saad was
 8   working on.  Correct?
 9       A.   Correct.
10       Q.   Would you say that all the numerous
11   flaws were critical?
12              MR. NAYLOR:  Object to the form.
13              THE WITNESS:  There were clerical
14          errors which I wouldn't call critical
15          but certainly delayed the project.
16   BY MR. SABATINI
17       Q.   All right.
18       A.   And there are simple errors that an
19   intern would be capable of not producing in their
20   work, and, yes, there were several critical errors
21   which would have prevented the design from being
22   realized correctly.
23       Q.   All right.  So you identified three
24   types of errors with regards to the work that
25   Mr. Saad was doing on this objective test fixture,
```

```
1   BY MR. SABATINI
2        Q.    Sure.
3        A.    Sure.  We've had -- I've had supervised
4   interns.
5        Q.    Okay.  Do you know if Mr. Saad was
6   working with any interns?
7        A.    I can't recall, no.
8        Q.    I can't remember.  You were telling me
9   that you yourself discovered an error in
10  Mr. Saad's work with regards to the objective test
11  fixture.  Is that correct?
12       A.    Several, yes.
13       Q.    You yourself detected several?
14       A.    Yes.
15       Q.    All right.  Can you tell me the several
16  errors that you detected, what they were?
17       A.    Well, without my records in front of me,
18  I can't give you a full accounting.  There
19  definitely could have been more than I can recall,
20  but the one that sticks out in my mind is --
21  there's a bolt that's used to hold a shim onto the
22  objective, and that was interfering with the
23  actual bracket that he was designing, so an
24  interference, mechanical interference.
25       Q.    How did you discover this mechanical
```

Falzarano Court Reporters, LLC

```
 1   interference?
 2        A.   I opened up his 3D CAD models, his
 3   design.
 4        Q.   When did you do that?
 5        A.   It would have been mid August -- yeah,
 6   early to mid August.
 7        Q.   Of what year?
 8        A.   2017.
 9        Q.   What, if anything, did you do in
10   response to discovering this mechanical
11   interference?
12        A.   So the discovery of the mechanical
13   interference was prompted by Mr. Saad's
14   performance improvement plan coming to an end.  So
15   I looked at his -- I evaluated his work on that
16   basis so that what I did was -- that was
17   information that was used to evaluate his
18   unsuccessful completion of the performance
19   improvement plan.
20        Q.   Okay.  So did you have a conversation
21   with Mr. Saad with regards to your discovery of
22   this mechanical interference?
23        A.   I believe the -- it's possible.  The
24   week -- yeah.  I mean, I can't recall a specific
25   conversation.  I'll put it that way.
```

```
 1      Q.   Sure.  So, for example, did you
 2  personally review any work that he -- well, strike
 3  that.
 4           Did he complete any work assignments in
 5  advance of his mid-year review?
 6                MR. NAYLOR:  Objection.
 7           Foundation.
 8                THE WITNESS:  Without detailed
 9           records of, you know, what the tasks
10           are -- I'm sure he completed something.
11  BY MR. SABATINI
12      Q.   And do you know what that something was?
13      A.   For his mid-year, no.
14      Q.   Do you know if he actually did any work
15  leading up to his mid-year review?
16                MR. NAYLOR:  Object to the form.
17                THE WITNESS:  Yeah -- yes, of
18           course, he did work.
19  BY MR. SABATINI
20      Q.   How do you know that?
21      A.   He was on the project.  Things were --
22  if he was doing absolutely zero work, I would have
23  heard about it.
24      Q.   So leading up to the mid-year review, do
25  you have a recollection of you yourself actually
```

Falzarano Court Reporters, LLC

52

1  reviewing with your own eyes any work that

2  Mr. Saad did?

3      A.   Yes.  So that was -- he was in charge of

4  doing -- designing an FCP, which is a fiber

5  connection panel.  So we were -- I participated in

6  team meetings discussing the design.  I remember

7  leading -- I can't recall whether this is coming

8  up to mid-year because mid-year's a very specific

9  date, but he was preparing for the critical design

10 review for that.  And we had several meetings

11 where we actually had to parallel process within

12 the team and give tasks, engineering tasks to

13 other team members in order to hit that deadline

14 because Mr. Saad was not completing the work in

15 preparation for the CDR in time.

16          Now, again, I can't recall if that's

17 leading up to mid-year or just after mid-year, but

18 it was during the design of the FCP.  So I was

19 involved at that level when the design was not

20 going well.

21      Q.   The mid-year review comes out at a

22 specific time at ASML.  Correct?

23      A.   Period of time, correct.

24      Q.   And what is that specific period of

25 time?

```
 1        A.   It's July to the end of August
 2   essentially.  Yes.
 3        Q.   So mid-year at ASML for mid-year reviews
 4   goes by the calendar?
 5        A.   Yes.  It's set by a calendar that's set
 6   by HR.
 7        Q.   All right.  And is the --
 8        A.   I would refer to that for specifics by
 9   the way.
10        Q.   What I mean by the calendar, the
11   calendar year, or is it set by the date of hire of
12   the employee?
13        A.   All employees go through the same
14   performance review calendar set by HR.
15        Q.   All right.  So do you know if Mr. Saad
16   was hired in January of 2016?
17        A.   Correct.
18        Q.   You're aware of this.  Correct?
19        A.   Yes.
20        Q.   All right.  So his first mid-year review
21   would have taken place approximately when?
22        A.   By the time the period closed, so by the
23   end of August.
24        Q.   Of what year?
25        A.   Of 2016, mid-year review.
```

54

```
 1        Q.   The fiber connection panel that you just
 2   talked about --
 3        A.   Yes.
 4        Q.   -- do you know if Mr. Saad was working
 5   on the fiber connection panel before the August,
 6   2016, mid-year review?
 7        A.   Yes, most certainly he was.  That was
 8   his first task at ASML that we assigned him to.
 9        Q.   All right.  Do you know if Mr. Saad ever
10   successfully completed his first task that he was
11   assigned to do, the fiber connection panel?
12        A.   I do know he was unsuccessful in
13   completing that task.
14        Q.   When -- strike that.
15             Who made the determination that Mr. Saad
16   was unsuccessful in completing the fiber
17   connection panel task?
18        A.   Well, it was apparent via his work
19   basically to the team.  So there were several
20   errors discovered both in the creation of the
21   drawings of the fiber connection panel -- then we
22   had the first ones made or manufactured, and the
23   production floor wrote up several issues in our
24   system for production issues called Air, A-I-R.
25   Several of those Air issues were attributed to
```

1  design flaws that were built into the FCP that

2  Mr. Saad completed.  So I wouldn't call that

3  success.

4          Our goal was to, you know, have designs

5  completed, and we call it -- we have the phrase

6  "first time right."  We -- they should be error

7  free and flawless when they reach our production

8  floor.

9      Q.   Can you tell me if ASML has a protocol

10  in place to effectuate this "first time right"?

11              MR. NAYLOR:  Object to the form and

12          foundation.

13              THE WITNESS:  So there's a

14          development process that ASML adheres

15          to.

16  BY MR. SABATINI

17      Q.   Tell me about that.

18      A.   The whole process?

19      Q.   Yes, sir.

20      A.   How about I summarize the relevant parts

21  for -- to the best of my knowledge without having

22  it in front of me?

23      Q.   Go ahead.

24      A.   Okay.  So it's call the product

25  generation process for mechanical design

57

```
 1              process is in place to guarantee product

 2              quality for our customers.

 3  BY MR. SABATINI

 4       Q.    ASML wants the design right before the

 5  product is actually being manufactured.  Correct?

 6       A.    Yeah -- yes.

 7       Q.    That's what you mean by "first time

 8  right."

 9       A.    Yes.

10       Q.    In other words, you don't want to first

11  find out design flaws during the manufacturing of

12  the product.

13       A.    Yeah.  We'd rather not have any flaws.

14       Q.    Right.  You rather not have any flaws

15  throughout the process.  Correct?

16       A.    Correct.

17       Q.    But, undoubtedly, in the process, flaws

18  do surface.  Correct?

19       A.    Flaws can happen during normal

20  development process.

21       Q.    Right.  And so through kind of -- strike

22  that.

23              In that development design process,

24  there are checks being done of the work.  Correct?

25       A.    Yes.  We -- Mr. Saad's stakeholders and
```

58

1   team members are checking his work as well as

2   myself periodically.  Certainly, Mr. Saad should

3   be the first line of defense in quality for the

4   company in his role as a design engineer.  That's

5   part of his skill set is to produce to the best of

6   his abilities.  And then what's expected of a

7   Design Engineer 2, drawings that are -- don't have

8   clerical errors.

9            I remember drawing views being redundant

10  and sort of like purposeless on some of the

11  drawings and, you know, avoiding rework where we

12  bring it to people for checking, they indicate

13  flaws in the work, whether it's the drawings,

14  engineering changes, or the actual solid models,

15  or the slides he created for, you know, design

16  reviews.  And then those errors are marked up,

17  given to him.  He was very agreeable to fix them,

18  but then we would notice the same errors back

19  again or different ones when the second check

20  would happen.  And that was sort of characteristic

21  of a lot of his work product, that we had to go

22  back and forth a few times, which really put a

23  drain on the team.  And, also, you know, the

24  project schedule suffered as a result of some of

25  that as well.

61

```
1   Mr. Saad, in the design, and those are documented
2   by the Air issues.  In my mind, completion means
3   that it's error free.  So there's ongoing work
4   after that to fix those errors.  That ongoing work
5   to repair his errors was done by other people
6   continuing on --
7        Q.   Okay.  All right.
8        A.   -- into 2017.
9        Q.   It's good that you brought up the
10  manufacturing errors.  So when did you first learn
11  that there were manufacturing errors with regards
12  to the fiber connection panel that Mr. Saad had
13  been working on?
14       A.   Specifically, I wouldn't be able to call
15  up a certain date.
16       Q.   How about the year?
17       A.   Well, it would have been 2016 because it
18  was part of his end-of-year review.  The flaws in
19  his -- in his design included, if I remember
20  correctly, threads being the wrong size, which is
21  a pretty basic error, thread depths so bolts
22  couldn't screw in all the way, and I believe there
23  was something about sharp edges, you know, which
24  is not really manufacturing friendly for the
25  personnel on the production floor.
```

62

1          Q.    So --

2          A.    So those were categorized as errors

3    that, you know, were written up in this Air system

4    and, you know, then that work gets assigned to the

5    project team to fix.  It's unplanned work; it's

6    not expected.

7          Q.    So I think you just noted for me two

8    items, thread depth and sharp edges.

9          A.    And wrong threads.

10         Q.    And wrong threads.

11         A.    That means the bolt that is supposed to

12   go in that hole doesn't fit.  Right?

13         Q.    Okay.  How did you first learn that

14   there were manufacturing errors with the fiber

15   connection panel in 2016?  In other words, did

16   someone call you?  Did you get an email?  Did

17   someone go into your office?

18         A.    I wouldn't be able to recall how or when

19   I learned.  I would know that in the course of my

20   talking to all the stakeholders, which I do for

21   everybody, preparing for the end-of-year review,

22   performance issues would be brought to my

23   attention as well as when people are doing well.

24         Q.    Did you ever get any positive feedback

25   from anyone with regards to Mr. Saad's job

63

1  performance?

2      A.   I can't recall specifics.  So, no, I

3  don't know.  Without seeing, you know, his reviews

4  and notes in front of me, I wouldn't be able to

5  say yes to that.

6      Q.   Nothing comes to your mind with regards

7  to getting positive feedback from anyone with

8  regards to Mr. Saad's job performance?

9      A.   Job performance, nothing explicitly

10  comes to mind as a specific comment that was made.

11  I can't recall without seeing my notes.  It

12  doesn't mean it didn't happen.

13      Q.   Yeah, I understand.  You're just going

14  by your memory.  That's fine.  The wrong threads,

15  the wrong thread depth, the sharp edges, did you

16  yourself have any direct communications with

17  Mr. Saad with regards to those items?

18      A.   Certainly, as part of his end-of-year

19  review and then going into his performance

20  improvement plan, those were brought up as items

21  which were deficient indications of poor design

22  performance that he would have known about.

23      Q.   Did you have any direct communications

24  with your supervisor, Ken, concerning the wrong

25  threads, the wrong thread depth, and the sharp

1  edges?

2      A.   By the way, those are only the three

3  that I can remember.  There were more Air issues

4  that were allocated to the FCP.

5      Q.   If you remember any more during the

6  deposition, let me know.

7      A.   No, I can't remember any more.

8      Q.   All right.  Well, it may come to your

9  mind later on, and just throw it out there for me.

10     A.   Yeah.  All right.

11     Q.   So with the ones that you can

12  remember --

13     A.   Yeah.

14     Q.   -- did you talk to Ken about them at

15  all?

16     A.   I can't recall having a conversation on

17  Air issues for the FCP with Ken, no.  I can't -- I

18  don't know.

19     Q.   Did you talk to any team member other

20  than Mr. Saad about these errors that were first

21  detected in the manufacturing?

22     A.   Certainly, yes, because that's how I

23  learned of them by them bringing it to my

24  attention most likely during an end-of-year review

25  preparation, you know, when I talk to the

85

 1        Q.    Did Mr. Saad give you any more detail

 2    about this family illness issue?

 3        A.    I believe the email where he brought it

 4    up about the negative sick time balance -- I mean,

 5    I'm not a doctor -- he mentioned specifics in

 6    there.  I believe it was referring to his wife.

 7    So I guess, yes, in that one instance, he did

 8    mention some specifics.

 9        Q.    Other than the email you're referring

10    to, did you have any other communications with

11    Mr. Saad about the family illness?

12        A.    I think after the email, we discussed it

13    in person.  You know, it's not the kind of thing

14    that I want to just shoot off a quick email back

15    to somebody.  So probably in our next one-on-one,

16    we brought it up and discussed it.  And I do

17    remember there may have been a discussion on

18    pregnancy problems.  And, you know, I sympathized

19    with Mr. Saad because my wife also had similar

20    issues or issues in that area.  And so, you know,

21    it definitely struck a cord as far as that goes.

22    And that's when I suggested, you know, FMLA could

23    be an option.  You're not eligible right now, but

24    in two months, you would be.  And if it's an

25    ongoing thing, you know, it's a potential avenue

86

```
1   for you to take to care for your family.  And,
2   yeah, definitely check with HR.  Right?
3        Q.   What you just told me is something that
4   you discussed with Mr. Saad in a one-on-one
5   meeting?
6        A.   I believe so, yeah.  Yep.
7        Q.   Did you take any notes of this
8   one-on-one meeting?
9        A.   No.  It was referenced in the email.
10       Q.   Okay.  Just so we're clear, when I say
11  one-on-one meeting, so would this be one of those
12  once every four week one-on-ones, or was this
13  just, you know, a meeting that you had with
14  Mr. Saad to just go over this family illness
15  and --
16       A.   The specific scheduling of how this
17  meeting happened, I don't recall.  It could have
18  been a regularly scheduled one-on-one if it was
19  close enough to when he sent the email, or, you
20  know, we could have just had an impromptu meeting.
21  But I don't recall the scheduling --
22       Q.   Got it.
23       A.   -- of which type of meeting it was.
24       Q.   Got it.  Did you ever reach out to
25  anyone in HR to discuss with an HR employee what
```

87

```
 1  you talked about with Mr. Saad at this one-on-one
 2  meeting, whether it was one of the four-week --
 3  every four-week scheduled one-on-one or an
 4  impromptu?
 5              MR. NAYLOR:  Objection.  Form.
 6              THE WITNESS:  I don't recall
 7          talking to HR.  No, I don't recall.
 8  BY MR. SABATINI
 9      Q.   Do you have any knowledge as to whether
10  or not at any point in time Mr. Saad contacted
11  human resources?
12      A.   I have no knowledge of what he did in
13  regards to contacting HR.
14      Q.   In 2017, was Mr. Saad missing any time
15  from work?
16              MR. NAYLOR:  Objection.  Form.
17          Foundation.
18              THE WITNESS:  I'm aware he took
19          vacations.  That's what I can recall.
20          Without the records in front of me, I
21          wouldn't be able to....
22  BY MR. SABATINI
23      Q.   You say you're aware he took vacations.
24      A.   Yep, or a vacation.
25      Q.   Are you saying that he was taking
```

Falzarano Court Reporters, LLC

88

```
1   vacation time or are you saying --

2        A.   No, it was --

3        Q.   -- that he --

4        A.   -- it was a scheduled -- sorry.

5        Q.   I'll ask the question again.  Do you

6   have any knowledge that Mr. Saad took an actual

7   vacation in 2017, like he went away on a trip?

8        A.   Yes.  He sent in our office notice ahead

9   of time, a planned vacation.

10        Q.   Do you know when that vacation took

11   place?

12        A.   No.  I don't have the specifics without

13   looking at the calendar.

14        Q.   Do you know where he went?

15        A.   No, I can't recall.  I have the feeling

16   he told me.  I can't recall.

17        Q.   You have a belief that he took more than

18   one vacation in 2017?

19        A.   I -- that's my feeling.  Without looking

20   at a calendar, I can't recall specifically the

21   durations and how many he took.  I know he took at

22   least one.

23        Q.   All right.  Other than taking at least

24   one vacation, are you aware of him missing any

25   other time from work in 2017?
```

```
 1        A.    Other than -- so that -- I am not aware
 2   of anything else other than the time right before
 3   his termination.
 4        Q.    Tell me about that.
 5        A.    What are you...?
 6        Q.    He missed some time right before his
 7   termination?
 8        A.    I believe it was three days.
 9        Q.    Did Mr. Saad provide an explanation as
10   to why he was missing those three days from work?
11                  MR. NAYLOR:  Foundation.
12                  THE WITNESS:  I can't recall if he
13             provided an explanation.  I do know he
14             sent an out-of-office notice.  I don't
15             recall if he included the reason in it.
16   BY MR. SABATINI
17        Q.    Did -- in 2017, did -- strike that.
18             Did you in 2017 have any communications
19   with Mr. Saad concerning the health of his wife?
20        A.    Not that I am aware of, or not that I
21   can remember.  Sorry.
22        Q.    You mentioned earlier that you had
23   brought up in that one-on-one meeting with
24   Mr. Saad that your own wife had some pregnancy
25   complications.  Correct?
```

90

```
1        A.    Correct.
2        Q.    All right.  In 2017, did you ever
3   approach Mr. Saad and ask him, Hey, how's your
4   wife doing?
5        A.    I can't recall doing that specifically.
6        Q.    Were you working in 2017 in the same
7   physical location as Mr. Saad, same building?
8        A.    I believe so.  And the reason I
9   hesitate, because we did later move the Orion
10  project to another building.  I don't believe that
11  was when Mr. Saad was employed with us though.
12       Q.    Why was it moved to another building?
13       A.    Capacity.
14       Q.    What do you mean?  Needed more space?
15       A.    Yes.
16       Q.    Why?
17       A.    ASML was growing and hiring engineers.
18  So we were out -- they wanted to redo the interior
19  of Building 77, and so we needed swing space in
20  another building, Building 60.  So the Orion
21  project fit the capacity of the existing building
22  60.  So they moved that project there in its
23  entirety at one point in time.
24       Q.    Okay.  Do you remember what year that
25  move took place?
```

Falzarano Court Reporters, LLC

```
 1        A.    Actually, I don't recall the exact year.

 2        Q.    How often would you see Mr. Saad in the

 3   office in 2017?

 4        A.    Certainly in -- excuse me?

 5        Q.    2017.

 6        A.    2017?  Well, once the performance

 7   improvement plan started, we had weekly scheduled

 8   meetings.  So that would have been the minimum

 9   that I would have seen him during the performance

10   improvement plan.  Prior to the start of the --

11   well, yeah, then it probably would have been the

12   default one-on-one schedule.

13        Q.    Did you in 2016 talk to any other ASML

14   employee about the conversation you had with

15   Mr. Saad on that one-on-one meeting where he

16   brought up his wife, the illness -- you brought up

17   that in a couple of months he would be FMLA

18   eligible, you brought up the fact that your own

19   wife had a difficult pregnancy or complications?

20              MR. NAYLOR:  Objection.  Form.

21              THE WITNESS:  You're saying in 2016

22         or which --

23   BY MR. SABATINI

24        Q.    In 2016, did you talk to any other ASML

25   employee about that conversation you had with my
```

Falzarano Court Reporters, LLC

93

1      Q.    -- this morning, whose decision was it

2  to put Mr. Saad on a performance improvement plan?

3      A.    That is required by HR should you have

4  partially meeting expectations as your end-of-year

5  review status or performance grade.  So it's a --

6  it's just a consequence of his performance in 2016

7  that he ended up on a performance improvement

8  plan, which is, you know, intended to be a

9  rehabilitation process to get somebody out of

10  their performance problems.  And that's why we

11  meet weekly.  I give mentoring and, quote,

12  "counseling," on potential roadblocks with things

13  that are coming along in their project work, ask

14  how things are going, what's the status, you know,

15  give them tips on how to avoid project delays and

16  delays in their own work.  So that's the intent of

17  the performance improvement plan or process.

18      Q.    So if I understand your testimony

19  correctly, the overall rating Mr. Saad received in

20  his annual performance review automatically

21  triggered the issuance of a performance

22  improvement plan?

23      A.    Correct.  For that year, yes.

24      Q.    The overall performance review rating

25  that was given to Mr. Saad, that was determined by

Falzarano Court Reporters, LLC

1    management to put in the specifics into the

2    template and give it to the employee.

3        A.   Correct.

4        Q.   And was that your job --

5        A.   Yes.

6        Q.   -- to do --

7        A.   Yes.

8        Q.   -- for Mr. Saad?

9        A.   Yes.

10       Q.   And did you do it?

11       A.   Yes.

12       Q.   Did you have any assistance in creating

13   the plan for Mr. Saad like one of his

14   stakeholders?

15       A.   No.  I created the performance

16   improvement plan.

17       Q.   Did you present the plan to Mr. Saad?

18       A.   Yes.

19       Q.   When did you do that approximately, not

20   an exact date?

21       A.   Well, I know the date that we signed it.

22   So....

23       Q.   When was that?

24       A.   That was in late May, 2017.  So I would

25   have given him the plan several days before then.

```
 1        Q.    Anyone get fired on your team in 2017?
 2        A.    Well, Mr. Saad.
 3        Q.    Right.  Anyone else?
 4        A.    Not that I recall, no.
 5        Q.    Who was involved in making the decision
 6   to terminate Mr. Saad's employment?
 7        A.    That would be myself.
 8        Q.    Anyone else was involved in that?
 9        A.    Other than getting feedback on his
10   performance, no, I was the -- I was the
11   determinator.  Yeah.
12        Q.    Did you need to get Ken's approval
13   before terminating Mr. Saad's employment?
14        A.    No.  I made the decision when his PIP
15   was coming to an end.  And he didn't pass it,
16   so....
17        Q.    Did you put a time deadline on his PIP?
18        A.    It's 60 days from the start of it.
19        Q.    Was the 60-day time period ever
20   extended?
21        A.    No, it was not extended.
22        Q.    Do you know if at ASML there is the
23   ability to extend a performance improvement plan
24   beyond the original time duration?
25        A.    Yes, I do know that you can extend them.
```

```
 1        Q.    Okay.

 2        A.    His specific duties under -- you know,

 3   in 2017 -- well, there were several -- completing

 4   engineering changes was one of them that I can

 5   recall.  There were two test fixtures that he was

 6   initially assigned.  And I believe -- and this is

 7   all in the PIP form -- I believe there was one

 8   last thing which was working to -- working with

 9   the architect to determine failure modes of glued

10   joints.

11        Q.    All right.  So I think there was -- in

12   his performance improvement plan, I believe there

13   were four sections later that got de-scoped as the

14   PIP went on.  And in order to clear his plate and

15   give him the best chance to execute correctly on

16   the -- say, the highest priority task, which was

17   the objective test fixture, you know, we started

18   de-scoping and either putting on hold or giving to

19   other people certain tasks so he could concentrate

20   on that one singular task, which was the last --

21   the last task he was working on before his

22   termination.

23        Q.    Did Mr. Saad successfully complete the

24   engineering changes?

