UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MOHAMED SAAD,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL CASE NO. 3:19-CV-00135** |
| **v.** | : | |
| | : | |
| **ASML US, LLC** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The Court, having considered Defendant's Motion for Summary Judgment and all briefing related thereto, finds good cause exists to grant Defendant's requested relief, and therefore,

**IT IS HEREBY ORDERED** granting Defendant's Motion for Summary Judgment and dismissing all claims in the Complaint with prejudice.

DATED this ____ day of _____, 2020.

_____
Janet C. Hall
United States District Judge