25               MR. NAYLOR:  Form.
```

Falzarano Court Reporters, LLC

113

1        A.    No.   What I -- what I'm referring to is

2    what's labeled in the PIP minutes, which detail

3    his tasks.   There's something called a failure of

4    modes and effect analysis, which is a common

5    engineering risk-mitigation process that designers

6    or design teams can go through, and it consists of

7    brainstorming what could go wrong, the severity of

8    the impact if something does go wrong.   It's

9    pretty standard engineering practice.   So there

10   was a task where he could have helped the

11   architect in that regard for these particular risk

12   areas.   That task was, like I said, de-prioritized

13   in order to give Mr. Saad as much bandwidth and as

14   much leeway to work on his core deliverable, which

15   was the objective test fixture.   So he had more

16   than enough time to work on the objective test

17   fixture.   And it would be -- yeah.   Sorry.

18        Q.    So leading up to his termination, you're

19   telling me that you had basically cleared his

20   plate so that his sole focus was the objective

21   test fixture?

22        A.    Correct.   When progress on the objective

23   test fixture was going slowly, slower than

24   expected and issues were arising, as brought up by

25   his team members, you know, that was one of the

Falzarano Court Reporters, LLC

114

1    things that we did to make sure that -- you know,

2    okay, let's isolate his work product as far as,

3    you know, making sure that he doesn't have

4    distractions or anything within -- on these other

5    tasks.  And since they're lower priority and we

6    really want to get this objective test fixture

7    completed on time, you know, let's give him the

8    opportunity to focus on one thing.

9         Q.   All right.  So when did this clearing of

10   the decks take place?

11        A.   I don't recall the specific week or

12   dates or whatever.  It's in the minutes of the --

13   of the performance review plan, which we met

14   weekly.  And you can see some of the tasks getting

15   set on hold or paused or something.  I recall

16   that.

17        Q.   And was he getting the objective test

18   fixture work done in a timely fashion after the

19   decks had been cleared for him?

20        A.   No.  I wouldn't consider him completing

21   it in a timely fashion due to the fact that when

22   he brought items relating to the objective test

23   fixture, you know, in reviews with his team

24   members, team lead, architect, they would note

25   issues, whether it was with the drawings or the

1  manufacturability of the design itself.  It just

2  wouldn't have been able to be manufactured by a

3  machine shop.  He would take the defects or the

4  errors back with him, claim that he completed them

5  all or solved all the issues, and then he would

6  bring back the item for another review.  And

7  during that review, either additional defects were

8  noted or maybe some of the defects that were

9  originally noted weren't completed.

10          So that iterative loop starting with

11  having a good amount of defects brought to the

12  table on the initial design and then having to go

13  back and forth a couple times slowed down the

14  project.  And so that's why I say, I don't think

15  it was completed in a timely fashion because it

16  wasn't.  We were expecting things to be done with

17  minimal defects right away, which was fully within

18  his capabilities, and they weren't.  So, you know,

19  those were added dates for rework.

20      Q.   Did you at all talk to Mr. Saad about

21  why he was having a problem in getting the

22  objective test fixture work done both timely and

23  properly?

24      A.   Yes.  So I recall -- you know, as far as

25  the time management philosophy, I recall mentoring

1   him in the, you know, developing a day-to-day

2   plan, what you expect to do to complete -- to get

3   to your end task so that you can predict or have

4   confidence in your commitment date.  So I remember

5   mentoring him in that regard.  As far as

6   manufacturability of the design, that's something

7   that somebody of his position and experience level

8   would know.  He seemed to agree to every point

9   that we -- that was pointed out in the design as

10  to why it was unmanufacturable.

11          So he was given a lot of feedback with

12  screenshots and arrows -- you know, the end mill

13  couldn't get into this pocket, or you would need a

14  very specific tool to machine this part, and he

15  would generally be agreeable that, yeah, you're

16  right, I need to add a radius there or other

17  changes should be made in order to make it more

18  manufacturable.

19      Q.   Did Mr. Saad ever provide you with an

20  explanation as to why his work on the objective

21  test fixture was not getting done properly in a

22  timely fashion?

23      A.   No.  I know we discussed also

24  pre-reviewing his work with other people, other

25  colleagues or methods of how you can check your

121

```
1        A.    Without looking at his transcript of

2   training, I can't accurately answer whether he

3   completed it or not.

4        Q.    Do you have to take a test upon

5   completion of the training?

6        A.    As it currently stands, the

7   computer-based modules may have a quiz at the end

8   of each module depending on how the course was

9   designed.  So it's possible he took some quizzes

10  along the way in his computer-based training.

11       Q.    Was he given any main tasks to work on

12  before his 2016 mid-year review?

13             MR. NAYLOR:  Objection.

14        Foundation.

15             THE WITNESS:  I'm sorry, can you

16        rephrase it maybe?  I don't know.

17  BY MR. SABATINI

18       Q.    Yeah.  I'll ask it again.  Was he given

19  any main tasks to do before his 2016 mid-year

20  review?

21             MR. NAYLOR:  Form and foundation.

22             THE WITNESS:  He was working on the

23        FCP before his mid-year review.  So that

24        one of his -- that was a main task

25        before the mid-year review.  Yep.
```

Falzarano Court Reporters, LLC

1  having Mr. Saad work under the performance

2  improvement plan, were you getting any feedback

3  from Matt in terms of how Mr. Saad was performing?

4       A.   Yes.  So I inquired, and, also, they

5  provided feedback on how Mr. Saad was performing

6  as part of our discussions in how we are achieving

7  our project deliverables or how is the team

8  executing.  Both Dave and Matt also provided the

9  same feedback to Mohamed along the way on what

10  things he could work on to do better.  And so

11  Matt, Dave, and myself, coordinated or aligned at

12  least so we weren't sort of giving, you know,

13  tangential kind of direction to Mohamed.

14       Q.   Did Matt provide you with any positive

15  feedback in terms of how Mr. Saad was performing

16  while under the PIP?

17       A.   I don't recall him giving me positive

18  feedback.  The only feedback I can recall Matt

19  giving me is either related to defects in

20  Mohamed's work -- and there was also instances

21  where Mohamed had fallen asleep in his cubicle,

22  and Matt had to wake him up.  So that was also

23  feedback that I received from Matt.

24       Q.   Did you ever personally observe Mr. Saad

25  sleeping at work?

Falzarano Court Reporters, LLC

```
 1        A.    Yes.

 2        Q.    How many times?

 3        A.    I can only recall seeing it one time,

 4   but it's -- it sticks in my mind because it was

 5   during a team meeting that Matt was conducting,

 6   and Mohamed had fallen asleep off to the side, and

 7   I nudged him.

 8        Q.    When did this team meeting take place?

 9        A.    I don't recall the exact date.

10        Q.    What year?

11        A.    I can't tell you the year actually.  I'm

12   not certain on which point in time it happened.

13        Q.    How do you know Mr. Saad was actually

14   asleep versus just having his eyes closed?

15        A.    In that instance -- so Matthew -- Matt

16   observed or heard him snoring and woke him up, and

17   you could tell when someone's waking up.  And in

18   the team meeting, I believe, you know, his head

19   was down and, yeah, he looked like he was sleeping

20   from what I could tell.  He appeared to get more

21   attentive after I nudged him.

22        Q.    The team meeting is where you personally

23   observe what you believe to be Mr. Saad sleeping?

24        A.    I believe so, yeah.

25        Q.    All right.  This other instance that
```

```
 1              STATE OF CONNECTICUT
 2      I, HILARY O. WINSLOW, CSR #361, a Notary Public,
 3  duly commissioned and qualified in and for the State
 4  of Connecticut, do hereby certify that pursuant to
 5  the Federal Rules of Civil Procedure, there came
 6  before me on the 17th day of December, 2019, the
 7  following named person, to wit:  CHRIS REED,  who
 8  was by me duly sworn to testify to the truth and
 9  nothing but the truth, that he was thereupon
10  carefully examined upon his oath and his examination
11  reduced to writing under my supervision; that this
12  deposition is a true record of the testimony given
13  by the witness.
14      I further certify that I am neither attorney nor
15  counsel for, nor related to, nor employed by any of
16  the parties to the action in which this examination
17  is taken; and, further, that I am not a relative or
18  employee of any attorney or counsel employed by the
19  parties hereto, or financially interested in this
20  action.
21      IN WITNESS THEREOF, I have hereunto set my hand
    this___day of_____2020.
22
23              Hilary O. Winslow
24         _____
                Hilary O. Winslow, CCR 361
25  My Commission expires:  February 28, 2021
```

Falzarano Court Reporters, LLC

# EXHIBIT C

1           UNITED STATES DISTRICT COURT

2         FOR THE DISTRICT OF CONNECTICUT

3

4    MOHAMED SAAD,

5

                    Plaintiff,

6

     v.                                    Case No.

7                                     3:19-CV-00135

8    ASML US, LLC.

9                    Defendant.

     _____

10

11

12

13            DEPOSITION OF MOHAMED SAAD

14             San Jose, California

15            Tuesday, August 13, 2019

16

17

18

19

20

21

22

23

24   REPORTED BY:

     TAVIA MANNING, CSR No. 13294, CLR, CCRR

25   JOB NO. 161896

Page 2

1

2

3                        August 13, 2019

4                          9:35 a.m.

5

6

7

8        Deposition of MOHAMED SAAD held at 99 South

9   Almaden Boulevard, Suite 600, San Jose, California,

10  before Tavia Manning, Certified Shorthand Reporter

11  No. 13294, Certified LiveNote Reporter, California

12  Certified Realtime Reporter.

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

```
 1    A P P E A R A N C E S:

 2

 3

 4          SABATINI AND ASSOCIATES

 5          Attorneys for Plaintiff

 6              One Market Square

 7              Newington, Connecticut 06111

 8          BY:  VINCENT SABATINI, ESQ.

 9              (appearing telephonically)

10

11

12          BURNSBARTON

13          Attorneys for Defendant

14              2201 E. Camelback Road

15              Phoenix, Arizona 85016

16          BY:  BENJAMIN NAYLOR, ESQ.

17

18

19

20

21

22

23            Also present:

24              Joseph Blea, Videographer

25              Rose Eltanal, In-house counsel - ASML
```

1    you contending that you, yourself, were entitled to

2    FMLA because of your own serious health condition?

3         A.   The main thing is my wife.  So, no.  So the

4    answer to your question is no.

5              The main thing is my wife.  That's why we

6    talked about it in this.

7         Q.   Yeah.

8         A.   But my things, it's okay.  I swallow it.

9    No problem.

10             But for my wife's, because it was beyond

11   stressful to have a wife that can bleed at any

12   second, and someone know that you can take days off

13   to take care of her and doesn't tell you.

14        Q.   I understand.

15             And I just want to make sure that I am

16   clear about your claim.

17             So your claim in the lawsuit is you were

18   entitled to FMLA because of your wife's health

19   condition?

20        A.   Yes.

21        Q.   You did not need FMLA because of your own

22   health condition?

23        A.   No.

24        Q.   Thank you.

25             And like you said, you mentioned your

1    vacation and your sick time.  The reason you needed

2    FMLA was because you had exhausted your vacation and

3    your sick time; correct?

4         A.  Yes.

5         Q.  Because if you had still had vacation and

6    sick time available, you could use that to care for

7    your family and for your wife; right?

8         A.  Yes.

9         Q.  So the FMLA comes in after your sick and

10   vacation time is exhausted.  That's when you believe

11   you should have been given FMLA leave; right?

12        A.  What I believe -- that's not exactly.

13            What I believe is:  Let's say I still have

14   four hours of vacation time, what this will do?

15            Like, you supposed, based on the doctor's

16   notice to us, that high-risk emergency (sic) means

17   she supposed to be on break.  Doesn't even move.

18   Just sit and rest.  That means, for me, is to take

19   at least two, three months straight.  Right.

20            So if I have four hours, six hours of

21   vacation balance, I would go request four hours, six

22   hours.  What I will do with this?

23            So the FMLA problem is, my understanding

24   after the fact, is it's not a day or two.  It's

25   actually as long as the person you are helping need

1       A.  No.

2       Q.  But you were aware that you had sick and

3   vacation hours; right?

4       A.  I do, yeah.

5       Q.  So if you had any sick or vacation time in

6   the bank, you would have used that to care for your

7   wife if she needed to be cared for; right?

8       A.  Yes.

9       Q.  You wouldn't just let --

10          MR. SABATINI:  Object to form.

11  BY MR. NAYLOR:

12      Q.  You wouldn't just let sick or vacation time

13  sit in the bank for conservation purposes if your

14  wife needed you to be home; right?

15      A.  No.

16          What was happening is I was doing the sick

17  and vacation days if there is -- like up to my -- if

18  I remember correctly, it was in the negative.

19      Q.  Right.

20      A.  It wasn't even -- I don't even have it.

21  Like, that's at the point when I stopped even

22  looking at it.

23          But what happened is, after I go back from

24  the two or three days off, I go and put them in the

25  system and so on.  So it wasn't in advance to look

1        A.   Nobody told me the term.   Like, the term

2   itself was new for me after the fact.   And that's

3   why actually I got upset because, I mean, you are my

4   manager.   You are supposed to help your employee

5   when he's in trouble like this, you know.

6        Q.   Right.

7        A.   Especially it's a serious trouble.   Like,

8   you can get someone's life in risk, you know.

9        Q.   And that's your claim -- one of your claims

10  in the lawsuit, right, is ASML violated the law by

11  failing to inform you of your FMLA rights?

12       A.   Yes.

13       Q.   And if ASML had informed you of your rights

14  under the FMLA, would you still have this lawsuit?

15       A.   No.   If they told me --

16            MR. SABATINI:   Object to the form.

17  BY MR. NAYLOR:

18       Q.   You would have no claim then; right?

19       A.   Of course.

20       Q.   Of course not?

21       A.   Of course not.   I would not -- why I would

22  sue them if they told me?

23       Q.   Yeah.

24       A.   If they told me -- I am talking about my

25  manager, my team lead or whatever, you know, HR told

1   then maybe, you know, finish some stuff, and then

2   take another day off and so on.  Like, keep things

3   running.  You know, helping her and, at the same

4   time, making him happy by finishing the task that he

5   want.  So that was my strategy trying to make this

6   happen.

7        Q.  So you just wanted some periodic shorter

8   periods of time off, not a big, long --

9        A.  It would be helpful, yes.

10       Q.  Not a big, long, several-week chunk of

11   time; is that right?

12       A.  The real situation is I know I need a big

13   chunk; three, four months straight.  That's the real

14   situation.

15       Q.  That's what you needed?

16       A.  That's what I needed.

17       Q.  Okay.

18       A.  But at this point, because I don't know

19   that I have this option, so I thought differently.

20   I said, Okay, let's make both sides survive.  Take

21   care of my wife and then couple days, three days,

22   then step back at work, try to finish some work,

23   step back out, and so on.  That's my thinking just

24   to solve the problem.

25       Q.  So would it have been an acceptable

1  solution to you if your manager had said, You can

2  take a few days off at a time and we'll postpone

3  some of these deadlines?

4       A.  For sure.

5       Q.  That would have worked?

6       A.  100 percent.

7       Q.  Okay.

8       A.  That will work, from my understanding.

9  Like, that will be working as the thing that keep my

10 wife alive and, at the same time, finishing what he

11 need me to finish, from my understanding.

12           But if I know there is an option to just

13 take care of her, be making sure -- more than

14 50 percent -- that she will be alive, go stay with

15 her until she is completely safe, then come back, of

16 course I would go for it.

17      Q.  Your preference would have been to have a

18 larger block of time off?

19      A.  Of course.  Yep.

20      Q.  But you didn't know that that was an option

21 for you?

22      A.  Exactly.

23      Q.  As you understand it today, Mr. Saad, in

24 hindsight, if you had taken a large block of time

25 off at ASML, would it have been paid or unpaid under

1    step kids, my wife get for step kids.  I don't know

2    what they call it.

3         Q.  Child support?

4         A.  Child support, yeah.

5             So this paycheck is the only thing that can

6    cover our food maybe.  Other than that, nothing.

7         Q.  Okay.  So, again -- and I don't think I got

8    a clear answer.

9             In 2017, if you had been on unpaid leave --

10        A.  Uh-huh.

11        Q.  -- the longest you and your family could

12   have survived without income would have been

13   approximately two weeks; right?

14        A.  Yes.

15        Q.  And after two weeks --

16            MR. SABATINI:  Object to the form.

17   BY MR. NAYLOR:

18        Q.  After two weeks, you would have needed to

19   find income somewhere?

20        A.  Yes.

21            MR. SABATINI:  Object to the form.

22   BY MR. NAYLOR:

23        Q.  Going back to your interference claim, the

24   claim that ASML interfered with your rights under

25   the FMLA.

1           What evidence do you have, as you sit here

2     today, that ASML interfered with your FMLA rights?

3           A.  Nothing.

4           MR. SABATINI:  Object to the form.

5     BY MR. NAYLOR:

6           Q.  With respect to your retaliation claim,

7     your claim that ASML retaliated against you under

8     the FMLA --

9           A.  What "retaliated" mean?  I'm sorry.

10          Q.  Well, let's talk about that then.

11          A.  Yeah.

12          Q.  You've got a claim in your lawsuit -- we

13    looked at it a moment ago -- that said when ASML

14    retaliated against you for exercising your rights.

15          Do you recall?

16          A.  Yes.

17          I recall and I have seen it there, but I am

18    saying -- because I am not native American, you

19    know, that my English sometimes doesn't help me

20    much.

21          So what does it mean, like, compared to

22    previous one that they didn't tell me my right?

23          Okay.  "Retaliated" means what exactly?

24          Q.  I -- I don't mean to be coy.  I can't

25    answer a question that you ask in a deposition.

1   conditions that I told you about, I can't go to work

2   tomorrow.  I can't go to work for a couple days.  So

3   it was -- if I know that I can ask for a bulk of

4   days or a bulk of months for that, I will.

5       Q.  Got it.

6           So you didn't -- you didn't ever ask ASML

7   for time off prospectively in the future?  You asked

8   them to bless the time off that you knew you needed

9   right then?

10      A.  Unless if it's something to go to visit my

11  in-laws at Christmas, for example, so that I have,

12  you know, a week to take off, something like that,

13  yes, I have to -- I told them earlier.

14          But for my wife health conditions, most of

15  the time, like 99 percent of the time, it's right

16  away.  It's like I have to leave right now.

17      Q.  So for your wife's health conditions, the

18  things that you think now qualifies you for FMLA,

19  number one, you only told ASML verbally; correct?

20      A.  Yes.

21      Q.  And, number two, you asked them for the

22  time off that you needed for her health condition

23  right then, not in the future?

24      A.  No, not in the future.

25      Q.  What I said was correct?

1      A.   Yes.

2      Q.   Look at paragraph 27 of your complaint.   It

3   says:

4           "Defendant" -- that's ASML -- "by and

5           through its agents and/or employees,

6           retaliated against the plaintiff for

7           attempting exercise of his rights under the

8           FMLA."

9           I am going to stop there.

10          What did ASML do that constitutes

11   retaliation, in your mind, for you exercising your

12   rights under the FMLA?

13      A.   They didn't tell me my right.   Like, they

14   see my situation and they didn't tell me my right.

15   And this, in my opinion, is a retaliation or

16   discrimination because if this is a right that your

17   employee can have and you know the situation is

18   beyond his control and a life of someone depend on

19   it, why don't tell him, you know?

20          So that's what gives me the impression that

21   actually there is something going on that they

22   didn't do that.

23          Besides -- besides, after the fact, like

24   after all this situation has been over, right,

25   learning, like, from, like, a couple friends and

1      So I explained to her that, you know,

2  because of this situation, I take many days off

3  regardless of my balance, but at the same time I

4  have many tasks that I need to finish with my

5  manager because he put me on a kind of improvement

6  plan.  And I need to finish these tasks exactly as

7  he wanted so he will be happy, that he will make me

8  pass, and it will be fine.  All right.  But I can't

9  because I have this problem.  You know, so she

10  said -- that's exactly like kind of what I remember

11  from that conversation.

12      Then she replied, Okay, so just sit with

13  your manager, you know, and explain to him the

14  situation and he can give you some options.  He can,

15  you know, try to help you.

16      Q.  Okay.

17      A.  So I told her okay and then I left.

18      Q.  Do you remember anything else about that

19  conversation with HR in July of 2017?

20      A.  No.  No.  The next time I seen HR when she

21  brought the envelope saying, you know, you are out.

22      Q.  Yeah.

23      A.  So.

24      Q.  Okay.

25      A.  That wasn't a good thing.

1      Q.   So other than failing to inform you of your

2   rights under the FMLA, did ASML do anything else

3   that you feel constitutes retaliation against you

4   under the FMLA?

5      A.   I don't think so.

6      Q.   At this point, Mr. Saad, have I correctly

7   described your two claims in the lawsuit, your FMLA

8   interference and your FMLA retaliation claims?

9      A.   Yeah.   I understood it as soon as I --

10      Q.   So your interference claim is that ASML

11   interfered with your right under the FMLA by failing

12   to inform you of the FMLA and the possibility that

13   you could have benefits under the FMLA; right?

14      A.   Yes.

15      Q.   And your retaliation claim against ASML is

16   ASML retaliated against you by giving other people

17   time off, but not informing you about your right to

18   take FMLA time off?

19      A.   Yes.

20           And, by the way -- I'm sorry for that, but

21   by the way, the length of the time that these people

22   I have known taken off, that's what brought to my

23   attention that this maybe what was called FMLA.   But

24   I didn't ask them, Hey, this ten months was FMLA?   I

25   didn't know that.

1   starting from youngest to oldest.

2        A.   The youngest is -- will be two years in

3   November.  So she is a year and, what, ten months,

4   about a year and ten months.

5        Q.   She was born in --

6        A.   In November.

7        Q.   November of 2017?

8        A.   Yeah.

9        Q.   Okay.

10       A.   This is the one that we have the high-risk

11   pregnancy with.

12       Q.   Yes.

13            She's the one that gave your wife a hard

14   time?

15       A.   Exactly.

16       Q.   Okay.

17       A.   Then we have the second one born in 2011.

18   So she is now eight years.

19            The third one is born in 2012, so now she

20   is seven years old.

21       Q.   Okay.  And what about the other two kids

22   from Ms. Saad's previous marriage?

23       A.   Yeah, we have 2003.  So he is 16 years old

24   now.  And 2006, so 13 years old.

25       Q.   You started working at ASML in January of

1    2016; is that right?

2        A.  Yeah.

3        Q.  What was your job title?

4        A.  Mechanical design engineer II.

5        Q.  And what job group were you in?

6        A.  It's called Mdev.

7        Q.  Spell that for us.

8        A.  M-D-E-V.

9        Q.  M-D-E-V.

10           Is that mechanical development?

11       A.  Yeah.

12       Q.  Did you like your job at ASML?

13       A.  At the beginning.

14       Q.  Was there a point when you started to

15   dislike your job at ASML?

16       A.  Yes.

17       Q.  When was that?

18       A.  When the manager start to ignore what I am

19   saying.

20           Like, basically someone is doing something,

21   but he is older than me.  He is, like, there for

22   like 15 years or something.  And he is giving his

23   engineering opinion about something.  And I am

24   telling my manager, You know, we need to make more

25   experiments to make sure that this will work, and

1        I give them just a kind of an example of

2   that, and in the first week I was hired, I gave them

3   a concept plus a CAD model in the first five days I

4   was hired.

5        Like just got someone walking out of the

6   street, you show them the problem.  He gave you

7   already first concept built-in CAD models.

8   Everything is moving/running perfect in the first

9   week.

10       So I was doing exactly what make them --

11  Okay, we want it this way.  I will do it this way.

12       Q.  You were doing what they asked; right?

13       A.  Exactly.

14       Q.  There was never any reason you couldn't be

15  successful at ASML; right?

16       A.  No.

17       Q.  You knew you could be successful?

18       A.  I know.

19       And I was planning that.  I was planning to

20  continue there and fill these gaps that they have

21  actually.  Like the holes in a very nice dress.

22  Just have these little holes.

23       Q.  When you were hired, did you go through any

24  kind of an onboarding process, like orientation?

25       A.  Yes.

1      Q.   And as part of that, did you get any

2  training from HR about HR policies and that sort of

3  thing?

4      A.   They kind of -- through -- yes, they --

5  kind of through the general things.

6      Q.   Okay.   Such as what?

7      A.   Like they say, If you want to help, you go

8  this link to find these people.

9           If you want this link, you contact this

10 number.   These kind of things.   To apply for your

11 benefits, you go this link.   These kind of things.

12     Q.   Did you get a copy of ASML's employee

13 handbook at some point?

14     A.   Don't remember something like that.

15     Q.   If you needed to figure out what ASML's

16 policy was on vacation time or sick time or

17 something like that, did you know where to go to get

18 that?

19     A.   Not really.

20          I mean, I know that I ask my manager for --

21 to do a vacation.

22     Q.   Yeah.

23     A.   And he can tell me, you know, if it's "yes"

24 or "no," because it's not only about the budget.

25 It's also about deadlines and stuff, but I didn't

1  know.

2         I remember having a link to say, you know,

3  go here to know your budget or anything like that.

4  But I think there was supposed to be -- I mean, on

5  the higher -- sorry, on the paycheck page or

6  something, it may be on the right side or something,

7  something saying you took this much.

8         So at the very beginning, I think they kind

9  of direct asked to do something like that.  Down the

10 road, I think I was able to see balances and these

11 kind of things if I need to check balance or

12 something.  I think there was option like that, but

13 I don't really remember.

14     Q.  Okay.  What about, like, if you wanted to

15 find out what the dress code was or if you wanted to

16 find out what ASML's drug testing policy was?

17         Was there a website or an intranet that you

18 could go to to figure out what those policies were

19 at ASML?

20     A.  ASML is very organized.  They have

21 documents for how to clean rooms.  I mean, they have

22 thousands of documents that will get you lost.

23     Q.  So if you needed a policy, you knew there

24 was a way to get it; right?

25     A.  I know it will be somewhere, but I

1   personally -- I mean, it's been three hours to find

2   it.  It's a huge number of documents.

3           So it is not something that you can say,

4   Okay, here is your rights.  Here is your -- I didn't

5   get something like that.  But I know if I dig into,

6   I may find something.  If I hear about it -- I mean,

7   you can't look for something that you don't know.

8       Q.  Right.

9           Tell me about your job at ASML.

10          What kinds of hours did you work?

11      A.  From 8:00, 8:30 in the morning, until

12  6:00 something.  Sometimes later than that.

13      Q.  Five days a week?

14      A.  Yeah.

15      Q.  And you reported to Chris Reed; right?

16      A.  Yeah.

17      Q.  What was your reporting relationship to

18  Matt Urmaza?

19      A.  The actual work, the design work.

20      Q.  Yeah.

21      A.  So he is a kind of, you know, looking at

22  the CAD models.  Looking at the interferences, if

23  there is any interferences, reviewing with us the

24  drawings to make sure it has geometric tolerance of

25  these kind of things.

1          At the time that your employment ended with

2     ASML, your job was to work on a fixture that was to

3     test the optical module.  In other words, it was --

4          A.  Oh, this was --

5          Q.  -- a mount that you were designing, right,

6     to try to test how that nodule in transportation

7     would stand up?

8          A.  True, yes.

9               So this was a third thing.  I'm sorry.

10         Q.  That's okay.

11         A.  So the -- yes, what you are saying is the

12    project that I worked on, too.  That was to build

13    some chamber kind of a frame to put the optical

14    module inside and mount it so we can put it in the

15    table, the vibration table, and test it for

16    vibration in all directions.  So the design of this,

17    yes.

18         Q.  The idea was if this very expensive module

19    is going to be transported in a truck or something

20    like that, we want to see how it's going to hold up

21    to the vibrations as it is being transported?

22         A.  Exactly, yes.

23         Q.  And you were charged with designing that

24    fixture that it was going to sit on?

25         A.  Yep.

Page 94

1   it.  It's okay.

2          You know, but when you find someone kind of

3   chasing you, you know, as soon as you do something,

4   "Hey, you give that" -- that's the impression that I

5   got from him at this meeting.

6      Q.  So you agree that the design had errors.

7          You just felt like other people's designs

8   also had errors, and they were being too hard on

9   you?

10     A.  Exactly.

11         He was -- he was basically chasing like --

12  he was trying to -- like, the impression I got, he

13  is trying to get rid of me.

14         Like, at this meeting -- if it's earlier --

15  if I know that's his intention earlier, I personally

16  would have started to look somewhere else.

17     Q.  When was that meeting?

18     A.  This was maybe a week or so before last

19  day.

20     Q.  Okay.  So one or two weeks before you were

21  fired?

22     A.  About, yeah.

23     Q.  You felt like, at that point, Chris Reed

24  had already made the decision to end your

25  employment?

1        A.   That's what I got, yeah.

2            It felt like he is kind of chasing like if

3    everyone else -- I am not a child.  I see this

4    happening all the time.  You know.

5        Q.   You felt like he was singling you out?

6        A.   Kind of, yes.  That's the impression that I

7    got.

8        Q.   Yeah.

9        A.   And at this point I said, you know, I even

10   have no choice now.  Like, I was -- sick wife and

11   with everything, I have to continue with him until

12   we just, you know, straighten things up.

13       Q.   Did you want -- at that point, did you want

14   to leave ASML if you could have?

15       A.   If I could have, yes.

16       Q.   When did you decide that you wanted to

17   leave ASML?

18       A.   I didn't decide.

19           I am saying at this point, if I am in very

20   perfect situation, I would not at least work for

21   this manager.  I will go to Ken Bogursky, talk to

22   him, "Please move me."

23           And there are multiple departments there,

24   and these multiple departments at least I will not,

25   you know, have the same kind of treatment.  Start

1  with them fresh, not having -- and I see people

2  moving a lot through departments there, so...

3      Q.  So a couple of weeks before -- one or two

4  weeks before you were fired, you are saying you

5  still wanted to work for ASML, but you wanted to

6  work under a different manager?

7      A.  If -- yeah, like that would be my first

8  thing.

9      Q.  If possible?

10     A.  To run for my manager, Ken Bogursky, the

11 bigger manager, and tell him to help.  You know,

12 move me from him, because I think he is targeting

13 me.

14     Q.  So I want to go back to what you said about

15 how you felt Chris Reed had already made the

16 decision to end your employment.

17         Was Chris Reed the decision maker who made

18 the decision to end your employment, as far as you

19 know?

20     A.  Yes.

21     Q.  Do you know whether other people had input

22 into that decision?

23     A.  I don't know.

24     Q.  Do you know what factors Chris Reed

25 considered before he decided to end your employment?

1   BY MR. NAYLOR:

2        Q.  So were there times when you said to Chris

3   Reed you need to go take care of your wife, who is

4   bleeding, or you have a health issue, and he would

5   respond to you, "Well, you've got to finish this

6   first"?

7        A.  Multiple times.  Not one time.  Multiple

8   times.  Not "You have to finish it first."  "We are

9   late on that.  We didn't finish that."  He didn't

10  say, "Go sit down and finish that first."

11       Q.  That's the difference I am trying to get

12  at.

13           Did Chris Reed or anyone at ASML ever tell

14  you that you could not go home to take care of your

15  wife or your family when you needed to?

16       A.  No.  No.

17       Q.  They didn't tell you that?

18       A.  They didn't say, "No, stay.  You have to

19  stay."

20       Q.  They would say to you:  "We have deadlines.

21  Remember, you need to get this done," but nobody

22  stopped you from taking time off?

23       A.  No.  No.

24           And sometimes --

25           MR. SABATINI:  Object to the form.

1        THE WITNESS:  Sometimes I even leave

2   without saying.  Like sometimes I just run.  I have

3   to go right now and none of them is here, so I just

4   run to the car and go.

5   BY MR. NAYLOR:

6       Q.  So you always got the time off that you

7   needed at ASML.  It was just people told you, "You

8   need to hit these deadlines when you get back"?

9       A.  Not all of them, because now I -- like,

10  when she bleed, that means I have to run her to the

11  emergency room, right.

12        After we go out, now she needs someone take

13  care of her and the four kids and the house, and we

14  have nobody in Connecticut whatsoever.

15        So if I can, I will have to stay with her

16  until she at least stay on her feet again, right,

17  but what happened is as soon as she is back in the

18  bed, I run back to work.

19      Q.  Were there ever times when you needed to be

20  at home caring for your wife that you weren't at

21  home caring for your wife --

22      A.  Yes.

23      Q.  -- you were at work?

24      A.  Yes.  That's most of the time between May

25  and until all that time.

1          So, like, you get, like, you are in two

2     places at the same time.  That's the kind of harm I

3     am talking about.

4          They did not physically have -- like none

5     of them dead or none of them got like, you know,

6     lost member or anything.  But at the same time, you

7     are watching two places.  We are taking care of two

8     things.

9     BY MR. NAYLOR:

10         Q.  Your attention was divided?

11         A.  Exactly.

12         Q.  Between work and home?

13         A.  Yes.

14         Q.  But every time you needed to leave work and

15    go home because something arose at home, you were

16    able to do that; right?

17         A.  Yeah.  I would just run.

18         Q.  Nobody stopped you from doing that?

19         A.  No, nobody stopped me.

20         But everybody -- these two people blamed me

21    before or after.  Like, if they didn't catch me

22    before, they waited until I come back and they

23    called me to their office, "Hey, we didn't finish

24    that.  Why?"  And these kind of things.

25         Q.  You would leave, and then they would blame

1      Q.  Well, the workday was fast paced.

2          There were deliverables that you had to

3   meet; right?

4      A.  Yeah, but I am saying for this technology

5   for semiconductor industry, this is not fast paced.

6      Q.  So it was a pace that you were accustomed,

7   to?

8      A.  Agreed on, yeah.

9      Q.  You had no problem with the speed at which

10  people worked at ASML?

11     A.  No.

12     Q.  And knew there were deadlines that you

13  would have to meet; right?

14     A.  Yes.

15     Q.  That's part of the job; correct?

16     A.  Yes, it is.

17     Q.  And there were deliverables that you had to

18  produce; correct?

19     A.  Mm-hmm.

20     Q.  Yes?

21     A.  Yes.

22     Q.  How does it impact ASML's business if you

23  don't meet a deadline or you don't get a deliverable

24  done on time?

25     A.  That means the whole project may be

1  affected.  Like, you have a deadline for this

2  project.  Let's say April.  It may be shifted to May

3  based on the delays that are going on or July or...

4        So if you delay your part, the whole

5  project basically is delayed, which is a lot of

6  money.

7     Q.  A lot of money.  It costs money.  It takes

8  time.

9     A.  It does, yeah.

10    Q.  Right?

11        Potentially ASML's customers could be

12 upset?

13    A.  Yeah, so what happened is two things:

14        Either -- that's from my experience in this

15 field in general.  Either the manager will relocate

16 your work to someone else, because you have some

17 certain situation that happened to you.  So he give

18 your task to someone else quick, so he can get it

19 done in April or he can say, Okay, I actually can't

20 take this delay.  It's okay.  I still have some

21 margin in my time budget.  I wait for another month

22 or two.

23        So he didn't do either.  He kind of -- "You

24 have the same tasks," the same tasks that means you

25 are in very perfect condition.  And he, by the way,

1  BY MR. NAYLOR:

2     Q.  Sure.

3        ASML had a duty to notify you about your

4  rights under the FMLA; right?

5     A.  Yes.

6     Q.  Now, let's say you had just started on your

7  first day of work.

8        Did they have a duty to notify you about

9  the FMLA on that first day or did their duty kick in

10  when you --

11        MR. SABATINI:  Object to the form -- object

12  to form.

13  BY MR. NAYLOR:

14     Q.  -- made it noted to them that you needed

15  FMLA?

16        MR. SABATINI:  Object to the form.

17        THE WITNESS:  I think it's the first day.

18  BY MR. NAYLOR:

19     Q.  So the first day that you began working for

20  ASML, you felt that the company should have notified

21  you about FMLA?

22     A.  Yes, and they can tell me what is the

23  qualification for.  Maybe there is a qualification.

24        Like, they can say, as an employee, this is

25  your right, but, actually, you can't use it until

1    this happen, until this condition happen.

2            Fine, but tell me what's on my right.

3            Why hide my right?

4       Q.  And if they had done that, like you said,

5    there would be no lawsuit?

6       A.  Yeah.

7            MR. SABATINI:  Object to the form.

8    BY MR. NAYLOR:

9       Q.  Are you certain that ASML didn't advise you

10   about your rights under the FMLA when you began your

11   employment?

12      A.  Yes.

13      Q.  You are sure that you didn't have an

14   orientation where you were given access to the FMLA

15   policy?

16      A.  Orientation, up to my remember, I never

17   seen something like that.

18      Q.  Is it possible that they gave you access to

19   the FMLA policy and you just don't recall?

20      A.  No.  No.  No.

21           MR. SABATINI:  Object to the form.

22   BY MR. NAYLOR:

23      Q.  You are sure?

24      A.  Because -- because it would be very obvious

25   for me.  Something I have never seen before, like

Page 123

1    something new for me.  Like, I was working at

2    KLA-Tencor, for example.  I never hear about

3    something like that, right.

4           So when you hear some term, some new term,

5    and I know in the background that my wife has these

6    health conditions that sometimes flare, then of

7    course I would notice something like that, because

8    it would help me when this happened.

9        Q.  You've got the Complaint there in front of

10   you still; right?

11       A.  Yes.

12       Q.  That take a look at paragraph 12.

13           Paragraph 12 says:

14           "On or about June 2017, plaintiff notified

15           defendant by and through a supervisory

16           employee named Chris Reed that he was

17           missing time from work because he was

18           caring for his wife who was going through a

19           high-risk pregnancy."

20           Did I read that correctly?

21       A.  Yes.

22       Q.  So is June 2017 the first time that you

23   notified ASML that you were missing time from work

24   because of your wife's high-risk pregnancy?

25       A.  No.  I think it was May.

1    Q.   You think you notified ASML in May?

2    A.   In May, yeah.

3    Q.   Do you recall which date in May you first

4  notified ASML that you were missing work to care for

5  your wife because of her condition?

6    A.   Not the exact date, but it was like

7  between -- like after the middle of the May.

8    Q.   After the middle of May?

9    A.   Yeah.

10    Q.   Was it after you were put on a performance

11  improvement plan?

12    A.   I remember where was the improvement plan.

13  I think it was starting in May, too.  So, no, I

14  think it was before.

15    Q.   You think you notified ASML --

16    A.   Before -- if the plan started in the end of

17  May, if I recall correctly, they moved me to plan,

18  this was before then.  This was like in middle of

19  May kind of.

20    Q.   And you notified Chris Reed?

21    A.   Chris Reed, specifically, yeah.

22    Q.   And in the middle of May 2017?

23    A.   Yes.

24    Q.   And what did you tell Mr. Reed in that

25  conversation?

1      A.  So at this point --

2           MR. SABATINI:  Objection to form.

3           THE WITNESS:  At this point, the bad

4   bleeding and stuff wasn't that much, but it started

5   like, to happen.  And the doctors was, at this

6   point -- like even before that, they told us when

7   she start bleeding -- like in March timeframe,

8   starting April timeframe, they were saying, you

9   know, this is a high-risk pregnancy.  Whenever you

10  have bleeding, run to emergency without asking

11  nobody.  Just tell them the situation, and they will

12  take care of you.  This happened in beginning of

13  April timeframe or something.

14          So when -- in the middle of May, this

15  happened maybe once.  So when I worked with Chris, I

16  told him, you know, the situation is my wife has

17  high-risk pregnancy.  And sometimes she would call

18  me just, you know, in the middle of the meeting,

19  anything, and I have to run to the house because the

20  doctor said this will be a risk threat -- life

21  threatening, so you have to take her to the

22  emergency room right away.

23          So I explained to him that situation like

24  kind of these words, not exact words, but...  And

25  what he said is, like, you know, that's -- you know,

1    that's sad.  Hopefully things will be all right and

2    everything will be fine.  But that day I wasn't off.

3    I wasn't taking the day off or anything.  I was just

4    explaining to him the situation.

5          And this -- if I remember correctly, this

6    was like in the beginning of the week in third week

7    of March or, sorry, of April or something like that.

8    I don't recall correctly.

9    BY MR. NAYLOR:

10         Q.  The third week of March --

11         A.  I'm sorry.  Of May.  Of May.

12         Q.  Of May?

13         A.  Yeah.

14         Q.  Okay.  So that's the first time, third week

15   of May 2017 --

16         A.  When he know.

17         Q.  -- when you told Chris Reed that you needed

18   to miss some work or you were going to miss some

19   work because of your wife's condition?

20         A.  Yes.

21             And my explanation to him is I may be in

22   the middle -- that's what was my concern, is I may

23   be in the middle of a meeting, and she called me,

24   that I need to run right away.  So I kind of give

25   him a heads-up that if this happen, he know why.

1   like because it's my reputation.  If I do a design,

2   like crappy design, it will be forever known that

3   this guy did this design in our engineering

4   community.

5          So it's my -- what was hurting me more is I

6   know if I finish it on the deadline, he is saying it

7   will be very crappy.  It will be -- I need some time

8   to do the design in the right way, you know.

9          So the quality was and the deadline was two

10  things that really -- you know, they are very

11  linked.

12     Q.  So you turned in work product that was both

13  late and poor quality?

14     A.  Yes.

15         MR. SABATINI:  Object to the form.

16         THE WITNESS:  Not poor quality.  The

17  minimum quality.  The minimum that will make the

18  thing work, but not as I want it.

19         If you give me enough time to do these

20  things, I will do it in the perfect way.  But if you

21  tell me, Okay, go bring it the coming Monday and in

22  the middle of the week I take three days off, now I

23  have two days to finish this, and I promised you to

24  give it to you Monday.  I know how your face will be

25  if I give it to you Monday, it's not done.  You

1      A.   Minus 24 again.

2           Minus 22.64.

3      Q.   And that's the balance that it shows here

4  on Bates Number '1363; right?  You've got minus

5  22.64?

6      A.   Yes.  I see the number here.

7      Q.   Okay.  So do you have any reason to dispute

8  that ASML paid you up to 22.64 additional sick hours

9  that you did not have in the bank?

10          Any reason to dispute that?

11     A.   I don't recall, but I don't have any reason

12 to dispute it.

13     Q.   Okay.  Let's do the same thing with your

14 vacation.

15          Go back to Bates Number '1360.

16          This is a check August 18th, 2017.

17     A.   '1360.  Okay.

18     Q.   What's your available vacation balance as

19 of August 18th, 2017?

20     A.   35.54 hours.

21     Q.   Okay.  Enter that in, please.

22     A.   35.54, okay.

23     Q.   Turn the page.

24          We're looking at the first paycheck dated

25 September 1st, 2017; Bates Number '1362.

Page 144

1      A.   This is the same one or different?

2      Q.   Listen to the question, sir.

3      A.   Okay.

4      Q.   Going to the very last page of this

5  Exhibit 2, Bates Number '1361, it shows a negative

6  vacation balance of 4.62; right?

7      A.   Yes.

8      Q.   Do you have any reason to dispute that ASML

9  paid you 4.62 beyond what you had in the bank for

10 vacation?

11     A.   Besides I don't remember that, but, no, I

12 don't have any reason to dispute.

13     Q.   Okay.  So let's skim through this exhibit

14 in its entirety.

15          If you look through Exhibit 2, which,

16 again, is all of your earnings statements from 2017,

17 you always have a positive vacation balance.

18          Do you agree?

19     A.   Yes -- no.  In January, I have minus 1.76

20 sick available.

21     Q.   I am talking about vacation.

22     A.   In January -- you say vacation only?

23     Q.   I am talking about vacation.  Let's start

24 again.

25     A.   Talking about vacation.

1    '1362; right?

2        Q.  That's one of them, yes.

3            So listen to the question.

4            From March until your final paychecks, you

5    always had a positive sick pay balance; correct?

6        A.  No, not correct, because my last three

7    checks I have negative sick balance.  The one on

8    page '62, '1362, sixty-...

9        Q.  Those were your final paychecks; correct?

10           Those are all dated September 1st?

11       A.  If I received these two ones that you was

12   talking about today, the one that has sick hours and

13   the vacation hours, if I received these, then these,

14   besides my last paycheck, which is September 1st

15   paycheck, it all has negative sick time.

16       Q.  Okay.  I am going to ask the question a

17   different way.

18           Sir, do you have any reason to dispute that

19   the paystubs in Exhibit 2 are true and correct

20   copies of what you were actually paid and what your

21   actual vacation and sick pay balances are?

22       A.  I have no reason to dispute that.

23           MR. NAYLOR:  Should we take a lunch break.

24           THE WITNESS:  Lunch break?

25           MR. NAYLOR:  Sound good?

1                   AFTERNOON SESSION

2

3           THE VIDEOGRAPHER:  This is the beginning of

4    Media Number 3.

5           We are going back on the record at

6    1:32 p.m.

7    BY MR. NAYLOR:

8       Q.  Mr. Saad, I want to clarify something that

9    we talked about earlier.

10          When your wife was at home in 2017 and the

11   doctors were concerned about her bleeding, if she

12   had instances where there was blood or there was an

13   emergency, did you always go home and be there for

14   her?

15      A.  Yes.

16      Q.  In those instances -- well, let me ask:

17   How frequently did that happen where she had an

18   emergency or there was blood and you had to go home?

19      A.  At the beginning, it was maybe once every

20   other week.  I mean, like during March, April, May,

21   but after that, start to be more frequent.  Maybe

22   once a week or so.

23      Q.  Okay.  So you remember when we filled out

24   the calendar on Exhibit 1 and you circled the days

25   that you need to have off, did you really need to

1      Q.   High?

2      A.   Yes.

3      Q.   Okay.

4           Would you read what you wrote to Chris Reed

5      there on Monday, October 17th, 2016?

6      A.   If this is my e-mail to him, what's written

7      here is:

8           "Hi, Chris, I have negative balance in sick

9           hours (-18.40 hrs) and vacation (-2.40

10          hrs).  Physically I took only one day

11          vacation, and the rest were all for taking

12          care of my wife and kids while my wife

13          either in hospital or having a medical

14          procedure.  Even the October 28th day off

15          is to take my wife for her medical

16          treatment (Crohn's disease hospital

17          treatment that occurs periodically and does

18          not allow her to drive home afterwards)."

19          "Is there anything in ASML HR system that

20          can help to add hours to my vacation/sick

21          balance?  I have the medical records and

22          discharge papers that support each

23          incident."

24          "Please let me know."

25          "Thank you, Mohamed."

1    Q.  Okay.  So do you recall writing that

2  e-mail?

3    A.  I don't recall.  It has been long time, but

4  just catch my eyes is talking about October 28th

5  while we are on October 17, supposedly this e-mail.

6    Q.  Yeah.

7    A.  Maybe.  I don't know.  Like, it talks -- it

8  doesn't make sense for me that I am asking about 28

9  while we are 17th and I already have days off that's

10  under the balance, but okay.

11    Q.  I think what you're saying there, Mr. Saad,

12  is you are saying even October 28th, the day that

13  you have requested off in the future, is not for

14  vacation, but it's to take your wife for her medical

15  treatment; right?

16    A.  I didn't say anything in the future.  I

17  just saying even though October 28th while the

18  previous sentence is saying talking about past.  You

19  know, but it's okay.  Let's assume that -- let's

20  pretend that I sent this e-mail, this one.

21    Q.  Well, I don't want to pretend, sir.

22      Do you recall writing the e-mail?

23    A.  I don't recall it, but --

24    Q.  Do you have any reason to dispute that you

25  wrote the e-mail?

1        A.   It looks very authentic.

2        Q.   Okay.  Do you have any reason --

3        A.   So I can't -- I can't dispute it.  I

4    cannot.  It looks...

5        Q.   So in this e-mail, you notify Chris Reed

6    about your wife's medical condition; right?

7        A.   Yes.

8        Q.   And you told me earlier that you thought

9    that there was a time when you had told them in

10   writing; correct?

11       A.   Yes.

12       Q.   So here we are.  We are looking at an

13   e-mail where you have notified ASML in writing that

14   your wife has a health condition; right?

15       A.   Yes.

16       Q.   And you have asked for some specific

17   assistance; right?  You say, "Is there anything in

18   ASML HR system that can help to add hours to my

19   vacation/sick balance," because, as you put here,

20   you had taken those balances, your sick and

21   vacation, into a negative; right?

22       A.   Uh-huh.

23       Q.   Yes?

24       A.   Yes.

25       Q.   So you needed some other way to take time

1    Q.  Listen to my question.

2         When we talked before, you were certain

3    that Chris Reed had never advised you about the

4    FMLA; right?

5    A.  And -- yes.

6    Q.  Okay.  Well, now, we see an e-mail where

7    Chris Reed has advised you of the FMLA?

8    A.  If this e-mail is correct, yes.

9    Q.  And you have no reason to dispute it, do

10   you?

11   A.  I have no reason to dispute it.

12   Q.  So you didn't remember this time when he

13   advised you of the FMLA.  Is it possible that he

14   advised you of the FMLA in 2017 and you are just not

15   remembering it?

16        THE WITNESS:  After April --

17        MR. SABATINI:  Object to the form.

18        THE WITNESS:  -- absolutely not, because

19   after April I was in need to it.  After April I was

20   in absolute need to it.

21        Like back then, this, this is just kidney

22   stones.  All these days that I took during 2017,

23   just kidney stones, which just run to the hospital,

24   stay maybe couple days, done.  And we stay good for

25   couple months or so.  So all of this, kidney stones.

1    Q.  Okay.  And, again, you don't recall whether

2  -- strike that.

3         Let's mark this as Exhibit 4.

4         (Deposition Exhibit Number 4 was marked for

5         identification.)

6  BY MR. NAYLOR:

7    Q.  Mr. Saad, you don't recall whether you

8  clicked on the link that Chris Reed sent you to

9  ASML's FMLA policy?

10   A.  The question is what?

11   Q.  Do you recall whether you clicked on the

12 link to ASML's FMLA policy that Chris Reed sent you

13 in October of 2016?

14   A.  No, I don't recall.

15   Q.  You don't recall?

16        You might have.  You might not have.  You

17 don't remember?

18   A.  Yeah, exactly.  I don't recall.

19   Q.  This is the policy in Exhibit 4.  It's

20 called leave of absence policy 103.

21        Do you see that?

22   A.  Yes.

23   Q.  Effective date, what is the date there?

24   A.  6/20/12.

25   Q.  This talks about family and medical leave

1          perform the employee's job; the employee's

2          medical prognosis; the hardship to the

3          company caused by the employee's absence,

4          taking into account the nature of the

5          employee's job and the employee's

6          performance.  While ASML will examine

7          applications for medical leave and make

8          determinations regarding the length of

9          leave on an individual, case-by-case basis,

10         it will not ordinarily grant a medical

11         leave of absence lasting longer than six

12         months."

13     Q.  I'll stop you there.

14     A.  Uh-huh.

15     Q.  So this is a policy that says an employee

16 who is not eligible under state or federal FMLA can

17 still apply for a medical leave of absence at ASML;

18 right?

19     A.  Yes.

20     Q.  That's what it says?

21     A.  It does.

22     Q.  So Chris Reed sent you a link to this

23 policy, and even though he said in his e-mail --

24     A.  You are not eligible.

25     Q.  -- "you need to have worked 12 months

1    before taking advantage of FMLA," there's actually a
2    portion in this policy that you could have -- that
3    would have allowed you to apply for family medical
4    leave; right?
5         A.   Exactly, yeah.
6         Q.   And he encouraged you to contact HR.
7              Do you recall that in his e-mail?
8              He said, "For further details, contact HR."
9         A.   Uh-huh, yes.
10        Q.   Yes.
11             Did you contact HR after receiving this
12   e-mail?
13        A.   I don't recall, so here about --
14        Q.   But you could have; right?
15        A.   I could have, but that's -- that's what I
16   am talking about.
17             Like, if I don't find the solution with my
18   manager or something, I go to HR and ask them if
19   there is an option.
20             So if this is the case -- so I think
21   after -- if this is his response, I would go to the
22   HR and say, What is the consequences of that?  Like,
23   if I exceeded this negative, negative, negative, and
24   I am still taking days off, you guys will do what?
25   Will cut off my check?  Will banish me somehow?

1   That will be my question to HR.  Because already my

2   manager told me, "You are not qualified."

3        Q.  Well, I don't think he says you're not

4   qualified.

5             That's not what the e-mail says, is it?

6        A.  Yeah, you need to have worked 12 months

7   before taking advantage of it.

8        Q.  Of FMLA; right?

9        A.  Yeah.

10       Q.  But you didn't click on the link or you

11   don't recall clicking on the link where there's a

12   policy just for someone like you who is not eligible

13   who can still apply for family medical; right?

14       A.  Yeah.

15       Q.  But you didn't do that?

16       A.  I didn't click on no link, so -- you

17   already gave me the summary.

18       Q.  You didn't click the link.  You didn't

19   apply for FMLA or for this other kind of family

20   medical leave, did you?

21       A.  No.

22       Q.  But you could have?

23       A.  I could have if he didn't say that.  He

24   said, You can't take advantage of that.

25       Q.  Mr. Saad, is it Chris' responsibility to

1  fired for performance at ASML," is?

2       A.  Yes.

3       Q.  Now, you told me a while back that you were

4  put on a performance improvement plan; right?

5       A.  Yes.

6       Q.  And that's because you got a partially

7  meets score on your 2016 review?

8       A.  Yes.

9       Q.  I am going to show you what we'll mark as

10  Exhibit 5.

11          (Deposition Exhibit Number 5 was marked for

12          identification.)

13  BY MR. NAYLOR:

14       Q.  So Exhibit 5, sir, is a copy of your PPM

15  from 2016.

16          My only question to you is:  Is this a true

17  and correct copy of the PPM that you received based

18  on your 2016 performance?

19       A.  I have no original copy, so I don't know.

20       Q.  You never received a copy of your review?

21       A.  I received an electronic copy that was the

22  employee's website thing, that link that you go to.

23  It's your record and stuff.

24          So you are able to see it, but when they

25  seized my computer and everything, I have no access

1    matching parts and everything, the team lead,

2    Matthew Urmaza.  So we go through the drawing, the

3    CAD models, and make sure everything is right in the

4    assembly and everything.  Not just Matt Urmaza;

5    everyone else can even see it.  All right.

6         So if I have screws, and let's say screws

7    in there, in somewhere in the assembly, these may be

8    in July in the assembly; all right?

9         So if nobody catched it all this time until

10   he came in March and say there is a screws problem,

11   that would be a joke.

12        You know, so what I am saying -- what I am

13   saying is, what he wrote here, I 100 percent

14   disagree for every single word he said here.

15        What happened, in my opinion, is he tried

16   to blame me for delaying the project, which, yes,

17   the project was delayed because of me.  Yes, that

18   happened, because the tasks were delayed, my task.

19   My own tasks were delayed because of this situation

20   that I have during 2016 itself.

21        Q.  What situation?

22        A.  So as I said earlier, in 2016, as soon as

23   we moved to Connecticut, these doctors, the Crohn's

24   doctors, requested to make colonoscopy.  And after

25   that, like days after days, I have to take this day

1    best.  So I was not in this corner.  I was in the

2    corner that's below what they expect.

3         Q.  You were partially meets; right?

4         A.  Partially, yeah.  Not meeting what he --

5    yes.

6         Q.  And so automatically they put you on a

7    performance improvement plan?

8         A.  Yes.

9         Q.  Do you agree that there were areas in which

10   your performance needed to improve as of May 2017?

11        A.  As of May 2017?  No.

12        Q.  So as of May 2017, which is when the PIP

13   was given to you, you believe that your performance

14   was 100 percent satisfactory and there was no area

15   that you could have improved your job performance in

16   any respect?

17        A.  No.

18        Q.  What I said is correct?

19        A.  Yes.

20        Q.  And is that true from May 2017 through the

21   end of your employment, that your job performance

22   was 100 percent satisfactory and there were no areas

23   in which you needed to improve?

24        A.  No.

25             After -- after the May or June time period,

1  when I start to be absent a lot and be in the

2  emergency room a lot, I believe I wasn't -- like, he

3  would say, like, being present, being committed to

4  the deadlines and the stuff, I wasn't meeting that.

5  I had been absent a lot, and I wasn't able to meet

6  commitments, like finishing and deadlines.

7          And so based on that, no, I was not meeting

8  what they were expecting, because of these

9  circumstances that I told you about.

10     Q.  So your performance, according to you, your

11 job performance actually declined in some respect

12 from May 2017 until the end of your employment in

13 August 2017?

14     A.  Yes.

15          It declined, and I was like screaming for

16 help.  And someone just ignored it completely and

17 said "deadlines, deadlines, deadlines."  So that's

18 what I am saying.

19     Q.  And when you say you were screaming for

20 help, you mean you went to Chris Reed and told him

21 that your wife had a health condition --

22     A.  Yes.

23     Q.  -- and that's why you were taking time off?

24     A.  Yes.

25     Q.  Okay.

1    Q.  And like he said, you're sure because of

2   lack of sleep and other factors that you missed --

3   you missed things with your design; there were

4   errors?

5    A.  Yes, and I keep telling them it's not done.

6   I keep telling Chris Reed and Matt, "I am not done

7   with this design.  I need to spend some time with it

8   to make sure that" -- hoping that, you know, I

9   will -- at certain point I will make sure that

10  everything is perfect before I say, "It's okay.

11  It's done."

12       But this was pushing the days.  Like, he is

13  supposed to finish it to today, but actually you are

14  requesting another two weeks.

15       So for Chris Reed, it was like, "You are

16  absolutely out of performance.  Like need to be done

17  today."

18   Q.  Didn't Chris Reed, though, as your manager,

19  have the right to set deadlines and expect you to

20  meet them?

21   A.  Yes.

22   Q.  And didn't Chris Reed, as your manager,

23  have the right to expect that you would do your work

24  precisely at a high level, commensurate with your

25  job grade and with your education?

1      A.  Yes.

2      Q.  Free of needless errors?

3      A.  Of course, yes.

4      Q.  Let's talk about the areas that are

5  identified in the PIP, and you understand if I say

6  "PIP," I am talking about the performance

7  improvement plan; right?

8      A.  Yes.

9      Q.  So there are three areas identified there

10 that they are expecting -- ASML is expecting you to

11 improve in.

12         Number one is attention to detail; right?

13     A.  Yes.

14     Q.  Two is being present?

15     A.  Yes.

16     Q.  And three is meeting commitments; right?

17     A.  Yes.

18     Q.  When it comes to attention to detail, would

19 you agree that your drawings and your designs had

20 too many errors in them which had to be caught by

21 other people?

22     A.  Absolutely not.

23         And that's what I told him when he showed

24 me this paper.  He showed me this document.  But he

25 is my manager.  Like, I can't tell him, "No, I won't

1    agree that that changed?

2            You had less attention to detail because

3    you were spending so much time at home and in the

4    hospital; right?

5        A.   Not giving him something that -- so I don't

6    agree with that.  I didn't give him anything that's

7    missing.  Like, I was taking longer time.  Like

8    instead of, like, attention to details for me, I can

9    catch all details and everything, let's say, in four

10   days.

11           But if I am working four days -- so if you

12   ask me on day number four, "It's done?"  Yes, it's

13   done.  Everything, details are taken care of and

14   everything, right.  But because I took two or three

15   days in the middle of these four days, then I finish

16   it when?  Later on, right, after a week or so.

17           So my attention to details become less,

18   which make me deliver things slower.  Like, I start

19   to double check myself multiple times because I know

20   I am not 100 percent concentration because I didn't

21   sleep last night, for example.

22       Q.   So throughout the PIP you felt that your

23   attention to detail remained constant?

24       A.   Yes.

25       Q.   But you agree then that the being present

1   in the meeting commitments objectives of the PIP

2   were things that you needed to improve upon?

3        A.   Yes.

4        Q.   Okay.  So when you told me a moment ago

5   that as of May 2017, when the PIP was delivered,

6   that there were no areas in which your job

7   performance needed to improve in any way, that

8   wasn't true; right?

9        There were two areas at least where your

10   performance needed to improve, being present and

11   meeting commitments; correct?

12        A.   Being present and -- yes, I agree.

13        Q.   Okay.

14        A.   So these two were actually -- like, when he

15   made this plan, I started to take a lot of days off.

16   So we were talking about that.

17        You are not talking about past.  That's

18   what I was saying earlier.  My 2016 performance

19   wasn't bad.  It was in 2017, like during April and

20   May, before he wrote this plan, that I start to have

21   multiple days off.

22        So that's why, my understanding, when he

23   wrote that, is because I absent a lot.  I didn't

24   meet deadlines in April and May.  Then he wrote

25   this, but I didn't put it in 2016.  I didn't agree

1   at all.  I told him I don't agree to that, but I

2   will sign it because you said.

3        Q.  Okay.  We're talking about 2017 --

4        A.  Yes.

5        Q.  -- and the PIP that we're looking at here

6   as Exhibit 6.

7            Okay?

8        A.  Yes.

9        Q.  In 2017, when you received the PIP, do you

10  agree that being present was an area that you needed

11  to improve in?

12       A.  Yes.  When I received it, yes.

13       Q.  How did you need to improve in the way of

14  being present at ASML?

15           What did you need to do to demonstrate

16  improvement?

17       A.  Not to take days off much and attend in the

18  meetings and share in the meetings.

19       Q.  Okay.

20       A.  But because I was taking days off, then

21  this target was need to improve.

22       Q.  What about he mentions in here a lack of

23  energy and focus, a lack of sense of urgency.

24           Do you agree that at times you exhibited a

25  lack of energy and focus?

1      A.   No.   I mean, for that time period, yes, I

2   start to lose my focus because of this side problem,

3   but I was doing what I am supposed to do.   It was

4   just taking longer.

5      Q.   Okay.   And what about a lack of sense of

6   urgency.

7           Do you agree that during the PIP period you

8   displayed a lack of sense of urgency on occasion?

9      A.   No.   It was -- this, I did not.

10          But the explanation is because it was

11  supposed to be due this Friday, you finished it the

12  next Friday.   So it was urgent.   I mean, it was to

13  be done Friday.

14          So he take it -- or let's say he took it

15  here as lack of -- like, you don't finish things as

16  urgent as we explain it's urgent.   But, for me, it's

17  because I took days off, so it become like four or

18  five days later.

19     Q.   Okay.   So you felt that if there was a lack

20  of urgency perceived by Chris Reed, it was because

21  you weren't meeting deadlines?

22     A.   Yeah, exactly.

23     Q.   Okay.   What about in the area of meeting

24  commitments?

25          What was it about your job performance in

1    that area that needed to improve during the pay

2    period?

3         A.  So deadlines.

4            Like, we have -- we even had an Excel

5    sheet, or something like that, that has this task by

6    this date, this task by this -- like we have it

7    detailed, and it need to be within the specific

8    dates.

9            Like, so that's why I was -- like, when I

10   explained to him the situations I am in, he was kind

11   of showing me the same sheet.

12        Q.  Right.

13        A.  We have to finish that by that date, that

14   by that date, before he let me go.  "Okay, go."

15           But at the same time, he give me the

16   comment that, "You already have deadlines."

17        Q.  So when you received the PIP, did you

18   understand what was being said in your PIP in terms

19   of the performance improvement that you needed to

20   show?

21        A.  Yes.

22        Q.  It was clear to you; right?

23        A.  Yes.

24        Q.  Okay.  And you felt like you had the tools

25   and the resources to achieve what they were

1    expecting you to achieve?

2        A.   When I received it, yes.

3        Q.   Okay.  Now, the PIP period, if you go to

4    the first page of the performance improvement plan,

5    it says ASML -- this is the second paragraph.

6             "ASML is formally notifying you of this

7             required improvement and is placing you on

8             a performance improvement plan for the next

9             60 days."

10            Do you see that?

11       A.   Yes.

12       Q.   Okay.  So that was the PIP period, 60 days;

13   right?

14       A.   Yes.

15       Q.   So if the PIP was handed to you May 25th,

16   2017, when did the PIP period expire?

17       A.   Supposed to be July 25th.

18       Q.   Okay.  So do you agree that as of

19   July 25th, you needed to have demonstrated whatever

20   improvement ASML was telling you you needed to make

21   in this PIP?

22       A.   Yes.

23       Q.   Okay.  And that was clear to you at the

24   time that you received it; right?

25       A.   Yes.

1    So we were not working on things that's

2  kind of imaginary or anything.  Like, it was like

3  written, like, document, CAD model, something like

4  that.  Or, if it's a meeting, I attend all the

5  meetings.  Like, I wasn't missing meetings.  I am

6  attending all the meetings.  I am sharing in the

7  meetings.  These kind of things.

8    Q.  Yeah.

9    But you told me you did miss meetings

10  during the PIP and you did not hit deadlines during

11  the PIP; right?

12    A.  Yes.

13    That happened, but what I am saying is he

14  sat with me.  We kind of put the whole thing

15  together.  First of all, you finish the targets I

16  gave you.  The tasks I gave you or not, which I show

17  him the proof that I finished it.  Attended the

18  meetings.  Yes.  I am sorry I missed a couple of

19  days, but I attended the other three.

20    For the meetings, I was actually supposed

21  to attend all these meetings, but I missed this and

22  this because -- so he was kind of, okay, you have

23  this excuse for that and so he write down and so on.

24    Q.  So go back a little bit.

25    You understood that you could be fired if

1  you did not demonstrate sufficient performance under

2  your PIP; right?

3       A.  Yes.

4       Q.  You told me during your PIP you had to have

5  certain absences to be home with your family; right?

6       A.  Yes.

7       Q.  And you took vacation and sick days to

8  cover those; correct?

9       A.  I think if I have a balance, I will take it

10  as -- yes.

11       Q.  Right.

12           Because that's what you were required to

13  do; right?

14       A.  Yeah, I mean --

15       Q.  You couldn't take a half day off work and

16  just not tell anyone and not charge your sick or

17  your vacation, could you?

18       A.  No.  No.  You have to.

19       Q.  You have to?

20       A.  Yeah.

21       Q.  That's the honest way to do it; right?

22       A.  Yeah.

23       Q.  So if you did you take time off to be home

24  with your family during the PIP period, you would

25  have used vacation or sick pay if it was available;

1    Q.  It's just divided over two days; right?

2    A.  Yes.

3    Q.  Okay.  Take a look at the second page of

4  your PIP.

5        You see where it says "resolution"?

6    A.  Yes.

7    Q.  In the last paragraph there, at the bottom,

8  it says:

9        "Please provide to me in writing how you

10        will contribute to successfully managing

11        the above mentioned items no later than one

12        week from our discussion today."

13        Did I read that correctly?

14    A.  Yes.

15    Q.  Did you provide to Chris Reed in writing an

16  explanation of how you would contribute to

17  successfully managing these issues in your PIP?

18    A.  Yes.

19    Q.  And what did you tell him in terms of how

20  you were going to improve with regard to attention

21  to detail?

22    A.  So attention to details, I don't recall

23  exactly what I told him, but I believe I will -- if

24  I am writing it today, I would say the same thing.

25  I would say I would pay attention to more details.

1      Q.  How would you do that?

2      A.  For double checking dimensions, double

3  checking alignments, double checking things.  That's

4  the only thing I can say.

5      Q.  Because you needed to catch errors.  That

6  was part of your responsibility, right, as you were

7  creating a design?

8      A.  Yeah.

9      Q.  You can't make errors and then expect your

10  coworkers to catch them for you?

11      A.  No.

12          So what happened is, like, you tried to

13  tell -- whatever here -- you go through it, and you

14  tried to say how you will do it.  So details, okay,

15  I will check details more.  I will give more

16  attention to details.  I will check it with my peers

17  as well.  Like, show it to my peers and make sure I

18  am okay, and these kind of things.

19      Q.  And did you do that?

20      A.  Yeah.

21      Q.  You felt like you sufficiently improved in

22  that area, in the attention to detail area?

23      A.  I did not -- in details and in making the

24  drawings and the CAD models aligned and the stuff,

25  like I was double checking myself, of course, as

1      A.  Yes.

2      Q.  So this document, this Exhibit 7, was part

3  of what you and Chris Reed did throughout the PIP

4  process; right?

5      A.  (Witness nods head.)

6      Q.  You guys would meet.  You would talk about

7  action items to help you improve on the PIP, and you

8  would both have written input on your progress;

9  correct?

10     A.  Yeah.  I am telling him what I did.

11     Q.  And he's telling you --

12     A.  And he is checking it and telling me if

13  that's what we need and everything, yeah.

14     Q.  And then he tells you what to do for the

15  next week period?

16     A.  Yeah, but we have general guidelines.

17  Like, we have general to finish this by that date to

18  finish this by that date, these kind of things, in

19  an Excel sheet.

20     Q.  So there was a lot of communication between

21  you and Reed throughout the PIP process?

22     A.  Yeah, weekly.

23     Q.  Okay.  Look at the -- turn two pages and

24  look at the document that says TPD-100 (sic)

25  Improvement Categories.  Right there.  That's it.

1    '184, sent August 15, 2017, at 9:36 a.m.

2          Let me know when you're there.

3     A.  '184?

4     Q.  '184.

5          David Taub was the architect; right?

6     A.  Yeah.

7     Q.  David Taub says:

8          "Hi, Mohamed.

9          "An issue with the interface for the

10         objective on the Objective Shaker Fixture

11         was observed (details below).  It looks

12         like the objective would not be able to be

13         mounted on the fixture.  Please check the

14         entire fixture and all interfaces and

15         clearances and resolve any issues."

16         So let me just stop there for a second.

17         Your whole job was to design an objective

18   shaker fixture such that the objective could be

19   mounted to the fixture; right?

20    A.  Yes.

21    Q.  And he's telling you it looks like we can't

22   mount the objective to the fixture because there are

23   interferences (sic) and clearances that need to be

24   resolved; right?

25    A.  He is saying...

1    A.   No.

2    Q.   So the first e-mail is July 19th, 2017 at

3  3:03 p.m., and Matt writes to Chris:

4         "Chris:  During a meeting in my cube this

5         afternoon, I heard Mohamed Saad snoring.

6         Therefore, I walked over to his cube and

7         woke him up.  I did not say anything when

8         he woke up.  This occurred at 2:40 p.m.

9         today.  This performance update is based on

10        your request."

11   Q.   Were you sleeping on the job that day?

12   A.   It happened -- it happened couple times

13  during July, specifically, and August.

14   Q.   Okay.

15   A.   Because, again, coming back from the

16  emergency room 5:00 in the morning and going back to

17  work, of course you expected to snooze some time.  I

18  mean, what you can do?

19   Q.   How many times do you think you slept on

20  the job at ASML?

21   A.   I mean, during July and June, maybe four

22  times or something.  I don't remember, but that was

23  specifically these days.

24         And they know.  The funny thing is they

25  know.  Like, I come to work and I stop by my

1      A.  I didn't see.  No, I didn't see anything.

2  I saw him just sitting down and the lady.  And they

3  telling me that "You went through the PIP and you

4  didn't pass.  So this is your last day."  These kind

5  of things.

6      Q.  So you don't know who made the

7  determination that you had failed your PIP --

8      A.  Hundred percent, no.  No.

9      Q.  You've got to wait for me to finish my

10 question for our court reporter.

11         Okay?

12     A.  Okay.

13     Q.  Okay.  You don't know 100 percent who made

14 the decision that you failed your PIP.

15         Do you have a lesser understanding of who

16 made the decision that you failed your PIP?

17     A.  What do you mean "lesser understanding"?

18     Q.  Do you have a belief about who made the

19 decision that you failed your PIP?

20     A.  Yeah, I believe it's Chris Reed.

21     Q.  Okay.  What factors do you believe Chris

22 Reed considered in determining that you had failed

23 your PIP?

24     A.  That I didn't meet what he want.  That's

25 what I think.

1      Q.  So you think Chris Reed looked at the PIP

2  itself and said "I don't think he did" what I

3  expected and --

4      A.  That's what I think.  I don't know.

5      Q.  Do you believe Chris Reed considered

6  anything else in making the determination that you

7  failed your PIP?

8      A.  I don't know.

9      Q.  Okay.  When did Chris Reed make the

10  decision that you had failed your PIP?

11      A.  He didn't tell me I failed anything.  He

12  just -- on the day of last day, when we sit down

13  with the HR lady, that's what he said.

14  BY MR. NAYLOR:

15      Q.  When was the decision to end your

16  employment at ASML made; do you know?

17      A.  8/24.

18      Q.  So you feel that ASML made the decision to

19  fire you on August 24th, 2017, the same day they

20  informed you of that decision?

21      A.  I don't know if they made the decision

22  earlier, but I am saying they told me that "You

23  failed on this PIP and this is the last day."

24      Q.  I understand.  I am trying to get your

25  understanding of when the decision to fire you was

1    made.

2           You don't know when ASML made that

3    decision, do you?

4           A.  No.  No, but I can -- I have a belief when

5    it happened.

6           Q.  When do you believe ASML made the decision

7    to end your employment?

8           A.  The week before, when I have this e-mail

9    saying this is misaligned.  Something like that;

10   couple features misaligned.  And then Matt Urmaza

11   send it to Chris Reed.

12          At this meeting, I felt from the way he is

13   writing the comment about that, that he already made

14   the decision I failed that, but I didn't.  Because

15   he was saying -- one of the things he was saying,

16   it's 60 days, but we may actually extend it to 90,

17   to 120, depending on the situation.

18          Q.  When did he tell you that?

19          A.  That's at the very beginning.

20          Q.  Okay.

21          A.  So when he said that, my understanding is,

22   even though, you know, he see that this problem

23   happened with this dimension or whatever, then we

24   still have the chance to extend.  Especially he see

25   the circumstances, so he may have the opportunity to

1    online, all these kind of things, which basically is

2    not the right thing to do for your employee.

3              So why they kicked me out?  Performance.

4              That's the short story.

5              Is it really performance?  Like if things

6    are done right from their side -- not my side, from

7    their side -- it will be performance?  Never.  In

8    100 year, never will it be performance.

9              So I think performance was wrong.  The PIP

10   was wrong.  I never given enough time to do the

11   things in the right way that they want, given that I

12   explained to my manager multiple times the

13   situation.  He did not help me by giving me the hint

14   about the FMLA when I needed it, the same moment I

15   needed it.

16        Q.  So the short answer to my question "Why do

17   you believe ASML fired you?" is poor performance;

18   right?

19        A.  Yes.

20        Q.  Okay.  You told me earlier that you didn't

21   feel it was possible that ASML honestly believed

22   that you had underperformed and failed to meet the

23   objectives of the PIP; right?

24        A.  That they didn't what?  I'm sorry.

25        Q.  You told me that you didn't feel it was

1  possible that ASML honestly believed that you had

2  failed to meet your PIP.

3          You felt like there was some other reason.

4          Am I misremembering?

5          Let me ask it a different way.

6     A.  Yeah, please.

7     Q.  Okay.  ASML told you they were firing you

8  for poor performance; right?

9     A.  Yes.

10    Q.  They told you that "We're firing you

11 because you didn't meet your PIP goals"; right?

12    A.  Yes.

13    Q.  Do you believe that ASML honestly believed

14 that that was the reason they were firing you; that

15 they looked at the way you had performed and they

16 believed you had not met the goals they set for you?

17         Is that possible that they believed that?

18    A.  So yes and no.

19         Like, yes, ASML, as a company, as an HR,

20 who doesn't know who is this person and what are the

21 circumstances, yes, they believe it is because "You

22 didn't meet the goals."

23         But, no, it's not my manager.  My manager

24 has some certain reasons that, for me, it's unknown.

25 But from what I see on my side, that he didn't

1  will happen at the end of the day or the next day.

2  Maybe another call.

3       Q.  I understand.  There's always --

4       A.  But no intention --

5       Q.  There's always the possibility that you

6  might need time off in the future.

7            My question is:  On August 24th, 2017, when

8  you returned to work at ASML, you had no plans at

9  that time to take additional time off from work, did

10 you?

11      A.  No.

12      MR. NAYLOR:  Can we take a quick break?

13 Five minutes?

14      THE WITNESS:  Sure.

15      THE VIDEOGRAPHER:  This is the end of

16 Media 3.  We're going off the record at 3:38 p.m.

17      (Recess taken.)

18      THE VIDEOGRAPHER:  This is the beginning of

19 Media 4.  We're going back on the record at

20 3:47 p.m.

21 BY MR. NAYLOR:

22      Q.  Mr. Saad, you told me earlier that you were

23 upset when ASML fired you because you wanted to keep

24 working for ASML for the foreseeable future; right?

25      A.  Yes.

1    Exhibit 14.

2              (Deposition Exhibit Number 14 was marked

3              for identification.)

4    BY MR. NAYLOR:

5         Q.  You've got Exhibit 14 in front of you.

6    This is another e-mail chain that you produced to

7    us.  This is Plaintiff '2480.

8              Who is Mark Benton at Apple?

9         A.  This will be someone working at Apple.

10        Q.  Do you know what his position is?

11        A.  I believe he was a manager there or

12   something.

13        Q.  If you look at the first page there, his

14   title says "Mark Benton, senior recruiter,

15   manufacturing, design and operations."

16        A.  Okay.  So you see it there.  I didn't see

17   that.  Okay.

18             Senior recruiter, okay.

19        Q.  So Mark Benton was a recruiter for Apple;

20   correct?

21        A.  Yes.

22        Q.  And you had a series of e-mails back and

23   forth with him where you were asking him if there

24   were any jobs available at Apple; correct?

25        A.  Yes.

1    Q.  Turn to page 3 of this e-mail chain.

2         On July 10th, 2017 at 12:17 p.m. you wrote

3    to Mark Benton:

4         "Hi, Mark, is there any" --

5    A.  Where is that?  I'm sorry.

6    Q.  Page 3.

7    A.  Yes.

8         Three.  Oh, okay.

9    Q.  July 10th, 12:17 p.m., you wrote:

10        "Hi, Mark, is there any updates about

11        possible openings?  Please advise."

12        Right?

13   A.  Yes.

14   Q.  So you were asking Mark if there were any

15   job openings at Apple; correct?

16   A.  Yes.

17   Q.  And on July 10th, you were still working at

18   ASML; correct?

19   A.  Yes.

20   Q.  So you were trying to find yourself another

21   job at a different company; right?

22   A.  As soon as I figured out that things are

23   not working out well.

24   Q.  So from your perspective, as of July 10th,

25   2017 --

Page 330

1              REPORTER'S CERTIFICATE

2          I, TAVIA MANNING, a Stenographic Certified

3     Shorthand Reporter of the State of California, do

4     hereby certify:

5          That the foregoing proceedings were taken

6     before me at the time and place herein set forth;

7     that any witnesses in the foregoing proceedings,

8     prior to testifying, were placed under oath; that a

9     verbatim record of the proceedings was made by me

10    using machine shorthand which was thereafter

11    transcribed under my direction; further, that the

12    foregoing is an accurate transcription thereof.

13         I further certify that I am neither

14    financially interested in the action, nor a relative

15    or employee of any attorney of any of the parties.

16         Before completion of the deposition, review

17    of the transcript [] was [X] was not requested.  If

18    requested, any changes made by the deponent (and

19    provided to the reporter) during the period allowed

20    are appended hereto.

21         In witness whereof, I have subscribed my

22    name this 23rd day of August 2019.

23         *Tavia Manning*

24    _____

25    TAVIA MANNING, CSR No. 13294, CCRR, CLR, RPR

# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MOHAMED SAAD,                         :
                                     :
          Plaintiff,                 :
                                     :        CIVIL CASE NO. 3:19-CV-00135
v.                                   :
                                     :
ASML US, LLC                         :
                                     :
                                     :
          Defendant.                 :

<u>**DECLARATION OF JENNINE LABRIOLA**</u>

I, Jennine Labriola, declare as follows:

1.      I am over 18 years of age and have personal knowledge of the matters stated herein.

2.      I have worked for ASML US, LLC ("ASML") since July 2008, and am currently an HR Generalist in Wilton, Connecticut.

3.      I am authorized to make this Declaration on behalf of ASML in Support of the company's Motion for Summary Judgment.

4.      As an HR Generalist, I am familiar with ASML's human resources policies and the human resources training the company provides to its employees.

5.      In 2016 and 2017, I was the human resources business partner assigned to support Development & Engineering, which included Plaintiff Mohamed Saad's Mechanical Development team managed by Chris Reed.

6.      When Mr. Saad was hired in January 2017, he went through ASML's mandatory new-hire orientation.  That orientation included training on ASML's Human Resources policies, including its leave of absence policy which provides employees notice of their FMLA rights.

7.  As an ASML employee, Saad had 24/7 access to ASML's HR policies through its secure intranet, so he was able to review his FMLA rights any time.

8.  Attached hereto as **Exhibit 1** is a true and correct copy of ASML's Leave of Absence policy (ASML-SAAD.000201-213), which became effective on or about June 20, 2012.

9.  As the Leave of Absence policy suggests, ASML permits employees to use their paid leave (vacation and sick) before taking unpaid FMLA leave.

10.  Attached hereto as **Exhibit 2** (ASML-SAAD.001344-1363) are true and correct copies of Mr. Saad's 2017 earning statements. In the right-hand column of each earning statement, under the section titled "Other Benefits and Information," is a summary of how much paid leave (vacation and sick) Mr. Saad earned during each pay period, and how much total paid leave he has in the bank.

11.  In the left-hand column of each earning statement attached as Exhibit 2, under the section titled "Earnings," is a summary of how many hours of sick and/or vacation pay Mr. Saad used during each pay period.

12.  Saad's paystubs reflect that his net paid leave balance never dipped below 45.8 hours from late May 2017 to the end of his employment.

13.  Saad's three final earnings statements (Exhibit 2, at ASML-SAAD.001362-1364), which are all dated September 1, 2017, reflect negative sick and vacation balances because ASML paid Saad's accrued paid leave out at termination, but in fact overpaid him 22.64 sick hours and 4.62 vacation hours beyond what he was owed, due to a payroll error.

14.  Attached hereto as **Exhibit 3** (ASML-SAAD.000266) is a true and correct copy of a spreadsheet summarizing Mr. Saad's paid leave accrual and usage throughout his employment. This summary is based on the information contained in Mr. Saad's earning statements (Exhibit 2). I directed the preparation of this summary, I have reviewed it, and I have determined its contents to be true and correct.

    a.  The "Pay date" is the pay date reflected in Mr. Saad's earning statements.

     b.     The "Vacation Accrual" and "Sick Accrual" reflect how many hours (in hundredths of an hour) of paid vacation and paid sick leave Mr. Saad accrued during the pay period.

     c.     The "Vacation used" and "Sick used" reflect how many hours (in hundredths of an hour) of paid vacation and paid sick leave Mr. Saad used during the pay period.

     d.     The "Vacation balance" and "Sick balance" reflect how many hours (in hundredths of an hour) of paid vacation and paid sick leave Mr. Saad has available to him in the bank as of each pay date.

15.     Mr. Saad took August 21 to August 23, 2017 off work, and used his available sick pay to cover his absence, as reflected on his September 1, 2017 earning statement (Exhibit 2 at ASML-SAAD.001362).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

By: _____
          Jennine Labriola

Signed this ____ day of February, 2020.

3

# EXHIBIT 1



# US Administrative Policy

| Policy Name: | | | Policy Number: |
|---|---|---|---|
| **Leave of Absence (LOA)** | | | **103** |

| Document Date: 6/20/12 | Revision: 3 | Supersedes: 1/27/10 | Effective Date: 6/20/12 |
|---|---|---|---|
| Reference: | | | |

## Policy Amendment History

| Revision Number: | Revision Date: | Document Date: | Nature of Change: |
|---|---|---|---|
| Original Draft | 10/1/08 | | Combined FMLA and Military Policies, added Personal LOA, and updated LOA information |
| 1 | 9/4/09 | | Complete revision |
| 2 | 1/27/10 | | California State Leave Laws Updated |
| 3 | 6/20/12 | | Removed reference to specific short-term disablity and workers comp insurance carrier. |

**PURPOSE:**
Inform employees of their rights under state and federal leave of absence (LOA) laws and ASML's LOA practice. ASML's LOA Policy applies to medical leaves protected by state or federal laws addressing matters such as family leave or disability leave, military leave protected by the Uniformed Services Employment and Reemployment Rights Act (USERRA) or similar state laws, and personal leaves.

**SCOPE:**
All eligible U.S. ASML employees.

## Family and Medical Leaves of Absence:

An employee who has exhausted or who is not eligible for leave under state or federal family leave laws may apply for a medical leave of absence. In reviewing applications for a non-FMLA medical leave, ASML will consider a number of factors, including the nature and severity of an employee's condition as it relates to the employee's ability to perform the employee's job; the employee's medical prognosis; the hardship to the company caused by the employee's absence, taking into account the nature of the employee's job; and the employee's performance. While ASML will examine applications for medical leave and make determinations regarding the length of a leave on an individual, case-by-case basis, it will not ordinarily grant a medical leave of absence lasting longer than six months. ASML reserves the right to terminate employment at the end of FMLA leave or a maximum of six months.

### Family Medical Leave Act (FMLA)

The federal Family Medical Leave Act (FMLA) provides certain eligible employees with unpaid, job-protected leave and requires that group health benefits be maintained during the leave, as if an employee continued to work rather than taking leave. Several states also have their own family or medical leave laws. Where both the FMLA and state law apply, an employee is entitled to the more generous benefit provided by applicable law. FMLA leaves, as supplemented by applicable state laws governing family or medical leave within the state in which the employee works, can be taken as follows.



1. **Amount of and Reason for Leave:** An eligible employee may be entitled to take up to twelve (12) weeks of FMLA leave in a rolling 12-month period, measured backward from the date an employee uses any FMLA leave. Leave may be taken for any of the following reasons:
   - The birth or placement of a child for adoption or foster care.
   - To care for the employee's spouse, child or parent with a serious health condition.
   - For the employee's own serious health condition which renders the employee unable to perform his/her job.
   - For a qualifying exigency arising in relation to a spouse, son, daughter, or parent who is on active duty or who has been notified of an impending call to active duty status, generally as a member of the reserve components of the U.S. military.  Qualifying exigencies include matters such as childcare and a child's school activities, financial or legal arrangements, attending certain counseling sessions, short periods of rest and recuperation leave from active deployment, attending certain military events such as post-deployment reintegration briefings, and any matters arising out of deployment for which an employee's spouse, parent, or child receives 7 or fewer days of notice of the deployment.

   In addition, an eligible employee is entitled to up to 26 weeks of unpaid, job-protected leave in a single 12-month period to serve as the caregiver of a spouse, son, daughter, parent, or next-of-kin who is recovering from a serious illness or injury sustained in the line of duty while on active duty. During this 12-month period in which an employee is taking military caregiver leave, the combined total of leave for any one of the conditions enumerated above, coupled with the caregiver leave described in this paragraph, cannot exceed 26 weeks, of which no more than 12 weeks can be for a condition other than the military caregiver leave described in this paragraph.

   To the extent permitted by applicable state law, FMLA leaves run concurrent with state family and medical leaves or other state leaves and with worker's compensation leaves.

2. **Eligibility:** To be eligible for FMLA leave, an employee must:
   - Have been employed by ASML for at least twelve (12) months prior to the date leave is to begin.
   - Have worked at least 1,250 hours in the twelve (12) months preceding the leave.  Time spent serving in the military that would otherwise have been spent working for ASML will be counted toward the 1,250 worked hours requirement.

3. **Compensation During Leave:** FMLA leaves are unpaid. However, an employee may use accrued sick and vacation for all unpaid family care and medical leaves.  Regardless of whether an employee receives pay during the leave, the full amount of leave time will be counted toward the employee's annual entitlement to FMLA leave in the applicable twelve (12) month period.

4. **Benefits During Leave:** Vacation and sick time benefits will accrue for up to sixty (60) days) during an FMLA leave, and be awarded upon return from leave.

   During an FMLA leave, ASML will continue to maintain an employee's group health insurance coverage on the same terms as if the employee had continued to work.

   a. **Payment of the Employees' Portion:** During an FMLA leave, an employee is required to pay his/her regular portion of insurance premiums on a schedule established by ASML. To continue your benefits during any period of unpaid leave, you must make arrangements to pay ASML for the premium payments that are typically deducted from your paycheck.  Please coordinate with your HR Representative to determine the most appropriate method of repayment.  Payment can either be made via a personal check or money order made payable to ASML or via payroll deductions upon your return to work.  Failure to remit the required premium contribution within thirty (30) days of the due date of the premium may result in notification that ASML is canceling your health insurance coverage.



b. **Failure to Return:** Coverage may cease if ASML learns and verifies that an employee does not intend to return to work. If an employee fails to return to work after an FMLA leave, ASML may recover premiums it paid to maintain health insurance coverage, unless that failure to return was due to the continuation of a serious health condition or for other reasons beyond the employee's control.

c. **Failure to Comply:** If an employee fails to comply with these requirements, health insurance coverage may lapse.

5. **Notifying ASML:**

a. **Foreseeable Events:** An employee must complete and submit a Request for Leave of Absence Form at least thirty (30) days, or as soon as possible and practical, in advance of taking an FMLA leave for foreseeable events, such as leaves for planned medical treatment or for the birth of a child.

b. **Unforeseeable Events:** For unforeseen events, such as accidental injury causing a serious health condition, premature birth, or a sudden change in health, an employee must give notice of the need for leave as soon as possible and practical -- preferably by submitting the Request for Leave of Absence Form (but at least orally).  "As soon as practical" generally means the same day and no later than the next day.  In the case of an emergency, an employee should provide notice as soon as the emergency allows for provision of the notice -- generally within hours of when the emergency arises.  Even if oral notification has previously been given for an unforeseeable leave, an employee must still submit the Request for Leave of Absence Form.

c. **Failure to Comply:** Failure to comply with ASML procedures for providing notice of an absence, including any failure to comply with the procedures outlined in this policy, may result in delay or denial of leave.

d. **Sufficient Notice and Follow-Up Notice:** An employee wishing to apply or take FMLA leave must provide ASML with sufficient information to be able to determine that an employee is seeking FMLA leave.  An employee indicating that s/he feels "sick" or is "not feeling well" has not provided sufficient notice of potential eligibility for FMLA leave.  Once an employee has actually been approved for FMLA leave for a particular condition, that employee must expressly state that "FMLA leave" is being taken.  If an employee fails to provide such notice, the employee's absence may not be counted as FMLA leave.

6. **Certification of Serious Health Condition:** When requesting FMLA leave for an employee's own serious health condition or for the serious health condition of a family member, an employee must provide a Certification of Physician or Practitioner from a qualified health care provider to verify the need for leave. If the reason for a leave is to care for a covered service member recovering from a service-related illness or for military exigency leave, the employee will be required to provide documentation acceptable to the Company concerning the family relationship and/or the reason for the leave.  Certification must be submitted within fifteen (15) days to either disability and/or workers compensation provider (or, if not utilizing Short Term Disability, directly to ASML).

a. **Definition of Serious Health Condition:** Under the FMLA, a serious health condition means an illness, injury, impairment or physical or mental condition that involves:
   • In-patient care in a hospital, hospice or residential medical care facility.
   • A period of incapacity of more than three (3) consecutive calendar days (including any subsequent treatment or period of incapacity relating to the same condition) that also involves (a) treatment two (2) or more times by or under the supervision of a health care provider; or (b) treatment by a health care provider on at least one (1) occasion which results in a regimen of continuing treatment under the supervision of a health care provider.  "Treatment," as used here, refers to in-person contact with a health care provider within seven (7) days of the first date of incapacity; if an employee intends to establish a serious health condition through two treatments with a health care provider, both of them must take place within thirty (30) days of the first date of incapacity.
   • Any period of incapacity due to pregnancy or for prenatal care.



- A chronic condition requiring periodic treatment (at least two visits per year) by a health care provider over an extended period of time and causing episodic periods of incapacity.
- Permanent/long term conditions for which treatment may not be effective.
- Multiple treatments for restorative surgery or other injury or for a condition that would likely result in a period of incapacity of more than three calendar days in the absence of medical intervention or treatment by a health care provider.

b. **Additional Certification:** In certain circumstances involving a certification which is incomplete, ambiguous, or vague, an employee may be required to provide supplemental information within seven (7) additional days; the failure to provide such information within that time may lead to the delay or denial of the employee's leave request.  ASML may require second or third certifications of a serious health condition at ASML's expense or re-certification at the employee's expense. ASML may also require periodic reports during FMLA leave regarding the employee's status and intent to return to work.

c. **Failure to Comply:** If an employee fails to follow these guidelines, the employee's leave may be delayed or denied and the employee may be disciplined, up to and including discharge, as a result.  An employee will also be disciplined or discharged if ASML learns the employee has falsified information, or willfully omitted material information, relating to the FMLA process.

7. **Return to Work After a Medical Leave:** An employee who returns from FMLA leave due to the employee's own serious health condition must provide certification establishing the ability to return to work. The physician's release must indicate whether the employee is able to return to work on a full or part-time basis and whether restrictions are being imposed.  The company will review the physician's release to determine whether ASML is able to accommodate the restrictions based on the requested accommodation and the needs of the business.

An employee who, because of changed circumstances, wishes to return to work before the scheduled expiration of FMLA leave must notify ASML of the changed circumstances as soon as possible but no later than two working days prior to the employee's desired return date.  The employee's use of FMLA leave will not result in the loss of any employment benefit that the employee earned or was entitled to prior to taking FMLA leave.

8. **Restrictions on New Child Leave:** FMLA leave to care for a new child must be taken within twelve (12) months of the child's birth or placement. Such leave also must be taken at one time unless special arrangements are made. Under the FMLA, if spouses both work for ASML, they will be entitled to a total of twelve (12) weeks combined for such leave rather than twelve (12) weeks each.

9. **Intermittent or Reduced Schedule Leave:** FMLA leave may be taken on an intermittent or reduced schedule basis when it is medically necessary because of an employee's own serious health condition or the serious health condition of a covered family member, or when it is taken as qualifying family military leave.  Such leave will be counted on an hour-by-hour basis to apply toward the maximum amount of leave to which an employee is entitled during the applicable 12-month period.

a. **Additional Requirements:** When intermittent leave is being taken for a reason other than military exigency leave, there must be a medical reason for the intermittent or reduced schedule leave that is supported by appropriate medical certification. If such leave relates to planned medical treatments, the employee must inform ASML about the anticipated treatment schedule and the reasons for the proposed schedule.

b. **Alternative Position or Schedule:** During periods of intermittent or reduced schedule leave relating to planned medical treatment, ASML may require an employee to work in a different position or on a different schedule that will better accommodate the necessities of the leave schedule and ASML's own operations. The alternative position will have the same pay and benefits as the position held prior to the commencement of the leave.



10. **Requirement to Minimize Disruption for Planned Medical Treatments:** For all leaves involving planned medical treatments, including intermittent or reduced schedule leaves, an employee is obligated to plan for treatments so that they will cause the least disruption to ASML's operations. The earliest possible notice to ASML and flexibility in scheduling will assist in making certain that minimal disruption occurs.

11. **Reinstatement to Same or Equivalent Position:** An employee returning from FMLA leave will be returned to the same or an equivalent position, consistent with applicable law. Upon provision of proper notice, ASML retains the right to deny reinstatement to an employee who is among the highest paid ten (10) percent of ASML's employees and whose reinstatement would cause substantial and grievous economic injury to ASML's operation. An employee will not lose seniority or benefits earned before taking leave because of the fact that the employee is on FMLA leave.

    An employee who fails to return to work at the end of an approved FMLA leave, without authorization permitting an extension of that leave, will be considered to have voluntarily terminated employment.

12. **Pregnancy-Related Leave**

    a. **Leaves of Absence and Transfers**: An employee needing a leave of absence due to pregnancy, childbirth, or related conditions may, if eligible, take an FMLA leave under ASML's FMLA policy. Pregnancy-related leaves may be taken intermittently, or on a reduced-hours schedule, as medically necessary.

       An employee is eligible for a reasonable accommodation for pregnancy, childbirth, or a related medical condition if the employee so requests and provides the Company with medical certification from a health care provider. Such accommodation may include temporary transfer to a less strenuous or hazardous position or duties if:
       - The employee so requests.
       - The transfer request is supported by proper medical certification.
       - The transfer can be reasonably accommodated.

    b. **Other Terms and Conditions of Leave**: The provisions of ASML's FMLA policy regarding pay and benefits, notice requirements, medical certification requirements and reinstatement also apply to all pregnancy-related leaves. However, no more than one medical opinion may be required in the case of a pregnancy and there is no reinstatement exception for key employees. An employee's pregnancy-related leave is considered to be a serious health condition.

    c. **Duration of Pregnancy-related Leave**: The duration of a pregnancy-related leave will be consistent with applicable law but in no event will the leave extend past the date on which an employee becomes capable of performing the essential functions of his/her position, with or without reasonable accommodation.

13. **State Leave Laws**: As indicated above, ASML adheres to both federal and state leave laws.  The following is a list of some of those state laws, operative in states in which ASML has business operations, to which ASML adheres.  This list is illustrative rather than exhaustive of laws with which ASML complies; it is intended to give you a general idea of additional rights and obligations for which you might be eligible and to which you might be entitled if you work for ASML within a particular state. While ASML will attempt to keep this state-by-state summary current, frequent changes in state law may result in changes to state-law benefits as they are described in this summary.  State leave law runs concurrent with federal FMLA to the extent that the leaves are being used for a purpose covered by both leave laws and to the extent that applicable state law permits.  If you have specific questions regarding a state leave law, whether you are eligible for leave under state law, and how that law applies to you if you are in fact eligible, contact your Human Resources representative.



## California

*California Family Rights Act (CFRA)*
- An employee who has worked for ASML for 12 months and has worked at least 1,250 hours in the preceding year can take up to 12 weeks of FMLA-type, job-protected leave for the employee's or a qualifying family member's serious health condition or in relation to the birth or adoption of a child (but not in relation to a disabling pregnancy, which is covered by the Pregnancy Disability Act). Qualifying family members include domestic partners. All leave can be taken intermittently.
- CRFA runs concurrently with federal FMLA.
- In addition to provisions allowing an employee to use available paid leave for otherwise unpaid CFRA leave, an employee may be eligible for state disability insurance benefits or paid family leave benefits provided by state law. Please see Human Resources for details.

*Pregnancy Disability Act (PDL)*
- An employee who is disabled by a pregnancy-related condition (e.g. extreme morning sickness, doctor-ordered bed rest, child birth, etc.) is able to take up to 16 weeks of job-protected leave.
- Disability must be diagnosed by a physician, and may be taken on a consecutive or intermittent basis.
- PDL runs concurrently with federal FMLA, but sequentially with CFRA leave.
- In addition to provisions allowing an employee to use available paid leave for otherwise unpaid PDL leave, an employee may be eligible for state disability insurance benefits provided by state law. Please see Human Resources for details.

*Crime Victim Leave*
- An employee may take up to 12 weeks of leave in a rolling 12-month period if the employee is the victim of -- or if an immediate family member, domestic partner, or child of a domestic partner is the victim of -- a felony, including domestic violence. Leave may be taken in relation to a victim's attendance at court proceedings or participation in safety planning (including temporary relocation). Leave may also be taken in relation to a victim obtaining medical (including psychological) assistance.

*School Activities Leave*
- An employee who is the custodial parent, grandparent, or guardian of a child may take up to 40 hours per year (but no more than 8 hours per month) of leave to attend any activity at the child's day-care facility or school.
- In addition, an employee who is the parent or legal guardian of a child can attend any school activities (e.g., meetings called by the school) relating to the child's suspension from school, even if the employee requires more than 8 hours per month or 40 hours per year to do so.

*Family Military Leave*:
- An employee who works at least 20 hours each week for ASML may take up to 10 days of leave during a spouse's leave from deployment while on active duty during a period of military conflict. An employee must notify ASML of the intent to take leave within two business days of receiving notice of the spouse's leave from deployment.

## Colorado

*Domestic Violence Leave*:
- An employee who is the victim of domestic violence is allowed up to 3 days off each year to seek civil protection orders; obtain medical services; seek legal assistance; or seek new housing.

## Connecticut

*Family Leave*:



- Connecticut FMLA provides up to 16 weeks of unpaid leave within a rolling 24-month period. Connecticut FMLA leave runs concurrently with federal FMLA leave.
- An employee can take state FMLA leave for the serious health condition of a parent-in-law.
- An employee can take state FMLA leave for the serious health condition of a partner in a same-sex "civil union."
- An employee qualifies for state FMLA leave after working for ASML for 12 months and 1,000 hours.
- An employee unable to return to his or her job after an approved FMLA leave will be given a different job if such a job is available and the employee is qualified for and able to perform the essential functions of the position.

*Organ Donation Leave*:
- The leave provisions for organ donation are the same as those for Connecticut FMLA.

*Pregnancy Leave*:
- Pregnant employees are able to take a reasonable leave of absence for disability resulting from pregnancy.  This time runs concurrently with state and/or federal FMLA.


### Maine

*Crime and Domestic Violence Leave*
- An employee may take reasonable and necessary leave to prepare for and attend court proceedings, receive medical treatment, or obtain necessary services to remedy a crisis caused by domestic violence, sexual assault, or stalking.

*Family Leave*:
- Maine FMLA provides up to 10 weeks of unpaid leave within a rolling 24-month period for eligible employees.
- An employee qualifies for state FMLA leave after working for ASML for 12 months.
- An employee can take any state FMLA leave for the employee's "domestic partner."  A "domestic partner" is an adult individual with whom an ASML employee has lived for 12 months as a sole partner, without being legally married and without being a sibling, and to whom the ASML employee expects to remain a sole partner.
- State FMLA leave is also available for organ donation.
- State FMLA leave extends to leave taken to care for a sibling suffering from a serious health condition.

*Family Military Leave*:
- An employee can take up to 15 days of leave per year for family time when a spouse, domestic partner, or parent is called to active military duty lasting more than 180 days.  The time must be taken immediately prior to deployment, immediately following deployment, or both.  An employee may also take up to 10 days of Maine family military leave in a rolling two-year period because of the death or serious health condition while on active duty of an individual for whom an employee would be able to take Maine FMLA leave.

### Massachusetts

*Family Leave*:
- An employee may take up to 24 hours of intermittent or consecutive state FMLA leave for family care.  The 3 types of eligible family care are 1) participation in a child's school activities; 2) accompanying a child to routine medical or dental appointments; and 3) accompanying an elderly relative (at least 60 years old and related by blood or marriage) to a routine medical or dental appointment.

*Maternity Leave*:



- An employee who has worked for ASML for at least 3 months is able to take state FMLA leave of up to 8 weeks to give birth to or to adopt a child. This leave runs concurrently with any federal maternity-related FMLA leave and consecutive with all other federal FMLA leaves.

## Minnesota

*Parenting Leave*:
- An employee qualifies for state parenting leave after working for ASML for 12 months and 1,040 hours.
- An employee is able to take a state FMLA leave of up to 6 weeks in conjunction with the birth or adoption of a child. This leave runs concurrently with any similar FMLA leave and consecutively with all other federal FMLA leaves. The leave must begin within 6 weeks of the child's discharge from the hospital. This leave must be taken consecutively and not intermittently.

*Sick or Injured Child Leave*:
- An employee qualifies for sick or injured child leave after working for ASML for 12 months and 1,040 hours. An employee is eligible for such leave for reasonable periods during which the employee's attendance with the child may be necessary. A child is defined as being under the age of 18 (or under the age of 20 if the child is still in secondary school). Such leave runs concurrently with federal FMLA.

*School Conference and Activities Leave*:
- An employee who works at least half-time for ASML is able to take up to 16 hours of leave in each rolling 12-month period to attend a child's school conferences or school-related activities, provided those activities cannot be scheduled or do not take place during non-work hours. This is unpaid leave, but accrued vacation time can be substituted.

*Bone Marrow or Organ Donation Leave*:
- An employee who works at least 20 hours each week for ASML is entitled to up to 40 hours of paid leave for bone marrow or organ donation.

*Family Military Leave*:
- An employee may take a reasonable amount of time off (not to exceed two consecutive days or six calendar days per year) when invited to attend departure or return ceremonies or events as the parent, child, or spouse of a member of the military.
- An employee may take up to 10 days of state family military leave to attend to an immediate family member who is injured or killed while in active service; an "immediate family member" is defined as a parent, child, grandparent, sibling, or spouse.

## New York

*Bone Marrow and Organ Donation Leave*:
- An employee who works at least 20 hours each week for ASML is entitled to up to 24 hours of leave for bone marrow or organ donation.

*Military Spouse Leave*:
- An employee is entitled up to 10 days of unpaid leave if the employee's spouse is in the military and, during a period of deployment, is on leave from military duty.

## Oregon

*Family Leave*:
- An employee is eligible for up to 12 weeks of state FMLA leave in a rolling 12-month period if the employee works at least 25 hours per week for ASML and has worked at least 180 days for ASML. In addition to those conditions and family members for which an employee can take federal FMLA leave,



an eligible Oregon employee can take state FMLA leave for serious health conditions involving a parent-in-law, a same-sex domestic partner, or the employee's grandparents or grandchildren. An employee can also take state FMLA leave for a child's non-serious health condition if it requires home care and there is not another family member who can provide that care.

- An employee taking state FMLA leave as parental leave is not subject to the 25-hour-per-week requirement, although such an employee is still subject to the initial 180-day requirement.
- An employee taking the full 12 weeks available under state FMLA leave as parental leave is entitled to an additional 12 weeks of leave to care for children with non-serious illnesses or injuries requiring home care. However, an employee using less than the full 12 weeks of state FMLA leave as parental leave is only entitled to the balance of that initial 12-week period to care for children with non-serious illnesses or injuries requiring home care.
- Mothers disabled by pregnancy or childbirth are entitled to an additional 12 weeks of leave.
- Only in the event of processing an adoption can parental leave be taken intermittently.
- An absence covered by worker compensation runs concurrently with federal FMLA leave, but not with state FMLA leave.
- An employee who fails to provide advance notice of a non-emergency leave forfeits 3 weeks of state FMLA leave.

*Bone Marrow Leave*:
- An employee who works at least 20 hours for ASML each week is permitted to use the lesser of 40 hours or the employee's entire accrued sick and vacation bank to donate bone marrow.

*Oregon Victims of Certain Crimes Leave Act*:
- An employee who is the victim (or the parent/guardian of a minor/dependent who is a victim) of sexual assault, stalking, or domestic violence can take a reasonable period of leave if the employee has worked for ASML for at least 180 days and averaged at least 25 hours of work for ASML per week. Leave can be taken for legal or law enforcement assistance, medical treatment, relocation, etc; to the extent that leave is taken for a reason qualifying under the Oregon FMLA, it will run concurrently with Oregon FMLA leave. Leave can be taken intermittently.

<div align="center">

**Vermont**

</div>

*Family Leave*:
- An employee is entitled to a total of 12 unpaid weeks of state FMLA leave, which runs concurrently with federal FMLA leave.
- In addition to those conditions for which an employee can take leave under the federal FMLA, an employee can take state FMLA leave to care for a partner in a "civil union" or for a parent-in-law with a serious health condition.
- Intermittent leave is available for any qualified reason, including birth/adoption leave.

*Short-Term Family Leave*:
- A Vermont employee who has been employed by ASML for at least 12 months and worked for ASML for an average of 30 hours per week is eligible for short-term family leave.
- An employee is able to take up to 4 hours of unpaid short-term family leave in any given 30-day period (up to a total of 24 hours in any given 12-month period) for 3 types of family care: (1) participating in a child's preschool or school activities if those activities are directly related to the child's educational advancement (e.g., parent-teacher conferences); (2) accompanying a qualifying family member (child, parent, parent-in law, or spouse) to routine dental and medical appointments or professional appointments relating to the family member's care and well-being; and (3) responding to medical emergencies that would not otherwise be covered by state or federal FMLA leave.

## Military Leave of Absence

ASML-SAAD.000209



**PURPOSE:**

ASML is fully supportive of employees who require military leave from their job responsibilities to serve in the uniformed services of the United States.  Not only does ASML fully comply with all provisions of applicable state and federal military law such as the federal Uniformed Services Employment and Reemployment Rights Act of 1994 ("USERRA"), but ASML also provides additional protection to employees on military leave, including a pay differential for up to the first 18 months of any such leave (see the discussion of pay differentials below, under the "Compensation and Benefits" section of this policy).

This policy is not intended to address every possible employment issue or benefit question that may arise when an employee needs or is on military leave.  Our Human Resources Department can answer questions that you might have which are not fully addressed by the ASML policy.

**SCOPE:**

ASML employees who enlist, are inducted, volunteer for duty or are called to duty (including active and inactive duty training) in the United States Armed Forces, the Military Reserves or the National Guard; who are called to serve in an honor guard for a veteran's funeral; who must be absent from work for an examination to determine fitness for military duty; or who provide service under certain circumstances as members of the National Disaster Medical System are all eligible for military leave under this policy.

Barring an emergency or other unforeseen circumstances, employees requesting military leave should provide advance notice that they will require military leave.  ASML requests that employees providing notice of an upcoming need for leave also submit a copy of their military orders when doing so.

An employee is generally eligible for military leave -- and protected by the benefits and procedures provided by then-current law as well as ASML policy -- for a cumulative total of five years, subject to extensions of that five-year limit mandated by state or federal law.  An employee who is dishonorably discharged or separates from the military under other than honorable circumstances is not eligible for benefits provided under this policy.

Consistent with ASML policy, an employee on military leave will be administratively terminated after 18 months.  However, any employee terminated while on military leave may apply for reinstatement and will be eligible for reinstatement under the terms and conditions described in this policy.  ASML will treat employees who have been reinstated under this policy as if a termination had not occurred, and such employees will be eligible for all rights and benefits to which they are entitled under this policy and applicable law.

**COMPENSATION AND BENEFITS:**

*Monetary Compensation*: If you are eligible for military leave under this policy, ASML will compensate you for any reduction in your normal base pay (excluding overtime and other differentials) while on that leave, as follows:

- An employee performing inactive duty (including inactive duty training and annual Guard or Reserve duty) will receive up to four weeks of pay differential compensation per calendar year.
- An employees on active duty will receive pay differential compensation for the first 18 months of active duty.

An employees may also elect -- although no employee will be required -- to receive compensation by drawing down unused vacation time.  An employee will continue to accrue vacation, which can be added to the bank of unused vacation time upon which an employee can draw, for the first 60 days of a military leave.



In no case shall the combined payments received by an employee (i.e., from ASML and from the military) exceed the normal base pay (excluding overtime and other differentials) that the employee would have received from ASML if the employee had not been on military leave.

In order to be eligible for a pay differential benefit, you must submit, to ASML's Human Resources Department, a copy of your military orders and a copy of your first full military pay voucher.

<u>Health and Welfare Benefits</u>: You remain responsible for paying the employee portion of ASML benefits for which you are eligible, have enrolled, and elect to continue receiving, including health and dental insurance.  Payments can be made via deductions from checks provided to you as a pay differential, deductions from checks for previously unused vacation time, or personal checks made payable to ASML. You may also choose to continue contributions for other ASML benefits, such as your flexible spending account or your ASML US Inc. Employees' Savings and Retirement Plan.

If you remain on military leave after you no longer receive a pay differential (or compensation for previously unused vacation), you will be eligible to continue receiving health or dental insurance coverage that you enjoyed when going on leave for up to 24 months from the date your pay differential ends.  This continuation coverage will require that you pay 100% of the cost of the coverage plus an additional 2% for administrative fees, to the extent permitted by applicable state law.

<u>401(k) Benefits</u>: -- If you return to work at ASML following military leave and you otherwise remain eligible for the benefits of this policy, you will be allowed to make up any pretax contributions you would have been able to make to your ASML US Inc. Employees' Savings and Retirement Plan if you had not been on military leave, for up to three times the length of your absence or five years (whichever is less), as long as you remain employed by ASML.

<u>Other Benefits</u>:  If you return to work at ASML following military leave and you otherwise remain eligible for the benefits of this policy, ASML will provide you with all seniority-based benefits and rights that you would have had if you had not been on military leave.  For example, you will be credited with years of service for the time when you were absent on military leave.  As for benefits which are not seniority-based, you will have the same benefits and rights to such benefits as do employees on other, comparable leaves of absence.  Vacation days, for example, would only accrue for the first 60 days of military leave, which is the amount of time that they continue to accrue for employees on some other forms of leave.

**REINSTATEMENT AND JOB PROTECTION:**

Barring changed circumstances that would make reemployment impossible, unreasonable, or an undue hardship to ASML, eligible employees will be entitled to reinstatement at ASML as follows upon a completion of a period of military service:

If your period of military service is less than 31 days, you must report back to work by the beginning of the second regularly scheduled work day following a reasonable period allowing for your transportation back to your place of residence from the place of military service.

If your period of military service is more than 30 days but less than 181 days, you must notify ASML of an intent to return to work no later than 14 days after completion of military service.  If your period of military service is more than 180 days but less than 18 months, you must notify ASML of your intent to return to work no later than 90 days after completion of military service.  If your period of military service is longer than 18 months, you must apply for re-employment within 90 days after completion of military service. Employees' eligibility to return to work for ASML is subject to the cumulative five-year limit (and any applicable extension of that limit required by state or federal law) referred to earlier in this policy.

If you are unable to comply with these deadlines -- because, for example, of a hospitalization or convalescence incurred in or aggravated by military service -- they may be extended in accordance with



applicable law.  An individual who has been hospitalized or is convalescing from an injury caused or aggravated by military duty may be able to extend the above-specified times for reporting back to work or reapplying for work for up to two years; this two-year period may itself be extended under certain circumstances.

If your period of military service is longer than 30 days, you must submit documentation to ASML confirming the period of your military service and the manner in which you were discharged or otherwise completed your military service.

Upon your return to ASML from military leave, you will be placed in the same position (or a position with equivalent pay, seniority and status) as the position which ASML reasonably believes you would have been in if you had not been absent because of military service -- provided that you remain qualified (or with training can become qualified) for such a position.  If you are not qualified (or cannot be made qualified through training) for such a position, you will be placed in the position that you held before going on military leave.  If you are no longer qualified (or with training cannot again become qualified) for this formerly held position, ASML will place you in a position that approximates, to the greatest extent possible, either (a) the position that ASML reasonably believes you would have held if you had not been on leave or (b) the position that you held at the time when you began your military leave.  ASML will attempt to reasonably accommodate an employee who is unable to perform one of the above-mentioned jobs because of a service-related disability by searching for another position which as closely as possible approximates the position that the employee would have been doing, but for the employee's service-related disability.

An employee on a military leave of 31 to 180 days will be protected from discharge, except for cause, for 180 days following the employee's return to work.  An employee on a military leave of more than 180 days will be protected from discharge, except for cause, for 1 year following the employee's return to work.

**FAMILY MILITARY LEAVE**:

If an employee's qualifying family member (a spouse, domestic partner, parent, grandparent, child, or sibling) is ordered to active duty during a period of military conflict, ASML will grant the employee up to 15 days of leave if the employee's qualifying family member is on leave from deployment, or is injured or killed while engaged in active service.  The employee's leave will be unpaid, although the employee is free to substitute available vacation time for otherwise unpaid family military leave.

An employee wishing to take family military leave should notify ASML of an intent to take such leave as soon as possible.  The employee must also submit written documentation certifying eligibility for such leave during the period for which the leave has been requested.

Employees may also be eligible for additional family military leave under the Family Medical Leave section of this policy.  When applicable, ASML's family military leave and family medical leave will run concurrently.  Consult the FMLA section of this policy or contact Human Resources for further details.

## Personal Leave of Absence

**PURPOSE**: The ASML Personal Leave of Absence is a benefit provided to qualified employees in order to attend to personal matters.

**SCOPE AND ELIGIBILITY**: ASML payroll employees in good standing.

**DEFINITION**: A personal leave of absence is required when an employee is requesting more than 2 weeks of unpaid time off that is not otherwise protected leave under applicable state or federal law.  Personal leaves are not job protected and are unpaid.  Employees on a personal leave of absence are



required to use all available accrued time off before becoming eligible for a personal leave.  When requesting a personal leave, an employee must coordinate and receive approval for time off by local management.

**POLICY**: An employee may request a personal leave that would not otherwise be covered by state or federal leave law if the employee finds it necessary to do so.  In addition to the standard signature/approval process, such leaves will require 3 levels of approval: from the employee's Manager, the employee's Director/VP, and the Director of Human Resources.  An employee can request a personal leave of up to 4 weeks in duration.  When requesting a personal leave, an employee is required to expressly state the date of projected return to work on the Request for Leave of Absence Form.  If the employee does not return to work on the agreed-upon date and the absence is not otherwise excused by applicable law, ASML will consider the employee to have voluntarily resigned and will accept that resignation.

**ELIGIBILITY**: Employees in good standing are eligible to request a personal leave of absence.  An employee is not considered to be in good standing if the employee is on a corrective action plan or has received corrective action within the previous 12 months.

**BENEFITS:** Vacation and sick time benefits will continue to accrue during the period of up to 4 weeks that an employee who has been approved for a personal leave is permitted to take such leave.  Employees on personal leave will be required to make arrangements to pay the employee portion of insurance premiums, on a schedule established by ASML.

ASML-SAAD.000213

# EXHIBIT 2

ASML FILE 621547  CHR DOC 0000011661 1
ASM 621547  B  0000011661 1

1697-0002

**ASML**

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

Taxable Marital Status:  Married
Exemptions/Allowances:
Federal:  15
CT:  Filing Status C

**Earnings  Statement**

ADP

| | |
|---|---|
| Period Beginning: | 12/19/2016 |
| Period Ending: | 01/01/2017 |
| Pay Date: | 01/06/2017 |

00000000743
**MOHAMED  SAAD**
**77  DANBURY  RD**
**WILTON  CT  06897**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3461.54 | -48.00 | 1,384.64 | 1,384.64 |
| Last Yr Holiday | 43.2692 | 48.00 | 2,076.90 | 2,076.90 |
| **Gross Pay** | | | **$3,461.54** | 3,461.54 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -70.48 | 70.48 |
| | Social Security Tax | -209.55 | 209.55 |
| | Medicare Tax | -49.01 | 49.01 |
| | CT State Income Tax | -137.98 | 137.98 |
| | **Other** | | |
| | A D & D Spouse | -0.05 | 0.05 |
| | Dental Pre Tax | -30.23* | 30.23 |
| | Legal Shield | -6.81 | 6.81 |
| | Medical Pre Tax | -57.44* | 57.44 |
| | Short Term Dis | -6.23 | 6.23 |
| | Spouse Life Ins | -0.18 | 0.18 |
| | Supp A D & D | -0.42 | 0.42 |
| | Supp Life | -1.87 | 1.87 |
| | **Net Pay** | **$2,891.29** | |
| | Checking Dep | -2,766.29 | 2,766.29 |
| | Checking Dep | -125.00 | 125.00 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$3,373.87

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl Imputed | 6.00 | 6.00 |
| Holiday Avail | | 104.00 |
| Sick Avail | | 0.08 |
| Vacation Avail | | 17.62 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 480-696-2888

**\* Excluded from federal taxable wages**

© 2000 ADP LLC

**ASML**

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

| | |
|---|---|
| Advice number: | 00000011661 |
| Pay date: | 01/06/2017 |

Deposited to the account of
MOHAMED  SAAD

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx1495 | xxxx xxxx | $2,766.29 |
| xxxxxxxx4928 | xxxx xxxx | $125.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

ASML-SAAD001344

CO     FILE     DEPT     CLOCK   VCHR  NO
ASM   621547     B              0000031626   1

# ASML

1691-0002

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:          15
CT:                Filing Status C

## Earnings   Statement

Period Beginning:     01/02/2017
Period Ending:        01/15/2017
Pay Date:             01/20/2017

ADP

00000000724
**MOHAMED  SAAD**
**77  DANBURY  RD**
**WILTON  CT  06897**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3461.54 | -24.00 | 2,423.09 | 3,807.73 |
| Holiday Pay | 43.2692 | 8.00 | 346.15 | 346.15 |
| Sick Pay | 43.2692 | 8.00 | 346.15 | 346.15 |
| Vacation Pay | 43.2692 | 8.00 | 346.15 | 346.15 |
| Last Yr Holiday | | | | 2,076.90 |
| **Gross Pay** | | | **$3,461.54** | 6,923.08 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -70.48 | 140.96 |
| | Social Security Tax | -209.55 | 419.10 |
| | Medicare Tax | -49.01 | 98.02 |
| | CT State Income Tax | -137.98 | 275.96 |
| | **Other** | | |
| | A D & D Spouse | -0.05 | 0.10 |
| | Dental Pre Tax | -30.23* | 60.46 |
| | Legal Shield | -6.81 | 13.62 |
| | Medical Pre Tax | -57.44* | 114.88 |
| | Short Term Dis | -6.23 | 12.46 |
| | Spouse Life Ins | -0.18 | 0.36 |
| | Supp A D & D | -0.42 | 0.84 |
| | Supp Life | -1.87 | 3.74 |
| | **Net Pay** | **$2,891.29** | |
| | Checking Dep | -2,766.29 | 5,532.58 |
| | Checking Dep | -125.00 | 250.00 |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,373.87

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl Imputed | 6.00 | 12.00 |
| | | |
| Holiday Avail | | 96.00 |
| Sick Avail | | -4.84 |
| Vacation Avail | | 14.24 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 480-696-2888

© 2000 ADP, LLC

# ASML

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

Advice number:        00000031626
Pay date:             01/20/2017

Deposited to the account of
**MOHAMED  SAAD**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxx1495 | xxxx xxxx | $2,766.29 |
| | xxxxxxxx4928 | xxxx xxxx | $125.00 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

ASML-SAAD001345



ASM  621547   B   0000051631  1

# Earnings   Statement



1674-0002

2650  WEST  GERONIMO  PLACE
CHANDLER,  AZ 85224

| | |
|---|---|
| Period  Beginning: | 01/16/2017 |
| Period  Ending: | 01/29/2017 |
| Pay  Date: | 02/03/2017 |

Taxable  Marital  Status:   Married
Exemptions/Allowances:
Federal:         15
CT:                    Filing  Status  C

00000000739
**MOHAMED  SAAD**
**77  DANBURY  RD**
**WILTON  CT  06897**

| Earnings | rate | hours | this  period | year  to  date |
|---|---|---|---|---|
| Regular | 3461.54 | | 3,461.54 | 7,269.27 |
| Holiday  Pay | | | | 346.15 |
| Last  Yr  Holiday | | | | 2,076.90 |
| Sick  Pay | | | | 346.15 |
| Vacation  Pay | | | | 346.15 |
| **Gross  Pay** | | | **$3,461.54** | 10,384.62 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal  Income  Tax | -70.48 | 211.44 |
| | Social  Security  Tax | -209.56 | 628.66 |
| | Medicare  Tax | -49.00 | 147.02 |
| | CT  State  Income  Tax | -137.98 | 413.94 |
| | **Other** | | |
| | A D & D  Spouse | -0.05 | 0.15 |
| | Dental  Pre  Tax | -30.23* | 90.69 |
| | Legal  Shield | -6.81 | 20.43 |
| | Medical  Pre  Tax | -57.44* | 172.32 |
| | Short  Term  Dis | -6.23 | 18.69 |
| | Spouse  Life  Ins | -0.18 | 0.54 |
| | Supp  A D & D | -0.42 | 1.26 |
| | Supp  Life | -1.87 | 5.61 |
| | **Net  Pay** | **$2,891.29** | |
| | Checking  Dep | -2,766.29 | 8,298.87 |
| | Checking  Dep | -125.00 | 375.00 |
| | **Net  Check** | **$0.00** | |

\* Excluded  from  federal  taxable  wages

Your  federal  taxable  wages  this  period  are
$3,373.87

| Other  Benefits  and Information | this  period | total  to  date |
|---|---|---|
| Gtl  Imputed | 6.00 | 18.00 |
| Holiday  Avail | | 96.00 |
| Sick  Avail | | -1.76 |
| Vacation  Avail | | 18.86 |

**Important  Notes**
YOUR  COMPANY  PHONE  NUMBER  IS 480-696-2888

© 2000  A DP   LLC

---

**ASML**

2650  WEST  GERONIMO  PLACE
CHANDLER ,  AZ 85224

| | |
|---|---|
| Advice  number: | 00000051631 |
| Pay  date: | 02/03/2017 |

Deposited  to  the  account  of
MOHAMED  SAAD

| account  number | transit  ABA | amount |
|---|---|---|
| xxxxxxxx1495 | xxxx  xxxx | $2,766.29 |
| xxxxxxxx4928 | xxxx  xxxx | $125.00 |

THIS  IS  NOT  A  CHECK

**NON-NEGOTIABLE**

ASML-SAAD001346



ASM   621547        B        0000071777   1

**ASML**

1809-0002

2650 WEST GERONIMO PLACE
CHANDLER,   AZ  85224

Taxable  Marital  Status.      Married
Exemptions/Allowances:
   Federal            15
   CT                          Filing  Status  C

## Earnings   Statement

| | |
|---|---|
| Period Beginning: | 01/30/2017 |
| Period Ending: | 02/12/2017 |
| Pay Date: | 02/17/2017 |

00000000813
**MOHAMED  SAAD**
**77  DANBURY  RD**
**WILTON  CT  06897**

| Earnings | rate | hours | this period | | year to date |
|---|---|---|---|---|---|
| Regular | 3461.54 | | 3,461.54 | | 10,730.81 |
| Holiday Pay | | | | | 346.15 |
| Last Yr Holiday | | | | | 2,076.90 |
| Sick Pay | | | | | 346.15 |
| Vacation Pay | | | | | 346.15 |
| | **Gross Pay** | | **$3,461.54** | | 13,846.16 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -70.48 | 281.92 |
| | Social Security Tax | -209.55 | 838.21 |
| | Medicare Tax | -49.01 | 196.03 |
| | CT State Income Tax | -137.98 | 551.92 |
| | **Other** | | |
| | A D & D Spouse | -0.05 | 0.20 |
| | Dental Pre Tax | -30.23* | 120.92 |
| | Legal Shield | -6.81 | 27.24 |
| | Medical Pre Tax | -57.44* | 229.76 |
| | Short Term Dis | -6.23 | 24.92 |
| | Spouse Life Ins | -0.18 | 0.72 |
| | Supp A D & D | -0.42 | 1.68 |
| | Supp Life | -1.87 | 7.48 |
| | **Net Pay** | **$2,891.29** | |
| | Checking Dep | -2,766.29 | 11,065.16 |
| | Checking Dep | -125.00 | 500.00 |
| | **Net Check** | **$0.00** | |

**\* Excluded  from  federal  taxable  wages**

Your  federal  taxable  wages  this  period  are
$3,373.87

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl Imputed | 6.00 | 24.00 |
| Holiday Avail | | 96.00 |
| Sick Avail | | 1.32 |
| Vacation Avail | | 23.48 |

**Important  Notes**
YOUR  COMPANY  PHONE  NUMBER  IS 480-696-2888

© 2000 ADP, LLC

---

**ASML**

2650 WEST GERONIMO PLACE
CHANDLER,  AZ 85224

| | |
|---|---|
| **Advice  number:** | **00000071777** |
| Pay  date: | 02/17/2017 |

Deposited  to the account  of
MOHAMED   SAAD

| | account  number | transit  ABA | amount |
|---|---|---|---|
| | xxxxxxxx1495 | xxxx  xxxx | $2,766.29 |
| | xxxxxxxx4928 | xxxx  xxxx | $125.00 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

CO5    FILE    DEPT.    CLOCK    VCHR. NO.
ASM   621547      B          0000091677  1

1718-0002

# ASML

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

Taxable Marital Status:    Married
Exemptions/Allowances:
Federal:        15
CT:              Filing Status C

## Earnings   Statement

**ADP**

Period Beginning:      02/13/2017
Period Ending:         02/26/2017
Pay Date:              03/03/2017

00000000759
**MOHAMED  SAAD**
**77  DANBURY  RD**
**WILTON  CT  06897**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3461.54 | -8.00 | 3,115.39 | 13,846.20 |
| Holiday Pay | 43.2692 | 8.00 | 346.15 | 692.30 |
| Last Yr Holiday | | | | 2,076.90 |
| Profit Sharing | | | | 14,281.96 |
| Sick Pay | | | | 346.15 |
| Vacation Pay | | | | 346.15 |
| **Gross Pay** | | | **$3,461.54** | 31,589.66 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -70.48 | 3,922.89 |
| | Social Security Tax | -209.55 | 1,933.24 |
| | Medicare Tax | -49.01 | 452.13 |
| | CT State Income Tax | -137.98 | 1,852.61 |
| | **Other** | | |
| | A D & D Spouse | -0.05 | 0.25 |
| | Dental Pre Tax | -30.23* | 151.15 |
| | Legal Shield | -6.81 | 34.05 |
| | Medical Pre Tax | -57.44* | 287.20 |
| | Short Term Dis | -6.23 | 31.15 |
| | Spouse Life Ins | -0.18 | 0.90 |
| | Supp A D & D | -0.42 | 2.10 |
| | Supp Life | -1.87 | 9.35 |
| | **Net Pay** | **$2,891.29** | |
| | Checking Dep | -2,766.29 | 22,287.64 |
| | Checking Dep | -125.00 | 625.00 |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,373.87

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl Imputed | 6.00 | 30.00 |
| Holiday Avail | | 88.00 |
| Sick Avail | | 4.40 |
| Vacation Avail | | 28.10 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 480-696-2888

© 2000 ADP  LLC

# ASML

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

Advice number:       00000091677
Pay date:            03/03/2017

Deposited to the account of
MOHAMED  SAAD

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxx1495 | xxxx  xxxx | $2,766.29 |
| | xxxxxxxx4928 | xxxx  xxxx | $125.00 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

ASML-SAAD001348

ASM 621547 B 0000111684 1

# Earnings Statement



# ASML

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

1732-0002

| | |
|---|---|
| Period Beginning: | 02/27/2017 |
| Period Ending: | 03/12/2017 |
| Pay Date: | 03/17/2017 |

00000000811

**MOHAMED SAAD**
**77 DANBURY RD**
**WILTON CT 06897**

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 15
  CT: Filing Status C

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3461.54 | -24.00 | 2,423.09 | 16,269.29 |
| Last Yr Holiday | 43.2692 | | | 2,076.90 |
| Vacation Pay | 43.2692 | 24.00 | 1,038.45 | 1,384.60 |
| Holiday Pay | | | | 692.30 |
| Profit Sharing | | | | 14,281.96 |
| Sick Pay | | | | 346.15 |
| **Gross Pay** | | | **$3,461.54** | 35,051.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -70.48 | 3,993.37 |
| | Social Security Tax | -209.55 | 2,142.79 |
| | Medicare Tax | -49.01 | 501.14 |
| | CT State Income Tax | -137.98 | 1,990.59 |
| | **Other** | | |
| | A D & D Spouse | -0.05 | 0.30 |
| | Dental Pre Tax | -30.23* | 181.38 |
| | Legal Shield | -6.81 | 40.86 |
| | Medical Pre Tax | -57.44* | 344.64 |
| | Short Term Dis | -6.23 | 37.38 |
| | Spouse Life Ins | -0.18 | 1.08 |
| | Supp A D & D | -0.42 | 2.52 |
| | Supp Life | -1.87 | 11.22 |
| | **Net Pay** | **$2,891.29** | |
| | Checking Dep | -2,766.29 | 25,053.93 |
| | Checking Dep | -125.00 | 750.00 |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,373.87

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Gtl Imputed | 6.00 | 36.00 |
| Holiday Avail | | 88.00 |
| Sick Avail | | 7.48 |
| Vacation Avail | | 8.72 |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 480-696-2888

---

# ASML

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

| Advice number: | 00000111684 |
|---|---|
| Pay date: | 03/17/2017 |

Deposited to the account of
MOHAMED SAAD

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx1495 | xxxx xxxx | $2,766.29 |
| xxxxxxxx4928 | xxxx xxxx | $125.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

ASML-SAAD001349

ASML 621547 B 0000133145 1

## Earnings Statement



**ASML**

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

3194-0002

| Period Beginning: | 03/13/2017 |
|---|---|
| Period Ending: | 03/26/2017 |
| Pay Date: | 03/31/2017 |

Taxable Marital Status: Married
Exemptions/Allowances:
Federal:     15
CT:             Filing Status C

00000001376
**MOHAMED SAAD**
**77 DANBURY RD**
**WILTON CT 06897**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3461.54 | -8.00 | 3,115.39 | 19,384.68 |
| Sick Pay | 43.2692 | 8.00 | 346.15 | 692.30 |
| Holiday Pay | | | | 692.30 |
| Last Yr Holiday | | | | 2,076.90 |
| Profit Sharing | | | | 14,281.96 |
| Vacation Pay | | | | 1,384.60 |
| **Gross Pay** | | | **$3,461.54** | 38,512.74 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -70.48 | 4,063.85 |
| | Social Security Tax | -209.56 | 2,352.35 |
| | Medicare Tax | -49.01 | 550.15 |
| | CT State Income Tax | -137.98 | 2,128.57 |
| | **Other** | | |
| | A D & D Spouse | -0.05 | 0.35 |
| | Dental Pre Tax | -30.23* | 211.61 |
| | Legal Shield | -6.81 | 47.67 |
| | Medical Pre Tax | -57.44* | 402.08 |
| | Short Term Dis | -6.23 | 43.61 |
| | Spouse Life Ins | -0.18 | 1.26 |
| | Supp A D & D | -0.42 | 2.94 |
| | Supp Life | -1.87 | 13.09 |
| | **Net Pay** | **$2,891.28** | |
| | Checking Dep | -2,766.28 | 27,820.21 |
| | Checking Dep | -125.00 | 875.00 |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,373.87

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl Imputed | 6.00 | 42.00 |
| Holiday Avail | | 88.00 |
| Sick Avail | | 2.56 |
| Vacation Avail | | 13.34 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 480-696-2888

© 2000 ® DP LLC

---

**ASML**

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

| Advice number: | 00000133145 |
|---|---|
| Pay date: | 03/31/2017 |

Deposited to the account of
MOHAMED SAAD

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxx1495 | xxxx xxxx | $2,766.28 |
| | xxxxxxxx4928 | xxxx xxxx | $125.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

ASML-SAAD001350

ASM 621547 B 0000151936 1

# ASML

*2650 WEST GERONIMO PLACE*
*CHANDLER, AZ 85224*

1974-0002

## Earnings Statement

ADP

Period Beginning: 03/27/2017
Period Ending: 04/09/2017
Pay Date: 04/14/2017

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 15
CT: Filing Status C

00000000899
**MOHAMED SAAD**
**77 DANBURY RD**
**WILTON CT 06897**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3461.54 | | 3,461.54 | 22,846.22 |
| Holiday Pay | | | | 692.30 |
| Last Yr Holiday | | | | 2,076.90 |
| Profit Sharing | | | | 14,281.96 |
| Sick Pay | | | | 692.30 |
| Vacation Pay | | | | 1,384.60 |
| **Gross Pay** | | | **$3,461.54** | 41,974.28 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -70.48 | 4,134.33 |
| | Social Security Tax | -209.55 | 2,561.90 |
| | Medicare Tax | -49.00 | 599.15 |
| | CT State Income Tax | -137.98 | 2,266.55 |
| | **Other** | | |
| | A D & D Spouse | -0.05 | 0.40 |
| | Dental Pre Tax | -30.23* | 241.84 |
| | Legal Shield | -6.81 | 54.48 |
| | Medical Pre Tax | -57.44* | 459.52 |
| | Short Term Dis | -6.23 | 49.84 |
| | Spouse Life Ins | -0.18 | 1.44 |
| | Supp A D & D | -0.42 | 3.36 |
| | Supp Life | -1.87 | 14.96 |
| | **Net Pay** | **$2,891.30** | |
| | Checking Dep | -2,766.30 | 30,586.51 |
| | Checking Dep | -125.00 | 1,000.00 |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,373.87

Other Benefits and
| Information | this period | total to date |
|---|---|---|
| Gtl Imputed | 6.00 | 48.00 |
| | | |
| Holiday Avail | | 88.00 |
| Sick Avail | | 5.64 |
| Vacation Avail | | 17.96 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 480-696-2888

© 2000 ADP, LLC

# ASML

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

Advice number: 00000151936
Pay date: 04/14/2017

Deposited to the account of
MOHAMED SAAD

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxx1495 | xxxx xxxx | $2,766.30 |
| | xxxxxxxx4928 | xxxx xxxx | $125.00 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

ASML-SAAD001351

ASM 621547    B    0000171673 1



# ASML

**Earnings Statement**

1722-0002

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

| | |
|---|---|
| Period Beginning: | 04/10/2017 |
| Period Ending: | 04/23/2017 |
| Pay Date: | 04/28/2017 |

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 15
CT  Filing Status C

00000000786
**MOHAMED SAAD**
**77 DANBURY RD**
**WILTON CT 06897**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3461.54 | | 3,461.54 | 26,307.76 |
| Holiday Pay | | | | 692.30 |
| Last Yr Holiday | | | | 2,076.90 |
| Profit Sharing | | | | 14,281.96 |
| Sick Pay | | | | 692.30 |
| Vacation Pay | | | | 1,384.60 |
| **Gross Pay** | | | **$3,461.54** | 45,435.82 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -70.48 | 4,204.81 |
| | Social Security Tax | -209.55 | 2,771.45 |
| | Medicare Tax | -49.01 | 648.16 |
| | CT State Income Tax | -137.98 | 2,404.53 |
| | **Other** | | |
| | A D & D Spouse | -0.05 | 0.45 |
| | Dental Pre Tax | -30.23* | 272.07 |
| | Legal Shield | -6.81 | 61.29 |
| | Medical Pre Tax | -57.44* | 516.96 |
| | Short Term Dis | -0.16 | 50.00 |
| | Spouse Life Ins | -0.18 | 1.62 |
| | Supp A D & D | -0.42 | 3.78 |
| | Supp Life | -1.87 | 16.83 |
| | Tax Levy | -346.15 | 346.15 |
| | **Net Pay** | **$2,551.21** | |
| | Checking Dep | -2,426.21 | 33,012.72 |
| | Checking Dep | -125.00 | 1,125.00 |

| Net Check | $0.00 |
|---|---|

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$3,373.87

**Other Benefits and**
| Information | this period | total to date |
|---|---|---|
| Gtl Imputed | 6.00 | 54.00 |
| Holiday Avail | | 88.00 |
| Sick Avail | | 8.72 |
| Vacation Avail | | 22.58 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 480-696-2888

© 2000 ADP LLC

# ASML

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

| | |
|---|---|
| Advice number: | 00000171673 |
| Pay date: | 04/28/2017 |

Deposited to the account of
MOHAMED SAAD

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx1495 | xxxx xxxx | $2,426.21 |
| xxxxxxxx4928 | xxxx xxxx | $125.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

ASML-SAAD001352



ASM 621547     B          0000191918  1

# ASML

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

1946-0002

## Earnings Statement

Period Beginning:    04/24/2017
Period Ending:       05/07/2017
Pay Date:            05/12/2017

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:        15
   CT:             Filing Status C

00000000937
**MOHAMED SAAD**
**77 DANBURY RD**
**WILTON CT 06897**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3461.54 | | 3,461.54 | 29,769.30 |
| Holiday Pay | | | | 692.30 |
| Last Yr Holiday | | | | 2,076.90 |
| Profit Sharing | | | | 14,281.96 |
| Sick Pay | | | | 692.30 |
| Vacation Pay | | | | 1,384.60 |
| **Gross Pay** | | | **$3,461.54** | 48,897.36 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -70.48 | 4,275.29 |
| | Social Security Tax | -209.55 | 2,981.00 |
| | Medicare Tax | -49.01 | 697.17 |
| | CT State Income Tax | -137.98 | 2,542.51 |
| | **Other** | | |
| | A D & D Spouse | -0.05 | 0.50 |
| | Dental Pre Tax | -30.23* | 302.30 |
| | Legal Shield | -6.81 | 68.10 |
| | Medical Pre Tax | -57.44* | 574.40 |
| | Spouse Life Ins | -0.18 | 1.80 |
| | Supp A D & D | -0.42 | 4.20 |
| | Supp Life | -1.87 | 18.70 |
| | Tax Levy | -187.16 | 533.31 |
| | Short Term Dis | | 50.00 |
| | **Net Pay** | **$2,710.36** | |
| | Checking Dep | -2,585.36 | 35,598.08 |
| | Checking Dep | -125.00 | 1,250.00 |

Net Check          $0.00

* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,373.87

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl Imputed | 6.00 | 60.00 |
| Holiday Avail | | 88.00 |
| Sick Avail | | 11.80 |
| Vacation Avail | | 27.20 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 480-696-2888

© 2000 ADP, LLC

# ASML

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

Advice number:     00000191918
Pay date:          05/12/2017

Deposited to the account of
MOHAMED SAAD

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxx1495 | xxxx xxxx | $2,585.36 |
| | xxxxxxxx4928 | xxxx xxxx | $125.00 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

ASML-SAAD001353



ASM  621547    B        0000211704  1



1739-0002

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:        15
  CT:             Filing Status C

## Earnings  Statement

**ADP®**

Period Beginning:   05/08/2017
Period Ending:      05/21/2017
Pay Date:           05/26/2017

00000000810
**MOHAMED  SAAD**
**77  DANBURY  RD**
**WILTON  CT  06897**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3461.54 | | 3,461.54 | 33,230.84 |
| Holiday Pay | | | | 692.30 |
| Last Yr Holiday | | | | 2,076.90 |
| Profit Sharing | | | | 14,281.96 |
| Sick Pay | | | | 692.30 |
| Vacation Pay | | | | 1,384.60 |
| **Gross Pay** | | | **$3,461.54** | 52,358.90 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -70.48 | 4,345.77 |
| | Social Security Tax | -209.55 | 3,190.55 |
| | Medicare Tax | -49.01 | 746.18 |
| | CT State Income Tax | -137.98 | 2,680.49 |
| | **Other** | | |
| | A D & D Spouse | -0.05 | 0.55 |
| | Dental Pre Tax | -30.23* | 332.53 |
| | Legal Shield | -6.81 | 74.91 |
| | Medical Pre Tax | -57.44* | 631.84 |
| | Spouse Life Ins | -0.18 | 1.98 |
| | Supp A D & D | -0.42 | 4.62 |
| | Supp Life | -1.87 | 20.57 |
| | Short Term Dis | | 50.00 |
| | Tax Levy | | 533.31 |
| | **Net Pay** | **$2,897.52** | |
| | Checking Dep | -2,772.52 | 38,370.60 |
| | Checking Dep | -125.00 | 1,375.00 |

Net Check          **$0.00**

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,373.87

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl Imputed | 6.00 | 66.00 |
| Holiday Avail | | 88.00 |
| Sick Avail | | 14.88 |
| Vacation Avail | | 31.82 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 480-696-2888

© 2000 ♦ DP  LLC

---

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

Advice number:     00000211704
Pay date:          05/26/2017

Deposited  to the account  of
MOHAMED  SAAD

| account  number | transit ABA | amount |
|---|---|---|
| xxxxxxxx1495 | xxxx  xxxx | $2,772.52 |
| xxxxxxxx4928 | xxxx  xxxx | $125.00 |

*THIS IS NOT A CHECK*

## NON-NEGOTIABLE

ASML-SAAD001354



ASM 621547   B   0000231732   1

1776-0002

**Earnings   Statement**

ADP®

**ASML**

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

| | |
|---|---|
| Period Beginning: | 05/22/2017 |
| Period Ending: | 06/04/2017 |
| Pay Date: | 06/09/2017 |

00000000835
**MOHAMED SAAD**
**77 DANBURY RD**
**WILTON CT 06897**

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal          15
CT:                    Filing Status C

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3461.54 | -8.00 | 3,115.39 | 36,346.23 |
| Holiday Pay | 43.2692 | 8.00 | 346.15 | 1,038.45 |
| Last Yr Holiday | | | | 2,076.90 |
| Profit Sharing | | | | 14,281.96 |
| Sick Pay | | | | 692.30 |
| Vacation Pay | | | | 1,384.60 |
| **Gross Pay** | | | **$3,461.54** | 55,820.44 |

| Net Check | **$0.00** |
|---|---|

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$3,373.87

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -70.48 | 4,416.25 |
| | Social Security Tax | -209.55 | 3,400.10 |
| | Medicare Tax | -49.01 | 795.19 |
| | CT State Income Tax | -137.98 | 2,818.47 |
| | **Other** | | |
| | A D & D Spouse | -0.05 | 0.60 |
| | Dental Pre Tax | -30.23* | 362.76 |
| | Legal Shield | -6.81 | 81.72 |
| | Medical Pre Tax | -57.44* | 689.28 |
| | Spouse Life Ins | -0.18 | 2.16 |
| | Supp A D & D | -0.42 | 5.04 |
| | Supp Life | -1.87 | 22.44 |
| | Short Term Dis | | 50.00 |
| | Tax Levy | | 533.31 |
| | **Net Pay** | **$2,897.52** | |
| | Checking Dep | -2,772.52 | 41,143.12 |
| | Checking Dep | -125.00 | 1,500.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| GtI Imputed | 6.00 | 72.00 |
| Holiday Avail | | 80.00 |
| Sick Avail | | 17.96 |
| Vacation Avail | | 36.44 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 480-696-2888

© 2000  A DP  LLC

**ASML**

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

| | |
|---|---|
| Advice number: | 00000231732 |
| Pay date: | 06/09/2017 |

Deposited to the account of
MOHAMED SAAD

THIS IS NOT A CHECK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx1495 | xxxx xxxx | $2,772.52 |
| xxxxxxxx4928 | xxxx xxxx | $125.00 |

**NON-NEGOTIABLE**

ASML-SAAD001355



ASM 621547  B  0000251939 1

## Earnings Statement

# ASML

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

1991-0002

| | |
|---|---|
| Period Beginning: | 06/05/2017 |
| Period Ending: | 06/18/2017 |
| Pay Date: | 06/23/2017 |

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 15
CT: Filing Status C

00000000910
**MOHAMED SAAD**
**77 DANBURY RD**
**WILTON CT 06897**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3461.54 | -8.00 | 3,115.39 | 39,461.62 |
| Vacation Pay | 43.2692 | 8.00 | 346.15 | 1,730.75 |
| Holiday Pay | | | | 1,038.45 |
| Last Yr Holiday | | | | 2,076.90 |
| Profit Sharing | | | | 14,281.96 |
| Sick Pay | | | | 692.30 |
| **Gross Pay** | | | **$3,461.54** | 59,281.98 |

| Net Check | $0.00 |
|---|---|

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$3,373.87

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -70.48 | 4,486.73 |
| | Social Security Tax | -209.56 | 3,609.66 |
| | Medicare Tax | -49.00 | 844.19 |
| | CT State Income Tax | -137.98 | 2,956.45 |
| | **Other** | | |
| | A D & D Spouse | -0.05 | 0.65 |
| | Dental Pre Tax | -30.23* | 392.99 |
| | Legal Shield | -6.81 | 88.53 |
| | Medical Pre Tax | -57.44* | 746.72 |
| | Spouse Life Ins | -0.18 | 2.34 |
| | Supp A D & D | -0.42 | 5.46 |
| | Supp Life | -1.87 | 24.31 |
| | Short Term Dis | | 50.00 |
| | Tax Levy | | 533.31 |
| | **Net Pay** | **$2,897.52** | |
| | Checking Dep | -2,772.52 | 43,915.64 |
| | Checking Dep | -125.00 | 1,625.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl Imputed | 6.00 | 78.00 |
| Holiday Avail | | 80.00 |
| Sick Avail | | 21.04 |
| Vacation Avail | | 33.06 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 480-696-2888

© 2000 ADP LLC

# ASML

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

| Advice number: | 00000251939 |
|---|---|
| Pay date: | 06/23/2017 |

THIS IS NOT A CHECK

Deposited to the account of
**MOHAMED SAAD**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx1495 | xxxx xxxx | $2,772.52 |
| xxxxxxxx4928 | xxxx xxxx | $125.00 |

# NON-NEGOTIABLE

ASML-SAAD001356

ASM   621547      B       0000271816  1

# ASML

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

1865-0002

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:         15
CT:                    Filing Status C

## Earnings  Statement



Period Beginning:        06/19/2017
Period Ending:           07/02/2017
Pay Date:                07/07/2017

00000000891
**MOHAMED  SAAD**
**77 DANBURY  RD**
**WILTON  CT  06897**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3461.54 | -16.00 | 2,769.24 | 42,230.86 |
| Vacation Pay | 43.2692 | 16.00 | 692.30 | 2,423.05 |
| Holiday Pay | | | | 1,038.45 |
| Last Yr Holiday | | | | 2,076.90 |
| Profit Sharing | | | | 14,281.96 |
| Sick Pay | | | | 692.30 |
| **Gross Pay** | | | **$3,461.54** | 62,743.52 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -70.48 | 4,557.21 |
| | Social Security Tax | -209.55 | 3,819.21 |
| | Medicare Tax | -49.01 | 893.20 |
| | CT State Income Tax | -137.98 | 3,094.43 |
| | **Other** | | |
| | A D & D Spouse | -0.05 | 0.70 |
| | Dental Pre Tax | -30.23* | 423.22 |
| | Legal Shield | -6.81 | 95.34 |
| | Medical Pre Tax | -57.44* | 804.16 |
| | Spouse Life Ins | -0.18 | 2.52 |
| | Supp A D & D | -0.42 | 5.88 |
| | Supp Life | -1.87 | 26.18 |
| | Short Term Dis | | 50.00 |
| | Tax Levy | | 533.31 |
| | **Net Pay** | **$2,897.52** | |
| | Checking Dep | -2,772.52 | 46,688.16 |
| | Checking Dep | -125.00 | 1,750.00 |

| Net Check | $0.00 |
|---|---|

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,373.87

Other Benefits and
| Information | this period | total to date |
|---|---|---|
| Gtl Imputed | 6.00 | 84.00 |
| Holiday Avail | | 80.00 |
| Sick Avail | | 24.12 |
| Vacation Avail | | 21.68 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 480-696-2888

© 2000 ADP  LLC

# ASML

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

Advice number:        00000271816
Pay date:             07/07/2017

Deposited  to the account of
MOHAMED  SAAD

THIS IS NOT A CHECK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx1495 | xxxx  xxxx | $2,772.52 |
| xxxxxxxx4928 | xxxx  xxxx | $125.00 |

# NON-NEGOTIABLE

ASML-SAAD001357

ASM 621547 B 0000291745 1

# Earnings Statement



## ASML

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

1789-0002

| Period Beginning: | 07/03/2017 |
| Period Ending: | 07/16/2017 |
| Pay Date: | 07/21/2017 |

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 15
CT: Filing Status C

00000000853
**MOHAMED SAAD**
**77 DANBURY RD**
**WILTON CT 06897**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3461.54 | -8.00 | 3,115.39 | 45,346.25 |
| Holiday Pay | 43.2692 | 8.00 | 346.15 | 1,384.60 |
| Last Yr Holiday | | | | 2,076.90 |
| Profit Sharing | | | | 14,281.96 |
| Sick Pay | | | | 692.30 |
| Vacation Pay | | | | 2,423.05 |
| **Gross Pay** | | | **$3,461.54** | 66,205.06 |

| Net Check | **$0.00** |
|---|---|

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$3,373.87

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -70.48 | 4,627.69 |
| | Social Security Tax | -209.55 | 4,028.76 |
| | Medicare Tax | -49.01 | 942.21 |
| | CT State Income Tax | -137.98 | 3,232.41 |

| | Other | | |
|---|---|---|---|
| | A D & D Spouse | -0.05 | 0.75 |
| | Dental Pre Tax | -30.23* | 453.45 |
| | Legal Shield | -6.81 | 102.15 |
| | Medical Pre Tax | -57.44* | 861.60 |
| | Spouse Life Ins | -0.18 | 2.70 |
| | Supp A D & D | -0.42 | 6.30 |
| | Supp Life | -1.87 | 28.05 |
| | Short Term Dis | | 50.00 |
| | Tax Levy | | 533.31 |
| **Net Pay** | | **$2,897.52** | |
| Checking Dep | | -2,772.52 | 49,460.68 |
| Checking Dep | | -125.00 | 1,875.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl Imputed | 6.00 | 90.00 |
| Holiday Avail | | 72.00 |
| Sick Avail | | 27.20 |
| Vacation Avail | | 26.30 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 480-696-2888

© 2000 ADP LLC

## ASML

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

| Advice number: | 00000291745 |
| Pay date: | 07/21/2017 |

Deposited to the account of
**MOHAMED SAAD**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx1495 | xxxx xxxx | $2,772.52 |
| xxxxxxxx4928 | xxxx xxxx | $125.00 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

ASML-SAAD001358

ASM 621547 B 0000311784 1

# ASML

1836-0002

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 15
CT: Filing Status C

## Earnings Statement



| Period Beginning: | 07/17/2017 |
|---|---|
| Period Ending: | 07/30/2017 |
| Pay Date: | 08/04/2017 |

00000000890
**MOHAMED SAAD**
**77 DANBURY RD**
**WILTON CT 06897**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3461.54 | | 3,461.54 | 48,807.79 |
| Holiday Pay | | | | 1,384.60 |
| Last Yr Holiday | | | | 2,076.90 |
| Profit Sharing | | | | 14,281.96 |
| Sick Pay | | | | 692.30 |
| Vacation Pay | | | | 2,423.05 |
| **Gross Pay** | | | **$3,461.54** | 69,666.60 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -70.48 | 4,698.17 |
| | Social Security Tax | -209.55 | 4,238.31 |
| | Medicare Tax | -49.01 | 991.22 |
| | CT State Income Tax | -137.98 | 3,370.39 |
| | **Other** | | |
| | A D & D Spouse | -0.05 | 0.80 |
| | Dental Pre Tax | -30.23* | 483.68 |
| | Legal Shield | -6.81 | 108.96 |
| | Medical Pre Tax | -57.44* | 919.04 |
| | Spouse Life Ins | -0.18 | 2.88 |
| | Supp A D & D | -0.42 | 6.72 |
| | Supp Life | -1.87 | 29.92 |
| | Short Term Dis | | 50.00 |
| | Tax Levy | | 533.31 |
| | **Net Pay** | **$2,897.52** | |
| | Checking Dep | -2,772.52 | 52,233.20 |
| | Checking Dep | -125.00 | 2,000.00 |

| Net Check | $0.00 |
|---|---|

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,373.87

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Gtl Imputed | 6.00 | 96.00 |
| Holiday Avail | | 72.00 |
| Sick Avail | | 30.28 |
| Vacation Avail | | 30.92 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 480-696-2888

© 2000 ADP LLC

# ASML

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

| Advice number: | 00000311784 |
|---|---|
| Pay date: | 08/04/2017 |

Deposited to the account of
MOHAMED SAAD

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx1495 | xxxx xxxx | $2,772.52 |
| xxxxxxxx4928 | xxxx xxxx | $125.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

ASML-SAAD001359

ASM 621547 B 0000331747 1

**Earnings Statement**



# ASML

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

1807-0002

| | |
|---|---|
| Period Beginning: | 07/31/2017 |
| Period Ending: | 08/13/2017 |
| Pay Date: | 08/18/2017 |

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 15
CT: Filing Status C

00000000857
**MOHAMED SAAD**
**77 DANBURY RD**
**WILTON CT 06897**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3461.54 | -8.00 | 3,115.39 | 51,923.18 |
| Sick Pay | 43.2692 | 8.00 | 346.15 | 1,038.45 |
| Holiday Pay | | | | 1,384.60 |
| Last Yr Holiday | | | | 2,076.90 |
| Profit Sharing | | | | 14,281.96 |
| Vacation Pay | | | | 2,423.05 |
| **Gross Pay** | | | **$3,461.54** | 73,128.14 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -70.48 | 4,768.65 |
| | Social Security Tax | -209.55 | 4,447.86 |
| | Medicare Tax | -49.01 | 1,040.23 |
| | CT State Income Tax | -137.98 | 3,508.37 |
| | **Other** | | |
| | A D & D Spouse | -0.05 | 0.85 |
| | Dental Pre Tax | -30.23* | 513.91 |
| | Legal Shield | -6.81 | 115.77 |
| | Medical Pre Tax | -57.44* | 976.48 |
| | Spouse Life Ins | -0.18 | 3.06 |
| | Supp A D & D | -0.42 | 7.14 |
| | Supp Life | -3.12 | 33.04 |
| | Short Term Dis | | 50.00 |
| | Tax Levy | | 533.31 |
| | **Net Pay** | **$2,896.27** | |
| | Checking Dep | -2,771.27 | 55,004.47 |
| | Checking Dep | -125.00 | 2,125.00 |

| Net Check | $0.00 |
|---|---|

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,373.87

**Other Benefits and**
**Information** | this period | total to date
| Gtl Imputed | 6.00 | 102.00 |
| Holiday Avail | | 72.00 |
| Sick Avail | | 25.36 |
| Vacation Avail | | 35.54 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 480-696-2888

© 2000 ADP LLC

# ASML

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

| | |
|---|---|
| Advice number: | 00000331747 |
| Pay date: | 08/18/2017 |

Deposited to the account of
MOHAMED SAAD

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx1495 | xxxx xxxx | $2,771.27 |
| xxxxxxxx4928 | xxxx xxxx | $125.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

ASML-SAAD001360



## Earnings Statement

**ASML**

ASM 621547 B 2
043-0002

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 15
CT: Filing Status C

Pay Date: 09/01/2017

**MOHAMED SAAD
28 INDEPENDENCE CIR
MIDDLEBURY CT 06762**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Vacation Pay | 43.2692 | 40.16 | 1,737.69 | 4,160.74 |
| Regular | | | | 54,346.26 |
| Holiday Pay | | | | 1,384.60 |
| Last Yr Holiday | | | | 2,076.90 |
| Profit Sharing | | | | 14,281.96 |
| Sick Pay | | | | 2,076.91 |
| **Gross Pay** | | | **$1,737.69** | 78,327.37 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -434.42 | 5,273.55 |
| | Social Security Tax | -107.74 | 4,765.16 |
| | Medicare Tax | -25.19 | 1,114.42 |
| | CT State Income Tax | -135.57 | 3,781.92 |
| | **Other** | | |
| | A D & D Spouse | | 0.90 |
| | Dental Pre Tax | | 544.14 |
| | Legal Shield | | 122.58 |
| | Medical Pre Tax | | 1,033.92 |
| | Short Term Dis | | 50.00 |
| | Spouse Life Ins | | 3.24 |
| | Supp A D & D | | 7.56 |
| | Supp Life | | 36.16 |
| | Tax Levy | | 533.31 |
| | **Net Pay** | **$1,034.77** | |
| | Checking Dep | | 55,004.47 |
| | Checking Dep | | 2,125.00 |

**Net Check** **$1,034.77**

Period Beginning: 08/14/2017
Period Ending: 08/27/2017

Your federal taxable wages this period are
$1,737.69

**Other Benefits and
Information** | this period | total to date

| | this period | total to date |
|---|---|---|
| Gtl Imputed | | 108.00 |
| Holiday Avail | | 72.00 |
| Sick Avail | | -22.64 |
| Vacation Avail | | -4.62 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 480-696-2888

© 2000 ADP, LLC

---

**ASML**

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

ASM 23-7/1020
Payroll check number:
Pay date: 09/01/2017

Pay to the
order of: **MOHAMED SAAD**

This amount: **ONE THOUSAND THIRTY FOUR AND 77/100 DOLLARS** **$1034.77**

ISSUED BY ADP PAYROLL SERVICES, INC.* ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243

Wells Fargo Bank, N.A.

VOID IF ALTERED AFTER 180 DAYS

ADP AUTHORIZED SIGNATURE

THIS IS NOT A CHECK
VOID NON-NEGOTIABLE — VOID NON-NEGOTIABLE

NON-NEGOTIABLE - VOID - NON-NEGOTIABLE - VOID

ASML-SAAD001361

ASM 621547 B 0000351954 3

# ASML

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

2004-0002

## Earnings Statement



| | |
|---|---|
| Period Beginning: | 08/14/2017 |
| Period Ending: | 08/27/2017 |
| Pay Date: | 09/01/2017 |

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 15
CT: Filing Status C

00000000958
**MOHAMED SAAD**
**28 INDEPENDENCE CIR**
**MIDDLEBURY CT 06762**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3461.54 | -24.00 | 2,423.09 | 56,769.35 |
| Sick Pay | 43.2692 | 24.00 | 1,038.45 | 3,115.36 |
| Holiday Pay | | | | 1,384.60 |
| Last Yr Holiday | | | | 2,076.90 |
| Profit Sharing | | | | 14,281.96 |
| Vacation Pay | | | | 4,160.74 |
| **Gross Pay** | | | **$3,461.54** | 81,788.91 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -70.48 | 5,344.03 |
| | Social Security Tax | -209.55 | 4,974.71 |
| | Medicare Tax | -49.02 | 1,163.44 |
| | CT State Income Tax | -137.98 | 3,919.90 |
| | **Other** | | |
| | A D & D Spouse | -0.05 | 0.95 |
| | Dental Pre Tax | -30.23* | 574.37 |
| | Legal Shield | -6.81 | 129.39 |
| | Medical Pre Tax | -57.44* | 1,091.36 |
| | Spouse Life Ins | -0.18 | 3.42 |
| | Supp A D & D | -0.42 | 7.98 |
| | Supp Life | -3.12 | 39.28 |
| | Short Term Dis | | 50.00 |
| | Tax Levy | | 533.31 |
| | **Net Pay** | **$2,896.26** | |
| | Checking Dep | -2,771.26 | 57,775.73 |
| | Checking Dep | -125.00 | 2,250.00 |

| Net Check | $0.00 |
|---|---|

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,373.87

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl Imputed | 6.00 | 114.00 |
| Holiday Avail | | 72.00 |
| Sick Avail | | -22.64 |
| Vacation Avail | | -4.62 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 480-696-2888

EFFECTIVE THIS PAY PERIOD YOUR ADDRESS HAS BEEN
CHANGED.

© 2000 ADP, LLC

---

# ASML

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

| Advice number: | 00000351954 |
|---|---|
| Pay date: | 09/01/2017 |

Deposited to the account of
MOHAMED SAAD

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxx1495 | xxxx xxxx | $2,771.26 |
| | xxxxxxxx4928 | xxxx xxxx | $125.00 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

ASML-SAAD001362

ASM 621547 B 1

## ASML

043-0002

**Earnings Statement**



2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

Pay Date: 09/01/2017

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 15
CT: Filing Status C

**MOHAMED SAAD**
**28 INDEPENDENCE CIR**
**MIDDLEBURY CT 06762**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | | 2,423.08 | 54,346.26 |
| Sick Pay | 3461.5400 | 24.00 | 1,038.46 | 2,076.91 |
| Holiday Pay | | | | 1,384.60 |
| Last Yr Holiday | | | | 2,076.90 |
| Profit Sharing | | | | 14,281.96 |
| Vacation Pay | | | | 2,423.05 |
| **Gross Pay** | | | **$3,461.54** | 76,589.68 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -70.48 | 4,839.13 |
| | Social Security Tax | -209.56 | 4,657.42 |
| | Medicare Tax | -49.00 | 1,089.23 |
| | CT State Income Tax | -137.98 | 3,646.35 |
| | **Other** | | |
| | A D & D Spouse | -0.05 | 0.90 |
| | Dental Pre Tax | -30.23* | 544.14 |
| | Legal Shield | -6.81 | 122.58 |
| | Medical Pre Tax | -57.44* | 1,033.92 |
| | Spouse Life Ins | -0.18 | 3.24 |
| | Supp A D & D | -0.42 | 7.56 |
| | Supp Life | -3.12 | 36.16 |
| | Short Term Dis | | 50.00 |
| | Tax Levy | | 533.31 |
| | **Net Pay** | **$2,896.27** | |
| | Checking Dep | | 55,004.47 |
| | Checking Dep | | 2,125.00 |

**Net Check** $2,896.27

**\* Excluded from federal taxable wages**

**Period Beginning: 08/14/2017**
**Period Ending: 08/27/2017**

Your federal taxable wages this period are $3,373.87

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl Imputed | 6.00 | 108.00 |
| Holiday Avail | | 72.00 |
| Sick Avail | | -22.64 |
| Vacation Avail | | -4.62 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 480-696-2888

© 2000 ADP, LLC

## ASML

2650 WEST GERONIMO PLACE
CHANDLER, AZ 85224

ASM 23-7/1020
Payroll check number:
Pay date: 09/01/2017

Pay to the order of: **MOHAMED SAAD**

This amount: **TWO THOUSAND EIGHT HUNDRED NINETY SIX AND 27/100 DOLLARS** $2896.27

ISSUED BY ADP PAYROLL SERVICES, INC. - ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243

VOID NON-NEGOTIABLE — VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS
THIS IS NOT A CHECK

Wells Fargo Bank, N.A.

ADP AUTHORIZED SIGNATURE

NON-NEGOTIABLE - VOID - NON-NEGOTIABLE - VOID

ASML-SAAD001363

# EXHIBIT 3

| Pay date | Vacation Accrual | Vacation used | Vacation balance | Sick Accrual | Sick used | Sick balance |
|---|---|---|---|---|---|---|
| 1/22/16 | 3.08 | | 3.08 | 3.08 | | 3.08 |
| 2/5/16 | 3.08 | | 6.16 | 3.08 | | 6.16 |
| 2/19/16 | 3.08 | | 9.24 | 3.08 | | 9.24 |
| 3/4/16 | 3.08 | | 12.32 | 3.08 | | 12.32 |
| 3/18/16 | 3.08 | | 15.4 | 3.08 | 24 | -8.6 |
| 4/1/16 | 3.08 | | 18.48 | 3.08 | 8 | -13.52 |
| 4/15/16 | 3.08 | | 21.56 | 3.08 | 16 | -26.44 |
| 4/29/16 | 3.08 | | 24.64 | 3.08 | | -23.36 |
| 5/13/16 | 3.08 | | 27.72 | 3.08 | 8 | -28.28 |
| 5/27/16 | 3.08 | 8 | 22.8 | 3.08 | 8 | -33.2 |
| 6/10/16 | 3.08 | | 25.88 | 3.08 | | -30.12 |
| 6/24/16 | 3.08 | 24 | 4.96 | 3.08 | | -27.04 |
| 7/8/16 | 3.08 | | 8.04 | 3.08 | | -23.96 |
| 7/22/16 | 3.08 | 24 | -12.88 | 3.08 | | -20.88 |
| 8/5/16 | 3.08 | | -9.8 | 3.08 | | -17.8 |
| 8/19/16 | 3.08 | 8 | -14.72 | 3.08 | | -14.72 |
| 9/2/16 | 3.08 | | -11.64 | 3.08 | 8 | -19.64 |
| 9/16/16 | 3.08 | | -8.56 | 3.08 | | -16.56 |
| 9/30/16 | 3.08 | | -5.48 | 3.08 | 8 | -21.48 |
| 10/14/16 | 3.08 | | -2.4 | 3.08 | | -18.4 |
| 10/28/16 | 3.08 | | 0.68 | 3.08 | | -15.32 |
| 11/11/16 | 3.08 | | 3.76 | 3.08 | | -12.24 |
| 11/25/16 | 3.08 | | 6.84 | 3.08 | | -9.16 |
| 12/9/16 | 3.08 | | 9.92 | 3.08 | | -6.08 |
| 12/23/16 | 3.08 | | 13 | 3.08 | | -3 |
| 1/6/17 | 4.62 | | 17.62 | 3.08 | | 0.08 |
| 1/20/17 | 4.62 | 8 | 14.24 | 3.08 | 8 | -4.84 |
| 2/3/17 | 4.62 | | 18.86 | 3.08 | | -1.76 |
| 2/17/17 | 4.62 | | 23.48 | 3.08 | | 1.32 |
| 3/3/17 | 4.62 | | 28.1 | 3.08 | | 4.4 |
| 3/17/17 | 4.62 | 24 | 8.72 | 3.08 | | 7.48 |
| 3/31/17 | 4.62 | | 13.34 | 3.08 | 8 | 2.56 |
| 4/14/17 | 4.62 | | 17.96 | 3.08 | | 5.64 |
| 4/28/17 | 4.62 | | 22.58 | 3.08 | | 8.72 |
| 5/12/17 | 4.62 | | 27.2 | 3.08 | | 11.8 |
| 5/26/17 | 4.62 | | 31.82 | 3.08 | | 14.88 |
| 6/9/17 | 4.62 | | 36.44 | 3.08 | | 17.96 |
| 6/23/17 | 4.62 | 8 | 33.06 | 3.08 | | 21.04 |
| 7/7/17 | 4.62 | 16 | 21.68 | 3.08 | | 24.12 |
| 7/21/17 | 4.62 | | 26.3 | 3.08 | | 27.2 |
| 8/4/17 | 4.62 | | 30.92 | 3.08 | | 30.28 |
| 8/18/17 | 4.62 | | 35.54 | 3.08 | 8 | 25.36 |
| 9/1/17 | 4.62 | 40.17 | -0.01 | 0 | 48 | -22.64 |
| | 160.16 | 160.17 | | 129.36 | 152 | |

ASML-SAAD.000266

# EXHIBIT E

**To:**       Christopher Reed[chris.reed@asml.com]
**From:**     Mohamed Saad
**Sent:**     Mon 10/24/2016 4:34:17 PM
**Subject:**  RE: Current vacation/sick balance
**Submitted:**        Mon 10/24/2016 4:34:18 PM

Hi Chris,
Thank you for sharing this information.
Best Regards,
Mohamed

---

**From:** Christopher Reed
**Sent:** Monday, October 24, 2016 4:31 PM
**To:** Mohamed Saad
**Subject:** RE: Current vacation/sick balance

Mohamed,

As we discussed today FMLA is an avenue. The exact policy is here:
https://my.asml.com/locations/us/uswide/US-HRO/Documents/Administrative%20Policies/103.pdf

You need to have worked 12months before taking advantage of it. For further details contact HR.

Chris

---

**From:** Mohamed Saad
**Sent:** Monday, October 17, 2016 11:21 AM
**To:** Christopher Reed
**Subject:** Current vacation/sick balance
**Importance:** High

Hi Chris,
I have negative balance in sick hours (-18.40 hrs) and vacation (-2.40 hrs). Physically I took only 1 day vacation, and the rest were all for taking care of my wife and kids while my wife either in hospital or having a medical procedure. Even the October 28th day off is to take my wife for her medical treatment (Crohn disease hospital treatment that occurs periodically and does not allow her to drive home afterword).
Is there anything in ASML HR system that can help to add hours to my vacation/sick balance?. I have the medical records and discharge papers that support each incident.
Please let me know,
Thank you,
Mohamed

---



| | | |
|---|---|---|
| **Mohamed Saad** | +1 (203) 761-4525 | ASML |
| Design Engineer 2 | +1 (805) 930-5150 | 77 Danbury Road |
| DE US ME Optical Modules | 300.50 | Wilton, CT 06897 |
| US Development & Engineering | Mohamed.Saad@ASML.com | USA |